UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------X
| BARBARA E. MURPHY, | : | 3:03 CV 00519 (MRK) |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | **Motion to Modify the Report of the Parties' Planning Meeting** |
| | : | |
| THE CITY OF STAMFORD and | : | |
| DAVID VECCHIA, | : | November 3, 2003 |
| Defendants. | : | |

-------------------------------------------------X

Pursuant to Local Rule 7(b) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Motion for Modification of the Report of the Parties' Planning Meeting.

The parties are currently engaged in extensive discovery to include depositions, admissions, interrogatories, and production. However, Plaintiff's counsel has been on trial in State Court for four weeks on another matter. Defendant's counsel has informally requested more time of plaintiff's counsel to complete its response to interrogatories.

Due to the press of this and other legal matters, Plaintiff respectfully requests this Court to extend all discovery deadlines by three months.

Plaintiff requests that the following deadlines be modified as follows:

(a) All discovery will be completed by March 23, 2004.

(b) Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts by December 23, 2003.

(c) Defendant will designate all trial experts and provide opposing counsel with reports from retained experts by February 24, 2004.

(d) Depositions of Plaintiff's experts to be completed by January 22, 2004.

(e) Depositions of Defendants' experts to be completed by March 23, 2004.

(f) Dispositive motions will be filed on or before April 22, 2004. The Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within ninety (90) days after the entry on the ruling on the last dispositive motion. If dispositive motions are not filed, the joint trial memorandum required by the Standing Motion on Trial Memoranda in Civil Cases will be filed within ninety (90) days after the completion of all discovery.

(g) The case will be ready for trial within sixty (60) days after the filing of the Joint Trial Memorandum.

2

This is the first request for modification. Plaintiff has sought the consent of Defendant and Defendant has consented to the modification. The instant case is not assigned for trial.

PLAINTIFF,
BARBAR E. MURPHY

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: esmaurer@esmlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiff's Motion for Extension of the Discovery Deadline has been sent, via U.S. First Class Mail, on this 3rd day of November 2003 to the following counsel and pro se parties of record:

David Vecchia
P.O. Box 159
West Redding, CT  06896

James V. Minor Esq.
Assistant Corporation Counsel
888 Washington Boulevard, Box 101
Stamford, CT  06904-2152

Elisabeth Seferoe Maurer

4