UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 14, 2004

10:00 a.m.

Held
3 hours

CASE NO. **3:03cv519 (MRK)**    **Barbara E. Murphy vs. City of Stamford, et al**

Barry J. Boodman
Corporation Counsel
City Of Stamford
888 Washington Blvd.
Stamford, CT 06904


Elisabeth Ann Seieroe Maurer
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877


David Vecchia
P.O. Box 159
West Redding, CT 06896


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK