UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------X
BARBARA E. MURPHY,                  :    3:03 CV 00519 (MRK)
    Plaintiff,                              :
                                                   :
    v.                                            :    **MOTION FOR DEFAULT**
                                                   :    **JUDGMENT**
                                                   :
THE CITY OF STAMFORD and    :
DAVID VECCHIA,                         :    JANUARY 29, 2004
    Defendants.                           :
-----------------------------------------------------X

Pursuant to Federal Rules of Civil Procedure Rule 55(a), Plaintiff, Barbara Murphy herein moves that default be entered against Defendant David Vecchia for failure to file a responsive pleading to Plaintiff's complaint filed March 24, 2003, as required by Federal Rules of Civil Procedure Rule 12(a)(1)(B).

                              PLAINTIFF,
                              BARBARA MURPHY

                              BY: _____
                              Elisabeth Seieroe Maurer (ct11445)
                              Law Offices of Elisabeth Seieroe Maurer, PC
                              871 Ethan Allen Hwy., Suite 202
                              Ridgefield, CT 06877
                              Phone (203) 438-1388
                              Fax (203) 431-0357
                              E-mail esmaurer@esmlaw.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| BARBARA E. MURPHY, (MRK)      Murphy, | Docket No. 3:03 CV 00519 |
| v. | **CERTIFICATE OF SERVICE** |
| THE CITY OF STAMFORD and DAVID VECCHIA,      Defendants. | January 29, 2004 |

I hereby certify that a copy of the foregoing Motion for Default Judgment, Memorandum in Support of Motion for Default Judgment, Affidavit of Elisabeth Seieroe Maurer was sent via certified mail on this 29th day of January 2004 to the following counsel and pro se parties.

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

David Vecchia
P.O. Box 159
West Redding, CT 06896

_____
Elisabeth Seieroe Maurer