## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA E. MURPHY, | : | |
| Plaintiff, | : | |
| | : | NO. 3:03CV519(MRK) |
| v. | : | |
| | : | |
| THE CITY OF STAMFORD and | : | |
| DAVID VECCHIA, | : | |
| Defendants. | : | |
| | : | |

### NOTICE TO PRO SE PARTY

The Court having received defendant David Vecchia's letter, dated February 5, 2004, regarding plaintiff's Motion for Default Entry [doc. #23] filed on February 2, 2004, and with due regard to his *pro se* status, Mr. Vecchia shall have until **March 3, 2004** to file his Answer to plaintiff's Complaint.  Mr. Vecchia shall consult Federal Rule of Civil Procedure 8(b), entitled "General Rules of Pleading: Defenses; Form of Denials," and seek assistance from the Clerk's office as needed regarding the form of the Answer required by the Federal Rules, and thereby avoid an entry of default against him under Fed. R. Civ. P. 55(a).

The Clerk is directed to docket defendant Vecchia's letter as "Objection to Plaintiff's Motion for Default Entry" and send copies to counsel of record.  Furthermore, the Clerk shall refrain from entering a default against defendant Vecchia until **March 3, 2004** in order to afford Mr. Vecchia, a *pro se* party, ample time to comply with this Notice.

IT IS SO ORDERED.

/s/ _____ Mark R. Kravitz _____
U.S.D.J.

Dated at New Haven, Connecticut: February 11, 2004.