February 5, 2002

United States District Court
District of Connecticut
FILED AT      NEW HAVEN

Feb 11 ......... 2004
Kevin F. Rowe, Clerk

By P. A. Villano
Deputy Clerk

Honorable Mark R Kravitz
United States District Judge
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

RE: Murphy v City of Stamford, et al, Civil No 3:03 CV 00519 (MRK)
   *Objection to Plaintiff's motion For Default*

Dear Judge Kravitz:

Please accept this letter as a status report after meeting with Judge Garfinkel for a settlement conference on January 14, 2004. Attorney Maurer and Minor chose not to include me in their letter to you of February 2, 2004. (attached)

I was deposed by above mentioned attorneys in September, 2003 and respectfully and with diligence answered questions for 5 hours. I was surprised to learn from Judge Garfinkel that the court does not receive a copy of the testimony.

I attended a three hour settlement conference with Judge Garfinkel on January 14, 2004.

Today I attended a 4 hour deposition of the defendant (Murphy).

When invited I will respond to all summary judgment letters, narrow issues and claims letters, and written offers mentioned in the attached letter.

I will attend the planned settlement meeting with Judge Garfinkel in April.

Attorney Maurer has sent the court and myself a letter telling us that I am in default. I answered questions for 5 hours and do not understand the issue of default. Kindly send me the name of some one on your staff who can explain what is expected of me and/or the remedy for the default.

Respectfully submitted

*[signature]*

David Vecchia

Cc: Judge Garfinkel , Elizabeth Maurer, James Minor

My address is:
David Vecchia
PO Box 159
West Redding, CT 06896

Email: davidvecchia@hotmail.com
Perhaps a member of your staff could contact me
by email with their phone number. I will promptly
call them and learn how to resolve the default issue.