### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

```
-----------------------------------------------------X
BARBARA E. MURPHY,                   :      3:03 CV 00519 (MRK)
        Plaintiff,                   :
                                     :
        v.                           :      Motion to Modify the Report of the
                                     :      Parties' Planning Meeting
THE CITY OF STAMFORD and             :
DAVID VECCHIA,                       :      March 23, 2004
        Defendants.                  :
-----------------------------------------------------X
```

Pursuant to FRCP Rule 7 and D. Conn. L. Civ. R 7(b), Plaintiff hereby files this Motion for Modification of the Report of the Parties' Planning Meeting.

The parties met with Judge Garfinkel on January 14, 2004, to discuss settlement and submitted the enclosed letter as a status report to Judge Kravitz on February 2, 2004. At that time the parties requested that the scheduling order be stayed until one month after an April conference with Judge Garfinkel or until the talks break down irretrievably.

Since the parties are working together to attempt settlement of this matter, Plaintiff requests that the deadlines be extended as follows:

(a)    All discovery will be completed by November 24, 2004.

(b)    Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts by August 24, 2004.

(c)    Defendant will designate all trial experts and provide opposing counsel with reports from retained experts by October 25, 2004.

(d)    Depositions of Plaintiff's experts to be completed by September 23, 2004.

(e)    Depositions of Defendants' experts to be completed by November 24, 2004.

(f)    Dispositive motions will be filed on or before January 10, 2005. The Joint Trial Memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed within ninety (90) days after the entry on the ruling on the last dispositive motion. If dispositive motions are not filed, the joint trial memorandum required by the Standing Motion on Trial Memoranda in Civil Cases will be filed within ninety (90) days after the completion of all discovery.

(g)    The case will be ready for trial within sixty (60) days after the filing of the Joint Trial Memorandum.

This is the second request for modification. Plaintiff has sought the consent of Defendants and Defendants have consented to the modification. The instant case is not assigned for trial.

PLAINTIFF,
BARBAR E. MURPHY


BY:    _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
e-mail: esmaurer@esmlaw.net

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Motion for Extension of the

Discovery Deadline has been sent, via U.S. First Class Mail, on this 23th day of

March 2004 to the following counsel and pro se parties of record:

David Vecchia
P.O.  Box 159
West Redding, CT  06896


James V. Minor Esq.
Assistant Corporation Counsel
888 Washington Boulevard, Box 101
Stamford, CT   06904-2152

Elisabeth Seieroe Maurer