UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA E. MURPHY,<br>    Plaintiff,<br><br>v.<br><br>THE CITY OF STAMFORD and<br>DAVID VECCHIA,<br>    Defendants. | :<br>:<br>:  NO. 3:03CV519(MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Plaintiff's Motion For Default Judgment [doc. #23], dated January 29, 2004, is hereby **DENIED** as moot. Defendant David Vecchia filed his Answer to Plaintiff's Complaint [doc. #27], on March 3, 2004, as directed by the Court.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                     U.S.D.J.

Dated at New Haven, Connecticut: April 12, 2004.