UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------X
BARBARA E. MURPHY,               :    3:03 CV 00519 (MRK)
    Plaintiff,                              :
                                                  :
    v.                                         :    MOTION
                                                  :
THE CITY OF STAMFORD and    :
DAVID VECCHIA,                         :    April 8, 2004
    Defendants.                          :
----------------------------------------------------X

## MOTION FOR PROTECTIVE ORDER

Barbara Murphy (hereinafter, "Murphy") moves this court for a protective order pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure (hereinafter, "FRCP ____") A protective order is appropriate because as discussed in the attached Memorandum and Moving Affirmation of Elisabeth Seieroe Maurer sworn to April 8, 2004, and the exhibits annexed thereto (hereinafter, "Maurer Aff"), it will protect Murphy from undue annoyance, embarrassment, and oppression.

                      PLAINTIFF,
                      BARBARA E. MURPHY

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
E-mail esmaurer@esmlaw.net