UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
BARBARA E. MURPHY,                : Docket No. 3:03 CV 00519 (MRK)
   Plaintiff,                                :
                                 :
      v.                                       : **CERTIFICATE OF SERVICE**
                                 :
THE CITY OF STAMFORD and   :
DAVID VECCHIA,                          : APRIL 8, 2004
   Defendants.                             :
------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Protective Order, Memorandum in Support of Motion for Protective Order, Affidavit of Elisabeth Seieroe Maurer and exhibits, was sent via first-class mail on this 8th day of April 2004 to the following counsel and pro se parties.

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

David Vecchia
P.O. Box 159
West Redding, CT 06896

_____
Elisabeth Seieroe Maurer