UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------X
BARBARA E. MURPHY,                :    Docket No. 3:03 CV 00519 (MRK)
     Murphy,                      :
                                  :
     v.                           :    NOTICE OF MOTION
                                  :
THE CITY OF STAMFORD and          :
DAVID VECCHIA,                    :    APRIL 7, 2004
     Defendants.                  :
-------------------------------------------------X
```

## NOTICE OF MOTION

The Plaintiff, Barbara Murphy. (hereinafter "Murphy"), by and through her attorneys, The Law Offices of Elisabeth Seieroe Maurer, PC, moves the Court for an order compelling the Defendant City of Stamford (hereinafter "City") to respond to Plaintiff's First Request for Production of Documents dated August 25, 2003, and Plaintiff's First Request for Interrogatories and Second Request for Production of Documents dated September 5, 2003.

This motion is made on the basis that the requested documents and information are either relevant or likely to lead to relevant documents. Plaintiff's counsel has consulted with defendant's counsel on this matter by letter and in

person at the deposition of William Stover and Barbara Murphy without success in an attempt to resolve this matter without court action.

PLAINTIFF,
BARBARA E. MURPHY

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
E-mail esmaurer@esmlaw.net