UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

------------------------------------------------X
BARBARA E. MURPHY,            :     3:03 CV 00519 (MRK)
   Plaintiff,                              :
                                             :
   v.                                         :
                                             :
THE CITY OF STAMFORD and  :
DAVID VECCHIA,                     :     April 7, 2004
   Defendants.                          :
------------------------------------------------X

## CERTIFICATION

I hereby certify that a copy of the foregoing Plaintiff's Notice of Motion to Compel, Memorandum of Law in Support of Motion to Compel, and Affirmation of Elisabeth Seieroe Maurer has been sent, via U.S. First-Class Mail postage prepaid, on this 7th day of April 2004, to the following counsel and pro se parties of record.

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

David Vecchia
PO Box 159
West Redding, CT 06896

_____
Elisabeth Seieroe Maurer