UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| BARBARA E. MURPHY,<br>    Murphy, | Docket No. 3:03 CV 00519 (MRK) |
| v. | **NOTICE OF MOTION** |
| THE CITY OF STAMFORD and<br>DAVID VECCHIA,<br>    Defendants. | APRIL 6, 2004 |

## NOTICE OF MOTION

The Plaintiff, Barbara Murphy. (hereinafter "Murphy"), by and through her attorneys, The Law Offices of Elisabeth Seieroe Maurer, PC, moves the Court for summary judgment pursuant to Federal Rule of Civil Procedure 56.

This motion is made on the basis that there is no genuine issue of material facts to be tried by a jury or the court. Murphy contends that there is no genuine issue of material fact to be tried by a jury or the Court because on October 29, 2003, Murphy served Requests for Admissions on defendant David Vecchia (hereinafter, "Vecchia"). Vecchia provided no response thereto. Accordingly, pursuant to FRCP 36, the matters as to which admissions were sought are deemed admitted.

PLAINTIFF,
BARBARA E. MURPHY,

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
E-mail esmaurer@esmlaw.net