UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
BARBARA E. MURPHY,           :   3:03 CV 00519 (MRK)
   Plaintiff,              :
                             :
v.                           :   **MOTION**
                             :
THE CITY OF STAMFORD and     :
DAVID VECCHIA,               :   April 6, 2004
   Defendants.             :
---------------------------------------------------X

## MOTION FOR SUMMARY JUDGMENT

Plaintiff, Barbara Murphy, (hereinafter "Murphy") hereby moves for summary judgment, pursuant to Federal Rule of Civil Procedure Rule 56 (hereinafter "FRCP ___") because there is no genuine issue of material fact to be tried by a jury or the Court.

Murphy contends that there is no genuine issue of material fact to be tried by a jury or the Court because on October 29, 2003, Murphy served Requests for Admissions on defendant David Vecchia (hereinafter, "Vecchia"). Vecchia provided no response thereto. Accordingly, pursuant to FRCP 36, the matters as to which admissions were sought are deemed admitted (Murphy's Requests for Admissions is attached as Exhibit "A" to the Maurer Aff). Because those admissions and the documents and the proceedings referred to therein, as well as the pre-trial deposition testimony of Vecchia cover all material facts in the case, there are no genuine issues of material fact to be tried by a jury or the Court and this case is ripe for summary judgment.

Plaintiff respectfully submits the accompanying Memorandum of Law in Support of her Motion; the affidavit of Elisabeth Seieroe Maurer, together with exhibits; and a Local Rule 56(a)1 Statement, all of which are incorporated herein by reference.

PLAINTIFF,
BARBARA E. MURPHY

BY: _____
Elisabeth Seieroe Maurer (ct14445)
Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
E-mail esmaurer@esmlaw.net