UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------X
BARBARA E. MURPHY,              :        Docket No. 3:03 CV 00519
(MRK)
      Murphy,                   :
                                :
         v.                     :        CERTIFICATE OF SERVICE
                                :
THE CITY OF STAMFORD and        :
DAVID VECCHIA,                  :        APRIL 6, 2004
      Defendants.               :
-----------------------------------------------X
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Summary

Judgment, Memorandum in Support of Motion for Summary Judgment,

Affidavit of Elisabeth Seieroe Maurer and exhibits, and Notice to Pro Se

Litigants Opposing Motion for Summary Judgment as required by Local Rule

of Civil Procedure 56(b) was sent via certified mail on this 6th day of April

2004 to the following counsel and pro se parties.

James V. Minor                          David Vecchia
Assistant Corporation Counsel           P.O. Box 159
888 Washington Boulevard, Box 10152     West Redding, CT  06896
Stamford, CT 06904-2152

Elisabeth Seieroe Maurer