HONORABLE M.R. Krautz
DEPUTY CLERK K. Childress RPTR/ERO/TAPE Flea   CP/cvmhrg (January 10, 2002)

TOTAL TIME: _1_ hours _10_ minutes

DATE 4/16/04   START TIME 3:00   END TIME 3:10
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Murphy

CIVIL NO. 3:03cv519mrk

Maurer
Elizabeth A. Seieroe
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL
James Minor
Defendants Counsel

Stamford, et al

David Vecchia (pro-se)

**COURTROOM MINUTES - CIVIL** (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (shcwhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmtdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

| | | | | | as to sanctions | |
|---|---|---|---|---|---|---|
| ☑ | #34 | Motion to compel / sanctions | ☑ granted | ☑ denied | ☐ advisement |
| ☑ | #30 | Motion for protective order | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #39 | Motion sum. judgment | ☐ granted | ☑ denied | ☐ advisement |
| ☑ | #28 | Motion Ext. of time | ☑ granted | ☐ denied | ☐ advisement |

Hearing continued until _____ at _____