FILED
APR 19  1 30 PM '04
[DISTRICT COURT
NEW HAVEN, CONN.]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------X
BARBARA E. MURPHY           :      CIVIL ACTION NO.
    Plaintiff               :      3:03CV519(MRK)
                            :
v.                          :
                            :
CITY OF STAMFORD,           :
ET AL                              April 14, 2004
    Defendant               :
-------------------------------------------------X

## APPEARANCE

Please enter my appearance on behalf of the Defendant, the City of Stamford.

            THE DEFENDANT
            CITY OF STAMFORD

            THOMAS M. CASSONE
            CORPORATION COUNSEL

BY _____
    James V. Minor
    Assistant Corporation Counsel
    (Bar No. CT 06713)
    888 Washington Blvd.
    P.O. Box 10152

Stamford, CT 06904-2152
203-977-4087

### Certification

I hereby certify that on April 16, 2004 a copy of the foregoing was mailed first-class, postage prepaid, on this date to:

Elisabeth Ann Seieroe Maurer
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877

David Vecchia
P.O. Box 159
West Redding, CT 06896

James V. Minor