# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA E. MURPHY, | : |
| Plaintiff, | : |
| | :    NO. 3:03CV519(MRK) |
| v. | : |
| | : |
| THE CITY OF STAMFORD and | : |
| DAVID VECCHIA, | : |
| Defendants. | : |
| | : |

## RULING AND ORDER

The Parties having appeared before the Court on April 16, 2004, the Court enters the following orders on pending motions:

1.      Plaintiff's Motion to Compel [doc. # 34] is GRANTED IN PART and DENIED IN PART.  No later than May 14, 2004, Defendant City of Stamford will provide Plaintiff with complete answers to outstanding Interrogatories and provide all documents requested by all outstanding document requests.  Plaintiff's request for imposition of sanctions is DENIED.

2.      Plaintiff's Motion for Summary Judgment [doc. # 39] is DENIED without prejudice to renewal if necessary.  No later than May 14, 2004, Defendant Vecchia shall serve answers to Plaintiff's Requests For Admissions and shall also provide all documents requested in Plaintiff's outstanding document requests.

3.      Plaintiff's Motion for Protective Order [doc. # 30] is GRANTED IN PART and DENIED IN PART.  The continuation of the deposition of Plaintiff will be conducted by use of

1

video conferencing facilities so that the Plaintiff is in a different location from the Defendants, and there shall be both a paper transcript and a videotape of the deposition.  Defendant City of Stamford has agreed to bear the cost of video conferencing and videotaping the deposition as an initial matter, without prejudice to its right to seek to impose some or all of those costs on Plaintiff or Defendant Vecchia in the future.  Plaintiff may redact certain particularly sensitive portions of her medical record so long as she does so in an open and obvious manner and files an unredacted copy of the medical record under seal (along with a motion to seal) with the Court. Defendants shall have the right to move the Court to open any redacted portion of Plaintiff's medical record.  The Court may impose monetary and other sanctions on any party, counsel or pro se litigant who engages in any misconduct or misbehavior during the deposition of Plaintiff or any other witness or who uses any deposition or court processes for an improper purpose or for purposes of harassment.

IT IS SO ORDERED,


/s/          Mark R. Kravitz
                      U.S.D.J.


Dated at New Haven, Connecticut: April 16, 2004