UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA E. MURPHY,              : | |
|         Plaintiff,              : | |
|                                 : | NO. 3:03CV519(MRK) |
| v.                              : | |
|                                 : | |
| THE CITY OF STAMFORD and        : | |
| DAVID VECCHIA,                  : | |
|         Defendants.             : | |
|                                 : | |

## MODIFIED SCHEDULING ORDER

Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting (Doc. #28) is hereby **GRANTED** to the following extent.

1. **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **November 24, 2004**:

   **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules. Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2. **Expert Discovery**: Plaintiffs' expert reports will be served by **August 24, 2004**. All depositions of plaintiff's experts will be completed by **September 23, 2004**. Defendant's experts reports will be served by **October 25, 2004**, and all depositions of defendant's experts will be completed by **November 24, 2004**.

3. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **December 20, 2004**.

4. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **January 3, 2005**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

5. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **January 3, 2005**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

6. **Status Conference:** A TELEPHONE STATUS CONFERENCE WILL BE HELD ON **DECEMBER 8, 2004 AT 8:30 A.M.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **December 1, 2004**.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                   U.S.D.J.

**Dated at New Haven, Connecticut: April 20, 2004**.

```
RE:     CASE NO. 3:03CV519 (MRK)
------------------------------------------------------------------

TO:     COUNSEL OF RECORD:


------------------------------------------------------------------
```

On or before **December 1, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

```
                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK
```