UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
APR 23  2 31 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

-----------------------------------------------X
BARBARA E. MURPHY,                  :     Docket No. 3:03 CV 00519 (MRK)
    Murphy,                         :
                                    :
    v.                              :
                                    :
THE CITY OF STAMFORD and            :
DAVID VECCHIA,                      :     April 21, 2004
    Defendants.                     :
-----------------------------------------------X

### PLAINTIFF'S MOTION TO SEAL

The Plaintiff, Barbara Murphy, by and through her attorneys, The Law Offices of Elisabeth Seieroe Maurer, PC., hereby submits Plaintiff's Motion to Seal a copy of Plaintiff's medical records pursuant to Local Rule 5 and the protective order granted by the Honorable Judge Mark Kravitz April 16, 2004.

Elisabeth Seieroe Maurer
871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877
203-438-1388
Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------X
BARBARA E. MURPHY,               :    Docket No. 3:03 CV 00519 (MRK)
   Murphy,                              :
                                                 :
        v.                              :    **CERTIFICATE OF SERVICE**
                                                 :
THE CITY OF STAMFORD and    :
DAVID VECCHIA,                       :    April 21, 2004
   Defendants.                       :
-----------------------------------------------------X

    I hereby certify that a copy of Plaintiff's Motion to Seal, pursuant to Local Rule 5 and the protective order of the Honorable Judge Mark Kravitz, has been sent postage prepaid, on this 21st day of April, 2004, to the following counsel and pro se parties of record:

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

David Vecchia
P. O. Box 159
West Redding, CT 06896

                                                       Elisabeth Seieroe Maurer