UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA E. MURPHY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03cv519 (MRK) |
| | : | |
| THE CITY OF STAMFORD and DAVID VECCHIA, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff Barbara E. Murphy filed a Motion to Seal [doc. #50], along with a redacted version of her therapists's treatment notes [doc. #49], as well as an unredacted copy of the treatment notes under seal [doc. #49], in conformity with the Court's Ruling and Order [doc. #47] ¶ 3.  The Court therefore GRANTS Ms. Murphy's Motion to Seal [doc. #50].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 27, 2004.