UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------X
BARBARA E. MURPHY,                       :     Docket No. 3:03 CV 00519 (MRK)
    Murphy,                                        :
                                                :
    v.                                                    :
                                                :
THE CITY OF STAMFORD and          :
DAVID VECCHIA,                              :     October 19, 2004
    Defendants.                                 :
----------------------------------------------------X

TO THE CLERK of this court and all parties of record:

    Please enter the appearance of Eva M. Puorro as counsel to the Plaintiff, Barbara E. Murphy, IN ADDITION TO counsel of record.

                          PLAINTIFF,
                          BARBARA E. MURPHY

                          BY: __/S/_____
                          Eva M. Puorro  (ct 25772)
                          Law Offices of Elisabeth Seieroe Maurer, PC
                          871 Ethan Allen Hwy., Suite 202
                          Ridgefield, CT 06877
                          Phone (203) 438-1388
                          Fax (203) 431-0357

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance has been sent via facsimile, and first class mail via the United States Postal Service, postage prepaid, on October 19, 2004 to the following counsel of record

    James V. Minor
    Assistant Corporation Counsel
    888 Washington Boulevard, Box 10152
    Stamford, CT 06904-2152

I hereby certify that that a copy of the foregoing Notice of Appearance has been sent via first class mail via the United States Postal Service, postage prepaid, on October 19, 2004 to the following party of record:

    David Vecchia
    PO Box 159
    West Redding, CT 06896

                      _____/S/_____
                      Eva M. Puorro  (ct 25772)