# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA E. MURPHY, | : | |
| Plaintiff, | : | |
| | : | NO. 3:03CV519(MRK) |
| v. | : | |
| | : | |
| THE CITY OF STAMFORD and | : | |
| DAVID VECCHIA, | : | |
| Defendants. | : | |
| | : | |

## MODIFIED SCHEDULING ORDER

Having conferred telephonically with the parties on December 8, 2004, the following

modified scheduling shall govern.

1. **Discovery:**  All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **March 1, 2005**:

   **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules.  Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2. **Expert Discovery**: Plaintiffs' shall disclose their experts by **December 20, 2004**. Plaintiff's expert reports will be served by **January 10, 2005**.  Defendants' experts reports will be served by **February 10, 2005**, and all depositions of experts will be completed by **March 1, 2005**.

3. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert  v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **April 1, 2005**.

4. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **May 15, 2005**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

5.    **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **May 15, 2005**.  If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

6.    **Status Conference:** A TELEPHONE STATUS CONFERENCE WILL BE HELD ON **MARCH 10, 2005 AT 8:30 A.M.**  Plaintiff's counsel will initiate the conference call.  The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **March 3, 2005**.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: December 8, 2004**.

RE:     **CASE NO. 3:03CV519 (MRK)**
----------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


----------------------------------------------------------------

On or before **March 3, 2005,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with
certification copies sent to all counsel of record] AN ORIGINAL
STATUS REPORT, STATING THE FOLLOWING:

     (a)   THE STATUS OF THE CASE, IDENTIFYING ANY PENDING
MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE
PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

     (b)   INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A
UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL
MASTERS PROGRAM;

     (c)   WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A
MAGISTRATE JUDGE; AND

     (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                         BY ORDER OF THE COURT
                         KEVIN F. ROWE, CLERK