UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------X
BARBARA E. MURPHY,                    :    DN 3:03 CV 00519 (MRK)
     Plaintiff,                       :
                                      :
     v.                               :
THE CITY OF STAMFORD and              :
DAVID VECCHIA,                        :    March 31, 2005
     Defendants.                      :
-----------------------------------------------------X
```

**APPENDIX- EXHIBITS, DEPOSITION EXCERPTS AND AFFIDAVITS**

1. **Exhibits**

    A. Murphy arrest warrant affidavit affidavit 10/26/00 6 pgs

    B. Murphy CHRO complaint 9/26/01

    C. Murphy letter to Judge Comerford opposing AR 1/10/02

    D. CHRO letter- no merit- 2/11/02

    E. CHRO right to sue letter dated 3/3/02; Same, EEOC, dated 4/24/02

    F. Board of Mediation decision upholding termination of Dave Vecchia 2/14/03

    G. Stover notes of September-October 1998 meetings

2. **Excerpts of Depositions**

    a. Barbara Murphy, plaintiff

    b.  David Vecchia, fired co-employee

    c.  William Stover, Assistant Director of Human Resources

    d.  Detective Carl Strate, Stamford Police Dept.

**3.  Affidavits**

    a.  Thomas Cassone, Director of Legal Affairs

    b.  Fred Manfredonia, Human Resources Specialist

    c.  Assistant Fire Chief Peter Brown

    d.  Deputy Fire Chief Robert Lehn


THE DEFENDANT, CITY OF STAMFORD

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY_____
    James V. Minor
    Assistant Corporation Counsel
    Bar No. CT 05963
    888 Washington Boulevard, Box 10152
    Stamford, CT  06904-2152
    (203) 977-4087 fax 977-5560

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appendix was mailed, postage prepaid, this 31th day of March, 2005, to the following:

| | |
|---|---|
| Law Offices of Elisabeth S. Mauer, PC | David Vecchia |
| 871 Ethan Allen Hwy, Suite 202 | 5 Ridgefield Road |
| Ridgefield, CT 06877 | Bethel, CT 06801 |

_____
    James V. Minor
    Assistant Corporation Counsel

2