## MANUAL FILING NOTIFICATION

Regarding: __MURPHY V. STAMFORD 3:03 CV 00519 (MRK)__ Appendix with exhibits and deposition excerpts, Defendant City of Stamford's Motion for Summary Judgment

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions.

This filing was not efiled for the following reason(s):

xx_ Voluminous Document (PDF file size larger than the efiling system allows)

xx_ Unable to Scan Documents (Ex. A, handwritten arrest affidavit, Ex. G, handwritten notes)

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

THE DEFENDANT CITY OF STAMFORD

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

By: _____
James V. Minor (CT 06713)
Assistant Corporation Counsel
888 Washington Boulevard PO Box 10152
Stamford, CT 06904-2152
(203) 977-4087
Fax (203) 977-5560