UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
BARBARA E. MURPHY,                : Docket No. 3:03 CV 00519 (MRK)
   Murphy,                                  :
                                                  :
              v.                        : **NOTICE OF MOTION**
                                   :
THE CITY OF STAMFORD and  :
DAVID VECCHIA,                       : APRIL 1, 2005
   Defendants.                           :
------------------------------------------------X

## NOTICE OF MOTION

The Plaintiff, Barbara Murphy. (hereinafter "Murphy"), by and through her attorneys, Maurer & Associates, PC, moves the Court for partial summary judgment pursuant to Federal Rule of Civil Procedure 56.

This motion is made on the basis that there is no genuine issue of material facts to be tried by a jury or the court for Plaintiff's claims of civil assault (Cause of Action Nine); invasion of privacy (Cause of Action Ten); and intentional infliction of emotional distress (Cause of Action Eleven). Murphy contends that there is no genuine issue of material fact to be tried by a jury or the Court on those claims because Vecchia has made admissions of facts under Rules 8(d), 12 and 36 of the Federal Rules of Civil Procedure, and pursuant to Rules 801(d) and 803(8) of the Federal Rules of Evidence. Accordingly, partial summary judgment is warranted on those claims.

Plaintiff respectfully submits the following in support of this motion: Memorandum of Law; Affirmation of Eva M. Puorro with exhibits; a Local Rule 56(a)1 Statement and a Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required by Local Rule of Civil Procedure 56(b).

> PLAINTIFF,
> BARBARA E. MURPHY
>
> BY: _____
> Elisabeth Seieroe Maurer (ct11445)
> Eva M. Puorro (ct25772)
> Maurer & Associates, PC
> 871 Ethan Allen Hwy., Suite 202
> Ridgefield, CT 06877
> Phone (203) 438-1388
> Fax (203) 431-0357

2