174.    Vecchia left a bullet on her deck, a frog in the front lawn, balloons on her car, followed her at work, and sent her numerous articles and packages through interoffice mail.

175.    Vecchia would continuously stare at Murphy in an abnormal manner as to purposely frighten her.

176.    Vecchia should have realized that his conduct involved an unreasonable risk of causing emotional distress and that distress, if it were caused, might result in illness or bodily harm.

177.    Murphy's emotional distress was caused by the continuous conduct of Vecchia.

178.    Murphy's emotional distress is severe, causing illness and bodily harm and affects her life on a daily basis.

179.    As a result of the Vecchia's conduct, Murphy has suffered damage that she should be compensated for.

## AS AND FOR A THIRTEENTH CAUSE OF ACTION
### (Violation of Conn. Gen. Stat. Sec. 46a-60 by the City of Stamford)

180.    The allegations of paragraphs 1 – 179 are fully and completely incorporated by reference into this paragraph 180.

181.    Murphy reported and complained about Vecchia's sexual harassment of her to proper officials of the City.

182.    The City should have known that if they did not stop Vecchia's sexual harassment of Murphy, that she would likely suffer emotional distress.

183.    Vecchia's conduct toward Murphy was extreme and outrageous.

184.    Murphy has suffered emotional distress due to the conduct of Vecchia toward her.

185.    The emotional distress Murphy has suffered due to Vecchia's conduct is severe and has dramatically affected her way of life.

186.    As a result of the City's conduct, Murphy has suffered damage that she should be compensated.

WHEREFORE, Plaintiff prays that the Court enter judgment in her favor and against the Defendants on all above Counts and award;

(a)    compensatory damages, including front pay, back pay; lost wages, economic loss;

(b)    emotional/mental distress, humiliation, and/or injury to Plaintiff's reputation damages;

(c)    punitive damages in an amount not less than five million dollars;

(d)    reasonable attorney fees;

(e)    pre and post judgment interest, amount to be determined at trial; and

(f)     any further relief that may be just and equitable.

PLAINTIFF,
BARBARA MURPHY

BY:     _____

Elisabeth Seieroe Maurer (ct11445)
The Law Offices of Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
email: esmaurer@snet.net

32

# EXHIBIT 1

# K. PARKER MAYO, INC.

DETECTIVE AGENCY

P.O. BOX 1048

## CONFIDENTIAL

NEW MILFORD, CONNECTICUT 06776
Phone: (860) 354-8503
Fax: (860) 354-3467

*NRA #9588*
*00-10-11-0163*
*Item #2*

March 24, 1998

Mary Vecchia
600 Redding Road
Redding, CT 06875

Dear Ms. Vecchia;
Pursuant to your request, we conducted a surveillance
on your husband, David Vecchia.  The following is a
list of dates and activities that were observed by our
investigator.

On Friday, March 6, at approximately 4:10 pm, our
investigator attempted to locate Mr. Vecchia's vehicle
at the public works department on Shippen Avenue and
the government center on Atlantic Street.  Mr.
Vecchia's vehicle was not at either location.  Our
investigator then checked a number of bars however,
Mr. Vecchia's vehicle was not there either.  The bars
checked were the Fiddlers Green, Harry O's Place,
Beamers, The Zebra Club and several others in the
area.

On Friday, March 20, our investigator located Mr.
Vecchia's gold Geo Prizm, (CT 454-BJG) at the
government center parking garage, 2nd floor at
approximately 3:00 pm.  At approximately 5:35 pm. Mr.
Vecchia was observed walking to his car and then
driving out of the parking garage.

Mr. Vecchia was followed to southern Stamford, where
he turned on to Iroquois Avenue from Shippen Avenue'.
This is a residential neighborhood and Iroquois Avenue
is a one way, dead end street which ends at the water.
At the end of the street, Mr. Vecchia parked his car
and was then seen entering a small tavern called
"Brennan's".  This bar is very small and appeared to
cater to local residents.  Our investigator entered
the establishment and found that it was filled with
mostly blue collar workers.  At the time there were no
women present.  Mr. Vecchia sat at the middle of the

## CONFIDENTIAL

Vecchia Report
Page 2
March 24, 1998


bar area and ordered a bottle of Budweiser.  Mr.
Vecchia had several brief conversations with the other
men at the bar, some of which acted as if they knew
him.

At approximately 6:30 pm, our investigator left the
bar and continued the surveillance from across the
street with a view of Mr. Vecchia through the window.
Mr. Vecchia was observed several times walking around
carrying a bottle of Budweiser.

At approximately 9:30 pm, our investigator noticed a
car pull up around the corner from Brennan's bar and
two women, approximately in their 30's, exited the car
and headed towards Brennan's bar.  Our investigator
had a brief conversation with one of the women before
she entered the bar.  Our investigator was standing
outside Brennan's when the two women came back outside
and seemed to be upset.

The woman with the dark hair was heard stating "That
psycho, Dave, was in there, at the bar" to her friend.
The friend stated "Really?" and the dark haired woman
replied, "And I told him he was psycho too.  Let's get
out of here."  The women then entered their car and
left.  Approximately 10 minutes later, Mr. Vecchia
left the bar, got in his car and headed toward
Stamford city again.

Mr. Vecchia was followed through the Stamford city
streets at high rates of speed (50 to 60 mph in a 30
mph zone) and it was was noted that he appeared to be
driving erratically.  Our investigator followed Mr.
Vecchia south on Route 1 to the Stamford-Greenwich
town line where Mr. Vecchia was observed executing a
left turn into a bar called the "The Terrace Club".
Mr. Vecchia missed the entrance to the club and ran

Vecchia Report
Page 3
March 24, 1998

over the cement curb before the entrance. He then
proceeded to drive through the parking lot as if he
were looking for someone. The Terrace Club is a dance
club and bar frequented by young adults. Mr. Vecchia
was observed leaving the parking lot at around 10:00
pm and headed east of Route 1 toward Stamford. He was
again travelling very fast and driving erratically.
At this point, our investigator had lost visual
contact with Mr. Vecchia due to city traffic signals
and his erratic driving. Our investigator continued
searching area drinking establishments for Mr.
Vecchia's vehicle but was unable to locate it.
Pursuant to your request, the surveillance was
terminated.

If we can be of any further assistance in this matter,
please call the office.

Respectfully,

Gary Paist
GP:ci

CONFIDENTIAL

# EXHIBIT 2





CRA #95
00-50-11-0163
ITEM #
CONFIDENTIAL





Daniel Morabito          Janet Morann

JANET MORANN  Jan. Jem 76. Discus Throwers have me
known for breakfast with M.F.. always remember the track me-
bus trips Be alive with Pleasure. Be good P.B. Company
GLORIA MORGAN  A student that didn't like school too mu
admired her men and liked to party on weekends
RUDY F. MOSSA  Rude. Good times     MCTC. Saturday n
Spirit Shop! Never forget Summer '75, Quad. basketball ga
"Cruisin".   7th per. deli     Dreams TR6, MG, UCLA forv
Admires E.L. future plans include college
LISA ANN MOWNN  Come live with me and be my love, and
some new pleasures prove of golden sands and crystal brook
silken lines; silver hooks. John Dunne
BILL MULLIGAN  Loves skiing and curling; will never forg
and cruising through Rev. Woods during study. Enjoyed partyi
Jive Jr., Gogo, Babalou, Chuckles, and B.O.N.G.; loved keg p
was 4 yrs. of pure insanity!
DIANE MURPHY  Murf "Our Gang". Libs laughs. Vodkie
punch, R.Race and "Jeep", "Touch the Earth, take care of it an
take care of you."
KEVIN MURPHY  "Murf"    . Hey Duf   . see you in fi
Partin   "as it were". ... nice size 18's    Don't kick me o
Canary. I'll be good!"   . let's get to class     Elwood! adi...
ARETHA NEWTON  Virgo, sign of a woman. Loves to talk
loves to go to NEW HAVEN — enjoys parties and dancing. 
her man (D.B.) and her sister (R.N.). Will always remember 7
April. C.B.






Diane Morrell          Gloria Morgan






Rudy Mossa          Lisa Mownn          William Mulligan          Barbara Murphy









# EXHIBIT 3

STATE OF CONNECTICUT
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Date _9/11/99_
Time Started _1810_
Time Ended _1840_
_938-2527_

STATEMENT OF _Mary Vecchia_

_Mary Vecchia_ ... date of birth _1/23/5?_

_600 Redding Rd_ ... town/city of _Redding C?_

following statement, without fear, threat, or promise, knowing that it may be used against me in court. I have been advised of my ri...
that I have a right to consult with an attorney prior to any questioning and to have the attorney present during the questioning; t...
the police, I can terminate the questioning at any time; that if I cannot afford an attorney, one will be appointed for me by the c...
the above rights and, at this time, waive them. I have also been advised that any statement(s) made herein which I do not believe...
...ch statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. se...

I reside at 600 Redding Rd with my two children David age 13
Allen age 10. I am in the process of divorcing my husband of 14 yr
(Richard) Vecchia. I have been seperated from David since Sept. 14, 1998
. David and I currently share equal custody of the children although I h...
a motion pending at Danbury superior court for full custody of the chil...
After David and I seperated, the children and I moved into
my parents home at 614 Redding Rd (approx Nov. 1998). At this time
...an receiving numerous phone calls from David at this residence (93...
The calls soon became overbearing so I began documenting them.
David placed hundreds of calls to the residence between Nov 1998 and ...
...99. I have personally told David to stop calling me as did my fat...
on several occasions.

In Aug 1999 I moved back to my residence at 600 Redding
(The children and I were permitted residence by the court). Dav...
began calling me at this residence. I then changed the phon...
number and David again started to call my father's home in an atte...
contact me and/or the children. David would place the calls fr...
mothers home - Bethel Ct, his work - Stamford Ct, from payphones in
...ous areas of Redding Ct and from areas "out side of area or unavai...

...my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of ...
...and belief.

**CONFIDENTIAL**

Signature: _x Mary Vecchia_

Signature: _____

...appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
...d endorse here:

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Case Number: A99-332007

STATEMENT OF Mary Vecchia _____ (Cont.)

... as I had acquired caller I.D.

In July 1999 David began sending me and the children letters. Since July 15, 1999 David has sent us letters daily. These letters total approx 70.

The content of the letters addressed to the children seldom vary. They consist primarily of the detailed events of David's day (from breakfast to business dealings). The letters have become very annoying to the children and they no longer want to read them. The children have become very upset with the letters and feel that "they are weird".

The content of the letters sent to me consists of pleads of reconciliation & resolution. A couple of the letters have quoted scriptures from the Bible. The letters have become very disturbing to me and I feel that David may "snap" at some point. The letters represent the communication David has had with me in our 14 yrs of marriage. Also, on several occasions, I have noticed that David has followed me and the children to various places throughout Redding, Ridgefield and Danbury, on approx 10 different occasions David has left gifts for me or the children. I have become very alarmed at David's actions and fear for my wellbeing and the wellbeing of the children. David continues to write that he will see us at many locations (community events, school & church). We now fear going to these places. I want David to stop harassing us and to leave us alone. I have requested that he only contact us through our attorneys.

my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my and belief.

Signature: Mary Vecchia

appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
endorse here: _____

# EXHIBIT 4

STAMFORD POLICE DEPARTMENT
Stamford, Connecticut

# VOLUNTARY STATEMENT

PAG

DATE _10/26/00_____ PLACE _805 Bedford Street_____ TIME STARTED __5:25_

I, _Barbara Murphy_____ am _42_ years old. My date of birth is _03/25/58_

I live at _9 Knollwood Road, Norwalk, Ct._____ Telephone No. _203-866-5207_

I am employed at _City of Stamford Fire Dept._____ Telephone No. _203- 977-4785_

I give the following voluntary statement to _Officer Carl Strate #9588_____
who has identified himself as a Stamford Police Officer, and who
HAS DULY WARNED AND ADVISED ME, AND I KNOW:

1. That I have the right to remain silent and not make any statement at
   all._____

2. That anything I say can and will be used against me in court._____

3. That I can hire a lawyer of my choice to be present and advise me before
   and during this statement._____

.. That if I am unable to hire a lawyer, I can request and receive appointm
   of a lawyer by a proper authority, without cost or charge to me, to be
   present and advise me before and during this statement._____

5. That I can refuse to answer any questions or stop giving this statement.
   anytime I want to._____

**CONFIDENTIAL**

WAIVER

I give this statement freely and voluntarily without fear of threat or
inducement by a promise, and I wish to do so without the presence of an
attorney.

I have read or have had read to me, the above listed rights that I am entit
to under the Constitution of the United States, and I do waive them at this
time.

_W. Carl Strate #9588_____          _α Barbara E Murphy_____
         Witnessed                      Signature of person giving voluntary statement

                                        Time _5:27 P.M_   Date _10/26/00_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I have read or have had read to me, each page of the statement hereto annex
of_____pages, each page of which bears my signature and corrections, if any
bear my initials, and I certify that the facts contained therein are true a
correct.  I fully understand that if I made a statement that is untrue and
which is intended to mislead a law enforcement officer in the performance o
the official function, I will be in violation of Section 53a-157, Connectic
General Statutes, which is a class A misdemeanor.

This statement was completed at _7:45 PM_M. on the _26th_ day of _October_ ≈ 20(

_W. Carl Strate #9588_____          _Barbara E Murphy_____
         Witnessed                      Signature of person giving voluntary statemen

SUBSCRIBED AND SWORN TO BEFORE ME THIS_26th_ DAY OF _October_ ≈ _2000_

Stamford Police Dept.          **CONFIDENTIAL**
Stamford, Ct.

Statement of: Barbara Murphy  Date: 10/26/00      Page:  *2*  Of:  *7*

My name is Barbara Murphy, I have worked for The City of Stamford for the past 17 years. I worked in the Payroll Dept. for the first 13 years, and since then have worked at The Fire Dept. as an Administrative Assistant. I live in Norwalk, Ct. with my mother.

While I worked at the Payroll Dept. I met a guy named David Vecchia, he had become the new Purchasing Agent for The City of Stamford. We both worked on the 10th floor of the Government Center during that time. I would see him at work, and would exchange pleasantries, and just take care of business. I did happen to work on two committees with him where there were other people involved as well. One time he had asked to me to lunch, this was after we had worked on a newsletter and manual for HTE system, he wanted to do this as a thank-you for working on the Manual and the newsletter, so I went and brought the manuel for him to review at lunch. It was just the two of us, and we went to Antonio's in Stamford on the west side. While at lunch, he made a comment about me being pretty, and it made me feel uncomfortable, so I never had lunch with him again. He didn't do anything wrong whatsoever, but, I just felt uncomfortable.

When I took a promotion at The Fire Dept., David sent me candy a couple of times, I got Christmas & Valentine color candy. He would always send M&M's and/or Starburst, he knew they were my favorite, I think he overheard me telling someone one day, he might of even of told me that. After a few times, I started to feel uncomfortable, and everyone at work was starting to make a joke of it. I told David not to send anymore candy! He stopped doing that.

On Thursdays, after work, all of us would go to the "Alive At Five" downtown, it was like a thing, we all went. I started to notice that David would be there as well, and as time went on, he would get a little closer to our group, meaning proximity. He would come by himself, not many people socialize with David, he is kind of a loner and odd. He would say "hello" and just stay in the area.

One time we were all leaving and talking about going to Brennans, and when we got there, he showed up. I had never seen him there before. It was no big deal, he just stayed around and drank. Now everytime we go to Brennans, he starts to show up. We would go pretty much on Friday nights and after "Alive At Five". But, primarily on Friday nights. He would start to show up on a regular basis and just stay to himself. After a few times, he

would start to buy people drinks, including me. I didn't think anything of it, but, when I was with my girlfriend and he paid for my food tab, then I thought it wasn't appropiate, and he was a little weird or odd. When he bought for my food that time, I told it was very nice, but, don't do it again, I even told the bartender not to let him pay for anything concerning me. But, when I would see him at work again, he would just say, "hello" and nothing else. After these incidents, he started to make me and my friends feel uncomfortable, so I tried to avoid him whenever I could. We just stayed away from him, we never really hung out with him, but, we just tried to stay away.

I would be staying at the bar and the next thing I knew, he would be standing right behind me, not saying anything, he would be just inches away, he would be all in my space.          **CONFIDENTIAL**

One time at Brennans, he stood at the end of the bar and just started to scream my name, he was screaming, "Barbara Murphy". I had to go over and tell him to shut up. This was at the Brennans in Stamford on Iroquois Road, this happen in 1998. Initially all of this started sometime in 1997.

In the past the bartender or the owner at Brennans have cut him off, and even thrown him out because of his behavior towards me. My friends would also complain about him bothering me. In the past, I have had different people walk me out when I would leave, because David would follow me out and stare, he would make me feel uncomfortable.

One time, when I left Brennans I was walked out by Jason, the bartender and David follow me out, but, another bartender had to come out and told David to get back in the bar and leave me alone. Everyone in the bar knew he was bothering me, and that I was getting afraid of this.

I then started not wanting to go there, I would have my friends go in first, if he was there I wouldn't go in. I wouldn't go as much, I didn't want to deal with it. Whenever I would see him at Brennans, I would go home, and get hang up calls all night long, someone would call and just stay on the line, not say anything, I would do the hanging up. I started to call the bar back when I would get these call, because I could a lot of noise in the backround. When I would call, they would tell me that David had been on the phone. One time there was a balloon on my car at Brennans for my birthday, and got phone calls all night when I got home. That night David was very disruptive at Brennans, that might have been the night he was calling out my name. I couldn't leave alone, because he would always follow me out and just stand there and watch me.

I remember the phone calls starting around January of 1998, the calls would be all night long at my home in Norwalk. That first night of the calls,

*off. Carl Stuart 9588    BarAmk Mu/h    CRS fgln*

I had left Brennans with a guy named "Chad" and David had seen us leave, the very next day, my mirror on my car was smashed at my home in Norwalk.

On January 30, 1998, I had to have a person at Brennans walk me out of the bar and make believe he was leaving with me because I wanted David to think I was with someone so he would leave me alone. When we left, we got to the car, and then David came out, so I had this guy who had walked me to my car get in my car and I would drop him off around the corner. When we went to pull away, David stood directly in front of the car, he would let me go forward, he never said anything, just stood there, it was totally weird! So, I back up and then drive up a one way street, drop this guy off and then just leave. I got phone calls all night when I got home. I would always get these calls when I would see David out.    CONFIDENTIAL

On March 20, 1998, I was at Brennan's and David showed up. He was acting weird and staring at me and after a while a friend of mine named Ed was getting ready to leave so I asked him if he could walk me out. Ed lived a couple of streets down and I said I would give him a ride home. So I did. That same night when I got home and went to sleep, my mother woke me up at about 2:30am. She tells me someone is in the driveway of our house, I get up and don't see anything, my mother told me she thought it might have been a light colored car. We then went back to bed. The next morning, which was Saturday, I realized my briefcase was missing from my car which was in the driveway of my home. I had left it in the back seat, and had left the car unlocked. I started to think about all of these things that happened, and thought it was David Vecchia that did this. I called my friend, Ben Fraser and told him what had been happening and about my feeling, that I felt like I was being stalked! I told him that I thought that David had broke into my car, so, after speaking to Ben, Ben suggested I call David and ask for my breifcase back. I decided to call David, and did, leaving a message at his home. It was brief and to the point, stating, I needed my briefcase and to return it to The Central Fire Station at a certain time. At one point, I was about to go out and went into my purse and saw green and white Rosary beads on the bottom of my purse, they weren't mine, I don't know how they got there. I believed that David had put them in my purse from the night before while I was at Brennans.

On the same day, in the evening hours I received a phone call from David, saying, "he had done what I requested, and how sorry he was, that I was always nice to him, and that he was s sick man and didn't know why he had done this". I told him to leave me alone and just hung up. I couldn't believe that he had done this and that he was stalking me. I knew now that

off. Carl Shart #9588    Barbara E Murphy    CPD  Brun

Page 5 of 7

this was all real. The next morning I go to The Fire Dept. and get my
briefcase, when I got home and open it, I realize everything is all ripped up
and smashed. There was also a Yankee bag from my trunk, and stuff from
my glove compartment, he took the time to go through my entire car, I don't
know what he was looking for.

There was stuff missing, my cell phone charger, and some discs and
other items I cannot recall. Ben then called David and told him to bring the
rest of the stuff to the Fire House, that's when he brings an appointment
book that was ripped up, but, there was still stuff missing, and Ben calls him
again and they meet in Ben's office, as Ben is an Attorney. That's when he
brings the discs and a letter admitting what he did, he also gave me $100.00
for the stuff that was missing.          **CONFIDENTIAL**

At this point, Ben meets several times, at his office and over the
phone with David and or his sisters discussing this problem and for David to
get some help. Ben specifically told them for David to stay away from me. I
didn't want to ruin his life, but, I knew he needed help and couldn't take this
anymore. All I wanted was for him to leave me alone. Everyone agreed that
David would get help, he was remorseful, and would stay away from me.
This was in the spring of 1998.

Things were quiet for a little, and I thought everything was o.k. until
May of 1998. David started to show up at Brennans again, and when I would
see him, the calls would start again. He would just act odd like he would
before, so I stopped going there. Then he started showing up at Road Races
that I would be in, then he would show up when I would run after work in
the Shippan area, he never ran before, but, all of a sudden he would be there,
so I started to go a different way and another area. One time, I was in a race
in High Ridge and he showed up and ran right in front of me the whole time,
I had to stop in the middle of the race.

After talking with my friend Ben, we agreed that we should take this
to the City of Stamford so I called Tom Cassone who was the Corporation
Counsel and was advised to go to The Human Resources Division in The
City of Stamford. I did this because this all started to happen while working
at The Fire Dept. We had just finished discussing the Sexual Harassment
policy, which I was required to sign, and this seemed like it fell into this
category.

In the middle of September of 1998 I met with Bill Stover and Fred
Manfredonia of Human Resources and made a formal complaint that I was
being stalked, Ben Fraser was also with me. I told them I needed help, and
after listening to the whole story, they told me that they weren't sure what
they could do, that they would talk to David Vecchia and then get back to us.

Page 6 of 7

I told them I just wanted David to leave me alone and get help, I wasn't out to hurt him. I just wanted him to leave me alone. They met with David, and then got back to me and told me that David admitted everything, that he did this because he wanted to date me. Ben and I told Bill Stover and Fred Manfredonia that I wouldn't take this any further if David got help, and that we received proof that he was getting help. And that he had to stay away from me. They were suppose to get back to me and/or Ben and never did. I don't know why, but, I was just happy that things got quiet but never knew why they didn't get back to me with any answers.    **CONFIDENTIAL**

Prior to that meeting, I was getting lots of phone calls at home, David was showing up everywhere I was, and I started to change my whole lifestyle, stopped going to The Government Center, just trying to avoid him, as it was making me sick. I try to stay out of the Government Center to this day because of this. I even shut my phone off at night now, and don't really go to Brennans, I have rearranged my life because of this.

Everything got quiet, and then only now, on October 5, 2000 did I get a plastic thing, like funny face type of thing, like you would buy at a Hallmark or Balloon, on a stick that was left in my yard by my steps, it was stuck in the lawn. These are the types of things that David did before. Then I noticed there was a phone call during the night at 11:11pm. with the caller I.D. stating "pay phone and the number 203-762-7694". I realized this was a Wilton phone number and that David might go home through Wilton as he lives in Redding or Ridgefield, Ct. The reason that I believed this was David again, was because a few days prior to this, I saw David at Tarantos. I was with a male friend of mine and David walked in, when he saw me and didn't leave my friend and I left. I just didn't want this to start up all over again. I also saw him at The Government Center the same week, he made me feel very uncomfortable, he just looked at me and stood there, it was very odd. Prior to that, after I reported this to Human resources he would see me and just go the other way, this time he just stood there and didn't leave. So, now I'm coming to you, I need a restraining order from this guy, so that if he does something again, I could have him arrested. I tried to get a restraining order once before, but, was told to go to The Police.

Page 7 of 7

I don't want to get hurt, nor do I want this to go any further, I want him to know how serious this is, and that if he starts to do this again, he'll be arrested. This is how David gets started, the calls, leaving things on my car or house, this is weird stuff, I'm scared out of my mind, I'm trembling right now just talking about it, I can't believe this is happening to me. I don't know what else to do!

CONFIDENTIAL

I have read the above and it is true to the best of my knowledge and belief.

# EXHIBIT 5

ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-96
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
[ ] YES  [ ] NO

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...    [ ] affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED *(Prosecutorial Official)* |
|---|---|---|

AFFIDAVIT                    pg. 1 of 12

The undersigned, being duly sworn, deposes and says:

1. That the Affiant, Police Officer Carl Strate is a regular member of the Stamford Police Dept., having 13 ½ years experience as a Law Enforcement Officer, which have resulted in arrests and convictions for violations of the C.G.S. That The Affiant is currently assigned to the Bureau of Criminal Investigations Unit, and has personal knowledge of the facts and circumstances hereinafter related as the result of his own investigative efforts, and those of other Police Officers.

2. That on Wednesday, 10/11/00, at 4:50pm., Barbara Murphy came into Police H.Q. to see This Affiant, as she had contacted me earlier in the day, requesting an interview regarding an ongoing problem. That upon arriving, Murphy stated the following: That she works for the City of Stamford as an Administrative Assistant to The Chief of The Stamford Fire Dept. That prior to that, she worked in The Payroll Dept. at The Government Center. That while working at that location, Murphy met a man named David Vecchia, as he was the Purchasing Agent for The City of Stamford. That they were only acquaintances through work and nothing more. That Murphy stated, Vecchia was stalking her, and has been for the past several years.

3. That while employed at The Government Center, Murphy reported Vecchia's harassing behavior to both Fred Manfredonia and Bill Stover of The Human Resources Division. That both men called in Vecchia, who admitted his obsession with Murphy, but, promised to stop and seek counseling. That Murphy was represented by her attorney, Ben Fraser, and Vecchia represented by his sister, who was an attorney in Washington, D.C. That Vecchia also admitted to breaking into Murphy's vehicle at her residence in Norwalk, Ct. in March of 1998. That Murphy stated, Vecchia started stalking her near the end of 1997.

4. That on Thursday, 10/12/00, at 11:00am., This Affiant responded to The Human Resources Division of The City of Stamford, at 888 Washington Blvd., 9th floor. That upon arriving, This Affiant spoke to both Bill

ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES    ☐ NO

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.                    pg. 2 of 12

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED *(Prosecutorial Official)* |
|---|---|---|

### AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

Stover and Fred Manfredonia in a private conference room, at which time they stated the following: That they were aware of Barbara Murphy's allegations, that she had reported the alleged stalking appx. 2 years ago. That at that time, she had just left the Payroll Division and transferred to The Fire Dept. That Murphy was represented by Ben Fraser, and that when they spoke to David Vecchia, he admitted to being attracted to Murphy, that he had broke into her car and taken some of her things. That Vecchia told both Stover and Manfredonia he would stop his pursuit of Murphy, and seek counseling, that he was fearful of losing his job, having martial problems, but, trying to work them out. That Vecchia's sister, an attorney in Washington, DC called after their conversation, and asked both men, to please not fire her brother, that he would get some help. That This Affiant requested any official paperwork regarding this complaint, with both Stover and Manfredonia stating, they only remembered taking notes, and would have to check the file, then get back to This Affiant at a later time.

5. That on Friday, 10/13/00, at 7:26pm., This Affiant received the notes of Attorney Ben Fraser, who had represented Barbara Murphy when she confronted David Vecchia RE: His inappropriate behavior towards Murphy from 1997 to March of 1998, then again when she made a formal complaint with The Human Resources Division of The City of Stamford. That these notes included a handwritten note written to Murphy by David Vecchia, in late March of 1998, in which Vecchia admitted to breaking into her car, not knowing why he did it, and asking her for time to solve his problems. That he enclosed $100.00 for reimbursement for the items he was not able to return.

6. That these notes documented Murphy's contact with Fraser on 03/21/98, reporting her car having been broken into the night before. That Murphy told Fraser at that time, she felt David Vecchia was responsible. That these notes documented the correspondence between Fraser and Janet Vecchia, David's sister who is

ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES    ☐ NO

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED *(Prosecutorial Official)* |
|---|---|---|
| | 11/29/00 | |

AFFIDAVIT                    pg. 3 of 12

The undersigned, being duly sworn, deposes and says:

an attorney in Washington DC. That an agreement was reached in late March of 1998 between all parties. That the agreement required David Vecchia seeking immediate counseling, and the immediate and permanent cessation of stalking, annoying, and frightening behavior towards Barbara Murphy. That if Vecchia did this, Murphy would not take further action with The Police or City of Stamford. That copies of reports from Vecchia's therapist would be required periodically to permit monitoring and the taking of reasonable steps to ensure Murphy's safety. That these terms were firmed up and accepted on March 26, 1998.

7.  That these notes documented the resumption of hang up calls at Murphy's residence in Norwalk, Ct., in May of 1998, as well as other similar behavior that Vecchia had done in the past. That this behavior continued to September of 1998, at which time, the complaint was lodged with The City of Stamford. That Fraser, along with Barbara Murphy, Bill Stover, and Fred Manfredonia all met on 09/21/00 to discuss how the City would proceed against David Vecchia regarding his behavior. That a second meeting was documented on 09/30/98, where Stover and Manfredonia told Murphy and Fraser they had spoken to Vecchia on 09/25/98, at which time, he waived his right to counsel, and stated, he didn't want to further humiliate himself. That Vecchia acknowledged his prior conduct towards Murphy, and the "deal" they had made in the past regarding his getting help. That Stover and Manfredonia advised Vecchia not to have any contact whatsoever with Murphy, and that they would put together a written agreement for execution by David Vecchia.

8.  That on Thursday, 10/26/00, at 3:50pm., Barbara Murphy came into Police H.Q. and gave This Affiant a Written Voluntary Statement, describing the details of David Vecchia's behavior towards her, for the past three years. That Murphy stated the following: That beginning in 1997, David Vecchia, whom Murphy met

ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

| FOR COURT USE ONLY... |
| --- |
| Supporting Affidavits Sealed |
| ☐ YES          ☐ NO |

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
| --- | --- | --- |
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...          ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/24/00 | SIGNED *(Prosecutorial Official)* |
| --- | --- | --- |

AFFIDAVIT          pg. 4 of 12

The undersigned, being duly sworn, deposes and says:

while working at The Government Center , began to follow her around, showing up at "Alive at Five", a block party sponsored by The Downtown Special District, City sponsored softball games, road races, and bars she would frequent, specifically "Brennan's" in Shippan. That he would send her favorite candy to her place of employment, and when seeing her at Brennan's, he would try to buy her drinks, and then pay for her tab. That he would stay at Brennan's the entire time she would be there, stare at her, call out her name, then follow her out, at times, walking to her car and standing in front of it, not permitting her to leave. That when Murphy would get home after seeing Vecchia out, she would receive numerous calls where the caller would not speak. That when Murphy would awake the next day, there would be something left on her lawn, balloons, ornaments, etc.

9.  That Murphy stated, she reported this behavior to The Human Resources Division within The City of Stamford in September of 1998, that a formal complaint was made against David Vecchia, with Murphy represented by Ben Fraser. That this complaint proved her allegations to be true, with Vecchia agreeing to get help and stop his pursuit of Murphy, thus, no Police action would be taken.

10. That Vecchia suspended his pursuit of Murphy, but, in early October of this year, Murphy saw Vecchia in Tarantos, which is located on Glenbrook Road in Stamford, Ct. That Murphy was in Tarantos with a male friend sitting at the bar, facing the door. That Murphy observed Vecchia walk in alone, at which time, both parties had eye contact. That Vecchia immediately came to an abrupt stop, and just stared at Murphy. That Vecchia then walked over to the bar, sat 5 stools away, order a drink, and continued to stare a Murphy. That after appx. 10 minutes of this, Murphy told her male friend, that she couldn't stay there any longer, that Vecchia now knew she came there, he was drinking, and was continuing to stare at her. That Murphy and her

# ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES   ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/20/46 | Stamford | 1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/0- | SIGNED (Prosecutorial Official) |
|---|---|---|

## AFFIDAVIT                    pg. 5 of 12

The undersigned, being duly sworn, deposes and says:

male friend left, with Vecchia watching her as she got up from the bar, and until she exited the premises. That Murphy could not be certain if Vecchia followed her there, or if he just saw her car outside, as he had never been seen in Taranto's by Murphy or her male friend, prior to that evening. That Murphy had started to go to Tarantos, as she was to afraid to frequent "Brennan's", as Vecchia was always there watching her in the past. That when Murphy arrived home that night, she immediately shut the phone off, as in the past, whenever Vecchia would see her out, he would continually call throughout the evening. That upon waking up the next morning, Murphy checked her caller ID, which showed a call into her residence at 11:11pm. the night before. That the caller ID showed the number 203-762-7694. That a check with SNET showed that number to be in the Wilton/Georgetown area, and the phone to be a pay phone.That the phone was specifically on Old Ridgefield Road, in Wilton, CT., across from The Village Market. That this location, is just off of route 7 in Wilton. appx. 2 miles south of route 107, which leads to Redding, CT.   That David Vecchia lives in Redding. Ct., just past the Georgetown area. That Murphy felt Vecchia had made the call, as this was on his way home, and this was the pattern he utilized in the past. That Vecchia would see Murphy out, call her on the way home, then when she awoke the next morning, there would be something left on her lawn. That the next morning after seeing Vecchia and getting the phone call, Murphy observed a plastic, green frog ornament, with red lips on her front lawn. That Murphy became extremely upset, as she felt Vecchia was beginning his repeated patterns of before. That Murphy then came forward and reported Vecchia's behavior to This Affiant.

11. That later that same week, in early October of 2000, within a few days, Murphy saw Vecchia in The Government Center, on the 10th floor. That as Murphy was standing by The Finance area, Vecchia walked by and saw her, at which time, he stopped and just stared at her. That Murphy became very nervous and uncomfortable. and began to walk away. That Vecchia stood there and just watched her, never taking his eyes off her. That Murphy had stayed away from The Government Center. Brennan's, and other places she

ARREST WARRANT APPLICATION
JD-CR-64  Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES    ☐ NO

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/20/46 | Stamford | 1 |

APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED *(Prosecutorial Official)* |
|---|---|---|

AFFIDAVIT                                    pg. 6 of 12

The undersigned, being duly sworn, deposes and says:

would frequent, as she would try at all cost to avoid seeing Vecchia. That during the interview, Murphy appeared nervous, anxious, and very concerned about this situation, as she had tried to stop Vecchia's behavior by not getting him in trouble, but, now feels this is starting up all over again. That Murphy stated, she cannot sleep at night, as Vecchia knows where she lives, knows her car and knows her phone number. That Murphy stated, this situation is causing her to completely alter her lifestyle.

12. That a few days later, the first week of November, Murphy went to The Government Center, 4th floor, as she was going to see a friend, Val Pankosky. That Murphy walked by the Conference room, with a training class in session. That Murphy was to attend this class within a few days. That as Murphy walked by, she saw David Vecchia sitting in the class, with Vecchia seeing Murphy walk by. That Murphy became upset, as she felt Vecchia would follow her once more. That Murphy told Pankosky she had to leave, and as she began to walk back down the hallway, Vecchia was outside the class, just standing in the hallway. That Murphy had to walk by him to get to the elevator, with Vecchia watching her the entire time. That once Murphy walked past Vecchia, he continued to watch her, then followed her to the elevator. That as Murphy was waiting for the elevator by herself, with no one else around, Vecchia repeatedly walked back and forth past her, always watching her. That Murphy became afraid to get on the elevator alone, as she was alarmed at Vecchia's behavior, and thought, if he came near her or got on the elevator, she would scream. That when the elevator arrived, Murphy got on, and as she was waiting for the door to close, Vecchia continued to walk past the elevator, back and forth, just staring at her. That Murphy stated, she has stopped going everywhere, she has stopped her life and now feels like she is in jail. That she can't sleep at night, hears constant noises, is afraid to look outside, and it's making her crazy! That Murphy stated, she has even thought of purchasing a handgun for protection, as she has come to The Police for help, and doesn't know what else to do!

ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES    ☐· NO

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...        ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/28/00 | SIGNED *(Prosecutorial Official)* |
|---|---|---|

AFFIDAVIT                    pg. 7 of 12

The undersigned, being duly sworn, deposes and says:

13. That on Friday, 11/03/00, at 10:51pm., This Affiant received a report from The Norwalk Police Dept. wherein it stated the following: That on Friday, 11/03/00, at 2:00pm., Barbara Murphy observed a bullet on her deck at her residence in Norwalk, Ct. That Murphy felt the bullet was left on her deck by David Vecchia to scare her. That the bullet was a 380 cal. Copper jacketed type, and did not appear to have been fired.

14. That on Saturday, 11/11/00, at 12:30pm., This Affiant spoke to Kris Seaborne, who stated the following: That she had been friends with Barbara Murphy for the past 5 years. That there was a period 2-3 years ago, when this guy named David Vecchia who works for The City of Stamford, would show up at Brennan's, a bar they would frequent. That Vecchia would come to the bar alone, stand there, drink, and just stare at Murphy. That when she would leave the bar, Vecchia would follow her out, and after this happening several times, Murphy started to have people walk her out to her car. That everyone that frequented the bar was aware of this and concerned for Murphy's safety. That on one occasion, after Murphy was walked out to her car, she came back in very upset, as Vecchia had stood in front of her car and refused to move or left Murphy leave. That Vecchia would not speak to Murphy, but, just stare and always be there. That sometimes he would say hi, or try to engage Murphy in conversation, but, that she would always try to avoid him. That once, Vecchia paid for Murphy's tab at the bar, and she told him never to do it again. That Vecchia would try to pay for their food and drinks, but, they always refused his offers. That Seaborne stated, Vecchia was asked to leave the bar a few times because of his strange behavior towards Murphy, and remembered that once there might of been a scuffle over him leaving. That Murphy became so concerned about Vecchia showing up at Brennan's, that she would have Seaborne enter the bar before she did, to check if Vecchia was there. That Seaborne

## ARREST WARRANT APPLICATION

JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

| FOR COURT USE ONLY |
| --- |
| Supporting Affidavits Sealed |
| ☐ YES    ☐ NO |

NAME AND RESIDENCE *(Town)* OF ACCUSED
David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46

| COURT TO BE HELD AT *(Town)* | G.A. NO |
| --- | --- |
| Stamford | 1 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...        ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE  11/29/00 | SIGNED *(Prosecutorial Official)*  S C |
| --- | --- | --- |

### AFFIDAVIT                pg. 8 of 12

The undersigned, being duly sworn, deposes and says:

remembers Vecchia showing up at "Alive at Five", that he would show up alone, hang around, never coming too close, but, always being there. That Murphy has completely changed her lifestyle because of Vecchia following her, and is now extremely nervous.

15    That on Saturday, 11/18/00, at 5:45pm., This Affiant responded to The Redding Police Dept., and spoke to Corporal Briggs. That Briggs was familiar with David Vecchia, as he had previously lived at 600 Redding Road with his wife, Mary and two children. That Vecchia no longer was at that residence, as he was in the process of a divorce, that since his departure, there had been several complaints of criminal mischief, harassing phone calls, and unusual behavior at 600 Redding Road, with Mary Vecchia being the complainant.

16.    That Briggs gave This Affiant a copy of a Redding Police Report, dated 09/11/99, in which Mary Vecchia complained of receiving hundreds of annoying phone calls to her father's residence, at 614 Redding Road, and her residence 600 Redding Road. That these calls were made from David Vecchia's mother's house in Bethel, Ct., The City of Stamford, (David Vecchia's place of employment) and pay phones throughout the Redding area. That these calls were made between 01/99-09/99. That on some days, Mary Vecchia would receive as many as 38 calls, all of which were documented. That from 07/14/99-09/10/99, Mary Vecchia and her children received appx. 75 letters from David Vecchia. That after conferring with Investigator John Mahoney of GA-3, The Redding Police Dept. issued only a warning to Vecchia regarding this behavior. That the case was closed on 10/07/00.

17    That This Affiant and Corporal Briggs responded to 600 Redding Road in Redding, Ct., as Mary Vecchia had requested to speak to This Affiant about her husband, David. That upon arriving, Mary Vecchia told

ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES    ☐ NO

NAME AND RESIDENCE *(Town)* OF ACCUSED
David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46

COURT TO BE HELD AT *(Town)*
Stamford

G.A. NO.
1

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED *(Prosecutorial Official)* |
|---|---|---|
| | 11/29/00 | |

### AFFIDAVIT

pg. 9 of 12

The undersigned, being duly sworn, deposes and says:

This Affiant that she knew about the girl David was stalking in Stamford, that her name was Barbara Murphy. That Mary Vecchia stated the following: That in June of 1997, her husband began to act strangely, coming and going at all hours of the night, reading in the dark utilizing a flashlight for light, walking in the garage in the dark, and acting quite odd. That in the fall of 1997, Mary found a copy of a page out of a yearbook, in David's briefcase. That there were a total of 12 photo's on the page, which was numbered "218 Seniors". That on this page, there were 8 females and 4 males. That Mary didn't quite know what this photo meant, but, made a copy of it for herself and returned the original copy to David's briefcase. That Mary Vecchia responded to The Ferguson Library in Stamford, Ct., and learned that this page was from the 1976 Stamford High School yearbook.

18. That David Vecchia's behavior continued to be quite odd, coming home intoxicated, sometimes as late as 5:00am. That Mary decided to have David followed by a Private Investigator, as she felt he might be having an affair. That on 03/20/98, David was followed by an Investigator from K. Parker Mayo Inc. . That the Investigator reported following David from the Government Center in Stamford, Ct., to a bar called "Brennan's", which was located on Iroquois Ave., a one way dead end street. That while watching David Vecchia inside the bar, two women arrived and entered the bar, but, came out shortly thereafter, with one of the women stating to the other, "The psycho, Dave, was in there, at the bar, and I told him he was psycho too, let's get out of here"!

19. That the next day, 03/21/98, there was a message on Mary Vecchia's answering machine, with the caller being a woman, identifying herself as Barbara Murphy, and asking David to return her briefcase and the stuff he took out of her car. That Mary Vecchia then realized Murphy's photo was on the copy of the page out of the Stamford High School yearbook that she had found in David's briefcase. That Mary