## Page 81

1   in the board of finance conference room on the 4th
2   floor. I walked out of the conference room, you walk
3   to the left, take a right, near the elevators the
4   conference room is on the same floor as the
5   cafeteria, the 3rd or 4th floor. When I took the
6   second turn, she was standing in front of the
7   elevators. I didn't know if she was going up the
8   elevator or down, but certainly I remember part of my
9   conversation with Stover and Manfredonia going back a
10   year plus from that is that, when they had talked to
11   me about having no contact with her at the Government
12   Center, that if you ever see her on the elevator and
13   you're on, just step off.
14   So I took that corner and she was standing
15   there, I walked by her, took the left-hand turn, went
16   into the cafeteria, got a cup of coffee, I came back,
17   she was gone. I went back to my office on the 10th
18   floor.
19    Q.   Okay. All right. So I won't bother to go
20   into the rest of it, but basically to the extent that
21   Barbara Murphy relates that you made her nervous and
22   at least as far as that particular incident, you
23   thought you were just doing your job and you did
24   nothing wrong, you had no intent to harass or annoy
25   her?

## Page 82

1    A.   As far as what, please? As far as this
2   thing where she was standing in front of the
3   elevator?
4    Q.   Right.
5    A.   I finished –
6    Q.   You continually walked back and forth past
7   her.
8    A.   No. I walked past her and took the
9   left-hand turn into the cafeteria.
10    Q.   Okay. Okay. Page 7 of 12, paragraph 13,
11   she mentions a bullet left on her deck. Did you
12   leave a 38 caliber copper jacketed bullet on her
13   deck?
14    A.   No, nor was I ever questioned by anybody
15   about all this stuff, nor was I ever questioned by
16   him, the Norwalk police officer.
17    Q.   Okay. The next paragraph, 14, where he,
18   Officer Strate, interviews one of Barbara Murphy's
19   friends, Chris Seaborne, S-E-A-B-O-R-N-E, and there's
20   discussion of Brennan's, all of that was prior to
21   September of 1998, isn't that correct?
22    A.   There was a period two to three years ago,
23   yeah. That would have been in 1997, 1998, I gather,
24   she's talking about.
25    Q.   So you, after September of '98, other than

## Page 83

1   the incident at Taranto's that you discussed, you
2   didn't see her at Brennan's?
3    A.   No. I never said that. I saw her there
4   plenty of times.
5    Q.   After September of '98?
6    A.   Yep.
7    Q.   And that's because you never made the
8   agreement that you wouldn't see her –
9    A.   No. I never made the agreement to the
10   City that they could tell me where I can or could not
11   go in Stamford.
12    Q.   So you didn't change your pattern of where
13   you went after September of '98? You continued to go
14   to Brennan's and you continued to see her?
15    A.   I continued to go to Brennan's, and
16   sometimes she was there, but I never spoke to her or
17   had any contact with her, nor apparently did she ever
18   complain about it to the City.
19    Q.   After September of '98, did you pay for
20   her tab at the bar?
21    A.   No.
22    Q.   Okay. Page 8 of 12 mentions Alive at
23   Five. Was that before or after September of '98?
24    A.   I went to Alive at Five, I don't know when
25   it started, '97, '98, '99, 2000, 2001. Two thousand.

## Page 84

1    Q.   And you saw Barbara Murphy at that time?
2    A.   Did I ever see her there?
3    Q.   Yes.
4    A.   Yes, she was probably there sometimes.
5    Q.   All right. Page 9 of 12, paragraph 19, on
6   March 21, 1998, there was a message on Mary Vecchia's
7   answering machine, the caller being a woman
8   identifying herself as Barbara Murphy asking David,
9   meaning you, to return her briefcase and the stuff
10   you took out of her car. Agree or disagree?
11    A.   Where are we?
12    Q.   Page 9 of 12, paragraph 19.
13    A.   I never heard the message. My wife told
14   me it was on the answering machine.
15    Q.   And Mary realized Murphy's photo was on
16   the copy of a page out of the Stamford High School
17   yearbook and that she had found in David's briefcase.
18    A.   I don't know.
19    Q.   That when Mary approached David and told
20   him of the message, he became very upset and stated
21   he was going to get arrested. Agree or disagree?
22    A.   I told her that I had taken her
23   pocketbook, that I could get arrested.
24    Q.   And when Mary asked David about his
25   behavior, he replied he thought Murphy liked him as

**Page 85**

1    she was nice to him.
2        A.    I don't recall saying that.
3        Q.    Paragraph 21, that Mary, your ex-wife,
4    knew about Janet, your sister, getting involved in
5    late March of 1998, that David was to get therapy but
6    only attended two to three sessions, then felt he
7    wouldn't be arrested so stopped. Agree or disagree?
8        A.    I don't think she had any knowledge of it.
9        Q.    That your wife had, ex-wife, had no
10   knowledge of your attendance?
11       A.    Right.
12       Q.    Paragraph 22, that Mary Vecchia showed
13   Officer Strate, S-T-R-A-T-E, a book entitled, quote,
14   "Stopping a Stalker," closed quote, that she found in
15   David's briefcase.
16       A.    I don't know. That when Attorney Fraser
17   had talked to my sister Janet, he had told her that I
18   could be charged with stalking, and neither Janet nor
19   I knew what the law was so she said to go on the
20   Internet and see what you could find out. So I had
21   gone on the Internet, made copies of a lot of
22   different things. I probably had them in the
23   briefcase.
24       Q.    That Mary became very concerned and stated
25   you were in Vietnam and, in quotes, special

**Page 86**

1    operations, closed quote, specializing in espionage.
2    Agree or disagree?
3        A.    That Mary became — I have no idea what
4    she's talking about.
5        Q.    How about special operations specializing
6    in espionage?
7        A.    I don't know what she's talking about.
8    Why don't you ask me about paragraph 23 where the
9    Stamford Police Officers searched the house that I
10   had lived in for 20 months.
11       Q.    I'm not going to ask you about that.
12       A.    When he finds a bullet and says that it
13   was my bullet.
14       Q.    I'm not going to ask you about the rest of
15   it. Okay. Let's just go quickly to B, which is
16   Barbara Murphy's voluntary statement. Okay. Look at
17   the first page, which is labeled 2 of 7, okay, middle
18   of the second paragraph, "I did happen to work on two
19   committees with him," and you worked on a newsletter
20   and manual for HTE system. What does she mean by
21   that? Do you agree or disagree?
22       A.    Let's see. The City had bought a new
23   financial system, the HTE system.
24       Q.    What does that stand for?
25       A.    Someone's initials. I don't know.

**Page 87**

1        Q.    But it's a financial system?
2        A.    Yeah. Part of it's purchasing
3    requisition, on line purchasing and requisition
4    system, and —
5        Q.    Well, do you remember anything about the
6    two committees?
7        A.    Some time in — I'm trying to think of the
8    time — I think it must have been '97, the mayor
9    brought in a consultant, I can't remember the guy's
10   name, and he held these big meetings, about 25 people
11   there, about process mapping, and one of the things
12   they decided to do was take all the steps someone has
13   to do from creating a requisition through buying the
14   material through delivery of the material, processing
15   the invoices, and I think Peter Brown, the deputy
16   fire chief, was invited to go to the meetings and he
17   didn't want to go, he had a schedule conflict, and
18   Barbara came to the meetings.
19   So that would have been one committee, and
20   then the second committee would have been, I think,
21   again, it would have been in the summer, fall of
22   1997. The City was implementing this HTE financial
23   system, and I was involved with training all the
24   users for the system, and we, meaning Mr. Hamilton,
25   the director of finance and the fellow who was the

**Page 88**

1    comptroller at the time, a guy named Rob Straut
2    (phonetic), and some other people decided that in
3    addition to the training that we also had to have
4    some reference material for the people to refer back
5    to if they ran into a problem with the system, or
6    that there were a lot of people asking the same
7    questions over and over again, that it would be
8    helpful to have some type of a newsletter that would
9    have the most frequently asked questions that people
10   could refer to, and let's see, how did Barbara get
11   involved with that? I know there's a woman Alice
12   Helms who worked in the Public Works Department who
13   volunteered for it, and I guess Barbara must have
14   volunteered for it as well to assist in the layout of
15   this newsletter.
16       Q.    Okay. Just to cut to the chase, did any
17   of these committees or any of this work to do this
18   manual or any other activities give you power over
19   Barbara Murphy?
20       A.    No.
21       Q.    Did it make you her boss?
22       A.    No.
23       Q.    Could you influence her career?
24       A.    No.
25       Q.    Could you — if she did a poor job, could

Page 89

1   you --
2       A.    No. She was -- it was -- it wasn't part
3   of her job.
4       Q.    It was a voluntary activity on her part?
5       A.    Right.
6       Q.    And didn't give you any power over her in
7   terms of making you her supervisor?
8       A.    I never got involved with what went into
9   the newsletter or the layout of it.
10      Q.    In any case, she goes on to say that you
11  went to Antonio's in Stamford and there was the two
12  of you and that you did this as a thank you for
13  working on the manual. Agree or disagree?
14      A.    I believe she invited me to lunch because
15  in the process of preparing this newsletter, both she
16  and Alice Healms, you know, someone had to spend a
17  lot of time laying the thing out, and both of them
18  have very good, I guess that would be, I don't know,
19  power point skills or something, putting together a
20  newsletter, and that's something I didn't know how to
21  do, and I don't know if the comptroller if he knew
22  how to do it or if he wanted to do it and
23  Mr. Hamilton as well, and I think we were talking one
24  time, the comptroller and myself, about how much time
25  they must have spent because they did a nice job of

Page 90

1   putting it together, and we had no authority to pay
2   them by the hour or something to do it.
3       So we decided that we'd give them a gift
4   certificate and that, you know, in thanks for putting
5   the thing together because it helped us both out. We
6   wouldn't have to answer a lot of the repetitious
7   questions because people would be distributed the
8   newsletter and would be there as a point of
9   reference. So I got some gift certificates from
10  Macy's, I think it was, and gave them to the
11  comptroller and he put them through the requisition,
12  I got reimbursed for the gift certificates. I gave
13  one to Alice and one to Barbara Murphy.
14      Q.    How about the lunch, did you pay or did
15  the City pay?
16      A.    She invited me. I think I paid for it.
17      Q.    She goes on to say that you made a comment
18  about her being pretty?
19      A.    I don't remember.
20      Q.    All right.
21      A.    I guess if you're filing a complaint and
22  that's your point, I guess you put that in there.
23      Q.    All right. I'll skip over the next couple
24  of paragraphs because I think we've already discussed
25  it. Going to page -- the next page, next page again,

Page 91

1   1998 he -- okay. Page 5 of 7 it discusses the
2   meeting with yourself and Ben, meaning Ben Fraser,
3   and your returning stuff to the firehouse and giving
4   her the hundred dollars for the stuff that was
5   missing.
6   "At this point, Ben meets several times in
7   his office or over the phone with David and/or his
8   sisters discussing this problem and for David to get
9   some help. Ben specifically told them for David to
10  stay away from me. I didn't want to ruin his life,
11  but I knew he needed help and couldn't take this any
12  more. All I wanted was for him to leave me alone.
13  Everyone agreed that David would get help. He was
14  remorseful and would stay away from me." This was in
15  the spring of 1998. Do you have any disagreement
16  with that paragraph?
17      A.    I was at Mr. Fraser's office twice. I
18  don't know how many times my sister Janet spoke to
19  him. No.
20      Q.    Next paragraph, things were quiet for a
21  little while, I thought everything was okay until May
22  of 1998, you started to show up at road races.
23  You started showing up at road races. I was in a
24  race in High Ridge, you showed up and ran right in
25  front of her the whole time, she had to stop in the

Page 92

1   middle of the race. Agree or disagree?
2       A.    Let's see. Did I go to Brennan's, yes.
3   Did I run in a road race, yes. Did I know she was
4   going to be there, no. Did I purposely run right in
5   front of her? I wouldn't know how to do that. When
6   asked by -- this was a race -- I don't know if -- I
7   guess the City didn't sponsor it but at the time the
8   mayor's wife was something to do with the YMCA or
9   whatever group was sponsoring it. There were posters
10  all over the place for it.
11  I know when I talked to Fred and Bill
12  Stover, they did bring that up. I was in the room
13  with the conversation. They claimed I went there
14  because she was there. I said maybe I went there
15  because the mayor was there and I was following him
16  because he ran in the race. I don't remember if
17  there were other City employees running in the race
18  as well.
19      Q.    All right. So I take it that you deny any
20  intent to -- that you did run in front of her or that
21  you --
22      A.    I ran in the race. Where she was in
23  relation to me, I don't know.
24      Q.    Okay. Did anybody ever comment to you by
25  saying, "David, what you did was inappropriate," such

Page 93

1 as the mayor or Mr. Hamilton or anybody else –
2 A. No.
3 Q. – at the time of the race?
4 A. I didn't do anything inappropriate.
5 Q. Okay. Skipping to page 6 of 7, middle of
6 the page, everything got quiet and in October 5,
7 2000, I got a plastic thing from Hallmark stuck in
8 the lawn and then talking about the phone. I think
9 we already discussed this. You deny sticking
10 anything in her lawn?
11 A. Right.
12 Q. Do you deny making the phone call from
13 that Wilton pay phone?
14 A. Yes.
15 Q. But you agree that you did see her at
16 Taranto's, and we won't go over that again?
17 A. Right.
18 Q. Did she get a Restraining Order against
19 you, Barbara Murphy?
20 A. No.
21 Q. Do you know if she ever attempted to get a
22 Restraining Order against you?
23 A. I think when I was arrested, there's
24 automatically some type of order that says I have no
25 contact with her.

Page 94

1 Q. All right. Last thing, and, again, this
2 hopefully will be brief, this is Exhibit C, the
3 Arbitration Award, and I won't bother to go over all
4 of it, but you do remember that on February –
5 actually it doesn't give the hearing date – do you
6 remember attending a hearing before the Board of
7 Mediation and Arbitration in Wethersfield?
8 A. Yes.
9 Q. And the City was represented by Attorney
10 McHale, M-C-H-A-L-E, and the union was a
11 Mr. D'Andrea, D'A-N-D-R-E-A. Do you remember that?
12 A. Yes.
13 Q. From your recollection, what do you
14 remember about the meeting? Who else was there? How
15 long did it take and did you testify?
16 A. Let's see. I remember the first day we
17 went there we got a start-up, and then I don't know
18 if it was Attorney McHale, or what's the lady's name
19 who runs this place? Elisabeth –
20 Q. Maurer.
21 A. – Maurer said something about there was a
22 Restraining Order in place, and they suspended the
23 meeting and rescheduled it for about another month
24 out, and then we met again and there was a State
25 Trooper there that time, and at the meeting I was

Page 95

1 there, Nick D'Andrea from the union was there.
2 Q. Is he an attorney?
3 A. I don't know what Nick is to tell you the
4 truth. A couple of City employees or officers of the
5 union, Antonio Idorolla (phonetic) and Tim.
6 Q. Gable?
7 A. Gable.
8 Q. Those were union representatives on your
9 side?
10 A. Right, and then the City's side it was
11 this Attorney McHale, and he had a bunch of people
12 with him. I don't know who they were, and then Fred
13 Manfredonia and Bill Stover and then Attorney Maurer,
14 and then as witnesses Barbara Murphy came in and my
15 wife Mary Vecchia came in.
16 Q. By the way, you were divorced at this
17 time, were you not?
18 A. Yes.
19 Q. Okay. So the award date is February 14,
20 2003, so do you remember what month and what year
21 these two meetings were?
22 A. It says – they were about six months
23 before that, October; September, October.
24 Q. Of 2002?
25 A. October of 2002. Yeah, that's right.

Page 96

1 Q. All right. In going over the facts again,
2 a lot of this is something that we've already
3 discussed, but let me just ask you this, during the
4 time period 1997, 1998, after your meeting with Ben
5 Fraser, after your meeting in September of 1998 with
6 City personnel where you agreed to stop having
7 contact with Barbara Murphy, did you – were you
8 aware that any contact that you had outside of work
9 such as at Brennan's or road races or at Alive at
10 Five, whether accidental or not, was causing her to
11 be terrorized, frightened, unable to sleep?
12 A. No.
13 Q. Fearful for her life?
14 A. I saw her plenty of times at Brennan's, I
15 had no contact with her, but I saw her plenty of
16 times, and it wasn't like she tore out the door when
17 I walked in the place.
18 Q. So were – nobody ever told you, "Hey,
19 Dave, Barbara is really upset and it might be a good
20 idea if you not run into her" –
21 A. I had no other discussion with anyone from
22 the City after September of 1998 until the Stamford
23 Police Officer showed up in November of 2000.
24 Q. So in November of 2000 when the Stamford
25 Police Officer showed up to arrest you, were you

Page 97

1 surprised that you were being arrested?
2   A.   Yeah.
3   Q.   In fact, did you talk to the two police
4 officers who made the custody arrest?
5   A.   Did I talk to them? I think they talked
6 to me.
7   Q.   And did you say something to the effect
8 that you never touched her, you never bothered her
9 and you never talked to her?
10   A.   I may have. I mean, I would have, you
11 know. Given the opportunity, I would tell them that
12 now.
13   Q.   Okay. All right. It then discusses the
14 fact that in November of 2000 you were arrested for
15 stalking Ms. Murphy. On December 1, 2000, you were
16 placed on paid administrative leave of absence based
17 on your arrest.
18    Now, isn't it true that paid administrative
19 leave of absence means that you were not allowed to
20 return to work?
21   A.   Right.
22   Q.   You were suspended from all duties?
23   A.   (Nodding head in the affirmative.)
24   Q.   You had to turn in your pen and your
25 access card?

Page 98

1   A.   Yeah. I had no work to do.
2   Q.   By the way, during the, what was it, 14
3 months that you were on paid administrative leave
4 until you were terminated, did you work anywhere
5 else?
6   A.   I had some part-time jobs, yeah.
7   Q.   And I think it was your testimony earlier
8 you wanted to return to work?
9   A.   I told Mr. Haselkamp and Hamilton on
10 December 1st that that's why I came in there, because
11 I wanted to go back to work.
12   Q.   Did you ever seek, through Mark Katz, your
13 criminal attorney –
14   A.   I believe he and Barry Boodman had some
15 discussions about that, and I, somewhere in not this
16 particular pile of paper but other piles of paper
17 that I have accumulated, I think it's in that pile of
18 paper there's something to the effect that Fred had
19 contacted her about me coming back to work and that
20 she called – she called Tom Cassone about it, her
21 attorney. I'm sure you have letters in your office
22 from some of the attorneys that she had previously
23 that must have dealt with that.
24
25   Q.   All right. Did – let me ask this, were

Page 99

1 you made the following offer, Mr. Vecchia, come back
2 to work, we're paying you and you're not doing your
3 job, but the condition of you coming back to work is
4 that you can't see Barbara off duty in any bars in
5 Stamford, you've got to stay away from all places
6 that she goes to, was that offer ever put to you?
7   A.   No.
8   Q.   So was that offer ever put to Mark Katz?
9   A.   He never presented it to me so I would say
10 no.
11   Q.   Okay. So it's not like you had the
12 opportunity to come back to work if you would agree
13 not to go to certain places off duty and you turned
14 it down because you didn't want to do that?
15   A.   I don't believe there was ever an offer
16 from the City to that effect.
17   Q.   Okay. All right. And, finally, it says
18 you were on paid administrative leave for over 14
19 months. On January 23, 2002, you pled guilty to the
20 crime of criminal trespass which is breaking into her
21 car, stealing her briefcase and pleading guilty to
22 disorderly conduct for your October, 2000, activity
23 in a bar in Stamford. Is that the Taranto's?
24   A.   Yep.
25   Q.   Did you feel that you did commit

Page 100

1 disorderly conduct when you stared at her at
2 Taranto's?
3   A.   No. As Mr. Katz says, that's how some of
4 these things are the same.
5   Q.   So I think you testified earlier you –
6   A.   The option was plead guilty to that or
7 they're going to prosecute taking her briefcase four
8 years before that as a felony other than a
9 misdemeanor, and you have the facts against you you
10 wrote a letter telling everybody you took it.
11   Q.   In other words, the evidence was solid
12 against you on the stealing of the briefcase, they
13 could have pursued a felony, you didn't want a felony
14 on your record, and that's why you did what you did?
15   A.   Yeah.
16   Q.   How much, by the way, did you pay
17 Mr. Katz?
18   A.   Why? I don't think it's any of your
19 business.
20   Q.   Okay. It talks about the sentence which
21 is a one-year suspended sentence, three years of
22 probation, with special conditions, one, psychiatric
23 counseling and any type of substance abuse counseling
24 deemed appropriate by the Office of Adult Probation.
25 Two, no conduct of any kind with Ms. Murphy. Three,

## Page 101

1  no objection by Mr. Vecchia to any kind of civil
2  Restraining Order that Ms. Murphy may seek against
3  you during the three-year period of probation. Is
4  that your understanding of what the sentence was?
5     A.   Yes.
6     Q.   Okay. It says that there was another
7  meeting on February 7, 2002, with yourself, Mark
8  Katz, Mr. Stover, Mr. Manfredonia, and that was where
9  you were – after that meeting you were terminated.
10  And then, finally, it says that your position and 91
11  other positions were eliminated from the budget due
12  to a deficit. Is that your understanding?
13     A.   That's what the City says.
14     Q.   And do you have any evidence that
15  contradicts that?
16     A.   Evidence that contradicts?
17     Q.   Yes.
18     A.   I haven't done anything about it if that's
19  what you're asking.
20     Q.   All right. I take it you disagree with
21  the decision of the Board of Mediation and
22  Arbitration that there was just cause to terminate
23  you?
24     A.   I disagree with it, yes.
25     Q.   I take it you disagree with the conclusion

## Page 102

1  of the Board of Mediation and Arbitration that your
2  office duty conduct led to the inability of other
3  employees to work with you, namely, the inability of
4  Barbara Murphy to work with you?
5     A.   No. That's not what they based it on.
6  Didn't they say something about Fred said he had
7  complaints from three people?
8     A.   No. I'm reading under "Discussion," which
9  is their conclusion. They're talking in general that
10  a discharge is justified if off duty conduct effects
11  three things, and it says that your off duty conduct,
12  egregious, met the third criteria, which is off duty
13  behavior resulting in the inability of other
14  employees to work with you.
15     A.   You think that's referring to whom?
16     Q.   To you.
17     A.   No. The "other employees," is referring
18  to whom?
19     Q.   No. I think that's just a general
20  statement. I think what they're saying is that your
21  off duty conduct led Barbara Murphy to be unable to
22  work with you and that's why it was justified that
23  the City terminate you.
24     A.   Then that negates the fact that I never
25  did work with her between September of 1998 and 2001.

## Page 103

1  I think that statement was swayed by some statement
2  from Mr. Manfredonia that said two other employees
3  told him that they'd be frightened if I came back to
4  work.
5     Q.   I don't see that. Do you remember that
6  being in this?
7     A.   I don't know if it's in this. I know that
8  testimony came up, was made by Mr. Manfredonia, and
9  that I've since sent a Freedom of Information letter
10  to the City about that, asking who the employees
11  were, and they replied it was verbal.
12     Q.   All right. Let me just ask you –
13     A.   It has nothing to do with this, though,
14  right?
15     Q.   Do you agree or disagree with the decision
16  of the Board of Mediation and Arbitration that you
17  stalked Barbara Murphy?
18     A.   I don't think that's the – what they
19  said.
20     Q.   All right. Let me ask it this way, do you
21  agree or disagree that you stalked Barbara Murphy?
22     A.   I didn't stalk Barbara Murphy.
23     Q.   Despite the fact that you pled guilty to a
24  misdemeanor?
25     A.   I pled guilty to taking her briefcase.

## Page 104

1     Q.   Now, you were arrested in November of 2000
2  for events that took place in March of 1998.
3     A.   Right.
4     Q.   Wasn't it your understanding that the
5  statute of limitations had passed on that?
6     A.   As a misdemeanor, not as a felony.
7     Q.   And why could they prosecute you as a
8  felony?
9     A.   Because I guess Mr. Katz told me they can
10  do whatever they want.
11     Q.   All right. So sitting here today, you
12  don't think you stalked Barbara Murphy?
13     A.   I did not stalk Barbara Murphy.
14     Q.   Sitting here today, do you think that you
15  violated your agreement in September of 1998 with
16  Mr. Manfredonia and Mr. Stover –
17     A.   My verbal agreement was that I would have
18  no contact with her in the workplace.
19     Q.   And you – did you or did you not violate
20  that?
21     A.   I had no contact with her in the
22  workplace.
23     Q.   All right. So not only did you not stalk
24  Barbara Murphy but you didn't violate your agreement
25  that you would have no contact with her in the

Page 105

1  workplace?
2  A.    That's correct.
3  Q.    So if you didn't have any contact with her
4  in the workplace after September, 1998, except for
5  the accidental contact that I think you testified,
6  meaning outside the elevator or she seeing you in a
7  conference, then you're not guilty of sexual
8  harassment?
9  A.    Never come up.
10  Q.    But you're being sued for sexual
11  harassment?
12  A.    I'm not guilty.
13  Q.    And you were fired for sexual harassment?
14  A.    I don't think that's what the letter says.
15  Q.    Okay. Why did the Board of Mediation and
16  Arbitration uphold the grievance?
17  A.    I don't know.
18  Q.    Well, in the last paragraph in the last
19  page it says, "The City made efforts to resolve this
20  matter amicably with the grievant. The grievant was
21  warned his employment could be terminated if his
22  conduct continued. The grievant demonstrated he was
23  unwilling to follow the directives from the City to
24  cease and desist his behavior towards Ms. Murphy.
25  The City's discharge of the grievant was such

Page 106

1  justifiable and warranted." Do you feel that the
2  Board of Mediation and Arbitration was correct in
3  writing that paragraph?
4  A.    I already told you about that.
5  Q.    You don't even agree that you were
6  unwilling to follow the directive from the City to
7  cease and desist your behavior towards Ms. Murphy?
8  A.    I agreed that -- what I discussed with
9  Mr. Stover and Mr. Manfredonia and agreed to was to
10  have no contact with her in the workplace, and I had
11  no contact with her.
12  Q.    Okay.
13  MR. MINOR:    I think that's all my
14  questions. Let me just check.
15  (Pause.)
16  BY MR. MINOR:
17  Q.    Do you remember ever having any contact
18  with Tom Cassone at any of these meetings,
19  disciplinary meetings?
20  A.    He never went to them.
21  Q.    Did he ever warn you privately, "Hey,
22  Dave, lay off Barbara Murphy"?
23  A.    Never had any of those conversations.
24  (Pause.)
25  BY MR. MINOR:

Page 107

1  Q.    Do you remember reading the Memorandum of
2  Decision dated August 27, 2001, on the divorce?
3  A.    I suppose I have.
4  Q.    Do you remember the Judge describing your
5  behavior as, quote, increasingly strange behavior,
6  you were moody and distant, anebriated, cruel and
7  hurtful to your wife and children and you had a
8  bizarre fixation with a female co-worker, closed
9  quote?
10  A.    No. I don't remember that.
11  Q.    Do you remember the phrase "bizarre
12  fixation with a female co-worker"?
13  A.    No.
14  Q.    The Judge who wrote this, did he have a
15  hearing where you testified?
16  A.    Yeah, we had a trial.
17  Q.    And who was your attorney?
18  A.    Peter Bozay (phonetic).
19  Q.    Who was your wife's attorney, ex-wife?
20  A.    Judith Goldberg.
21  Q.    How long did the hearing last, one day,
22  two days?
23  A.    Two weeks.
24  Q.    Two weeks. And this is after you agreed
25  to most of the issues except for, I guess, property

Page 108

1  and alimony?
2  A.    The whole thing was about two weeks.
3  Q.    You filed a Commission on Human Rights and
4  Opportunities complaint against the City?
5  A.    Uh-huh.
6  Q.    And what was the result of that?
7  A.    Nothing. Nothing happened.
8  Q.    And that was done on your own, or did you
9  have any legal assistance?
10  A.    On my own.
11  Q.    Did you do it before or after Barbara
12  filed a CHRO Complaint against the City?
13  A.    After.
14  Q.    Did you see her CHRO complaint before you
15  did yours?
16  A.    I don't know. I had a lot of trouble
17  getting that.
18  Q.    By the way, in her CHRO complaint against
19  the City, she claims that you hammered a bullet into
20  her deck on November 3, 2000, after you found out
21  that she went to the police. Now, I think you
22  already denied leaving the bullet on her deck?
23  A.    That's right.
24  Q.    And you, I think you said that, Norwalk
25  Police never interviewed you or discussed this with

Page 109

1   you?
2      Q.     No.
3      Q.     When did you find out -- did you know that
4   she had gone to the police before you were arrested?
5      A.     No.
6      Q.     Do you deny that you created -- do you
7   agree or disagree that you created a hostile
8   workplace for Barbara Murphy?
9      A.     I never had any contact with her.
10     Q.     Did you see the letter that Barbara Murphy
11  wrote to Judge Comerford opposing your motion for
12  Accelerated Rehabilitation dated January, 2002?
13     A.     I saw it for a couple of minutes.
14  Attorney Katz had given me a copy. I guess the
15  prosecutor must have let him see it and let me read
16  it then he took it back.
17     Q.     Do you agree or disagree with the
18  following statement in that letter, that in March and
19  I guess September, 1998, Barbara Murphy had no desire
20  to have you prosecuted or fired, she just wanted to
21  be left alone, "and the only reason I did not pursue
22  criminal charges in 1998 were Mr. Vecchia's repeated
23  representations that he would get help and leave me
24  alone." Agree or disagree?
25     A.     What are you asking me?

Page 110

1      Q.     Did you make repeated representations that
2   you would get help and leave her alone?
3      A.     I agreed that I wouldn't have any contact
4   with her, and I didn't.
5      Q.     After you got a decision from the
6   Commission on Human Rights and Opportunities saying
7   that there was no finding of reasonable cause and you
8   had 90 days to sue, you obviously didn't sue, did
9   you?
10     A.     No.
11     MR. MINOR:     Okay. That's all I have.
12  Thank you.
13     MR. OZIMKOSKI:     I have a few more
14  questions for you.
15  REDIRECT EXAMINATION
16     BY MR. OZIMKOSKI:
17     Q.     You had mentioned that you had run into
18  Barbara at Brennan's, is that correct?
19     A.     That's right.
20     Q.     Did you ever run into Barbara at Brennan's
21  prior to 1997?
22     A.     No.
23     Q.     So from 1998 up until December of 2000,
24  approximately how many times would you say that you
25  had seen Barbara at Brennan's?

Page 111

1      A.     Nineteen ninety-seven to 2000?
2      Q.     Uh-huh. Yes.
3      A.     A hundred.
4      Q.     And you mentioned another bar. Was it
5   Torpedo's?
6      A.     Taranto's.
7      Q.     Taranto's.
8      A.     Uh-huh.
9      Q.     In that same time frame, how many times
10  would you estimate that you had run into Barbara?
11     A.     Once.
12     Q.     Are there any other bars or restaurants
13  that you had frequented between 1997 and December of
14  2000 where you may have seen Barbara?
15     A.     I don't remember seeing her anyplace else.
16     Q.     You mentioned you had written an apology
17  letter to Barbara, correct?
18     A.     Uh-huh.
19     Q.     And that was an apology solely for
20  stealing her briefcase?
21     A.     That's all that had happened, yeah.
22     Q.     You mentioned that Janet was involved,
23  your sister Janet, in a few conversations with
24  various individuals. Was there a point in time where
25  you had asked Janet to speak on your behalf?

Page 112

1      A.     I think what had happened was back in
2   March of 1998 Attorney Fraser had called my home and
3   on a Sunday left a message that he wanted me to call
4   him. I called him on Monday. No. I called him back
5   on Sunday. He said he wanted to see me Monday
6   afternoon.
7   I had told my sister Nancy, and she had
8   called my sister Janet, and I spoke to Janet around
9   -- I think I saw Fraser around 4:00 o'clock on Monday
10  afternoon and I spoke to Janet around one, and she
11  said you're crazy to go talk to some criminal lawyer
12  by yourself, that you'll be nervous and that he'll
13  eat you alive. So she said that she'd call him on
14  the phone and tell him that if he had anything to say
15  to you, she could say it to him.
16     Q.     So you were aware that Janet was having
17  conversations on your behalf with --
18     A.     On that day, yeah, because we went to his
19  office and I sat at the desk in front of Attorney
20  Fraser, and he and I never said a word to each other.
21  My sister Janet talked to him on the phone.
22     MR. MINOR:     Off the record.
23     (Off the record discussion.)
24     BY MR. OZIMKOSKI:
25     Q.     Continuing with the questioning with

Page 113

1 regards to Janet, she was involved in other
2 conversations on your behalf, is that correct?
3    A.   Yes.
4    Q.   And you were aware that she was having
5 other conversations?
6    A.   No. I didn't know about some of them.
7    Q.   You found out that she was having
8 conversations after the fact?
9    A.   Some of them I found out almost two years
10 later that she had had the conversation with Fred
11 Manfredonia and Mr. Stover in December of 1998.
12    Q.   So it's your statement today that your
13 sister Janet was acting on your behalf with no
14 knowledge to yourself?
15    A.   In that case I was surprised. I didn't
16 know she had called him.
17    Q.   You had mentioned that you worked on one
18 committee and a newsletter with Barbara, correct?
19    A.   That's right.
20    Q.   Were there any other committees or any
21 other projects that you had worked on with Barbara?
22    A.   I don't recall any.
23    Q.   Excuse me?
24    A.   I don't recall any, no.
25    Q.   On these two particular projects, were you

Page 114

1 in charge of the projects?
2    A.   No.
3    Q.   You mentioned that you had been teaching a
4 class. Is that a class you were teaching for the
5 City?
6    A.   Yes.
7    Q.   And how long a period did you teach for?
8    A.   I'm not sure. Which class are we talking
9 about because I think the discussions today I talked
10 about two different times teaching classes.
11    Q.   What classes did you teach for the City?
12    A.   One was this HTE training where it
13 involved, I guess, anybody who used the system, so
14 probably about 250 people in probably groups of 6 or
15 8, so that must have been at least 25 if not 30
16 sessions, different small groups of people.
17    Q.   And for what period did you teach that
18 particular class?
19    A.   Probably over an 8 or 10-week period.
20    Q.   And what's the time frame, if you can give
21 me the year or month?
22    A.   I think it was in 1997, but I don't know.
23    Q.   While teaching this class, Barbara was a
24 student at one time?
25    A.   I would imagine she must have come to one

Page 115

1 of the classes.
2    Q.   So if Barbara did attend a class, most
3 likely it was just one class?
4    A.   That's usually all most people required.
5 I think she knew how to use the computer pretty well.
6 There were some people that came to multiple sessions
7 because they had never sat in front of a computer
8 before.
9    Q.   Were there any other classes that you
10 taught that you specifically remember having Barbara
11 as a student in the class?
12    A.   No.
13    Q.   You gave a little testimony in regards to
14 the Arrest Warrant Application.
15    A.   Uh-huh.
16    Q.   There was mention in the application also
17 that your wife had accused you of such harassment, is
18 that correct?
19    A.   She accused me of a lot of things.
20    Q.   Your wife had accused you of making
21 numerous phone calls to her residence after you were
22 no longer there, correct?
23    A.   Yes. Three times she tried to get
24 Restraining Orders and was denied three times.
25    Q.   And Barbara Murphy had also mentioned that

Page 116

1 you had made numerous phone calls to her residence,
2 correct?
3    A.   I read that.
4    Q.   Did you make those phone calls?
5    A.   No.
6    Q.   Did you ever call Barbara Murphy?
7    A.   I called her when she called the house and
8 asked if I had taken her pocketbook.
9    Q.   So between the period of January of 1998
10 to December of 2000, you never once called Barbara
11 except for that one occasion?
12    A.   That's right.
13    Q.   Did there come a point in time where you
14 actually believed that Barbara liked you?
15    A.   No.
16    Q.   You repeatedly said that you admitted to
17 taking of her briefcase, correct?
18    A.   Yes.
19    Q.   Can you give me the particular reason why
20 you decided to steal her briefcase?
21    A.   No.
22    Q.   Was there anything in particular you were
23 looking for in her briefcase?
24    A.   No.
25    Q.   When you stole the briefcase, it was

**Page 117**

```
1   located in her car at her residence, is that correct?
2      A.   Yes.
3      MR. OZIMKOSKI:   No further questions.
4      THE WITNESS:   I recall that at the
5   time I took it I had it in my hand and I walked away
6   from the car and thought that this was a stupid thing
7   to do. What are you going to do with it? What do
8   you want it for? I tried putting it back in her car
9   and I had locked the door.
10     MR. OZIMKOSKI:   No further questions.
11     MR. MINOR:   I have nothing.
12     (Whereupon, the witness was excused and
13     the deposition concluded at 4:11 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 118**

```
1   C E R T I F I C A T E O F D E P O N E N T
2      I, DAVID VECCHIA, have read the
3   foregoing transcript of the testimony given at the
4   deposition on Friday, August 15, 2003, and it is true
5   and accurate to the best of my knowledge as
6   originally transcribed and/or with the changes as
7   noted on the attached Errata Sheet.
8
9   DAVID VECCHIA
10
11  Subscribed and sworn to before me
12  this         day of            , 2003.
13
14  My Commission Expires:
15
16
17
18  3:03CV00519(DJS)
    BARBARA E. MURPHY VS THE CITY OF STAMFORD
19  DAVID VECCHIA
    AUGUST 15, 2003 (LG)
20
21
22
23
24
25
```

**Page 119**

```
1   STATE OF CONNECTICUT)
                         ) ss:
2   COUNTY OF HARTFORD )
3      I, Leeann J. Gardner, a Notary Public
4   within and for the State of Connecticut, do hereby
5   certify that the deposition of DAVID VECCHIA, was
6   taken before me pursuant to Federal Rules of Civil
7   Procedure, of the Practice Book, at the LAW OFFICES
8   OF ELISABETH SEIEROE MAURER, P.C., 871 Ethan Allen
9   Highway, Ridgefield, Connecticut, on August 15, 2003,
10  at 1:05 p.m.
11     I further certify that the witness was
12  first sworn by me to tell the truth, the whole truth,
13  and nothing but the truth, and was examined by
14  counsel, and his testimony stenographically reported
15  by me and subsequently transcribed as herebefore
16  appears.
17     I further certify that I am not related
18  to the parties hereto or their counsel, and that I am
19  not in any way interested in the events of said
20  cause.
21     Dated at Hartford, Connecticut this
22           day of                 , 2003.
23  Leeann J. Gardner
24  Notary Public
25  My Commission Expires
        May 31, 2005
```

**Page 120**

```
1   I N D E X
2      WITNESS:   DIRECT CROSS REDIRECT RECROSS
3   DAVID VECCHIA 3 48 110 –
4
5
6   DEFENDANT'S EXHIBITS
7      (Marked for Identification)
8   EXHIBITS PAGE
9      A   Affidavit 49
10  B Ms. Murphy's Statement 49
11  C Arbitration Award 49
12
13
14
15
16  PLAINTIFF'S EXHIBITS
17  1 Personnel Procedures 26
18
19     (Exhibits retained by Mr. Ozimkoski.)
20
21
22
23
24
25
```

# WORD INDEX

**Look-See Concordance Report**

- - -

UNIQUE WORDS: **1,572**
TOTAL OCCURRENCES: **6,344**
NOISE WORDS: **384**
TOTAL WORDS IN FILE: **20,280**

- - -

SINGLE FILE CONCORDANCE

- - -

CASE INSENSITIVE

- - -

NOISE WORD LIST(S):
NOISE.NOI

- - -

COVER PAGES = 1

- - -

INCLUDES ALL TEXT OCCURRENCES

- - -

DATES **ON**

- - -

INCLUDES PURE NUMBERS

- - -

POSSESSIVE FORMS **ON**

## – $ –

**$100** [1]
*55:18*
**$30,000** [1]
*58:8*

## – 1 –

**1** [8]
*26:15, 16; 27:16; 29:25; 30:4, 22; 97:15; 120:17*
**10** [4]
*68:6; 76:20, 22; 78:14*
**10-week** [1]
*114:19*
**10th** [2]
*80:6; 81:17*
**11** [1]
*80:3*
**110** [1]
*120:3*
**12** [8]
*71:19; 76:20; 80:12; 82:10; 83:22; 84:5, 12*
**13** [1]
*82:10*
**14** [4]
*82:17; 95:19; 98:2; 99:18*
**15** [4]
*2:7; 118:4, 19; 119:9*
**15th** [2]
*36:7; 68:4*
**19** [4]
*16:25; 43:9; 84:5, 12*
**1968** [1]
*51:7*
**1990** [1]
*27:10*
**1993** [6]
*5:1; 28:18, 21; 43:13; 44:22; 45:5*
**1994** [1]
*44:22*
**1997** [18]

**8:16; 10:23; 11:2; 20:20;**
*40:4; 43:9, 19, 22; 47:3, 5; 53:6; 55:2; 82:23; 87:22; 96:4; 110:21; 111:13; 114:22*
**1998** [69]
*8:16; 10:23; 11:5, 15; 15:9, 13, 18; 17:1; 19:3; 31:4, 6, 7, 10, 13; 35:16; 40:1, 4, 7; 42:10, 15; 43:19, 22; 47:5, 15; 53:7, 8; 54:12; 55:2; 58:12, 17; 59:2, 5, 15, 22; 61:10, 11; 62:21; 64:1, 12, 13; 65:2; 70:16; 71:14, 22; 74:4, 13, 19; 77:5, 14; 82:21, 23; 84:6; 85:5; 91:1, 15, 22; 96:4, 5, 22; 102:25; 104:2, 15; 105:4; 109:19, 22; 110:23; 112:2; 113:11; 116:9*
**1:05** [2]
*2:7; 119:10*
**1st** [2]
*7:11; 98:10*

## – 2 –

**2** [2]
*32:4; 86:17*
**20** [1]
*86:10*
**2000** [31]
*7:11; 23:2; 35:17; 36:8, 23; 37:8, 16; 39:15; 40:2, 13, 19; 42:16; 47:3; 64:16; 76:24; 77:6, 20; 80:4; 83:25; 93:7; 96:23, 24; 97:14, 15; 99:22; 104:1; 108:20; 110:23; 111:1, 14; 116:10*
**2001** [11]
*34:13; 39:10, 13, 16; 41:9; 43:25; 46:1, 5; 83:25; 102:25; 107:2*
**2002** [18]
*25:20; 36:7, 10, 21, 23; 37:8, 16; 38:14; 44:8; 46:1, 5; 68:3, 4; 95:24, 25; 99:19; 101:7; 109:12*
**2003** [8]
*2:7; 44:13; 95:20; 118:4, 12, 19; 119:9, 22*
**2005** [1]
*119:25*
**21** [2]
*84:6; 85:3*
**22** [1]
*85:12*
**23** [2]
*86:8; 99:19*
**25** [3]
*74:19; 87:10; 114:15*
**250** [1]
*114:14*
**25th** [1]
*74:25*
**26** [3]
*74:4, 13; 120:17*
**27** [1]
*107:2*
**2:10** [1]
*46:20*
**2:13** [1]
*46:21*

**2:17** [1]
*49:11*
**2:23** [1]
*49:12*

## – 3 –

**3** [8]
*29:25; 30:2, 3; 32:2; 70:19; 71:19; 108:20; 120:3*
**30** [1]
*114:15*
**30,000** [1]
*57:5*
**31** [1]
*119:25*
**38** [1]
*82:12*
**3:03cv00519** [1]
*118:18*
**3rd** [1]
*81:5*

## – 4 –

**4** [1]
*76:20*
**48** [1]
*120:3*
**49** [3]
*120:9, 10, 11*
**4:00** [1]
*112:9*
**4:11** [1]
*117:13*
**4th** [2]
*80:14; 81:1, 5*

## – 5 –

**5** [3]
*32:22; 91:1; 93:6*
**5k** [1]
*60:19*

## – 6 –

**6** [3]
*80:12; 93:5; 114:14*
**60** [2]
*28:11; 39:17*
**600** [1]
*55:9*
**68** [3]
*51:8, 12, 14*
**69** [3]
*51:15, 18*

## – 7 –

**7** [6]
*79:20; 82:10; 86:17; 91:1; 93:5; 101:7*
**75** [1]
*39:17*

## – 8 –

**8** [3]
*83:22; 114:15, 19*
**871** [2]
*2:6; 119:8*
**888** [1]
*55:3*

## – 9 –

**9** [4]
*27:17, 20; 84:5, 12*
**90** [1]
*110:8*
**90's** [1]
*45:3*
**90,000** [1]
*57:9*
**90-day** [1]
*28:11*
**91** [1]
*101:10*
**93** [1]
*43:11*
**94** [4]
*43:12, 13; 45:4, 5*
**95** [1]
*45:4*
**97** [6]
*47:6, 7, 8, 9; 83:25; 87:8*
**98** [12]
*21:23; 47:6, 14; 59:6, 19; 61:25; 82:25; 83:5, 13, 19, 23, 25*
**99** [1]
*83:25*

## – A –

**abruptly** [1]
*78:4*
**absence** [2]
*97:16, 19*
**abuse** [1]
*100:23*
**accelerated** [1]
*109:12*
**accept** [1]
*74:12*
**accepted** [2]
*74:4, 6*
**access** [1]
*97:25*
**accidental** [1]
*96:10; 105:5*
**accomplish** [2]
*6:1, 7*
**accomplishing** [1]
*7:1*
**accrued** [1]
*68:7*
**accumulated** [1]
*98:17*
**accurate** [1]
*118:5*
**accused** [4]
*45:23; 115:17, 19, 20*
**acknowledged** [1]
*75:2*
**acquaintances** [1]
*69:1*
**acting** [3]
*66:18, 21; 113:13*
**action** [4]
*34:4; 39:6, 7; 72:9*
**active** [3]
*51:7, 10, 19*
**activities** [1]
*88:18*
**activity** [2]

BSA [1]
  89:4; 99:22
actual [1]
  28:9
addition [5]
  7:22; 8:4; 9:21; 55:13; 88:3
additional [1]
  29:13
address [1]
  54:16
administrative [34]
  7:20; 23:1, 3, 7; 24:1; 25:2,
  15, 18; 32:7, 9, 13; 33:16, 22;
  35:8; 37:13; 39:5, 7, 15, 18;
  40:14; 41:3, 4, 15, 21, 24;
  42:8; 46:3; 47:4, 10; 48:2;
  97:16, 18; 98:3; 99:18
admit [5]
  16:2; 48:23; 49:1; 61:21, 23
admitted [4]
  15:23; 70:25; 71:17; 116:16
admitting [1]
  54:17
adult [1]
  100:24
advised [1]
  75:7
adviser [1]
  52:6
advocate [3]
  24:15, 16; 45:24
affidavit [2]
  49:17; 120:9
affidavits [1]
  18:21
affirmative [2]
  24:12; 97:23
affirmatively [1]
  76:7
afford [1]
  66:23
afternoon [3]
  43:1; 112:6, 10
age [1]
  2:2
agent [10]
  5:5, 8; 7:6, 12; 8:2, 6; 57:14,
  24; 68:25; 70:12
agents [1]
  5:19
agree [40]
  23:11; 68:20, 23; 71:2; 72:1,
  2, 5, 17; 74:4, 11; 75:3, 10,
  18, 19, 23; 77:5, 10, 12, 19,
  23; 78:2, 18; 80:6, 10, 17;
  84:10, 21; 85:7; 86:2, 21;
  89:13; 92:1; 93:15; 99:12;
  103:15, 21; 106:5; 109:7, 17,
  24
agreed [4]
  2:11, 17, 23; 13:6, 11; 63:5;
  74:14; 76:9; 91:13; 96:6;
  106:8, 9; 107:24; 110:3
agreement [45]
  13:8, 12, 14, 21, 24; 17:2, 7,
  12, 17, 18, 19, 20, 22, 24;
  18:1, 9; 20:8; 29:22; 35:19,
  23; 56:1; 58:9; 59:10; 60:21;
  63:2, 8, 14, 20; 64:20; 71:21,
  23; 74:13; 75:10, 14, 16;
  76:3, 8, 14; 77:13; 83:8, 9;
  104:15, 17, 24

agreements [4]
  13:2, 3, 4, 5
agrees [1]
  73:21
alcohol [4]
  3:21; 61:16, 19, 22
alice [3]
  88:11; 89:16; 90:13
alimony [4]
  57:3, 7; 58:4; 108:1
alive [4]
  60:19, 23; 76:21; 83:22, 24;
  96:9; 112:13
allen [2]
  2:6; 119:8
allow [1]
  33:14
allowed [2]
  48:6; 97:19
allowing [1]
  65:3
alone [10]
  56:2; 58:10; 59:10; 63:4;
  64:8; 78:1; 91:12; 109:21, 24;
  110:2
alter [1]
  3:22
american [1]
  52:9
amicably [1]
  105:20
amongst [1]
  43:5
ample [1]
  30:15
anebriated [1]
  107:6
anniversary [1]
  29:9
annoy [1]
  81:24
annoyed [1]
  72:6
annoying [1]
  71:25
annual [9]
  27:24; 28:2, 4, 17, 23; 29:5,
  16, 20; 69:18
answer [10]
  4:3, 11; 13:23; 23:10; 47:21;
  48:5; 57:17; 73:12; 90:6
answered [1]
  34:25
answering [3]
  56:12; 84:7, 14
antonio [1]
  95:5
antonio's [1]
  89:11
anybody [12]
  14:16; 16:22; 24:23; 34:3;
  42:10; 69:21, 24; 73:5; 82:14;
  92:24; 93:1; 114:13
anyplace [1]
  111:15
anywhere [1]
  98:4
apologize [1]
  58:24
apologizing [1]
  59:23

apology [4]
  60:15; 65:7; 111:16, 19
apparently [1]
  83:17
appeal [1]
  66:7
appearing [1]
  3:14
appears [1]
  119:16
application [2]
  115:14, 16
applied [1]
  67:17
appointment [1]
  58:20
appraisal [8]
  27:18; 28:6, 10, 17; 29:8, 20
appraisals [9]
  27:25; 28:3, 4, 23; 29:5, 16;
  69:15, 17, 18
appreciated [1]
  4:5
approached [2]
  9:10; 84:19
appropriate [1]
  100:24
approve [1]
  6:20
approved [1]
  17:20
approximately [4]
  44:5; 47:11; 68:6; 110:24
april [4]
  44:7; 51:15; 68:2, 3
arbitration [9]
  67:8; 94:3, 7; 101:22; 102:1;
  103:16; 105:16; 106:2;
  120:11
area [1]
  16:18
aren't [2]
  74:9
arise [4]
  14:21; 16:15, 19; 17:10
army [1]
  52:14
arrest [11]
  25:6; 38:11; 42:7, 12; 62:13;
  67:5; 73:8; 96:25; 97:4, 17;
  115:14
arrested [16]
  11:8; 25:3; 35:8; 40:20; 42:3;
  61:13; 64:15; 79:12; 84:21,
  23; 85:7; 93:23; 97:1, 14;
  104:1; 109:4
aside [1]
  73:5
asking [8]
  60:7; 61:23; 66:24; 84:8;
  88:6; 101:19; 103:10; 109:25
asks [1]
  4:5
assist [1]
  88:14
assistance [1]
  108:9
assumption [1]
  42:18
attached [1]
  118:7

attempted [1]
  93:21
attend [3]
  44:24; 45:12; 115:2
attendance [1]
  85:10
attended [5]
  43:14; 45:6, 17; 67:14; 85:6
attending [1]
  94:6
attention [5]
  27:16; 29:24; 32:1; 43:20;
  68:19
attorney [38]
  11:16; 12:2, 13, 17; 13:9, 15;
  15:1; 17:15; 19:15; 34:16, 18,
  20; 36:13; 41:11; 44:14; 54:9,
  24; 55:15, 21; 66:19, 22, 23;
  75:19; 76:18; 85:16; 94:9, 18;
  95:2, 11, 13; 98:13, 22;
  107:17, 19; 109:14; 112:2, 19
attorneys [2]
  67:4; 98:23
august [6]
  2:7; 51:18; 107:2; 118:4, 19;
  119:9
authority [5]
  2:15; 6:14; 70:6, 9; 90:1
authorization [1]
  6:19
automatically [1]
  93:24
award [3]
  94:3; 95:19; 120:11
awards [1]
  52:12
aware [9]
  3:10; 21:1; 28:2; 38:11, 15;
  43:3; 96:8; 112:16; 113:4

– B –

bachelor's [2]
  49:21, 25
badge [1]
  52:16
bar [10]
  53:12, 15; 61:3; 65:3, 16, 19;
  78:8; 83:20; 99:23; 111:4
barbara [118]
  3:9; 8:11, 13, 14, 17, 20, 24;
  9:3, 13, 22; 10:4, 6, 10, 13,
  20; 13:7; 14:1, 10; 15:16, 20,
  24; 16:2, 5, 11; 17:4, 8, 15;
  18:15; 21:17, 25; 22:7, 10;
  25:10; 31:3; 33:18; 35:6, 15,
  20, 25; 36:12; 37:22; 38:20;
  39:8, 25; 40:12, 18, 23; 41:6;
  42:14; 47:19; 53:6; 54:9, 15,
  22; 55:7; 56:2, 9; 58:10;
  59:23; 60:1, 18, 20; 62:18;
  63:4; 64:8, 20; 69:3, 5; 72:1,
  3, 12; 74:15; 77:6; 81:21;
  82:18; 84:1, 8; 86:16; 87:18;
  88:10, 13, 19; 90:13; 93:19;
  95:14; 96:7, 19; 98:17; 99:4;
  102:4, 21; 103:17, 21, 22;
  104:12, 13, 24; 106:22;
  108:11; 109:8, 10, 19;
  110:18, 20, 25; 111:10, 14,
  17; 113:18, 21; 114:23;

115:2, 10, 25; 116:6, 10, 14;
118:18
**barbara's** [9]
18:11; 33:12, 24; 34:5; 38:1,
25; 40:5; 47:12; 56:8
**barry** [3]
36:14, 19; 98:14
**bars** [2]
99:4; 111:12
**based** [3]
28:9; 97:16; 102:5
**basically** [1]
6:21; 12:23; 81:20
**basis** [1]
11:12
**behalf** [5]
13:16; 111:25; 112:17; 113:2,
13
**behavior** [18]
15:24; 16:1, 5, 6, 10; 21:17;
22:10; 25:10; 31:3; 33:8;
70:21; 72:1; 84:25; 102:13;
105:24; 106:7; 107:5
**believe** [17]
20:14; 22:12, 16; 34:20;
35:14; 36:6; 38:14; 41:5;
44:20; 46:10; 48:1; 53:5;
57:22; 65:24; 89:14; 98:14;
99:15
**believed** [1]
116:14
**ben** [10]
11:16; 54:8; 58:12; 71:10;
72:12; 91:2, 6, 9; 96:4
**benning** [1]
51:13
**bill** [5]
16:24; 36:20; 70:24; 92:11;
95:13
**birthday** [1]
9:25
**bizarre** [2]
107:8, 11
**blocks** [4]
55:10, 12, 14
**board** [8]
67:8; 81:1; 94:6; 101:21;
102:1; 103:16; 105:15; 106:2
**boodman** [3]
36:15; 41:13; 98:14
**book** [2]
85:13; 119:7
**boss** [1]
88:21
**bother** [3]
77:13; 81:19; 94:3
**bothered** [1]
97:8
**bothering** [3]
59:15, 19; 64:21
**bought** [1]
86:22
**boulevard** [1]
55:3
**bowes** [1]
50:7
**bozay** [1]
107:18
**break** [3]
4:16, 17; 46:18
**break-in** [1]

**56:8**
**breaking** [4]
54:15; 71:13, 17; 99:20
**brennan's** [20]
53:12, 15; 58:23; 61:2, 3, 7;
65:14; 76:21; 79:10; 82:20;
83:2, 14, 15; 91:22; 92:2;
96:9, 14; 110:18, 20, 25
**brief** [10]
4:5; 5:6; 24:2; 25:13; 27:23;
31:12; 32:22; 40:25; 47:14;
94:2
**briefcase** [21]
59:14, 18; 61:14, 16; 65:1, 5,
6, 11; 84:9, 17; 85:15, 23;
99:21; 100:7, 12; 103:25;
111:20; 116:17, 20, 23, 25
**briefly** [3]
14:6; 30:10; 52:5
**bringing** [1]
54:23
**broken** [1]
55:22
**broker** [1]
12:22
**bronze** [2]
52:14, 19
**brown** [2]
69:8; 87:15
**budget** [1]
101:11
**building** [5]
8:24; 37:17, 18, 22; 50:22
**buildings** [2]
8:23; 39:20
**built** [1]
27:10
**bullet** [6]
82:11, 12; 86:12, 13; 108:19,
22
**bunch** [1]
95:11
**bureaus** [1]
70:14
**business** [17]
19:25; 20:15, 18; 37:1; 55:2,
6; 57:11, 13, 15, 17, 22;
69:25; 73:10, 14, 15, 17;
100:19
**buyer** [1]
5:23
**buying** [1]
87:13

**– C –**

**cafeteria** [3]
81:5, 16; 82:9
**caliber** [1]
82:12
**call** [14]
13:19; 23:23; 29:8; 45:22;
52:9, 23; 56:9; 76:17; 79:21;
93:12; 112:3, 13; 116:6
**caller** [3]
79:18, 19; 84:7
**calls** [4]
70:13; 115:21; 116:1, 4
**camp** [1]
23:15
**candy** [3]

9:13, 21; 76:21
**capital** [1]
80:24
**captain** [2]
52:2, 3
**car** [7]
54:15; 56:8; 84:10; 99:21;
117:1, 6, 8
**card** [2]
9:25; 97:25
**cards** [1]
9:22
**career** [1]
88:23
**case** [9]
3:12; 41:25; 42:1; 54:6;
60:14; 80:21; 89:10; 113:15
**cassone** [2]
98:21; 106:18
**catalog** [1]
50:24
**caught** [1]
50:18
**caused** [2]
54:11; 57:2
**cease** [2]
105:24; 106:7
**center** [5]
55:3; 70:20; 80:6, 14; 81:12
**certificate** [1]
90:4
**certificates** [2]
90:9, 12
**certify** [3]
119:5, 11, 17
**cessation** [1]
71:25
**chance** [1]
33:6
**change** [1]
83:12
**changed** [1]
7:17
**changes** [1]
118:6
**charge** [1]
114:1
**charged** [1]
85:18
**charges** [2]
64:25; 109:22
**chase** [1]
88:16
**check** [1]
106:14
**checked** [1]
79:18
**chief** [4]
58:17; 69:8, 9; 87:16
**child** [3]
57:3, 7; 58:4
**children** [1]
107:7
**choice** [4]
17:25; 18:2, 3; 76:5
**choices** [1]
41:2
**chosen** [2]
3:17; 66:18
**chris** [1]
82:19

**chris** [3]
108:12, 14, 18
**city** [131]
4:20, 23; 5:1, 9, 11; 6:14; 7:3,
10, 12, 19, 25; 8:5; 10:16, 22;
15:15; 17:3; 18:4, 10, 23;
20:2, 5, 22; 21:5, 8, 9, 10, 12,
15; 22:9, 16; 23:1, 21; 27:3,
13; 28:2, 7, 10, 19, 24, 25;
29:4, 17; 31:1; 32:10; 33:1, 8;
34:3, 12, 17; 35:21, 22;
36:11; 37:3, 5, 7, 20; 38:4, 5,
11, 19, 24; 39:2, 9, 20; 40:4,
6, 11; 41:17, 19; 42:4, 5, 10,
15, 19; 43:4, 19; 44:13, 14,
24; 45:11, 21; 46:12; 47:12,
18; 50:4, 9, 16; 57:8, 24;
59:4; 62:2; 65:21; 67:17;
68:5, 12; 69:22; 70:4, 10, 13;
72:10, 21, 23; 77:18; 83:10,
18; 86:22; 87:22; 90:15; 92:7,
17; 94:9; 95:4; 96:6, 22;
99:16; 101:13; 102:23;
103:10; 105:19, 23; 106:6;
108:4, 12, 19; 114:5, 11;
118:18
**city's** [7]
23:4, 5; 30:24; 39:6, 7; 95:10;
105:25
**civil** [3]
2:2; 101:1; 119:6
**claimed** [2]
59:9; 92:13
**claiming** [1]
73:25
**claims** [1]
108:19
**class** [13]
80:16, 17, 18, 19, 23; 114:4,
8, 18, 23; 115:2, 3, 11
**classes** [4]
114:10, 11; 115:1, 9
**classifying** [1]
22:21
**clear** [2]
33:13; 64:20
**clerk** [2]
5:24; 12:18
**clerks** [2]
5:23; 6:3
**closed** [3]
85:14; 86:1; 107:8
**club** [1]
45:3
**co-worker** [3]
38:5; 107:8, 12
**coffee** [1]
81:16
**collect** [1]
68:2
**collected** [1]
68:1
**collecting** [1]
67:25
**college** [1]
51:11
**combat** [1]
52:16
**combination** [1]
35:10
**combined** [1]

57:5

comerford [1]
109:11

coming [4]
7:25; 41:21; 98:20; 99:3

commendation [1]
52:15

comment [2]
90:17; 92:24

commission [4]
108:3; 110:6; 118:14; 119:25

commissioner [1]
70:16

commit [1]
99:25

committee [3]
87:19, 20; 113:18

committees [4]
86:19; 87:6; 88:17; 113:20

communications [1]
53:2

companies [1]
70:1

company [2]
50:10, 21

compensation [2]
67:21, 23

complain [2]
61:6; 83:18

complained [2]
59:18; 77:17

complaining [2]
59:17; 61:1

complaint [20]
11:7; 18:20; 22:13, 15, 17,
21, 22, 24; 42:16, 20; 59:8,
12; 66:14; 90:21; 98:18;
108:4, 12, 14, 18

complaints [23]
15:15, 20; 18:12, 15; 33:12,
18, 24; 34:5; 35:5; 36:12;
37:25; 38:1, 4, 6, 20; 39:1;
40:5, 17, 22; 41:7; 47:13, 19;
102:7

complete [1]
12:15

completely [1]
4:10

comptroller [5]
80:20; 88:1; 89:21, 24; 90:11

computer [2]
115:5, 7

concerned [3]
29:3; 47:25; 85:24

concluded [2]
56:22; 117:13

conclusion [2]
101:25; 102:9

condition [1]
99:3

conditions [1]
100:22

conduct [11]
18:10; 59:19; 75:2; 99:22;
100:1, 25; 102:2, 10, 11, 21;
105:22

conference [11]
12:10; 13:17; 14:6; 19:18;
24:5; 45:2; 80:15; 81:1, 2, 4;
105:7

conferences [4]

31:22; 44:25; 45:13; 47:11

conflict [1]
87:17

conflicting [1]
47:1

connecticut [9]
2:5, 7; 12:6; 50:3; 77:1;
119:1, 4, 9, 21

connection [1]
2:13

consequences [1]
57:2

consisted [1]
21:24

consultant [1]
87:9

contact [47]
8:17, 19; 10:14, 21; 11:3, 6,
11; 13:7, 10, 25; 17:3, 7;
21:18, 25; 22:7; 35:15, 19,
25; 37:5, 7; 39:25; 60:20;
63:5; 71:8; 72:2; 74:14; 75:8,
13; 77:6, 15; 78:2; 81:11;
83:17; 93:25; 96:7, 8, 15;
104:18, 21, 25; 105:3, 5;
106:10, 11, 17; 109:9; 110:3

contacted [3]
34:17; 98:20

contacts [1]
60:17

contents [1]
26:8

continually [1]
82:6

continue [5]
36:24; 37:3; 77:22; 78:13, 19

continued [5]
78:9; 83:13, 14, 15; 105:22

continuing [4]
41:19; 78:17; 79:17; 112:25

contracts [1]
28:9

contradicts [2]
101:15, 16

contribution [2]
68:7, 10

control [1]
69:11

conversation [14]
14:19, 20; 15:2; 32:19; 38:13;
39:22; 47:15; 62:15, 25; 64:2,
14; 81:9; 92:13; 113:10

conversations [14]
15:5, 7; 36:14, 17; 41:6, 11;
42:9; 58:15; 106:23; 111:23;
112:17; 113:2, 5, 8

convicted [1]
79:12

conviction [1]
67:5

copies [2]
72:15; 85:21

copper [1]
82:12

copy [12]
5:23; 25:24, 25; 48:22, 24;
49:10; 60:6, 7, 8, 9; 84:16;
109:14

corner [1]
81:14

corometrics [1]

50:7

counsel [6]
2:12; 3:17; 67:10; 75:1;
119:14, 18

counseling [7]
56:5; 63:9; 71:1, 7, 24;
100:23

counselor [2]
72:20, 24

county [1]
119:2

couple [9]
14:22; 30:18; 31:5; 43:7;
46:16; 62:24; 90:23; 95:4;
109:13

course [1]
34:3

courses [1]
8:8

court [2]
66:15; 73:15

covered [1]
73:2

crazy [1]
112:11

created [1]
109:6, 7

creating [1]
87:13

creation [1]
46:11

crime [1]
99:20

criminal [6]
64:25; 67:1; 98:13; 99:20;
109:22; 112:11

criteria [1]
102:12

cross [2]
48:11; 120:2

cruel [1]
107:6

cup [1]
81:16

custody [1]
97:4

cut [1]
88:16

— D —

d'a-n-d-r-e-a [1]
94:11

d'andrea [2]
94:11; 95:1

d'oeuvres [1]
53:14

damaged [1]
55:20

dame [1]
50:1

danbury [2]
51:20, 22

datacom [2]
50:8, 17

date [5]
27:9; 29:10; 36:7; 94:5; 95:19

dated [3]
107:2; 109:12; 119:21

dates [2]
38:23; 47:2

dave [2]
96:19; 106:22

david [16]
2:1; 71:23; 84:8, 19, 24; 85:5;
91:7, 8, 9, 13; 92:25; 118:2,
9, 19; 119:5; 120:3

david's [2]
84:17; 85:15

day [13]
24:3; 25:3; 37:15; 39:4;
40:20; 47:10; 56:7; 58:22;
94:16; 107:21; 112:18;
118:12; 119:22

days [8]
14:23; 38:22; 39:17; 62:24;
80:5, 13; 107:22; 110:8

deal [2]
75:3, 5

dealings [1]
37:11

dealt [1]
98:24

december [18]
7:11; 35:17; 39:15; 40:1, 13,
19; 42:16; 43:9; 47:3, 9; 68:3,
4; 97:15; 98:10; 110:23;
111:13; 113:11; 116:10

decided [4]
87:12; 88:2; 90:3; 116:20

decision [7]
58:6; 66:1, 3; 101:21; 103:15;
107:2; 110:5

deck [4]
82:11, 13; 108:20, 22

deemed [2]
6:9; 100:24

defendant's [2]
49:13; 120:6

deficit [1]
101:12

degree [1]
49:21

delivery [1]
87:14

delta [1]
52:7

demonstrated [1]
105:22

denied [2]
108:22; 115:24

deny [4]
92:19; 93:9, 12; 109:6

department [25]
6:23; 10:15; 11:1, 8; 18:5;
27:10; 29:11, 12; 34:1; 37:20,
23; 39:21; 41:12, 13; 54:25;
55:8, 14; 59:4, 8; 62:10;
69:13; 70:10, 12, 13; 88:12

departments [1]
70:8

deposition [9]
2:1, 14, 22, 24; 26:3; 66:16;
117:13; 118:4; 119:5

deputy [3]
69:8; 72:3; 87:15

described [2]
26:17; 49:14

describing [1]
107:4

design [1]
50:7

**designs** [1]
50:19

**desire** [1]
109:19

**desist** [2]
105:24; 106:7

**desk** [1]
112:19

**despite** [1]
103:23

**destroyed** [1]
54:21

**destroying** [1]
54:17

**detail** [1]
68:18

**details** [2]
64:23; 66:5

**detective** [1]
64:17

**determined** [1]
29:23

**direct** [6]
3:6; 27:15; 29:24; 32:1;
68:19; 120:2

**directive** [1]
106:6

**directives** [1]
105:23

**director** [6]
7:18, 20; 23:22; 28:14; 70:11;
87:25

**disagree** [29]
68:23; 71:2; 72:1, 18; 74:5;
75:4, 11, 14; 77:24; 78:2, 18;
80:7, 10, 17; 84:10, 21; 85:7;
86:2, 21; 89:13; 92:1; 101:20,
24, 25; 103:15, 21; 109:7, 17,
24

**disagreement** [1]
91:15

**discharge** [2]
102:10; 105:25

**disciplinary** [1]
106:19

**discipline** [12]
6:13, 19; 29:25; 30:3, 6; 31:1;
32:2; 48:2; 70:4, 7, 9, 15

**disciplined** [3]
22:4; 50:25; 69:21

**discuss** [4]
13:3; 15:20; 33:5; 35:3

**discussed** [26]
13:1; 16:6, 10; 17:18; 18:25;
25:12; 35:11, 13; 38:23; 39:3,
6, 8; 40:9, 23; 54:7; 55:25;
58:13; 59:3, 24; 63:16; 83:1;
90:24; 93:9; 96:3; 106:8;
108:25

**discusses** [2]
91:1; 97:13

**discussing** [1]
91:8

**discussion** [15]
14:24; 16:14; 17:6, 10; 31:12;
33:10; 41:14, 16; 44:1; 56:4;
63:22; 82:20; 96:21; 102:8;
112:23

**discussions** [6]
36:11; 40:17; 41:1; 62:1;
98:15; 114:9

**disorderly** [2]
99:22; 100:1

**distant** [1]
107:6

**distributed** [1]
90:7

**distributor** [1]
50:23

**district** [1]
52:11

**division** [1]
70:24

**divorce** [7]
56:17, 19, 22; 57:2; 62:22;
63:24; 107:2

**divorced** [1]
95:16

**djs** [1]
118:18

**document** [4]
26:9; 49:16; 63:11; 68:17

**documentation** [2]
31:20, 24

**documented** [1]
74:23

**doesn't** [4]
28:24, 25; 36:1; 94:5

**dollars** [1]
91:4

**door** [2]
96:16; 117:9

**doubt** [1]
54:10

**drafted** [1]
17:19

**draw** [1]
17:16

**drink** [1]
78:9

**drug** [1]
3:21

**due** [1]
101:11

**duly** [2]
2:3; 3:3

**duties** [3]
5:7; 6:24; 97:22

**duty** [11]
51:7, 10, 19; 52:13; 99:4, 13;
102:2, 10, 11, 12, 21

**— E —**

**eap** [1]
72:21

**early** [3]
11:15; 76:23; 80:4

**eat** [1]
112:13

**econ** [1]
52:7

**economic** [1]
57:1

**editorial** [2]
71:4; 72:4

**effect** [8]
13:9; 22:24; 35:24; 41:24;
45:25; 97:7; 98:19; 99:16

**effects** [1]
102:10

**efforts** [1]

**105:19**

**egregious** [1]
102:12

**elected** [1]
41:18

**elevator** [4]
81:8, 12; 82:3; 105:6

**elevators** [2]
81:3, 7

**eliminated** [1]
101:11

**elisabeth** [3]
2:5; 94:19; 119:8

**elmer** [1]
50:22

**employed** [1]
70:20

**employee** [14]
4:19; 5:1; 18:4; 21:5, 8;
27:17; 29:25; 30:3, 6; 32:2;
38:4, 5, 25; 43:20

**employees** [18]
5:12, 15, 19; 6:16; 28:3; 29:1,
5; 38:7, 19; 43:5; 45:12;
92:17; 95:4; 102:3, 14, 17;
103:2, 10

**employment** [3]
27:3; 57:12; 105:21

**end** [8]
25:19; 47:2, 5, 6, 8; 51:18;
55:24

**ended** [1]
52:25

**ensure** [1]
72:17

**enter** [1]
37:22

**entered** [1]
26:15

**entering** [1]
26:2

**entitled** [1]
85:13

**errata** [1]
118:7

**espionage** [2]
86:1, 6

**estate** [1]
12:22

**estimate** [1]
111:10

**ethan** [2]
2:6; 119:8

**evac** [2]
52:10, 23

**evening** [1]
58:23

**event** [1]
60:19

**events** [3]
38:22; 104:2; 119:19

**everybody** [2]
12:15; 100:10

**evidence** [3]
100:11; 101:14, 16

**ex-wife** [3]
85:3, 9; 107:19

**exact** [1]
23:22; 36:6

**exactly** [14]
5:10; 7:9; 17:12; 18:6; 21:20;

29:17; 31:21; 34:10; 36:5;
39:22; 41:14, 20; 42:5; 64:5

**examination** [3]
3:6; 48:11; 110:15

**examined** [1]
119:13

**except** [4]
50:18; 105:4; 107:25; 116:11

**excluding** [1]
37:25

**excuse** [3]
9:8; 26:5; 113:23

**excused** [1]
117:12

**execution** [2]
75:10, 16

**exhibit** [8]
26:2, 15, 16; 44:15, 21;
68:16; 70:20; 94:2

**exhibits** [5]
49:13; 120:6, 8, 16, 19

**exist** [1]
36:1

**expect** [2]
38:9; 45:16

**expected** [1]
76:13

**expenses** [1]
67:4

**experience** [3]
8:1, 4, 9

**expire** [1]
41:15

**expires** [2]
118:14; 119:25

**explain** [2]
33:6, 11

**explained** [4]
3:8; 14:6; 25:1, 9

**explaining** [1]
45:15

**explanation** [2]
4:6; 5:6

**explanations** [1]
33:7

**extent** [2]
29:14; 81:20

**eye** [1]
78:2

**— F —**

**face** [2]
43:6; 60:13

**face-to-face** [1]
11:12

**fact** [9]
35:7, 8; 42:3; 97:3, 14;
102:24; 103:23; 113:8

**facts** [2]
96:1; 100:9

**fair** [2]
13:20; 55:23

**fall** [2]
28:21; 87:21

**familiar** [1]
44:25

**fearful** [1]
96:13

**february** [20]
25:20; 34:13; 36:7, 8, 10, 21,

BSA
23; 37:8, 15; 38:14; 39:9, 12,
16; 41:9; 43:25; 94:4; 95:19;
101:7

**federal** [3]
2:2; 66:15; 119:6

**feel** [3]
66:22; 99:25; 106:1

**fellow** [2]
23:8; 87:25

**felony** [3]
65:6; 100:8, 13; 104:6, 8

**felt** [3]
60:20; 64:20; 85:6

**female** [2]
107:8, 12

**file** [2]
18:20; 22:17

**filed** [10]
22:12, 14; 34:2; 37:25; 44:12;
62:23; 65:25; 98:17; 108:3,
12

**filing** [2]
11:7; 90:21

**fill** [2]
29:9; 52:10

**filled** [1]
69:19

**finance** [7]
7:19; 28:14; 70:11, 16; 80:18;
81:7; 87:25

**financial** [3]
86:23; 87:1, 22

**find** [5]
24:4, 7; 74:1; 85:20; 109:3

**finding** [1]
110:7

**finds** [1]
86:12

**fine** [2]
4:24; 76:7

**finish** [1]
52:1

**finished** [1]
82:5

**fire** [12]
6:13; 37:23; 54:25; 55:8, 14;
58:17; 62:10, 17; 69:7, 10,
13; 87:16

**fired** [3]
61:13; 105:13; 109:20

**firehouse** [1]
91:3

**firmed** [2]
74:4, 6

**first** [24]
3:2; 17:10; 19:23; 21:20, 22;
22:18; 24:4; 27:15; 28:10;
30:21; 40:3; 47:1; 48:24;
49:16, 20; 52:1; 62:24; 77:2;
78:21; 80:13, 19; 86:17;
94:16; 119:12

**firsthand** [1]
38:8

**five** [9]
55:12; 60:19, 24; 76:21; 78:8,
11; 83:23, 24; 96:10

**five-minute** [1]
46:18

**fixation** [2]
107:8, 12

**floor** [6]

80:6, 14; 81:2, 4, 5, 18

**flourish** [1]
71:4; 72:4

**folder** [1]
43:17

**follow** [3]
4:10; 105:23; 106:6

**follow-up** [1]
20:23

**followed** [1]
32:19

**following** [3]
92:15; 99:1; 109:18

**follows** [1]
3:5

**forced** [2]
32:25; 33:2

**foregoing** [1]
118:3

**form** [5]
2:18; 47:20, 21; 48:4; 69:20

**formal** [6]
18:22; 22:12, 14, 17, 18, 21

**formalities** [1]
2:13

**fort** [1]
51:13

**forth** [1]
82:6

**found** [7]
62:5; 79:19; 84:17; 85:14;
108:20; 113:7, 9

**four** [5]
51:8, 21; 55:12, 14; 100:7

**fraction** [2]
57:23; 58:2

**frame** [2]
111:9; 114:20

**fraser** [24]
11:16; 12:11, 13, 17; 13:9,
15; 15:1; 17:15; 54:8; 55:15,
21, 24; 58:10; 71:11; 72:12;
74:12, 18, 24; 85:16; 91:2;
96:5; 112:2, 9, 20

**fraser's** [4]
54:24; 58:13; 59:2; 91:17

**fred** [12]
15:10; 16:24; 36:20; 37:9;
44:3, 4; 70:23; 92:11; 95:12;
98:19; 102:6; 113:10

**freedom** [2]
37:19; 103:9

**frequented** [1]
111:13

**frequently** [1]
88:9

**friday** [1]
118:4

**friend** [3]
77:23; 78:15; 80:14

**friendly** [1]
53:24

**friends** [1]
82:19

**frightened** [3]
72:6; 96:11; 103:3

**frightening** [1]
71:25

**frog** [2]
79:24, 25

**front** [8]

79:25; 81:6; 82:2; 91:25;
92:5, 20; 112:19; 115:7

**fulfilled** [1]
6:24

**full** [1]
11:24

**fully** [1]
4:9

## – G –

**gable** [2]
95:6, 7

**gardner** [3]
2:3; 119:3, 23

**gather** [2]
3:12; 82:23

**gave** [11]
13:21; 24:2; 27:13; 28:14;
31:2, 8; 73:4; 76:5; 90:10, 12;
115:13

**gentlemen** [1]
75:22

**gift** [3]
90:3, 9, 12

**girlfriends** [1]
54:4

**give** [12]
4:6; 5:6; 6:19; 21:15; 25:24;
31:10; 88:18; 89:6; 90:3;
94:5; 114:20; 116:19

**given** [11]
28:6, 8, 22; 29:15, 21; 31:18;
33:15; 48:3; 97:11; 109:14;
118:3

**gives** [1]
28:2

**giving** [2]
29:5; 91:3

**glenbrook** [1]
77:1

**goes** [4]
29:12; 89:10; 90:17; 99:6

**goldberg** [1]
107:20

**government** [8]
8:23; 37:16, 18; 55:3; 70:20;
80:6, 14; 81:11

**graduated** [1]
51:12

**great** [2]
44:1; 68:18

**green** [2]
79:24, 25

**greenwich** [3]
55:16, 17; 59:2

**grievance** [3]
44:12; 65:25; 105:16

**grievant** [4]
105:20, 22, 25

**group** [2]
19:8; 92:9

**groups** [3]
6:25; 114:14, 16

**guess** [21]
4:18; 5:24; 11:7; 17:15;
27:14; 34:13; 35:3; 44:21;
56:18; 62:17; 68:6; 88:13;
89:18; 90:21, 22; 92:7; 104:9;
107:25; 109:14, 19; 114:13

**guide** [1]

6:21

**guilty** [14]
42:6; 64:24; 65:1, 2, 4, 8, 20;
99:19, 21; 100:6; 103:23, 25;
105:7, 12

**gun** [2]
52:9, 23

**guy** [1]
88:1

**guy's** [1]
87:9

## – H –

**h-a-s-e-l-k-a-m-p** [1]
23:17

**hadn't** [1]
17:21

**half** [3]
62:5; 80:19, 21

**hallmark** [1]
93:7

**hamilton** [10]
7:15, 22; 24:19, 21; 40:25;
70:18; 87:24; 89:23; 93:1;
98:9

**hamilton's** [1]
7:16

**hammered** [1]
108:19

**hand** [1]
117:5

**handed** [1]
27:4

**hands** [1]
68:12

**handwritten** [1]
59:25

**happy** [1]
4:17

**harass** [1]
81:24

**harassing** [3]
14:10; 16:2; 70:21

**harassment** [11]
43:5, 10, 20; 44:25; 45:12,
23; 46:14; 105:8, 11, 13;
115:17

**hartford** [2]
119:2, 21

**hasel** [1]
23:14

**haselkamp** [7]
23:9, 12, 16; 24:20; 33:13;
40:25; 98:9

**hasn't** [2]
44:23

**haven't** [4]
43:13; 45:17; 46:15; 101:18

**he'll** [1]
112:12

**head** [4]
24:12; 29:11; 70:10; 97:23

**headed** [1]
49:17

**healms** [1]
89:16

**hear** [1]
56:14

**heard** [3]
43:10; 46:5; 84:13

**hearing** [18]
18:22; 22:18; 24:1, 17; 32:13;
33:21; 36:3, 10; 44:11, 13,
18; 65:25; 67:13, 20; 94:5, 6;
107:15, 21

**hearings** [2]
37:10; 44:4

**held** [5]
2:2, 3, 5; 7:4; 87:10

**helicopter** [1]
53:2

**helicopters** [2]
52:10, 23

**helms** [1]
88:12

**help** [24]
14:14, 17, 21; 16:15, 19;
19:21, 24; 20:2, 6, 13, 17, 24;
21:2, 4, 7; 36:25; 37:4; 75:3,
6; 91:9, 11, 13; 109:23; 110:2

**helped** [2]
6:1; 90:5

**helpful** [1]
88:8

**helping** [1]
6:7

**herebefore** [1]
119:15

**hereby** [4]
2:11, 16, 22; 119:4

**hereto** [1]
119:18

**hey** [2]
96:18; 106:21

**high** [2]
84:16; 91:24

**highway** [2]
2:6; 119:9

**hindsight** [2]
79:11, 13

**hire** [1]
6:12

**hired** [8]
5:1, 4; 6:17, 18; 26:25; 28:19;
34:16; 44:14

**hires** [1]
28:10

**hold** [2]
12:1; 50:5

**home** [4]
51:17; 56:9, 24; 112:2

**honor** [1]
58:9

**honored** [1]
77:12

**hopefully** [1]
94:2

**hors** [1]
53:14

**hostile** [1]
109:7

**hour** [2]
52:24; 90:2

**hours** [1]
4:1

**house** [3]
42:12; 86:9; 116:7

**hte** [4]
86:20, 23; 87:22; 114:12

**huge** [1]
27:10

**human** [6]
23:23; 59:4; 70:24; 98:18;
108:3; 110:6

**humiliate** [1]
75:2

**hundred** [2]
91:4; 111:3

**hurtful** [1]
107:7

– I –

**i'd** [5]
29:7, 24; 32:1; 41:24; 48:21

**i've** [8]
3:8; 28:1; 43:6; 45:24; 58:15;
60:12; 69:19; 103:9

**id** [2]
79:18, 19

**idea** [5]
28:22; 42:13; 79:15; 86:3;
96:20

**identification** [3]
26:17; 49:14; 120:7

**identifying** [1]
84:8

**idorolla** [1]
95:5

**iii** [1]
30:5

**imagine** [2]
42:13; 114:25

**immediate** [2]
71:24

**implementing** [1]
87:22

**implies** [1]
6:12

**impression** [1]
32:24

**inability** [2]
102:2, 3

**inappropriate** [2]
92:25; 93:4

**incident** [4]
54:12; 60:14; 81:22; 83:1

**include** [2]
8:22; 60:18

**increase** [2]
29:10; 69:20

**increases** [5]
6:20; 28:8; 29:16, 19

**increasingly** [1]
107:5

**index** [2]
26:17; 49:14

**indicating** [3]
48:17; 68:17; 74:21

**indication** [1]
11:10

**individual** [3]
7:13; 73:4, 7

**individuals** [4]
6:1; 19:9; 29:6; 111:24

**infantry** [2]
51:13; 52:16

**influence** [2]
61:15; 88:23

**information** [4]
3:12; 4:9; 37:19; 103:9

**initials** [1]

**86**:25

**innocent** [1]
42:6

**instances** [1]
60:20

**institute** [1]
56:19

**instituting** [1]
56:17

**insurance** [1]
73:2

**intact** [1]
54:21

**intelligence** [3]
51:14, 21; 52:17

**intent** [2]
81:24; 92:20

**intention** [1]
79:4

**interested** [1]
119:19

**interesting** [1]
6:11

**internet** [2]
85:20, 21

**interoffice** [2]
9:18; 10:4

**interview** [3]
18:23; 19:1, 9

**interviewed** [2]
41:22; 108:25

**interviews** [1]
82:18

**invested** [1]
68:14

**investigate** [1]
47:19

**investigated** [1]
47:22

**investigation** [5]
18:11, 15; 33:23; 34:1; 64:18

**invited** [3]
87:16; 89:14; 90:16

**invoices** [1]
87:15

**involved** [14]
6:4, 6; 13:18; 17:16; 54:14;
62:1; 70:3; 85:4; 87:23;
88:11; 89:8; 111:22; 113:1;
114:13

**involvement** [1]
80:25

**involving** [1]
67:14

**issue** [3]
40:16, 19; 41:17

**issues** [2]
37:19; 107:25

**items** [6]
54:17, 20, 21; 55:13, 20; 56:9

– J –

**jacketed** [1]
82:12

**janet** [32]
11:25; 13:15, 16, 21, 24;
14:3, 9, 13; 15:1; 55:25;
58:13; 62:1, 19, 20; 63:17,
19, 23; 72:11; 85:4, 17, 18;
91:18; 111:22, 23, 25; 112:8;

**10, 16, 21; 113:1, 13**

**janet's** [1]
14:5

**january** [9]
34:13; 36:8; 39:16; 41:9;
51:15; 53:8; 99:19; 109:12;
116:9

**job** [12]
6:1; 7:4; 8:9; 20:7; 44:11;
67:24, 25; 81:23; 88:25; 89:3,
25; 99:3

**jobs** [5]
27:11; 50:5; 51:1; 58:1; 98:6

**judge** [5]
73:21; 74:1; 107:4, 14;
109:11

**judges** [1]
44:21

**judith** [1]
107:20

**july** [2]
58:17; 64:10

**june** [2]
44:8; 51:12

**justifiable** [1]
106:1

**justified** [2]
102:10, 22

– K –

**katz** [11]
34:20; 36:13; 41:11; 67:1;
98:12; 99:8; 100:3, 17; 101:8;
104:9; 109:14

**keep** [1]
64:7

**kent** [2]
23:14; 24:6

**knocked** [1]
52:22

**knowledge** [11]
18:10; 37:24; 38:2, 3, 8;
45:11; 77:17; 85:8, 10;
113:14; 118:5

– L –

**labeled** [3]
27:16; 29:25; 86:17

**lady's** [1]
94:18

**landmark** [1]
45:3

**language** [2]
74:9; 77:4

**large** [1]
53:13

**last** [6]
44:13; 50:15; 94:1; 105:18;
107:21

**late** [4]
40:4; 47:15; 71:22; 85:5

**latest** [1]
27:13

**law** [6]
2:5; 37:20; 39:21; 41:13;
85:19; 119:7

**lawful** [1]
2:2

**lawn** [4]
79:25; 80:1; 93:8, 10

BSA

**lawyer** [1]
112:11

**lay** [1]
106:22

**laying** [1]
89:17

**layout** [2]
88:14; 89:9

**learn** [1]
34:14

**leave** [43]
23:1, 3, 7; 25:2, 15, 18; 32:7, 9, 13; 33:16, 22; 35:9; 37:13; 39:5, 7, 15, 18; 40:14; 41:3, 5, 15, 21, 24; 42:8; 46:3; 47:4, 10; 48:2; 56:2; 58:10; 59:10; 63:3; 64:8; 79:8, 15; 82:12; 91:12; 97:16, 19; 98:3; 99:18; 109:23; 110:2

**leaving** [3]
24:1; 54:24; 108:22

**leeann** [3]
2:3; 119:3, 23

**left-hand** [2]
81:15; 82:9

**legal** [2]
13:22; 108:9

**length** [1]
67:23

**let's** [16]
12:11; 35:14; 39:14; 43:22; 44:11; 48:16; 51:16; 52:20; 68:16; 76:19, 22; 86:15, 22; 88:10; 92:2; 94:16

**letter** [11]
24:3; 59:22, 25; 60:15; 100:10; 103:9; 105:14; 109:10, 18; 111:17

**letters** [1]
98:22

**lg** [1]
118:19

**licensed** [1]
12:5

**lieutenant** [2]
51:12; 52:2

**life** [2]
91:10; 96:13

**liked** [1]
84:25; 116:14

**limitations** [1]
104:5

**line** [2]
60:24; 87:3

**lips** [1]
79:24

**list** [1]
12:15

**listed** [1]
27:24

**lived** [1]
86:10

**living** [1]
52:6

**lobby** [1]
12:14

**locate** [1]
49:10

**located** [2]
77:1; 117:1

**locked** [1]

117:9

**lose** [2]
20:7; 56:24

**lot** [8]
58:1; 85:21; 88:6; 89:17; 90:6; 96:2; 108:16; 115:19

**lunch** [13]
9:3, 5, 7, 9, 11; 10:7, 10, 18; 53:6, 9; 69:5; 89:14; 90:14

— M —

**m's** [1]
9:14

**m-c-h-a-l-e** [1]
94:10

**machine** [4]
5:23; 56:13; 84:7, 14

**macy's** [1]
90:10

**mail** [2]
9:19; 49:4

**mailboxes** [1]
10:4

**mailroom** [2]
5:24; 6:3

**main** [2]
55:9

**major** [1]
50:5

**male** [2]
77:23; 78:15

**mall** [1]
55:11

**man** [1]
28:14

**manager** [1]
23:9

**mandatory** [2]
20:5; 44:24

**manfredonia** [30]
15:10, 14, 19; 17:1; 22:8; 34:21; 36:14; 37:9; 40:8; 41:12; 44:4; 59:22; 60:5; 62:11, 25; 63:3, 12; 64:3; 67:14; 70:23; 74:18; 75:8; 81:9; 95:13; 101:8; 103:2, 8; 104:16; 106:9; 113:11

**manner** [1]
8:6

**manual** [3]
86:20; 88:18; 89:13

**mapping** [1]
87:11

**march** [16]
54:12; 58:12; 59:2, 14, 19; 60:14; 61:11; 71:14, 22; 74:4, 13; 84:6; 85:5; 104:2; 109:18; 112:2

**marital** [2]
56:24; 62:16

**mark** [5]
48:22; 67:1; 98:12; 98:8; 101:7

**marked** [3]
26:16; 49:14; 120:7

**mary** [5]
84:6, 15, 19, 24; 85:3, 12, 24; 86:3; 95:15

**master's** [1]
49:23

**material** [4]
48:14; 87:14; 88:4

**matter** [4]
3:10; 31:9; 32:4; 105:20

**maurer** [5]
2:6; 94:20, 21; 95:13; 119:8

**maximum** [1]
67:23

**mayor** [5]
41:22; 42:4; 87:8; 92:15; 93:1

**mayor's** [1]
92:8

**mba** [2]
49:23; 50:2

**mchale** [3]
94:10, 18; 95:11

**meal** [1]
53:10

**mean** [1]
60:11; 86:20; 97:10

**meaning** [8]
33:3; 35:5; 47:9; 53:15; 84:9; 87:24; 91:2; 105:6

**means** [2]
73:21; 97:19

**mechanical** [1]
50:23

**med** [2]
52:9, 23

**mediation** [7]
67:8; 94:7; 101:21; 102:1; 103:16; 105:15; 106:2

**medical** [1]
50:7

**medication** [1]
3:21

**meeting** [73]
11:15, 18; 12:25; 13:6, 17, 25; 14:2, 8, 12; 15:10, 13, 18, 19, 23; 16:14, 18, 23; 17:1, 11; 18:16; 19:4, 5, 7, 10; 21:22; 24:2, 5, 9, 10, 20; 25:13; 31:5, 7; 32:22, 25; 33:21; 34:7, 11, 15, 19; 35:1, 2, 13; 36:9, 19; 38:12; 39:9, 12, 19, 23; 40:24; 42:17; 43:11, 14, 25; 45:8; 54:7, 11; 58:12; 59:1, 6; 60:4; 74:23; 80:5; 91:2; 94:14, 23, 25; 96:4, 5; 101:7, 9

**meetings** [21]
31:5, 22; 35:16; 40:1, 8; 43:24; 45:6, 10, 13; 47:11; 55:24; 59:3; 60:18; 62:4; 63:2; 87:10, 16, 18; 95:21; 106:18, 19

**meets** [1]
91:6

**member** [1]
21:10

**memorandum** [1]
107:1

**memorializing** [1]
63:14

**men** [1]
70:24

**mention** [1]
115:16

**mentioned** [19]
10:6; 11:13; 18:2; 26:20; 27:7; 29:15; 32:6; 36:9;

39:12; 40:22; 42:21; 67:13; 110:17; 111:4, 16, 22; 113:17; 114:3; 115:25

**mentions** [2]
82:11; 83:22

**mere** [1]
22:4

**meritorious** [1]
53:4

**message** [6]
31:14; 56:12; 84:6, 13, 20; 112:3

**mid** [2]
45:3; 68:3

**middle** [6]
52:7; 74:17, 22; 86:17; 92:1; 93:5

**military** [4]
51:4, 14, 20; 52:17

**mind** [1]
25:7

**minor** [16]
23:10, 16; 47:20; 48:4, 10, 12, 21; 49:2, 6, 15; 106:13, 16, 25; 110:11; 112:22; 117:11

**minutes** [5]
32:22; 49:9; 66:6; 78:14; 109:13

**misdemeanor** [4]
65:4; 100:9; 103:24; 104:6

**misdemeanors** [1]
65:8

**missing** [1]
91:5

**modify** [1]
58:3

**moment** [1]
27:23

**monday** [1]
112:4, 5, 9

**money** [2]
5:11; 29:13

**monies** [1]
29:12

**monitor** [1]
37:3; 72:17

**month** [5]
51:23; 52:10; 94:23; 95:20; 114:21

**months** [6]
43:7; 58:5; 86:10; 95:22; 98:3; 99:19

**moody** [1]
107:6

**morning** [2]
24:18; 79:23

**mortarred** [2]
52:21, 24 –

**motion** [1]
109:11

**moved** [1]
58:3

**mr** [97]
3:7, 8; 7:16, 22; 12:11; 22:8; 23:8, 10, 13, 16, 19; 24:6, 19, 20, 21; 26:1, 14, 18, 19; 27:15; 30:14, 20; 31:12; 33:13; 34:21; 36:14; 40:8, 25; 41:12, 13; 46:17, 22, 23; 47:20, 23; 48:4, 8, 10, 12, 13,

21, 25; 49:2, 3, 6, 8, 15, 16;
55:24; 58:10; 59:2, 22; 60:5;
62:11, 25; 63:3, 12; 64:3;
67:14; 74:12; 87:24; 89:23;
91:17; 93:1; 94:11; 98:9;
99:1; 100:3, 17; 101:1, 8;
103:2, 8; 104:9, 16; 106:9,
13, 16, 25; 109:22; 110:11,
13, 16; 112:22, 24; 113:11;
117:3, 10, 11; 120:19

**ms** [6]
97:15; 100:25; 101:2; 105:24;
106:7; 120:10

**multiple** [1]
115:6

**murphy** [72]
3:9; 8:11, 14; 15:16, 20, 25;
25:11; 33:18; 35:15; 39:8, 25;
40:12, 18; 42:14; 47:19; 53:6;
54:15, 22; 55:7; 60:18; 62:18;
68:24; 69:3, 6; 70:20; 71:1,
10; 72:1, 3, 9; 74:15, 18, 24;
75:9; 76:23, 24; 77:7, 23;
78:1, 14, 17; 79:18; 80:13;
81:21; 84:1, 8, 25; 88:19;
90:13; 93:19; 95:14; 96:7;
97:15; 100:25; 101:2; 102:4,
21; 103:17, 21, 22; 104:12,
13, 24; 105:24; 106:7, 22;
109:8, 10, 19; 115:25; 116:6;
118:18

**murphy's** [7]
41:7; 54:9; 72:17; 82:18;
84:15; 86:16; 120:10

**myself** [4]
12:11, 13; 16:24; 89:24

## – N –

**name** [4]
3:8; 11:24; 87:10; 94:18

**named** [1]
88:1

**namely** [1]
102:3

**names** [1]
50:18

**nancy** [3]
12:12, 19; 112:7

**nature** [2]
10:1; 59:12

**negates** [1]
102:24

**nervous** [2]
81:21; 112:12

**newsletter** [8]
86:19; 88:8, 15; 89:9, 15, 20;
90:8; 113:18

**newspaper** [4]
24:8, 11, 14

**nice** [2]
85:1; 89:25

**nick** [2]
95:1, 3

**night** [3]
52:20; 54:25; 79:3

**nineteen** [1]
111:1

**ninety-seven** [1]
111:1

**nobody** [3]

72:19; 73:3; 96:18

**nodding** [2]
24:12; 97:23

**normally** [1]
6:11

**norwalk** [4]
54:16; 71:14; 82:16; 108:24

**notary** [5]
2:4, 21, 24; 119:3, 24

**note** [1]
8:13

**noted** [1]
118:7

**notes** [3]
19:12, 16

**notice** [2]
2:15; 24:10

**notre** [1]
50:1

**november** [9]
31:13; 47:9; 64:16; 80:13;
96:23, 24; 97:14; 104:1;
108:20

**number** [3]
13:1; 43:6; 79:19

**numeral** [1]
30:5

**numerous** [2]
115:21; 116:1

## – O –

**o'clock** [1]
112:9

**object** [4]
47:20, 21; 48:4; 77:4

**objected** [2]
63:19; 67:17

**objection** [3]
26:1, 7; 101:1

**objections** [1]
2:18

**obligations** [1]
58:4

**observed** [2]
78:1; 79:24

**obsession** [2]
70:25; 71:4

**obviously** [2]
29:20; 110:8

**occasion** [2]
9:15; 116:11

**occasions** [1]
20:12

**occupation** [2]
12:1, 21

**occurred** [3]
22:19; 31:22; 38:10

**october** [15]
31:13; 44:13; 47:15; 51:7, 14;
64:6, 15; 76:24; 77:20; 80:4;
93:6; 95:23, 25; 99:22

**offer** [4]
99:1, 6, 8, 15

**offered** [1]
63:11

**office** [13]
43:17; 54:24; 55:15, 16;
58:13; 59:2; 81:17; 91:7, 17;
98:22; 100:24; 102:2; 112:19

**officer** [9]

2:15; 40:12; 42:11; 52:17;
82:16, 18; 85:13; 96:23, 25

**officers** [4]
39:10; 86:9; 95:4; 97:4

**offices** [2]
2:5; 119:7

**official** [4]
40:4, 6, 11; 43:19

**officials** [2]
41:18; 47:12

**oh** [5]
21:11; 30:5; 33:5; 46:7; 68:2

**okay** [57]
4:2; 8:15; 12:19; 26:13;
27:21; 28:1; 30:5, 7, 13, 24;
32:5; 40:3, 10, 13; 44:9; 45:9;
46:19; 50:18; 52:1; 53:15;
54:11; 59:16; 60:14; 61:10;
62:21; 64:7, 23; 65:18; 68:16;
74:22; 76:7, 12, 15; 77:5;
80:3; 81:19; 82:10, 17; 83:22;
86:15, 16, 17; 88:16; 91:1,
21; 92:24; 93:5; 95:19; 97:13;
99:11, 17; 100:20; 101:6;
105:15; 106:12; 110:11

**one-year** [1]
100:21

**operations** [3]
52:8; 86:1, 5

**operators** [1]
5:24

**opinion** [2]
47:18; 48:1

**opportunities** [2]
108:4; 110:6

**opportunity** [3]
33:11; 97:11; 99:12

**opposing** [1]
109:11

**option** [3]
65:2; 76:16; 100:6

**oral** [6]
30:1, 6; 31:2, 11, 16; 63:1

**order** [8]
50:12; 53:19; 73:15; 93:18,
22, 24; 94:22; 101:2

**ordered** [3]
53:13; 57:6; 78:9

**orders** [1]
115:24

**originally** [1]
118:6

**ornament** [2]
79:24; 80:1

**outer** [1]
12:14

**outside** [4]
16:8; 63:7; 96:8; 105:6

**owned** [1]
54:15

**ozimkoski** [21]
3:7, 9; 23:13, 19; 26:14, 18;
30:14, 20; 46:17, 22; 47:23;
48:8, 25; 49:3, 8; 110:13, 16;
112:24; 117:3, 10; 120:19

## – P –

**p.c.** [2]
2:6; 119:8

**p.m.** [7]

2:8; 46:21; 49:12; 117:13;
119:10

**page** [21]
27:19; 71:19; 76:19, 20;
80:12; 82:10; 83:22; 84:5, 12,
16; 86:17; 90:25; 91:1; 93:5,
6; 105:19; 120:8

**pages** [2]
30:10, 21

**paid** [9]
25:14, 19; 67:3; 72:23; 90:16;
97:16, 18; 98:3; 99:18

**paper** [5]
41:23; 46:13; 98:16, 19

**papers** [1]
62:23

**paragraph** [25]
44:20; 68:24; 70:19, 23;
71:16; 74:16, 17; 76:20, 22;
80:3, 12; 82:10, 17; 84:5, 12;
85:3, 12; 86:8, 18; 91:16, 20;
105:18; 106:3

**paragraphs** [2]
27:24; 90:24

**parked** [1]
54:16

**part** [9]
14:2; 41:16; 55:25; 77:2;
80:23; 81:8; 87:2; 89:2, 4

**part-time** [1]
98:6

**parties** [3]
2:12; 71:22; 119:18

**parts** [1]
50:23

**passed** [1]
104:5

**passes** [2]
29:9, 10

**pattern** [1]
83:12

**pause** [5]
30:12, 19; 106:15, 24

**pay** [13]
8:7; 41:19; 55:20; 57:3;
66:25; 72:24; 79:21; 83:19;
90:1, 14, 15; 93:13; 100:16

**paying** [1]
58:8; 99:2

**payment** [1]
55:18

**payments** [1]
57:7

**payroll** [1]
29:12

**pen** [1]
97:24

**pension** [2]
68:7, 9

**people** [24]
6:3, 13; 18:19; 27:11; 34:23;
37:20; 45:23; 54:2; 62:2, 7;
69:16; 70:9; 87:10; 88:2, 4, 6,
9; 90:7; 95:11; 102:7; 114:14,
16; 115:4, 6

**performance** [5]
27:17; 28:10, 15; 29:8; 69:18

**period** [21]
28:11, 12, 13, 15; 31:4;
36:23, 24; 37:2, 12, 21;
42:15; 44:5; 55:2; 79:10;

BSA [1]
  82:22; 96:4; 101:3; 114:7, 17, 19; 116:9

periodically [1]
  72:16

periods [1]
  8:16

perkin [1]
  50:22

permanent [1]
  71:24

person [5]
  11:9; 12:9; 38:9; 39:2; 70:15

personally [2]
  42:23; 45:17

personnel [27]
  10:15, 22, 25; 18:5; 23:9, 23; 26:10, 20; 27:4, 8, 10, 13; 29:11; 36:11; 38:19, 25; 41:12; 42:22; 43:17; 59:3, 7; 62:2, 6, 10; 70:7; 96:6; 120:17

perspective [1]
  14:5

peter [3]
  69:8; 87:15; 107:18

petitioned [1]
  43:17

phone [21]
  11:18, 21; 12:9; 13:19; 14:3, 4; 56:1; 58:14; 62:4, 7; 79:21; 91:7; 93:8, 12, 13; 112:14, 21; 115:21; 116:1, 4

phonetic [3]
  88:2; 95:5; 107:18

photo [1]
  84:15

phrase [1]
  107:11

pick [2]
  50:7, 19

pile [2]
  98:16, 18

piles [1]
  98:16

pilots [1]
  53:2

pitney [1]
  50:6

place [14]
  2:14; 8:19; 19:1; 24:17; 39:19; 53:1; 55:2, 6; 65:15; 92:10; 94:19, 22; 96:17; 104:2

placed [13]
  23:1, 3, 7, 25; 25:1; 32:7; 33:16; 37:13; 40:14; 41:4; 47:3, 10; 97:16

places [3]
  52:22; 99:5, 13

plaintiff's [3]
  26:15, 16; 120:16

plastic [2]
  79:24; 93:7

plate [1]
  53:13

platter [1]
  53:14

plea [1]
  65:20

plead [4]
  64:24; 65:2, 4; 100:6

pleading [1]
  99:21

please [8]
  4:3, 6; 8:13; 16:16; 26:14, 15; 46:18; 82:1

pled [5]
  65:1, 8; 99:19; 103:23, 25

plenty [4]
  79:9; 83:4; 96:14, 15

plus [1]
  81:10

pocket [1]
  72:25

pocketbook [2]
  84:23; 116:8

point [20]
  4:18; 7:5; 9:2, 4; 10:12; 13:5; 17:23; 22:25; 25:21; 35:22; 36:2; 40:16; 54:7; 75:21; 89:19; 90:8, 22; 91:6; 111:24; 116:13

police [13]
  11:8; 34:1; 40:12; 42:11; 72:10; 82:16; 86:9; 96:23, 25; 97:3; 108:21, 25; 109:4

policies [5]
  43:3, 10, 14, 21; 44:25; 45:15

policy [9]
  22:16, 23; 44:15, 20; 45:22; 46:6, 8, 10, 14

poor [1]
  88:25

portions [1]
  68:20

position [16]
  5:4, 18; 6:2, 9, 10, 12, 21; 7:2, 6, 16; 16:13; 23:21; 31:1; 69:3; 73:20; 101:10

positions [1]
  101:11

posted [1]
  46:13

posters [2]
  46:13; 92:9

power [3]
  88:18; 89:6, 19

practice [2]
  12:3; 119:7

preliminary [1]
  49:19

premises [3]
  8:20, 21, 22

prepare [3]
  75:17; 76:3, 13

prepared [4]
  13:23; 19:14; 63:12; 76:10

preparing [1]
  89:15

present [12]
  3:20; 11:19; 12:8; 15:6; 16:22; 19:7, 15; 24:21, 23; 34:19; 36:16; 62:3

presentation [1]
  80:22

presented [1]
  99:9

president [1]
  39:4

pretty [2]
  90:18; 115:5

previous [1]

35:16

previously [4]
  4:19; 30:8; 40:9; 98:23

primarily [1]
  52:8

printers [1]
  5:23

prior [23]
  7:25; 8:4; 11:2; 15:24; 16:1; 20:19; 32:6, 19; 35:19; 36:9; 38:12; 42:21; 43:9; 46:5; 50:4, 9; 64:2; 70:4; 73:8; 75:2; 76:20; 82:20; 110:21

private [3]
  67:10; 69:25

privately [1]
  106:21

pro [1]
  3:15

probation [5]
  28:12, 13; 100:22, 24; 101:3

problem [4]
  61:18, 21; 88:5; 91:8

procedure [4]
  2:3; 48:3; 70:7; 119:7

procedures [16]
  26:11, 21; 27:5, 8, 12, 13; 30:9, 25; 42:22; 43:4, 10, 15, 21; 45:1, 15; 120:17

proceeding [1]
  62:22

process [2]
  87:11; 89:15

processing [1]
  87:14

program [1]
  72:21

projects [4]
  80:24; 113:21, 25; 114:1

prominent [1]
  25:7

promise [1]
  71:6

promised [1]
  71:1

proof [1]
  2:20

proper [1]
  48:2

properly [3]
  4:12; 47:18, 22

property [1]
  107:25

prosecute [2]
  100:7; 104:7

prosecuted [1]
  109:20

prosecutor [2]
  65:5; 109:15

proven [1]
  42:6

provided [3]
  24:16; 31:20; 35:23

psychiatric [1]
  100:22

psychological [18]
  14:14, 17, 21; 16:14, 18; 19:20, 23; 20:1, 6, 13, 16, 19, 23; 21:2, 4, 7; 36:25; 37:4

public [6]
  2:4, 21, 25; 88:12; 119:3, 24

purchases [2]
  5:9, 10

purchasing [18]
  5:5, 8, 19; 6:4; 7:6, 12; 8:1, 6; 50:6; 57:14, 24; 58:18; 68:25; 70:12; 80:22; 87:2, 3

purpose [4]
  15:19; 35:1, 2, 4

purposely [1]
  92:4

pursuant [2]
  2:2; 119:6

pursue [3]
  77:10, 11; 109:21

pursued [1]
  100:13

pursuit [2]
  76:23; 77:3

putting [6]
  39:7; 44:14; 89:19; 90:1, 4; 117:8

— Q —

qualifications [1]
  2:21

qualified [1]
  2:4

question [11]
  4:5, 11, 13; 6:11; 9:6; 13:22; 19:2; 38:21; 39:24; 73:19, 24

questioned [3]
  44:17; 82:14, 15

questioning [3]
  4:19; 41:19; 112:25

questions [22]
  3:11, 23; 4:1, 4, 22; 8:14; 23:10; 32:13; 35:14; 46:24; 48:8; 49:18; 57:17, 20; 80:21; 88:7, 9; 90:7; 106:14; 110:14; 117:3, 10

quickly [1]
  86:15

quiet [1]
  91:20; 93:6

quote [5]
  85:13, 14; 86:1; 107:5, 9

quotes [1]
  85:25

— R —

race [9]
  60:25; 91:24; 92:1, 3, 6, 16, 17, 22; 93:3

races [2]
  76:21; 91:23; 96:9

radios [2]
  52:21; 53:1

ran [4]
  88:5; 91:24; 92:16, 22

read [4]
  24:7; 27:24; 28:1; 30:10, 15; 45:24; 66:3; 76:11; 77:22; 109:15; 116:3; 118:2

reading [4]
  30:24; 70:7; 102:8; 107:1

real [1]
  12:22

realize [1]
  30:17

realized [1]

*84:15*

**reason** [8]
*24:25; 25:5, 8; 33:15, 17; 42:8; 109:21; 116:19*

**reasonable** [4]
*11:9; 38:9; 42:18; 110:7*

**recall** [34]
*9:24; 10:2; 11:15; 14:8, 12, 16, 18; 15:9; 17:13; 25:8; 26:22, 25; 27:4, 7; 28:18; 32:20; 34:6, 16; 37:15; 38:18; 39:24; 42:4, 25; 43:24; 44:6, 14; 45:9, 20; 54:4; 85:2; 113:22, 24; 117:4*

**receive** [2]
*52:12; 67:22*

**received** [1]
*67:21*

**receiving** [1]
*67:18*

**recess** [2]
*46:20; 49:11*

**recollection** [2]
*29:4; 94:13*

**recommended** [1]
*21:13*

**record** [4]
*57:16; 100:14; 112:22, 23*

**recross** [1]
*120:2*

**red** [1]
*79:24*

**redirect** [2]
*110:15; 120:2*

**reduced** [1]
*58:7*

**refer** [4]
*4:23; 8:13; 88:4, 10*

**reference** [2]
*88:4; 90:9*

**referring** [5]
*22:15; 24:14; 42:1; 102:15, 17*

**regard** [6]
*15:15; 17:3, 6; 20:2; 31:2; 40:5*

**regarding** [3]
*14:20; 75:3, 6*

**regards** [21]
*3:12; 14:9, 13, 16; 18:11; 21:16; 22:10; 30:25; 33:12, 22; 34:4; 36:12; 38:20, 25; 40:17; 41:6; 43:4; 46:13; 47:12; 113:1; 115:13*

**rehabilitation** [1]
*109:12*

**reimbursed** [1]
*90:12*

**related** [3]
*17:7; 64:10; 119:17*

**relates** [2]
*76:20; 81:21*

**relation** [1]
*92:23*

**relations** [1]
*59:4*

**release** [1]
*73:6*

**remaining** [2]
*4:22; 8:14*

**remember** [36]

*9:12, 23; 10:5; 12:12, 17, 17:6; 33:25; 36:5, 18; 44:1; 46:15; 60:7; 61:9, 12; 68:1; 78:12; 80:8; 81:8; 87:5, 9; 90:19; 92:16; 94:4, 6, 11, 14, 16; 95:20; 103:5; 106:17; 107:1, 4, 10, 11; 111:15; 115:10*

**remorseful** [1]
*91:14*

**removed** [1]
*56:8*

**removing** [1]
*54:16*

**reorganized** [1]
*7:19*

**repeat** [3]
*16:16; 31:23; 38:21*

**repeated** [2]
*109:22; 110:1*

**repeatedly** [1]
*116:16*

**repetitious** [1]
*90:6*

**rephrase** [1]
*4:12*

**replied** [2]
*84:25; 103:11*

**report** [2]
*34:2; 52:10*

**reported** [4]
*7:13, 23; 70:21; 119:14*

**reports** [4]
*72:15, 19; 73:4, 5*

**represent** [2]
*3:9, 18*

**representation** [1]
*67:1*

**representations** [2]
*109:23; 110:1*

**representatives** [1]
*95:8*

**represented** [4]
*67:7; 71:10, 11; 94:9*

**request** [3]
*23:4; 48:23, 25*

**requesting** [1]
*20:2*

**require** [2]
*4:8; 45:11*

**required** [6]
*5:7; 6:2; 7:1; 71:23; 72:16; 115:4*

**requirement** [1]
*44:23*

**requisite** [1]
*8:8*

**requisition** [5]
*58:19; 87:3, 13; 90:11*

**rescheduled** [1]
*94:23*

**reserve** [1]
*51:20*

**reserved** [1]
*2:18*

**reserves** [1]
*51:9*

**residence** [3]
*115:21; 116:1; 117:1*

**resign** [4]
*32:15, 20; 33:3; 41:2*

**resignation** [1]
*32:25; 33:2*

**resolve** [1]
*105:19*

**resolved** [1]
*41:25*

**resources** [2]
*23:23; 70:24*

**respective** [1]
*2:12*

**respond** [1]
*9:6*

**response** [1]
*13:21*

**responses** [1]
*3:22*

**responsibility** [2]
*6:15; 70:9*

**responsible** [3]
*5:9; 6:23, 25*

**responsive** [1]
*57:20*

**rest** [4]
*72:3; 80:20; 81:20; 86:14*

**restate** [1]
*4:12*

**restaurant** [2]
*53:16; 65:19*

**restaurants** [1]
*111:12*

**restraining** [5]
*93:18, 22; 94:22; 101:2; 115:24*

**result** [4]
*65:20; 67:4, 20; 108:6*

**resulting** [1]
*102:13*

**retained** [1]
*120:19*

**retirement** [1]
*68:14*

**return** [3]
*84:9; 97:20; 98:8*

**returned** [2]
*54:20, 23*

**returning** [2]
*55:13; 91:3*

**review** [3]
*25:25; 28:15, 17*

**reviewing** [1]
*43:2*

**revised** [2]
*27:8, 14*

**ridge** [1]
*91:24*

**ridgefield** [2]
*2:7; 119:9*

**right** [85]
*4:21; 7:8; 23:11; 27:20; 28:1; 30:5; 32:8; 40:15; 46:4; 48:19, 20; 49:24; 50:21; 51:3; 52:4; 53:20; 54:6, 13, 19; 55:1; 58:3; 59:25; 61:6; 63:7; 64:19; 65:9, 12, 23; 66:2; 68:23; 69:14; 70:19; 71:13, 18; 72:7, 8; 73:11, 18, 23, 25; 74:3, 16, 21, 24; 75:1, 21; 76:19; 77:19, 22; 79:2, 17; 80:9; 81:3, 19; 82:4; 84:5; 85:11; 89:5; 90:20, 23; 91:24; 92:4, 19; 93:11, 17; 94:1;*

*99:6, 16; 97:13, 21; 98:25; 99:17; 101:20; 103:12, 14, 20; 104:3, 11, 23; 108:23; 110:19; 113:19; 116:12*

**rights** [3]
*98:18; 108:3; 110:6*

**road** [6]
*60:25; 76:21; 77:1; 91:23; 92:3; 96:9*

**rob** [1]
*88:1*

**roman** [1]
*30:5*

**room** [6]
*12:12; 80:15; 81:1, 2, 4; 92:12*

**rotc** [1]
*51:11*

**route** [1]
*79:20*

**ruin** [1]
*91:10*

**rules** [2]
*2:2; 119:6*

**run** [8]
*52:25; 92:3, 4, 20; 96:20; 110:17, 20; 111:10*

**running** [2]
*60:19; 92:17*

**runs** [1]
*94:19*

— **S** —

**s-e-a-b-o-r-n-e** [1]
*82:19*

**s-t-r-a-t-e** [1]
*85:13*

**safety** [1]
*72:17*

**salary** [4]
*6:20; 57:8, 10*

**salary's** [1]
*29:23*

**sat** [6]
*12:14; 36:19; 53:21; 78:8; 112:19; 115:7*

**saved** [1]
*60:6*

**saying** [7]
*11:9; 73:3, 16; 85:2; 92:25; 102:20; 110:6*

**schedule** [1]
*87:17*

**school** [3]
*51:13, 15; 84:16*

**se** [1]
*3:15*

**seaborne** [1]
*82:19*

**searched** [1]
*86:9*

**second** [7]
*16:14, 18; 19:5, 7; 51:12; 53:3; 68:24; 74:23; 81:6; 86:18; 87:20*

**secretary** [1]
*12:18*

**section** [6]
*6:5; 27:16; 29:25; 30:3, 11; 32:2*

sections [1]
  30:18
seek [13]
  19:21, 23; 20:1, 6, 12, 19;
  36:25; 56:5; 71:1, 6, 23;
  98:12; 101:2
seeking [4]
  14:14, 17; 20:16; 37:4
seieroe [2]
  2:6; 119:8
send [2]
  9:13; 53:19
sending [1]
  76:21
sense [1]
  29:7
sensitive [1]
  41:17
sentence [9]
  72:8, 15; 74:3, 22; 77:2; 80:9;
  100:20, 21; 101:4
september [47]
  15:9, 13, 18; 16:25; 17:1;
  19:3; 21:23; 31:6, 7, 10;
  35:16; 40:1, 7; 42:10, 15;
  47:14; 51:8, 18; 59:5, 6, 16,
  17, 21; 61:10, 25; 62:21;
  64:1, 4, 6, 12, 13; 74:19, 25;
  77:14; 82:21, 25; 83:5, 13,
  19, 23; 95:23; 96:5, 22;
  102:25; 104:15; 105:4;
  109:19
series [2]
  3:11, 25
served [3]
  51:3; 62:23; 66:14
service [1]
  53:4
services [1]
  7:20
session [1]
  80:16
sessions [3]
  85:6; 114:16; 115:6
sexual [3]
  105:7, 10, 13
share [1]
  53:18
shared [1]
  53:22
she'd [1]
  112:13
she's [5]
  12:2, 22; 82:24; 86:4, 7
sheet [2]
  29:8; 118:7
ships [2]
  52:9, 23
show [1]
  91:22
showing [1]
  91:23
sign [9]
  13:13; 17:2, 20, 24; 31:24;
  75:18, 22; 76:8, 10
signed [7]
  2:24; 13:12; 19:13, 17; 20:8,
  9; 73:6
signing [1]
  75:20
simple [1]

sister [20]
  11:19; 12:1, 12, 19; 13:15;
  15:1; 55:25; 62:1, 20; 63:19,
  23; 71:11; 85:4, 17; 91:18;
  111:23; 112:7, 8, 21; 113:13
sister's [1]
  11:24
sisters [1]
  91:8
sit [1]
  53:18
sitting [7]
  12:12; 36:18; 42:25; 76:9;
  80:16; 104:11, 14
situation [2]
  35:3, 5
six [5]
  73:8, 9, 13; 95:22
skills [1]
  89:19
skip [3]
  71:18; 76:19; 90:23
skipping [1]
  93:5
slash [1]
  36:8
sleep [1]
  96:11
slightly [1]
  68:6
sold [1]
  50:23
sole [2]
  25:5; 42:8
solely [2]
  21:24; 111:19
solid [1]
  100:11
somebody [4]
  7:23; 21:12; 44:2; 76:10
someone [6]
  22:17; 29:9; 38:7; 73:1;
  87:12; 89:16
someone's [1]
  86:25
someplace [1]
  79:20
somewhere [3]
  36:7; 60:24; 98:15
sorry [4]
  21:6; 30:6; 34:22; 66:9
sort [1]
  18:21
sought [1]
  21:2
sounds [1]
  13:22
speak [3]
  17:14; 38:19; 111:25
speaker [5]
  11:18, 21; 12:9; 14:3; 56:1
speaking [2]
  13:14; 14:16
special [3]
  85:25; 86:5; 100:22
specializing [2]
  86:1, 5
specific [2]
  35:4; 54:4
specifically [8]

18:22, 24; 22:6; 23:6; 24:25;
  61:9; 91:9; 115:10
speed [1]
  79:18
spell [1]
  50:19
spend [1]
  89:16
spending [2]
  26:22; 42:25
spends [1]
  5:11
spent [2]
  26:23; 89:25
spoke [10]
  13:13, 16; 15:14; 40:6, 11;
  77:8; 83:16; 91:18; 112:8, 10
spoken [7]
  38:24; 40:3; 58:11; 62:6;
  64:9; 74:18; 77:16
sponsor [1]
  92:7
sponsoring [1]
  92:9
spring [1]
  91:15
ss [1]
  119:1
staff [1]
  21:10
staffing [1]
  27:16
stalk [3]
  103:22; 104:13, 23
stalked [4]
  72:5; 103:17, 21; 104:12
stalker [1]
  85:14
stalking [4]
  69:2; 71:25; 85:18; 97:15
stamford [32]
  4:20, 23; 5:2; 24:15, 16;
  40:12; 42:11; 45:24; 50:4, 9;
  53:16; 55:16; 57:8, 25; 59:4;
  62:2; 65:22; 69:22; 70:5;
  72:10, 21, 23; 77:1; 83:11;
  84:16; 86:9; 89:11; 96:22, 24;
  99:5, 23; 118:18
stand [1]
  86:24
standing [3]
  81:6, 14; 82:2
stare [4]
  78:9, 13, 17, 19
stared [3]
  78:5; 80:10; 100:1
staring [2]
  65:3, 13
stars [2]
  52:14, 19
start [1]
  4:18
start-up [1]
  94:17
started [4]
  5:17; 83:25; 91:22, 23
state [7]
  2:4; 12:5; 22:14; 34:3; 94:24;
  119:1, 4
stated [6]
  21:21; 30:8; 38:13; 39:13;

84:20; 85:24
statement [13]
  13:11; 19:10, 13, 16; 20:10;
  32:20; 86:16; 102:20; 103:1;
  109:18; 113:12; 120:10
stating [2]
  31:21; 35:24
statute [1]
  104:5
stay [6]
  41:24; 78:15; 80:20; 91:10,
  14; 99:5
stealing [3]
  99:21; 100:12; 111:20
steel [1]
  116:20
stenographically [1]
  119:14
step [4]
  22:18; 29:10; 69:19; 81:13
steps [2]
  66:6; 87:12
stick [1]
  48:16
sticking [1]
  93:9
stipulated [4]
  2:11, 17, 20, 23
stole [1]
  116:25
stools [2]
  78:9, 11
stop [6]
  13:6; 71:1, 6; 78:4; 91:25;
  96:6
stopped [1]
  85:7
stopping [1]
  85:14
story [1]
  33:7
stover [22]
  15:11, 14, 19; 17:1; 22:8;
  31:12; 34:21; 36:20; 40:8;
  62:25; 63:3, 12; 70:24; 74:17;
  75:7; 81:9; 92:12; 95:13;
  101:8; 104:16; 106:9; 113:11
strange [1]
  107:5
strate [2]
  82:18; 85:13
strate's [2]
  64:17; 72:3
straut [1]
  88:1
street [2]
  50:21; 55:9
stuck [1]
  93:7
student [2]
  114:24; 115:11
stuff [4]
  82:15; 84:9; 91:3, 4
stupid [1]
  117:6
subject [7]
  27:17; 29:25; 30:2, 3, 21;
  31:9; 32:3
subscribed [1]
  118:11
subsequently [1]

*119:15*

**substance** [1]
*100:23*

**successful** [1]
*6:25*

**sue** [2]
*110:8*

**sued** [2]
*63:24; 105:10*

**sufficiency** [1]
*2:14*

**sum** [1]
*66:25*

**summer** [1]
*87:21*

**sunday** [2]
*112:3, 5*

**supervise** [2]
*5:16; 8:5*

**supervised** [1]
*5:13*

**supervisor** [3]
*38:7; 69:6; 89:7*

**supervisory** [4]
*6:9, 12; 69:2, 11*

**supplied** [1]
*18:21*

**support** [4]
*12:23; 57:3, 7; 58:4*

**suppose** [4]
*14:23; 18:17; 28:20; 107:3*

**supposed** [2]
*6:7; 30:25*

**supposedly** [1]
*13:2*

**surgical** [1]
*50:8*

**surmising** [1]
*42:14*

**surprised** [7]
*27:9; 32:23; 60:2; 78:6; 79:5; 97:1; 113:15*

**suspended** [7]
*22:9; 32:10; 76:23; 77:2; 94:22; 97:22; 100:21*

**suspension** [1]
*32:3*

**swayed** [1]
*103:1*

**sworn** [3]
*3:3; 118:11; 119:12*

**system** [11]
*58:19; 80:18; 86:20, 23; 87:1, 4, 23, 24; 88:5; 114:13*

**systems** [1]
*50:7*

― **T** ―

**t-a-r-a-n-t-o-s** [1]
*76:25*

**tab** [1]
*83:20*

**talk** [7]
*33:22; 53:2; 56:3, 11; 97:3, 5; 112:11*

**talked** [9]
*61:4; 62:4; 81:10; 85:17; 92:11; 97:5, 9; 112:21; 114:9*

**talking** [12]
*14:4; 32:21; 64:12; 73:8;*

*82:24; 86:4, 7; 89:23; 95:8; 102:9; 114:8*

**talks** [2]
*70:8; 100:20*

**taranto** [1]
*65:17*

**taranto's** [11]
*76:25; 77:20, 23; 78:22; 80:5; 83:1; 93:16; 99:23; 100:2; 111:6, 7*

**taught** [1]
*80:19; 115:10*

**teach** [3]
*114:7, 11, 17*

**teaching** [4]
*114:3, 4, 10, 23*

**telling** [3]
*61:12; 73:16; 100:10*

**ten** [4]
*5:17; 6:6, 16; 29:5*

**terminate** [2]
*101:22; 102:23*

**terminated** [11]
*7:6, 10; 25:22, 23; 33:4; 65:21; 69:24; 79:12; 98:4; 101:9; 105:21*

**termination** [4]
*36:3, 10; 67:5, 16*

**terminations** [1]
*32:3*

**terms** [6]
*53:24; 74:3, 6, 9, 12; 89:7*

**terrorized** [1]
*96:11*

**testified** [8]
*3:4; 53:5; 62:11; 64:22; 65:24; 100:5; 105:5; 107:15*

**testify** [1]
*94:15*

**testimony** [5]
*98:7; 103:8; 115:13; 118:3; 119:14*

**thank** [2]
*89:12; 110:12*

**thanks** [1]
*90:4*

**therapies** [1]
*72:16*

**therapy** [1]
*85:5*

**there's** [7]
*29:8; 30:10, 17; 82:19; 88:11; 93:23; 98:19*

**thereafter** [1]
*65:21*

**they'd** [1]
*103:3*

**they're** [4]
*18:4; 100:7; 102:9, 20*

**third** [3]
*70:23; 80:23; 102:12*

**thomas** [1]
*7:15*

**thoughts** [1]
*33:12*

**thousand** [1]
*83:25*

**three** [11]
*15:4; 30:10, 21; 82:22; 85:6; 100:21, 25; 102:7, 11; 115:23, 24*

**three-year** [1]
*101:3*

**tied** [1]
*80:22*

**til** [3]
*25:19; 37:8*

**tim** [1]
*95:5*

**times** [17]
*10:9; 38:24; 43:7; 60:12; 73:9; 77:8; 79:10; 83:4; 91:6, 18; 96:14, 16; 110:24; 111:9; 114:10; 115:23, 24*

**title** [1]
*7:21; 23:22*

**titles** [2]
*5:20, 21*

**tolerance** [2]
*45:22; 46:8*

**tom** [4]
*3:9; 70:18; 98:21; 106:18*

**topic** [1]
*35:18*

**tore** [1]
*96:16*

**torpedo's** [1]
*111:5*

**touched** [1]
*97:8*

**towards** [10]
*15:24; 16:5; 21:17; 22:10; 25:10; 31:3; 45:22; 72:1; 105:24; 106:7*

**train** [1]
*8:5*

**training** [5]
*58:18; 80:15; 87:23; 88:3; 114:12*

**transcribed** [2]
*118:6; 119:15*

**transcript** [1]
*118:3*

**treat** [1]
*42:6*

**treatment** [18]
*14:14, 17, 21; 16:15, 19; 19:20, 24; 20:1, 6, 13, 17, 19, 23; 21:2, 4, 7; 36:25; 37:4*

**trespass** [1]
*99:20*

**trial** [3]
*2:19; 28:11; 107:16*

**trooper** [1]
*94:25*

**troops** [1]
*52:8*

**trouble** [1]
*108:16*

**troubles** [1]
*62:16*

**true** [5]
*3:20, 24; 59:18; 60:17; 97:18; -118:4*

**truth** [8]
*3:3, 4; 26:8; 95:4; 119:12, 13*

**twice** [2]
*53:12; 91:17*

**type** [8]
*6:10; 18:11; 19:15; 20:23; 45:22; 53:13; 88:8; 93:24; 100:23*

**u.s.** [1]
*50:8*

**uh-huh** [14]
*3:13; 4:7, 15; 6:8; 24:13; 28:1; 29:18; 37:14; 66:4; 108:5; 111:2, 8, 18; 115:15*

**ultimately** [1]
*64:24*

**unability** [1]
*102:13*

**unable** [2]
*96:11; 102:21*

**unaware** [2]
*42:21, 23*

**underneath** [4]
*5:12, 15; 6:16; 29:6*

**understand** [5]
*3:14; 4:10, 14; 54:8; 59:13*

**understanding** [21]
*5:25; 8:10, 23; 11:19; 16:17, 21; 22:20; 26:19; 42:5, 7; 49:20; 59:5, 9; 62:9; 65:10; 66:11; 72:11, 13; 101:4, 12; 104:4*

**understood** [1]
*77:13*

**unemployment** [6]
*37:10; 44:4; 67:14, 17, 21, 22*

**unfamiliar** [1]
*30:9*

**union** [14]
*28:9; 29:22; 34:23; 39:4, 11; 44:12; 65:24; 66:7; 67:7; 76:17; 94:10; 95:1, 5, 8*

**unit** [3]
*51:20, 21, 22*

**united** [1]
*60:19*

**university** [2]
*50:1, 3*

**unwanted** [2]
*15:24; 16:1*

**unwilling** [2]
*105:23; 106:6*

**uphold** [1]
*105:16*

**upset** [3]
*61:8; 84:20; 96:19*

**users** [1]
*87:24*

― **V** ―

**valentine's** [1]
*9:25*

**varies** [1]
*32:9*

**vecchia** [24]
*2:1; 3:8; 11:25; 26:1, 19; 27:15; 46:23; 48:13; 49:16; 69:1; 71:23; 72:8; 74:19; 76:22, 25; 85:12; 95:15; 99:1; 101:1; 118:2, 9, 19; 119:5; 120:3*

**vecchia's** [4]
*70:21; 72:16; 84:6; 109:22*

**vehicle** [1]
*71:14*

**verbal** [4]
*21:16; 31:16; 103:11; 104:17*

**verify** [1]
19:18

**versa** [1]
10:9

**via** [5]
10:4, 22; 11:18, 21; 12:9

**vice** [1]
10:9

**vietnam** [5]
51:15, 16; 52:4, 13; 85:25

**vietnamese** [1]
52:8

**view** [1]
17:24

**village** [3]
52:7, 21, 25

**violate** [2]
104:19, 24

**violated** [3]
59:10; 64:20; 104:15

**violation** [1]
60:21

**virginia** [1]
12:4

**visited** [2]
37:16, 18

**voluntary** [2]
86:16; 89:4

**volunteered** [2]
88:13, 14

**vs** [1]
118:18

– W –

**wage** [1]
28:8

**wait** [1]
59:16

**waived** [3]
2:16, 22; 74:25

**walk** [1]
81:2

**walked** [9]
78:8; 80:9, 15; 81:2, 15; 82:6, 8; 96:17; 117:5

**walking** [1]
78:1

**wanted** [17]
10:13, 21; 18:1; 32:18; 58:18, 20; 72:14; 76:17; 80:20; 89:22; 91:12; 98:8, 11; 109:20; 112:3, 5

**warn** [1]
106:21

**warned** [1]
105:21

**warning** [6]
21:16, 24; 22:4; 31:2, 8, 18

**warnings** [5]
30:1, 7; 31:11, 15, 22

**warrant** [2]
42:12; 115:14

**warranted** [1]
106:1

**washington** [1]
55:3

**waved** [3]
43:6; 58:25; 60:13

**we'd** [1]
90:3

**we'll** [9]
4:17, 18; 33:7; 44:22; 47:6; 64:19, 23; 66:5; 74:1

**we're** [6]
3:10, 11; 4:25; 24:19; 32:2; 99:2

**we've** [3]
38:23; 90:24; 96:2

**week** [2]
80:4, 13

**weekend** [1]
51:23

**weeks** [5]
19:6; 51:23; 107:23, 24; 108:2

**weren't** [3]
6:4; 28:22; 29:20

**wethersfield** [1]
94:7

**what's** [3]
12:21; 94:18; 114:20

**whatsoever** [1]
75:8

**where's** [1]
49:25

**whereupon** [3]
46:20; 49:11; 117:12

**wife** [14]
56:11, 14, 17, 19; 61:12; 62:23; 63:24; 84:13; 85:9; 92:8; 95:15; 107:7; 115:17, 20

**wife's** [1]
107:19

**william** [1]
15:11

**willing** [1]
17:23

**wilton** [2]
79:19; 93:13

**withdraw** [2]
66:25; 68:9

**withdrawn** [2]
59:11; 61:10

**witness** [7]
3:2; 46:19; 49:4; 117:4, 12; 119:11; 120:2

**witnesses** [1]
95:14

**woman** [2]
84:7; 88:11

**won't** [3]
81:19; 93:16; 94:3

**word** [3]
13:13; 64:7; 112:20

**words** [2]
11:9; 100:11

**work** [44]
7:1, 2; 8:20, 21, 22, 24; 9:11, 13, 22; 16:7, 8, 11; 24:18; 25:10, 22; 32:18; 33:14; 40:21; 41:2; 48:7, 23; 58:1; 69:1; 86:18; 88:17; 96:8; 97:20; 98:1, 4, 8, 11, 20; 99:2, 3, 12; 102:3, 4, 14, 22, 25; 103:4

**worked** [13]
37:22; 50:6, 10, 11, 13, 15; 68:5; 69:16, 22; 86:19; 88:12; 113:17, 21

**worker** [1]

**workers** [1]
45:12

**working** [7]
8:5; 50:4, 9; 57:14; 69:25; 70:4; 89:13

**workplace** [17]
16:9; 21:19; 22:2, 3; 46:13; 63:6, 7; 71:9; 75:13; 77:7, 16; 104:18, 22; 105:1, 4; 106:10; 109:8

**works** [3]
69:7, 8; 88:12

**worried** [1]
61:12

**wouldn't** [9]
56:3; 68:21; 75:12, 19; 83:8; 85:7; 90:6; 92:5; 110:3

**write** [1]
27:12

**writing** [2]
75:22; 106:3

**written** [21]
21:16; 22:15, 21; 30:1, 6; 31:11, 18; 35:23; 59:23; 63:11, 20; 65:7; 66:1, 3; 75:9, 14, 15; 76:3, 8, 14; 111:16

**wrong** [1]
81:24

**wrote** [4]
60:1; 100:10; 107:14; 109:11

– Y –

**yeah** [30]
12:24; 16:1; 22:23; 28:20; 30:23; 32:17; 38:17; 47:17, 25; 49:8; 51:16; 53:23; 56:3; 61:14, 23, 24; 78:3; 79:13, 16; 82:23; 87:2; 95:25; 97:2; 98:1, 6; 100:15; 107:16; 111:21; 112:18

**year** [8]
43:7; 51:24; 57:4; 62:5; 76:24; 81:10; 95:20; 114:21

**yearbook** [1]
84:17

**years** [9]
46:16; 51:8, 21; 62:6; 68:6; 82:22; 100:8, 21; 113:9

**yep** [6]
27:19; 42:9; 54:10; 71:20; 83:6; 99:24

**ymca** [1]
92:8

**you'll** [1]
112:12

**you've** [10]
3:17; 13:4; 27:22; 30:15; 41:5; 46:5; 66:3, 14, 18; 99:5

**yours** [1]
108:15

**yourself** [10]
68:25; 70:4, 25; 73:5; 75:2, 10; 91:2; 101:7; 112:12; 113:14

– Z –

**zero** [1]
46:7