UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
BARBARA E. MURPHY, : Docket No. 3:03 CV 00519 (MRK)
   Murphy, :
 :
   v. :
 :
THE CITY OF STAMFORD and :
DAVID VECCHIA, : April 1, 2005
   Defendants. :
------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Motion for Parial Summary Judgment Against Defendant David Vecchia, Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required by Local Rule of Civil Procedure 56(a)(1) Statement, Affirmation of Eva M. Puorro in Support of Plaintiff's Motion for Partial Summary Judgment and Memo in Support has been sent via Federal Express and First Class Mail, prepaid, April 1, 2005 to the following counsel of record:

| | |
|---|---|
| James V. Minor<br>Assistant Corporation Counsel<br>888 Washington Boulevard, Box 10152<br>Stamford, CT 06904-2152 | VIA Federal Express 8455 1208 6294 |

David Vecchia  
PO Box 159  
West Redding, CT 06896

First Class Mail  
Delivery Confirmation #  
0304 0370 0000 6524 3298

_____  
Eva M. Puorro  (ct 25772)