UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
---------------------------------------------X
BARBARA E. MURPHY,               :   Docket No. 3:03 CV 00519
(MRK)
    Murphy,                      :
                                 :   PLAINTIFF'S
        v.                       :   NOTICE OF MOTION
                                 :   FOR EXTENSION
THE CITY OF STAMFORD and         :   OF TIME
DAVID VECCHIA,                   :
    Defendants.                  :   APRIL 14, 2005
---------------------------------------------X
```

The Plaintiff, Barbara Murphy (hereinafter "Plaintiff"), by and through her attorneys, Maurer & Associates, PC, pursuant to Rule 7(b) of the Local Rules of Civil Procedure, respectfully requests that the time to file her opposition to the Defendant City of Stamford's motion for summary judgment dated April 1, 2005, be extended two weeks, from April 21, 2005 to May 5, 2005. (Defendant City of Stamford shall be referred to herein as the "City").

As indicated in the Affirmation of Eva M. Puorro enclosed with this motion, this extension request has become necessary because it has become apparent to Plaintiff's counsel that the April 21st deadline to submit Plaintiff's opposition to the City's motion for summary judgment cannot reasonably be met despite taking diligent action to meet that deadline.

As also indicated in the Affirmation accompanying this motion, Plaintiff's counsel has contacted the City's counsel James Minor, Esq. to ascertain his position on this motion. Attorney Minor has indicated that he has no objection to this extension request.

Plaintiff has made the following motions for extension of time in this case: (1) Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting, dated November 3, 2003; (2) Plaintiff and the City's Request to Stay Scheduling order, made by letter dated February 2, 2004; (3) Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting, dated March 23, 2004; (4) Plaintiff's Motion for a sixty-day extension of time of the Court's discovery deadlines, made by letter dated November 11, 2004; and (5) Plaintiff and the City's request to postpone March 10, 2005 telephonic status conference, made by letter dated March 3, 2005.

PLAINTIFF,
BARBARA E. MURPHY

BY: _____
Elisabeth Seieroe Maurer (ct11445)
Eva M. Puorro (ct25772)
Maurer & Associates, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion for Extension of Time, and its accompanying Affirmation of Eva M. Puorro in support thereof, has been sent via facsimile and via first class mail via the United States Postal Service, postage prepaid, on April 14, 2005 to the following counsel of record

    James V. Minor
    Assistant Corporation Counsel
    888 Washington Boulevard, Box 10152
    Stamford, CT 06904-2152

I hereby certify that that a copy of the foregoing Notice of Motion for Extension of Time, and its accompanying Affirmation of Eva M. Puorro in support thereof, has been sent via first class mail via the United States Postal Service, postage prepaid, on April 14, 2005 to the following party of record:

    David Vecchia
    PO Box 159
    West Redding, CT 06896

                        Eva M. Puorro  (ct 25772)