UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

---------------------------------------------------------------X
BARBARA E. MURPHY,                    :    3:03 CV 00519 (MRK)
    Plaintiff,                            :
v.                                                      :
                                                         :
THE CITY OF STAMFORD and      :
DAVID VECCHIA,                          :
    Defendants.                       :    APRIL 14, 2005
---------------------------------------------------------------X

## AFFIRMATION OF EVA M. PUORRO IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Eva M. Puorro hereby affirms under the penalties of perjury that:

1. I am an attorney licensed to practice law in the State of Connecticut and the United States District Court of the District of Connecticut. I am one of the attorneys representing the Plaintiff Barbara E. Murphy ("Plaintiff") in this action. I submit this affirmation in support of Plaintiff's motion pursuant to Rule 7(b) of the Local Rules of Civil Procedure, for a two week extension of time, from April 21, 2005 to May 5, 2005, to file her opposition to the City of Stamford's (the "City") motion for summary judgment dated April 1, 2005.

2. This motion has become necessary because it has become apparent that despite our diligence to meet our April 21, 2005 deadline we will not be able to do so. It has taken more time than anticipated for Plaintiff's counsel to consult with Barbara Murphy, obtain and finalize the information necessary for the submission of Plaintiff's opposition to the City's motion for

summary judgment. Plaintiff's difficulty in complying with this deadline has occurred also because Plaintiff's counsel has, for the past two weeks, been preparing for and participating in arbitration proceedings before the National Association of Securities Dealers in New York City.

3. On April 14, 2005 I called Defendant's counsel James Minor, Esq. to ascertain the City's position on this motion. Attorney Minor advised me that the City has no objection to this extension request.

4. Plaintiff has made the following motions for extension of time in this case: (1) Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting, dated November 3, 2003; (2) Plaintiff and the City's Request to Stay Scheduling order, made by letter dated February 2, 2004; (3) Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting, dated March 23, 2004; (4) Plaintiff's Motion for a sixty-day extension of time of the Court's discovery deadlines, made by letter dated November 11, 2004; and (5) Plaintiff and the City's request to postpone March 10, 2005 telephonic status conference, made by letter dated March 3, 2005.

5. Based on the foregoing, it is respectfully requested that Plaintiff's motion for a two-week extension of time to submit her opposition to the City's motion for summary judgment, from April 21, 2005 to May 5, 2005, be granted.

Executed on April 14, 2005

_____
Eva M. Puorro (ct25772)

2