PO BOX 159
WEST REDDING, CT 06896
DAVIDVECCHIA@YAHOO.COM

FILED
2005 APR 21 P 1: 10
U.S. ...... ...RT

APRIL 20, 2005

HAND DELIVERED

HONORABLE MARK R KRAVITS
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
141 CHURCH STREET
NEW HAVEN, CT 06510

RE: CIVIL NO 3:03 CV 00519 (MRK)
    MURPHY V CITY OF STAMFORD, ET AL.

Dear Judge Kravitz:

I represent myself in this case.

I request an extension until May 18, 2005 to submit my opposition to the Plaintiff's Motion for Summary Judgment. I have never prepared this type of document and have underestimated the time for preparation and development of a proper response.

I have contacted Plaintiff's counsel and was told by the office manager that there is no objection to my request for extension.

Thank you for your consideration in this matter.

Respectfully submitted

David Vecchia

## CERTIFICATION OF SERVICE

A copy of the foregoing letter requesting an extension of time has been sent via first class mail via the United States Post Office, postage prepaid, on April 20, 2005 to the following counsel of record:

Eva M Puorro
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia (ProSe)