## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-----------------------------------------------X
BARBARA E. MURPHY,                  :      DN 3:03 CV 00519 (MRK)
    Murphy,                         :
                                    :      PLAINTIFF'S
            v.                      :      NOTICE OF MOTION
                                    :      FOR EXTENSION
THE CITY OF STAMFORD and            :      OF TIME
DAVID VECCHIA,                      :
        Defendants.                 :      May 5, 2005
-----------------------------------------------X
```

The Plaintiff, Barbara Murphy (hereinafter "Plaintiff"), by and through

her attorneys, Maurer & Associates, PC, pursuant to Rule 7(b) of the Local

Rules of Civil Procedure, respectfully requests that the time to file her

opposition to the Defendant City of Stamford's motion for summary judgment

dated April 1, 2005, be extended five days, from May 5, 2005 to May 10,

2005.  (Defendant City of Stamford shall be referred to herein as the "City").

As indicated in the Affirmation of Elisabeth Seieroe Maurer submitted

with this motion, this extension request has become necessary because it

has become apparent to Plaintiff's counsel that the May 5, 2005 deadline to

submit Plaintiff's opposition to the City's motion for summary judgment

cannot reasonably be met despite taking diligent action to meet that

deadline.

As also indicated in the Affirmation of Elisabeth Seieroe Maurer

accompanying this motion, Plaintiff's counsel has attempted to contact the

City's counsel James Minor, Esq. to ascertain the City's position on this

motion, but  Attorney Minor was not reachable.  However, as indicated in the

Affirmation of Eva M. Puorro that is also submitted with this motion, Attorney Minor informed Attorney Puorro during a telephone conversation on April 14, 2005, that the City would not object to whatever time Plaintiff felt was needed to prepare and submit her opposition to the City's motion for summary judgment.

Plaintiff has made the following motions for extension of time in this case: (1) Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting, dated November 3, 2003; (2) Plaintiff and the City's Request to Stay Scheduling order, made by letter dated February 2, 2004; (3) Plaintiff's Motion to Modify the Report of the Parties' Planning Meeting, dated March 23, 2004; (4) Plaintiff's Motion for a sixty-day extension of time of the Court's discovery deadlines, made by letter dated November 11, 2004; (5) Plaintiff and the City's request to postpone March 10, 2005 telephonic status conference, made by letter dated March 3, 2005; and (6) Plaintiff's April 14, 2005 motion for an extension of time to file her opposition to the City's motion for summary judgment.

PLAINTIFF,
BARBARA E. MURPHY

BY: _____

Elisabeth Seieroe Maurer (ct11445)
Eva M. Puorro (ct25772)
Maurer & Associates, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion for Extension of Time, its accompanying Affirmation of Elisabeth Seieroe Maurer and Affirmation of Eva M. Puorro in support thereof, has been sent via facsimile and via first class mail via the United States Postal Service, postage prepaid, on May 5, 2005 to the following counsel of record

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

I hereby certify that that a copy of the foregoing Notice of Motion for Extension of Time, its accompanying Affirmation of Elisabeth Seieroe Maurer and Affirmation of Eva M. Puorro in support thereof, has been sent via first class mail via the United States Postal Service, postage prepaid, on May 5, 2005 to the following party of record:

David Vecchia
PO Box 159
West Redding, CT 06896

Eva M. Puorro  (ct 25772)

3