UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

```
----------------------------------------------------------X
BARBARA E. MURPHY,                     :       3:03 CV 00519 (MRK)
            Plaintiff,                 :
                                       :
v.                                     :
                                       :
THE CITY OF STAMFORD and               :
DAVID VECCHIA,                         :
            Defendants.                :       May 5, 2005
----------------------------------------------------------X
```

## AFFIRMATION OF ELISABETH SEIEROE MAURER IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Elisabeth Seieroe Maurer hereby affirms under the penalties of perjury that:

1.    I am an attorney licensed to practice law in the State of Connecticut and the United States District Court of the District of Connecticut. I am a principal of the firm Maurer & Associates, P.C., which represents Plaintiff Barbara E. Murphy ("Plaintiff") in this action. I submit this affirmation in support of Plaintiff's motion pursuant to Rule 7(b) of the Local Rules of Civil Procedure, for a five day extension of time, from Thursday May 5, 2005 to Tuesday, May 10, 2005, to file her opposition to the City of Stamford's (the "City") motion for summary judgment dated April 1, 2005.

2.    Plaintiff's opposition to the City's motion for summary judgment was originally due on April 21, 2005. On April 14, 2005, Plaintiff moved for a two-week extension of time through and including May 5, 2005, to file her opposition to the City's motion for summary judgment. By order dated April

22, 2005, this court extended Plaintiff's time through May 5, 2005 to oppose the City's motion for summary judgment.

3.    The five-day extension requested herein has become necessary because it has become apparent that despite our diligence to meet our extended May 5, 2005 deadline we will not be able to do so. It has taken more time than anticipated for Plaintiff's counsel to consult with Barbara Murphy and other necessary parties, and obtain and finalize the information necessary for the submission of Plaintiff's opposition to the City's motion for summary judgment. Further, during the past two weeks I was in Arizona for six days because my daughter had emergency surgery, which placed us further behind.

4.    Defendant David Vecchia last month sought and was granted an approximately one-month extension of time through and including May 18, 2005 to file his opposition to Murphy's Motion for Partial Summary Judgment. Accordingly, the very brief five-day extension sought here will not serve to unduly delay the timely progress of this case.

5.    On May 5, 2005 I called Defendant's counsel James Minor, Esq. to ascertain the City's position on this motion. I left a voice mail message for Attorney Minor, who was not available. However, we can state that based on previous representations made to us by Attorney Minor, the City would not object to this requested additional time. Specifically, as indicated in the Affirmation of my associate Eva M. Puorro that accompanies this motion, when Attorney Puorro called Attorney Minor on April 14, 2005 to ascertain

the City's position on the initial extension request we made (to May 5, 2005),
Attorney Minor informed her that the City would agree to whatever amount of
additional time we felt we needed to prepare Plaintiff's opposition to the
City's motion for summary judgment.

6.    Plaintiff has made the following motions for extension of time in
this case:  (1)  Plaintiff's Motion to Modify the Report of the Parties' Planning
Meeting, dated November 3, 2003; (2) Plaintiff and the City's Request to
Stay Scheduling order, made by letter dated February 2, 2004; (3) Plaintiff's
Motion to Modify the Report of the Parties' Planning Meeting, dated March
23, 2004; (4) Plaintiff's Motion for a sixty-day extension of time of the Court's
discovery deadlines, made by letter dated November 11, 2004; (5) Plaintiff
and the City's request to postpone March 10, 2005 telephonic status
conference, made by letter dated March 3, 2005; and (6) Plaintiff's April 14,
2005 motion for an extension of time to file her opposition to the City's
motion for summary judgment.

7.    Based on the foregoing, it is respectfully requested that Plaintiff's
motion for a five-day extension of time to submit her opposition to the City's
motion for summary judgment, from May 5, 2005 to May 10, 2005, be granted.

Executed on May 5, 2005

Elisabeth Seieroe Maurer  (ct11445)

3