UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

-------------------------------------------------------------X
BARBARA E. MURPHY,                      :      3:03 CV 00519 (MRK)
       Plaintiff,                              :
v.                                      :
                                        :
THE CITY OF STAMFORD and                :
DAVID VECCHIA,                          :
       Defendants.                             :      May 5, 2005
-------------------------------------------------------------X

### AFFIRMATION OF EVA M. PUORRO IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Eva M. Puorro hereby affirms under the penalties of perjury that:

1. I am an attorney licensed to practice law in the State of Connecticut and the United States District Court of the District of Connecticut. I am one of the attorneys that represents Plaintiff Barbara E. Murphy ("Plaintiff") in this action. I submit this affirmation in support of Plaintiff's motion pursuant to Rule 7(b) of the Local Rules of Civil Procedure, for a five-day extension of time, from Thursday May 5, 2005 to Tuesday, May 10, 2005, to submit her opposition to the City of Stamford's (the "City") motion for summary judgment dated April 1, 2005.

2. Plaintiff's opposition to the City's motion for summary judgment was originally due on April 21, 2005. On April 14, 2005, Plaintiff submitted a motion for a two-week extension of time through and including May 5, 2005, to file her opposition to the City's motion for summary judgment. (The Court granted that extension request.) As I indicated in that motion, on April 14, 2005, I called Attorney Minor to ascertain the City's position on Plaintiff's

extension request. I informed Attorney Minor during that conversation that Plaintiff would be seeking an extension of time until May 5, 2005 to file an opposition to the City's summary judgment motion, and asked Attorney Minor what the City's position was in that regard. Attorney Minor replied that the City would not object to whatever time we felt was needed to prepare and submit Plaintiff's opposition to the City's motion for summary judgment.

Executed on May 5, 2005

_____
Eva M. Puorro (ct25772)