UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA E MURPHY                                    CIVIL NO.
Plaintiff                                          3:03 cv 00519 (MRK)

v

THE CITY OF STAMFORD AND                           MAY 15, 2005
DAVID VECCHIA
Defendants

DEFENDANT MOTION FOR EXTENSION OF TIME

The Defendant, David Vecchia respectfully requests that the time to file

his opposition to the Plaintiff's motion for partial summary judgment

dated April 1, 2005 be extended from May 18, 2005 to June 8, 2005.

The extension has become necessary because it has become apparent

that this Defendant's opposition to this motion requires additional

information.

Reason One

Defendant Vecchia has just received (May 13) the Plaintiff's

response to the City of Stamford Motion for Summary

Judgment. While spending the weekend reviewing all the new

information in this one Plaintiff, two Defendant law proceeding

I have realized that I have never received a list of all the people

who have been deposed in this case. Since many of the

depositions in 2003, 2004 and 2005 were continually being

rescheduled and since the Plaintiff scheduled many people

who may have had harassment issues with the City of Stamford

but not with me I was not able to attend all the depositions.

I do not have a count of the people deposed but it seems like

over 40 were scheduled.

Attorney Minor for the City had previously offered to allow me

read his copy of the depositions at Town Hall in Stamford since

I can nor afford the cost of copies of all the depositions. The

additional 3 weeks would allow me to schedule some visits to

Town Hall in Stamford.

Reason Two

See my motion for the Court to review the blacked out names in Plaintiff's

Murphy records from her doctor's and psychiatric counselors.

With this motion I am submitting a second motion that the Court

review the blacked out names and comments with the lists from

Defendant City of Stamford and Plaintiff Murphy of the

people that have been deposed. If there is a match of people

deposed, supplying affidavits or mentioned in the documents in this case

with the blacked out names I am requesting the Court to remove the block

on this information.


If the Court needs to see my action thus far in preparing my response

I will come to the Courthouse in New Haven so a Court official

can review my efforts. I request that the Court email me with notice

2

of approval/ disapproval of this request. I am hand delivering it to the

Court House on Monday morning at 7:30AM. If denied I want to make sure I have my

response to the Court House on Wednesday, May 18.


DEFENDANT

David Vecchia
PO Box 159
West Redding, CT 06896

3

CERTIFICATION OF SERVICE

A copy of the foregoing letter requesting an extension of time has been sent via first class mail via the United States Post Office, postage prepaid, on May 16, 2005 to the following counsel of record. Foregoing letter has also been emailed to both counsels.


Eva  M Puorro
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia (ProSe)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA E MURPHY                          CIVIL NO
Plaintiff                                 3:03 cv 00519 (MRK)

v

THE CITY OF STAMFORD AND                  MAY 15, 2005
DAVID VECCHIA
Defendants

DEFENDANT MOTION FOR RELEASE OF INFORMATION

The Defendant, David Vecchia respectfully requests that the Court review the

notes supplied by Murphy's psychiatrist during his treatment of Murphy from

1998 through 2002 that have had names and comments blocked, and release

the blocked information if the name of the person blocked has been deposed, supplied

affidavits or has been been mentioned in any of the testimony or documents

in this case.

Since this case involves the allegations and causes of emotional stress fairness is only reached

when Defendants have equal knowledge to the Plaintiff of the people mentioned

to the psychiatrist during the time period mentioned 1998 through 2002.

I have never received a list of all the people involved in this case.

There have been so many people involved that there is the possibility that a person

offering testimony about the Plaintiff's stress could be people the Plaintiff is mentioning

to her doctor's as bringing her stress.

I do not have a list of all the deposed or people who have supplied affidavits or mentioned in any testimony and this motion will require the Court to collect the information from the Plaintiff counsel and the City of Stamford counsel . I have not deposed anyone in the case.

DEFENDANT

David Vecchia
PO 159
West Redding, CT 06896

CERTIFICATION OF SERVICE

A copy of the foregoing letter requesting an extension of time has been sent via first class mail via the United States Post Office, postage prepaid, on May 16, 2005 to the following counsel of record. Foregoing letter has also been emailed to both counsels.


Eva  M Puorro
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia (Pro Se)