UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA E MURPHY
Plaintiff

CIVIL NO
3:03 cv 00519 (MRK)

v

THE CITY OF STAMFORD AND
DAVID VECCHIA
Defendants

MAY 15, 2005

DEFENDANT MOTION FOR RELEASE OF INFORMATION

The Defendant, David Vecchia respectfully requests that the Court review the notes supplied by Murphy's psychiarist during his treatment of Murphy from 1998 through 2002 that have had names and comments blocked, and release the blocked information if the name of the person blocked has been deposed, supplied affidavits or has been been mentioned in any of the testimony or documents in this case.

Since this case involves the allegations and causes of emotional stress fairness is only reached when Defendants have equal knowledge to the Plaintiff of the people mentioned to the psychiatrist during the time period mentioned 1998 through 2002.

I have never received a list of all the people involved in this case.

There have been so many people involved that there is the possibility that a person offering testimony about the Plaintiff's stress could be people the Plaintiff is mentioning to her doctor's as bringing her stress.

I do not have a list of all the deposed or people who have supplied affidavits or mentioned in any testimony and this motion will require the Court to collect the information from the Plaintiff counsel and the City of Stamford counsel . I have not deposed anyone in the case.

DEFENDANT

*[signature]*

David Vecchia
PO 159
West Redding, CT 06896

2

## CERTIFICATION OF SERVICE

A copy of the foregoing letter requesting an extension of time has been sent via first class mail via the United States Post Office, postage prepaid, on May 16, 2005 to the following counsel of record. Foregoing letter has also been emailed to both counsels.

Eva M Puorro
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia (ProSe)