## UNITED STATES DISTRICT COURT
## DISTRICT OF CONECTICUT

```
-------------------------------------------------------------X
BARBARA E. MURPHY,                    :        DN 3:03 CV 00519 (MRK)
        Plaintiff,                    :
v.                                    :
                                      :
THE CITY OF STAMFORD and              :
DAVID VECCHIA,                        :
        Defendants.                   :        May 10, 2005
-------------------------------------------------------------X
```

## PLAINTIFF'S APPENDIX
## EXHIBITS, DEPOSITION EXCERPTS AND AFFIDAVITS

1.  Transcript of October 21, 2002 [Day 2] hearing before the Board of Mediation and Arbitration, In the Matter of City of Stamford and AFSCME Co. 4, Local 2657 (David Vecchia Termination) (No. 2002-A-0842) (Dee, Arb.);

2.  Response by David Vecchia dated May 12, 2004 to Plaintiff's Request for Admissions;

3.  Transcript of deposition of David Vecchia, August 15, 2003;

4.  Arrest Warrant Application dated November 29, 2000;

5.  Voluntary Statement of Barbara Murphy dated October 26, 2000;

6.  Transcript of deposition of Barbara Murphy, February 5, 2004;

7.  Transcript of deposition of Barbara Murphy, June 11, 2004;

8.  Affidavit of Barbara Murphy dated May 5, 2005;

9.  Affidavit of Harold Jackson dated May 5, 2005;

10. Transcript of deposition of William Stover, August 26, 2003;

11. Transcript of deposition of Peter Brown, November 6, 2003;

12.    Sexual Harassment Policy-City of Stamford-dated April 19, 1993;

13.    Sexual Harassment Policy-City of Stamford-dated June 24, 1998;

14.    Redacted notes from Barbara Murphy's psychiatrist; and

15.    Handwritten letter from David Vecchia to Barbara Murphy.