```
 1        MS. MAURER:  I need to be clear.
 2   Mrs. Vecchia probably will be here with
 3   the officer.  But Barbara Murphy, I've had
 4   long conversations with her psychiatrist
 5   and it is unlikely that she will be able to
 6   convey anything of any use to you in this
 7   process.
 8        ARBITRATOR:  Inasmuch as the City just
 9   indicated they may not need either witness,
10   why don't we cross that bridge later in the
11   day if we need to.
12        MR. D'ANDREA:  Mr. Chairman, I think
13   it's appropriate for us to say at this
14   point, sir, irregardless, that I have been
15   informed by the person that I represent
16   that he's not aware of any protective
17   order.
18        ARBITRATOR:  You indicated that in
19   the last hearing and we're not going to.
20   address any of these issues unless they
21   arise.
22        With that said, if you are going to be
23   testifying during this hearing, whether
24   today or another day, please raise your
25   right hand at this time.
```

1           Anybody on this side going to
2   testify?'
3       MR. MCHALE: Mr. Vecchia ought to
4   raise his right hand.
5       ARBITRATOR: Raise your right hand,
6   please.
7
8       (Witnesses duly sworn by the
9   Arbitrator.)
10
11      ARBITRATOR: Does the City desire to
12  make an opening statement?
13      MR. MCHALE: We would, Mr. Dee. And
14  because this case involves a long period
15  of activity over a three-year period, I
16  would request the panel's indulgence to
17  make kind of a detailed opening statement
18  so you understand the facts we intend to
19  present.
20      I'll do my best to present it to you
21  expeditiously and efficiently but I would
22  like to get into the outset what we intend
23  to prove today.
24      ARBITRATOR: Whenever you're ready.
25      MR. MCHALE: Okay. Terrorism, sadly,

seems to be the word of the year. And it's unfortunate that this case is a little bit about that. Individualized terrorism.

David Vecchia, the grievant, terrorized Barbara Murphy over a three-year period from 1997 through 2000. And you may see today that the effects of that terrorism linger to this very day.

David Vecchia was the City's purchasing agent; high level, supervisory position, with the City, who was hired in 1993 and he was ultimately fired on February 15th, 2002.

At the time of his termination, he was paid in excess of $90,000 a year. Barbara Murphy was hired by the City as a payroll clerk in the Finance Department in 1983. Barbara Murphy was assigned to a couple of committees in 1996, with other city employees, including Mr. Vecchia, to work on a number of projects, including the city's review of their purchasing regulations as well as newsletters and manuals that the city had been working on.

1           It was through this committee work in
2   1996 that Ms. Murphy had her first
3   significant interactions with Mr. Vecchia.
4           Now, at the time Mr. Vecchia was
5   married, had children, but he became
6   enamored with Ms. Murphy. Developed an
7   attraction towards her that was clearly not
8   shared by her. And as you will see from
9   the facts, it grew to an obsession.
10          The attraction started off in a
11  strange but friendly way. Mr. Vecchia
12  first invited Ms. Murphy to lunch to
13  thank her ostensibly for work she had
14  done on the committees that they were
15  assigned to. He asked her to bring along
16  the manual that she had worked on. And
17  she did.
18          Unfortunately, the conversation
19  during that lunch never turned its
20  attention to the manual. In fact,
21  Mr. Vecchia explained to Ms. Murphy that he
22  found her to be a very pretty woman. A
23  very pretty girl, I think were his exact
24  words. And this made Ms. Murphy feel very
25  uncomfortable.

1    Mr. Vecchia then began sending candy
2    to Ms. Murphy at different times.  She was
3    promoted in 1996 to the position of
4    administrative assistant and the
5    fire department sent her candy on that
6    occasion.  He would send her candy at
7    Christmastime or Valentine's Day so that
8    coworkers who would see this candy
9    delivered through the interoffice mail
10   would tease Barbara Murphy.
11       Barbara Murphy asked Mr. Vecchia to
12   stop, please stop sending things through
13   the interoffice mail immediately.
14       The contact escalated.  There's a
15   commonly known event in the City of
16   Stamford, associated with the Downtown
17   Council, the District Council, the
18   businesses, called Alive at Five.
19       Each Thursday of each month there
20   would be events.  Ms. Murphy would attend
21   those events with girl friends and other
22   friends.  Mr. Vecchia started showing up at
23   those events and over time got closer and
24   closer to Barbara Murphy.
25       He had occasion to learn that Barbara

Murphy and her friends would on occasion gather at a neighborhood bar in the Shippan section of Stamford known as Brennan's. They would go there on Thursday nights after this Alive at Five event. They would go there on Fridays pretty frequently.

Mr. Vecchia started to show up at Brennan's. And at first it was friendly. He would stay away and he would have a beer and he would not bother anyone. But over time, from the period of 1997 through the period of 1998, Mr. Vecchia's conduct got increasingly aggressive.

He would stare at Barbara Murphy. He would try to buy her drinks. Occasionally she accepted a drink. Until one night he paid her food tab. She was there with a girl friend and without her knowing he paid her food bill. She felt this was very inappropriate. She didn't feel comfortable having it done.

And she objected to the bartender. The bartender told her the tab had already been paid. She thanked Mr. Vecchia but made it very clear to him he should not do that

```
 1    again and told the bartender that she would
 2    not accept him paying her food tab or any
 3    tab for her again in the future.  And
 4    everyone understood that.
 5        None of these interactions that
 6    happened in Brennan's, this bar in
 7    Stamford, ever, at this point, found their
 8    way back into the workplace.
 9        She would work with Mr. Vecchia on the
10    same floor.  They didn't have any reason to
11    have specific dealings, but they might pass
12    in the hallway and say hello but no one
13    brought up any of these contacts they had
14    out of work.
15        Mr. Vecchia's contact became more
16    aggressive over time during the same
17    period.  He, on one occasion, would yell
18    out Barbara Murphy's name several times in
19    a loud voice, "Murphy, Murphy, Murphy,
20    Barbara Murphy."
21        Strange.  Bizarre.  To the point she
22    would have to go and ask him to please
23    stop, that he was embarrassing her.
24        Mr. Vecchia would, again, stare at her
25    from across the bar.  Whenever any occasion
```

arose that a chair would open up near her, he would from time to time try to get closer.

He would follow her out of this bar. He wouldn't touch her. At no point did he ever touch her. He would rarely speak to her but he would follow her and he would stare at her. And occasionally he would walk out and stand in front of her car so she couldn't drive forward and couldn't drive backward.

This became a spectacle. It became familiar to the patrons of the bar, it became familiar to the owners of the bar. From time to time the owners and the bartenders had to talk to Mr. Vecchia and tell him to leave Barbara Murphy alone. He was cut off a few times because of excessive drinking and unruly behavior.

At this point Barbara Murphy is reluctant to go to the bar. It's where her friends hung out, it's where she had been going for years. David Vecchia had never gone to the bar; he just started showing up in 1997 when he found out Barbara Murphy

and her friends hang out there.

But at this point she starts asking her girlfriends to go in to see if he's in there. Is he there? If he's there, let's not go in.

On the occasions when she does see him out, she would leave. She would leave Brennan's.

And she began to get these late night phone calls at her home. She can't prove he did it, but she would get phone calls. Someone would call say nothing, breathe into the phone and hang up. Dozens and dozens of phone calls were made to her home on nights that she saw David Vecchia at Brennan's and would hang up.

At this point Barbara Murphy is freaked out. And she's at Brennan's on March 20th, 1998 and she's there in anticipation of her upcoming fortieth birthday, which is going to take place five days later.

And she's there and Mr. Vecchia arrives after she's already there, and he stares at her. And she can't take it, she

goes home. She asks a friend to walk her out and her friend walks her out. And she drives the friend to his house and drops him off and she goes to her house for the night. She goes to sleep.

She lives with her 76-year-old mother, who was sickly at the time, and her son. The three of them live in their home in Norwalk.

So on the evening of the 20th of March, 1998 Barbara Murphy is asleep in her bed. And at 2:30 in the morning her mother comes into her room and says, "Barbara, I think there's somebody in our driveway."

Now, Barbara's mother had had occasions to have nightmares and other problems so Barbara initially thought it was a nightmare. She said, "Oh, mom, it's nothing, go back to bed."

"No, Barbara, I saw a car. There's a car in the driveway."

So Barbara gets up, and she looks out, she can't see anyone. She doesn't see any car. Whatever car was there, whatever her mother saw, was gone. So Barbara went back

            to bed.

            The next morning, Saturday, March 21st, Barbara goes out to her car. And she realizes that her briefcase is gone. Not there. She was very upset because she had a lot of different things in her briefcase.

            She had been working a second job for a law firm, had a bunch of computer disks with all the work she had done. There were lawyers at this place of business who were relying on her to have her work. And since the briefcase was gone, everything in it was gone.

            She went back into her house and thought about it, and she could only think of one thing, and that was that David Vecchia had taken it. There was nobody else in her life that was causing her any kind of stress, that was bothering her, that was paying her any unusual attention. She just said, I think David Vecchia, I think he took my briefcase.

            But she's a payroll clerk, an

administrative assistant at the City of Stamford and she's very reluctant to say it out loud.

So she calls a family friend, a lawyer. His name is Ben Fraser. This is the Ben Fraser who owned the firm that she did the work for, so Ben had an interest in her regaining her briefcase, too, because a lot of the work she did was on those disks that was in her briefcase that was gone.

So she told Ben for the first time about this problem she was having with the grievant, Mr. Vecchia, and her suspicions.

And Ben thought about it and said, Barbara, I think you need to do something, I think you need to call him and find out if he took it. It seems to me from what you're perceiving he's the only one that could have, so you ought to call him.

Barbara expressed reluctance but realized after thinking it over for part of the morning that she had no choice. She didn't know where he was, where he lived.

1   She called the tax assessor or some other
2   coworker in the city who she knew as a
3   friend and knew she could get her
4   Mr. Vecchia's home phone number, and she
5   did.
6       And then on the morning of Saturday,
7   March 21st, Barbara Murphy swallowed hard
8   and made a phone call to the home of
9   David Vecchia and said simply this: I'm
10  missing my briefcase; if you have it,
11  please return it to the firehouse by 4:30
12  today. I really need it.
13      Then she hangs up the phone and she
14  says, Oh, God, what have I done? I've
15  just accused the purchasing agent of
16  theft, and I really don't have any proof
17  other than this bizarre behavior. And she
18  waits.
19      And she gets a call at around 10:00
20  that night -- it could have been a little
21  earlier, it could have been a little
22  later -- from Mr. Vecchia and he says, I
23  did what you asked me to do. I'm sorry.
24      And at this point, as I think anyone
25  can imagine, Barbara Murphy has an

            emotional breakdown. He did it. He knows
            where she lives. He must be watching her.
            He must be following her home.
                    She thinks of a couple of weeks
            earlier the night that Mr. Vecchia yelled
            out "Murphy, Murphy, Barbara Murphy," that
            crazy night when she had to ask him to be
            quiet. She thought back to that night
            because she hadn't thought about it, she
            remembers that night when she went home she
            parked her car in her driveway right
            outside her home in Norwalk, and the next
            morning she went out there and her rearview
            mirror was smashed in her driveway.
                    She thought it was bizarre. She
            couldn't imagine what could have happened
            to it. Never once suspected anybody.
            Maybe it just happened. She didn't know.
            She still doesn't know.
                    But now she thinks it has been a
            repeat occurrence. And so she can barely
            speak or walk but she goes the next
            morning to the central firehouse and she
            retrieves her briefcase, realizing now for
            sure that Mr. Vecchia has been stalking

her...

She goes to the central fire department, she asks whether something was left for her and they say, Oh, yes, it was, a man came by last night and dropped it off. She takes it. She drives home, she brings it home. Doesn't open it.

When she gets home she opens it. Everything is smashed inside of it, disks torn up, her calendar ripped to pieces, tampons destroyed. Her personal effects were damaged. Her mother's checkbook.

In addition, she sees other things in the briefcase that she didn't know she was missing, things that to get he had to go into her trunk and her glove compartment. She had a Yankee bag, things from her glove compartment that at that point she hadn't even realized that he went through the car.

But based on what was returned, she realized that he had gone through her entire car. No idea what he was looking for but there it was returned.

She also starts to look through her

car and she realizes now that other things are missing: her cell phone charger, some other computer disks, other personal items are still gone.

So she goes to see on Sunday afternoon, March 20th, 1998, she goes to see her family lawyer, Ben Fraser, and tells him about what had happened, what she got, and the fact that it was broken up and things were still missing.

And attorney Ben Fraser called Mr. Vecchia at his home and says, Return the rest of the stuff that you took from her, it's not all there. Get it all back to her.

And Mr. Vecchia delivers an appointment book that was damaged. Mr. Fraser tells him return it to the firehouse, the same place you returned the first package. And he returns an appointment book.

But still the cell phone charger, other computer disks, things that Barbara Murphy was missing still are not returned.

1  So Fraser calls Mr. Vecchia again and
2  says, Come to my office. You might want to
3  get yourself a lawyer.
4  No one reports this to the police at
5  this point. No one reports any of this to
6  the City.
7  Mr. Vecchia goes to see Attorney
8  Fraser. He brings with him a letter that
9  perhaps Mr. Vecchia can read to us, can't
10 make out all of the words, but it's a
11 letter apologizing, doesn't know why he did
12 it, having personal problems, my life is in
13 her hands, something to that effect.
14 And $100, a check for $100 that he
15 says he hopes will pay for whatever it is
16 that she lost that he can't recover.
17 Apparently he threw things in different
18 trash bins on his way home from Norwalk in
19 different places and couldn't recover it
20 all.
21 Mr. Vecchia has a sister, Janet, who's
22 a lawyer in Washington, D.C., get involved.
23 Janet calls Attorney Fraser and says can
24 you please not report this. My brother is
25 having a difficult time, he's in the middle

of divorce proceedings. He's a good man. Give him a chance.

Even after all of this, Barbara Murphy does not want to hurt this man. She doesn't want to ruin his life. She just wants him to leave her the hell alone. She couldn't take it anymore.

So in April of 1998 Attorney Fraser, attempting to help his client at this point, Barbara Murphy, reaches an agreement with Mr. Vecchia and his sister. Mr. Vecchia is going to get counseling. He's going to submit evidence of his counseling so they know he's getting help. He promises to leave Barbara Murphy alone, he will have no contact with her.

And as long as Barbara Murphy is left alone she won't go to the City, she won't go to the police. And they reach that agreement.

And for about two months things are quiet with Mr. Vecchia. Barbara Murphy doesn't see him at Brennan's anymore, there are no phone calls late in the evening at her home.

1           But in May of 1998, just a couple of
2    months later, it starts again. Mr. Vecchia
3    begins to show up at Brennan's and he sees
4    her out. She gets phone calls that night
5    at her house, late in the evening, early in
6    the morning; nobody is speaking, hanging
7    up, breathing into the phone.
8           Barbara Murphy at this point was
9    an avid runner, was well-known to her
10   friends. She would run with friends during
11   the day after work. She had a route she
12   would run in Shippan, a section of
13   Stamford.
14          David Vecchia starts showing up on her
15   jogging route. Doesn't touch her, doesn't
16   say anything to her, just shows up.
17          There was a race at High Ridge Road
18   sometime in the summer of 1998.
19   Barbara Murphy is a road runner, she had
20   entered these races from time to time, and
21   she was in this race. Mr. Vecchia shows up
22   and runs just a few feet away from her,
23   right next to her. She can't take it. She
24   stops, she runs away, she can't go on.
25   Can't take this, it won't stop. She didn't

```
 1            want to hurt him but she can't stop his
 2            harassment of her.
 3                 At about the same time the sexual
 4            harassment policy that we have shown to
 5            you was introduced in the City.  And
 6            Barbara Murphy was reading it because as
 7            part of the orientation program employees
 8            were trained on it, how to recognize it,
 9            what to do if you're a victim of
10            harassment.  Barbara was listening and she
11            goes to this thing and says it sounds like
12            this policy applies.
13                 So she calls her friend Ben Fraser to
14            vent.  I don't know what to do.  You tried
15            to help me; we thought we could believe
16            what we were told.  It's happening again,
17            he's bothering me.  I can't sleep, I'm
18            getting sick, stomach problems.  She's
19            worried.  She and her mother and her son
20            are sleeping in the same room.
21                 He knows where she lives and now he is
22            paying attention to her again, despite the
23            promise.
24                 Ben Fraser and Barbara Murphy called
25            Tom   assone.  Tom Cassone is the
```