1  Q. Never said anything about it?
2  A. No.
3  Q. Why did you send her the candy?
4  A. I believe at that time -- I think I sent
5  her some M & Ms, something like that. I don't
6  remember why. Something about the color of M & Ms, I
7  don't remember specifically what the reason was.
8  Q. What about the color?
9  A. I don't remember what it was.
10 Q. What color?
11 A. I think they were M & Ms. I can't remember
12 what the reason is.
13 Q. What is the Alive at Five?
14 A. Alive at Five is concerts that are held in
15 the Green across the street from City Hall. I
16 think the city, along with the Downtown Service
17 Districts, which is a group of merchants or
18 something, paid for having a band play and they sell
19 food and drinks.
20 Q. Are you familiar with an establishment in
21 the Shippan section of the city known as Brennan's?
22 A. Yes.
23 Q. What is it?
24 A. It's a bar. Bar and restaurant.
25 Q. Did you become attracted to Barbara Murphy

1   at any time during the period of 1997 or 1998?
2       A.   I liked seeing her, liked speaking to her,
3   yes.
4       Q.   Did you follow her to Alive at Five?
5       A.   No.
6       Q.   Did you follow her to Brennan's?
7       A.   I saw her once at the Alive at Five and she
8   said she and her friends were going to Brennan's, why
9   didn't I join them there.
10      Q.   So you followed her there?
11      A.   I didn't say that. I went there.
12      Q.   You went there?
13      A.   That's right.
14      Q.   In response to her invitation?
15      A.   In response to her saying she and her
16  friends were going to be there, why didn't I join
17  them there. That evening, after we went to
18  Brennan's, we went to a second place about a mile
19  away by the water in Shippan.
20      Q.   And you went with her?
21      A.   I went in my car.
22      Q.   You went separately?
23      A.   That's correct.
24      Q.   Over the course of this period, and you
25  have heard me, Mr. Vecchia, in my opening statements

```
 1   explain to the panel the facts that the City is
 2   prepared to introduce today. I mentioned about you
 3   going to Brennan's and staring at Barbara Murphy?
 4       A.   Yes.
 5       Q.   Is that true?
 6       A.   I have been to Brennan's. I have probably
 7   been there in the period 1997 to 2000 I might have
 8   been there 300 times.
 9       Q.   When did you first go?
10       A.   I first went to Brennan's -- I worked for
11   Pitney-Bowes in Stamford previously and I had been to
12   Brennan's then.
13       Q.   When was that?
14       A.   That would have been in -- that would have
15   been back in the eighties. I had been there a few
16   times in the nineties and met some people I know from
17   Pitney-Bowes there.
18       Q.   Did you call out Barbara Murphy's name
19   loudly at Brennan's one night?
20       A.   I think I did it once.
21       Q.   Why?
22       A.   I don't remember why.
23       Q.   Did you ever follow her out of the bar?
24       A.   No.
25       Q.   Did you ever stand in front of her car --
```

```
 1      A.   No.
 2      Q.   -- so she couldn't drive away?
 3      A.   No.
 4      Q.   Did the owner of Brennan's ever have to
tell you stop following her?
 6      A.   No.
 7      Q.   Never happened?
 8      A.   Never happened.
 9      Q.   Never once?
10      A.   Never once.
11      Q.   Mr. Vecchia, I'm not looking to cause you
any unnecessary embarrassment nor am I looking to
have you the subject of any further criminal charges.
You're testifying under oath today, do you understand
that?
16      A.   I understand.
17      Q.   And you understand the rules about perjury;
is that right?
19      A.   I do.  My answer is never once.
20      Q.   Never once?
21      A.   No.
22      Q.   Did you engage in any inappropriate
behavior towards Barbara Murphy at Brennan's?
24      A.   I don't recall any.
25      Q.   Never?
```

1  A.  Never.
2  Q.  The yelling wasn't inappropriate in your
3  mind?
4  A.  That was inappropriate.
5  Q.  It was?
6  A.  Yes.
7  Q.  So you did one bad thing?
8  A.  One.
9  Q.  Did you buy her a meal?
10 A.  We had a meal together in January of 1998
11 and that was at Antonio's, that she invited me.
12 Q.  How about Brennan's, did you buy her meal
13 at Brennan's?
14 A.  I might have bought her a drink, she might
15 have bought me drinks. We probably shared drinks.
16 People at Brennan's are always buying each other
17 shots. Somebody would buy the bar shots. And
18 sometimes she wouldn't want to finish the shot
19 and she would hand it to me and say finish it for
20 me.
21 Q.  So it's your testimony that you and
22 Barbara Murphy were chums?
23 A.  Yes, that's my testimony.
24 Q.  You were friends?
25 A.  Yes.

1    Q.    You drank together?
2    A.    Yes. In the period of 1997 and early 1998.
3    Q.    Is that right?
4    A.    Yes.
5    Q.    So you didn't make her feel uncomfortable
6  at all is your testimony?
7    A.    In the period of 1997, 1998 I told you she
8  invited me to lunch.
9    Q.    But as a result of your behavior at
10 Brennan's, you were there, your testimony is, as
11 friends?
12   A.    That's correct.
13   Q.    You were there drinking together?
14   A.    That's correct.
15   Q.    And you did nothing to her that caused her
16 to be uncomfortable, other than on one occasion
17 yelling out her name. Is that your testimony?
18   A.    That is my testimony.
19   Q.    Did you break into her car?
20   A.    I did in March of 1998.
21   Q.    You did?
22   A.    Yes.
23   Q.    Why?
24   A.    I don't know. I mean, I know --
25   Q.    She was your friend?

1    A.    Let me finish.
2          ARBITRATOR: Thank you. You need to
3    allow him to answer the question, please.
4          MR. MCHALE: I'm sorry.
5          THE WITNESS: That that night in March
6    of 1998 normally I just drink beer if I
7    went to Brennan's. It was somebody's
8    birthday, I think, and they kept buying
9    shots of -- it's a German liqueur, it's a
10   dark liqueur. I don't remember the name of
11   it. It's a strong, dark liqueur.
12         And they kept buying shots and I may
13   have had five or six of them. I know that
14   that evening I went to Barbara Murphy's car
15   and I took her briefcase and some other
16   things.
17   BY MR. MCHALE:
18   Q.    Let's not get there yet. My question was
19   why did you break into her car, and your testimony is
20   you don't remember?
21   A.    No, that wasn't my testimony. I said I
22   didn't know.
23   Q.    You didn't know what?
24   A.    Why I broke into her car.
25   Q.    Oh, you don't know?

```
1    A.    No.
2    Q.    How did you know where she lives?
3    A.    She told me.
4    Q.    She told you what?
5    A.    She told me where she lives.
6    Q.    When did she tell you?
7    A.    Probably one of the times I saw her at
8  Brennan's.
9    Q.    Did she tell you how to get there?
10   A.    Maybe she had.
11   Q.    Maybe she had?
12   A.    No.
13   Q.    You don't know whether she had?
14   A.    I assume if I knew I think she had.
15   Q.    Did she give you written directions?
16   A.    I don't recall.
17   Q.    Well, let me get this straight.  This is
18 March 20th of 1998, right?
19   A.    That's correct, sir.
20   Q.    And you saw her at Brennan's that night,
21 right?
22   A.    Yes, sir.
23   Q.    And she left without you, right?
24   A.    That's correct, sir.
25   Q.    And you got from Brennan's to her home that
```

1  night, right?
2      A.  Yes, sir.
3      Q.  Now, had you been to her house ever --
4      A.  No, sir.
5      Q.  -- let me finish the question -- ever
6  prior to March 20th of 1998?
7      A.  No, sir.
8      Q.  So you had never been there before.  So
9  this was your maiden voyage to Barbara Murphy's home
10 that night?
11     A.  I had never been there before that night,
12 sir.
13     Q.  Now, how did you know what exits to
14 take and what lights to turn at and what streets to
15 go on?
16     A.  I know the Norwalk, Stamford, Fairfield
17 County area very well, sir.
18     Q.  You know the area very well, but how
19 did you know where her particular house in the area
20 was?
21     A.  I think she had told me.
22     Q.  You don't remember whether she gave you
23 directions or what she gave you?
24     A.  My testimony is that she had told me.
25     Q.  Where was her car parked when you broke

1  into it?
2      A.   In her driveway.
3      Q.   How close was her driveway to her home?
4      A.   Her driveway leads to her home.
5      Q.   Is she in a palatial mansion where the
6  driveway is apart from the dwelling, or is it pretty
7  much one on top of the other?
8      A.   The driveway leads to the home.
9      Q.   How close --
10     A.   How close?
11     Q.   -- was the car, Mr. Vecchia, when you
12 broke into it?
13     A.   Close to what? The road?
14     Q.   Let me ask the question again. Sorry if I
15 wasn't clear.
16         How near to her home, Barbara Murphy's home
17 I'm talking about, was her car on the evening of
18 March 20th, 1998 when you decided for reasons unknown
19 to break into it?
20     A.   Again how close to what, sir?
21     Q.   How close to her home?
22     A.   Two car lengths.
23     Q.   Two car lengths, so quite close. What did
24 you look for in her car?
25     A.   I don't know.

```
 1    Q.   Where did you go?
 2    A.   Where did I go?
 3    Q.   Yes.
 4    A.   I took the briefcase and things from the
 5  car and I walked away, and I immediately realized
 6  this was a stupid thing to do and I walked back
 7  to the car to put them back in and the door was
 8  locked.
 9    Q.   The door was locked.  Did you go in the
10  trunk?
11    A.   No.
12    Q.   Did you go in her glove compartment?
13    A.   I don't remember.  I may have.
14    Q.   So then what did you do with her stuff?
15    A.   As I said, I intended to walk back to the
16  car, put it back into her car and the door was
17  locked.
18    Q.   So you realized you made a bad decision?
19    A.   Immediately.
20    Q.   But you locked the door somehow?
21    A.   Right.
22    Q.   And you couldn't put it back?
23    A.   That's right.
24    Q.   So you had her bag?
25    A.   So I walked back to my car and drove away.
```

1   I went to a Dunkin' Donuts on Route 1 and got a cup
2   of coffee and sat there and thought what am I going
3   to do now?
4       Q.   Let me ask you a question.  What time of
5   night was this when you broke into her car?
6       A.   Sometime after midnight.
7       Q.   So you went to the Dunkin' Donuts and you
8   gave it some thought, you had coffee, then what did
9   you do?  What did you do with her personal belongings
10  that you had?
11      A.   And then I went home.  And my first thought
12  was that I'll throw everything away.  And I opened
13  the briefcase and there were a lot of papers in there
14  for W-2 forms for taxes and bank statements and
15  things like that so they are the types of forms that
16  are not irreplaceable but just difficult to get back
17  again, takes a lot of time.
18          I think prior to doing that there were
19  other things in the briefcase that I was going to
20  throw away and I started tearing things up and
21  throwing them away.
22      Q.   What did you tear up?
23      A.   I don't know.  Papers.
24      Q.   Why?
25      A.   As I said, I was going to throw it away.

1  Q. Why did you need to tear it up if you were
2  going to throw it away?
3  A. Primarily because I shouldn't have had
4  them.
5  Q. So what things did you tear up?
6  A. There were papers. I think you said there
7  were some disks. I think I probably smashed some of
8  the disks and threw them away.
9  Q. Smashed the computer disks?
10 A. I stepped on them.
11 Q. You stepped on them?
12 A. Stamped them with my foot, probably.
13 Q. And broke them?
14 A. That's correct.
15 Q. And then what did do you with them?
16 A. I threw them in the trash.
17 Q. Where?
18 A. At my home.
19 Q. At your home?
20 A. Yes.
21 Q. Do you remember the papers that were in the
22 briefcase?
23 A. I remember some. Like I said, I remember
24 the tax forms.
25 Q. Do you remember her mother's checkbook?

1   A.  No.
2   Q.  Do you remember her appointment book?
3   A.  No.
4   Q.  Would you remember it if it was there?
5   A.  I don't remember.
6   Q.  Were you drunk?
7   A.  Yes.
8   Q.  You were?
9   A.  Yes. I think I probably had sobered up by then.
11  Q.  By then you had?
12  A.  Somewhat. I drove 25 miles home.
13  Q.  So you went from Barbara Murphy's home to the Dunkin' Donuts and then you went to your home?
15  A.  Yes.
16  Q.  And the next day Barbara Murphy called you, didn't she?
18  A.  The next morning, Saturday morning, I had to go to Stamford to work for something. And I went to work and came home about 2:30 and my wife said that she had come in, found a message on the answering machine that a woman named Barbara Murphy had called and wanted to know if I had her briefcase. And so my wife Mary's concern was who was this woman and why would you have her briefcase.

```
 1    Q.   And what did you say to her?
 2    A.   I told her that I had taken her briefcase
 3 and that I would probably be arrested.  And Mary left
 4 and I didn't see her again for four or five days.
 5    Q.   You didn't see who for four or five days?
 6    A.   My wife.
 7    Q.   Did you tell Mary you were attracted to
 8 Barbara Murphy?
 9    A.   I don't think Mary stuck around long enough
10 for any conversation.
11    Q.   Were you attracted to her?
12    A.   As I said, I liked her as a friend.
13    Q.   Were you obsessed with her?
14    A.   I don't think so.
15         Where were we?  So the message was to call
16 Barbara Murphy.
17    Q.   Was that the message or was the message if
18 you have my briefcase return it to the fire
19 department?
20    A.   The message was to call her.
21    Q.   To call her?  Did you hear the message?
22    A.   No.
23    Q.   You didn't hear it, your wife heard it?
24    A.   Yes.
25    Q.   Did she delete it after she listened to it?
```

```
 1    A.   She took the tape.
 2    Q.   So you never heard Barbara's message?
 3    A.   No.
 4    Q.   So you called her?
 5    A.   So I called Barbara Murphy at her house. I
 6  don't know, you said something about 10:00 at night
 7  but I have seen some of the other papers that the
 8  City or you have presented some other place phone
 9  records of Barbara Murphy that said I called her at
10  4:00 in the afternoon.
11    Q.   What do you say?
12    A.   I thought I called her in the afternoon
13  myself.
14    Q.   Did you talk to her?
15    A.   I talked to her.
16    Q.   What did you say to her?
17    A:   And I told her that I had taken her
18  briefcase, that I was sorry, that I didn't know why I
19  had done it. And she said it didn't bother her but
20  her mother was very upset.
21    Q.   She said it didn't bother her that you had
22  broken into her car and stole her briefcase?
23    A.   That's my testimony.
24    Q.   I want to make sure I understand.
25    A.   You heard me correctly.
```

1   Q.   Okay.

2   A.   And I said, I'll bring the things back to
3   you. And she said don't bring them to the house, she
4   said to bring them to the fire department.

5   Q.   Why would she say that if none of this
6   bothered her?

7   A.   She told me it bothered her mother, sir.

8   Q.   Oh.

9   A.   So I brought them down to the fire house at
10  about 6:00 that evening. And I went home.

11  Q.   Did you gather all of this destroyed
12  computer disk material --

13  A.   No.

14  Q.   -- let me finish the question, please,
15  Mr. Vecchia.

16       You testified you took the briefcase and
17  there were papers in there and you tore them up, and
18  there were computer disks in there and you stepped on
19  them and crushed them and broke them up, and that you
20  threw those things in the trash in your home. And
21  you talked to Barbara and she asked you to return
22  them to the fire department.

23       And I'm asking you whether you had gathered
24  the things you had destroyed, put them back in the
25  briefcase prior to returning them?

1     A.    No. So I brought them to the fire department at 6:00 that evening and went home. And I think on Sunday morning there was a message on the answering machine from Attorney Fraser in Greenwich that I should call him.

6     Q.    And did you?

7     A.    I called him and he said he was calling me regarding Barbara Murphy and that I should make an appointment to see him on Monday.

10     Q.    Were you surprised to get this call?

11     A.    Yes, because I had called -- I believe I then called Barbara Murphy back and asked her who Ben Fraser was.

14     Q.    Did she tell you?

15     A.    And she told me he was an attorney. And that was about the extent of our conversation.

17     Q.    On either this call on Sunday or the prior call on Saturday when you disclosed to her that in fact you had her briefcase, did she tell you to leave her the hell alone?

21     A.    She didn't say that.

22     Q.    She didn't tell you to leave her alone?

23     A.    That's correct, sir.

24     Where was I? Sunday, talking to Mr. Fraser.

1  Q. Let's just stop, Mr. Vecchia, and I want
2  to ask you some questions about your call to
3  Barbara Murphy after Mr. Fraser called you.
4  You called Barbara to ask who he was?
5  A. That's correct.
6  Q. And what did she say?
7  A. I think she told me he was an attorney.
8  Q. And did you ask her any further questions?
9  A. No.
10 Q. You weren't surprised she decided to engage
11 a lawyer since none of this bothered her?
12 A. She told me it bothered her mother. I said
13 that -- she had told me on Saturday that it didn't
14 bother me but it bothered her mother.
15 Q. When you called her on Sunday to inquire as
16 to who Ben Fraser was, she told you he was a lawyer.
17 Did the conversation end right there?
18 A. That's it.
19 Q. Did you ask her any questions about why was
20 a lawyer calling, why was a lawyer involved?
21 A. No. I was wrong, sir.
22 Q. So you called Mr. Fraser?
23 A. I called and made an appointment to see him
24 Monday afternoon.
25 Q. Did you get your sister, Janet, involved?

1   A.   Somewhere between Sunday and Monday -- I
2  think Monday afternoon around noontime or something
3  one of my sisters must have called Janet and told her
4  what had happened.
5   Q.   How did your sister who called Janet know?
6   A.   I think I had gone to see my sister Nancy
7  and talked to her. Nancy said I should talk to
8  Janet, she's an attorney, and that's how my sister
9  Janet knew.
10  Q.   Did you go to see Mr. Fraser?
11  A.   I went to see Mr. Fraser.
12  Q.   Did you --
13  A.   I left out some things.
14  Q.   I don't want you to address them right now.
15 You will --
16  A.   But I want --
17  Q.   -- have a chance to --
18       ARBITRATOR: Gentlemen, one at a time.
19    Let me ask a question.
20       The City had indicated in its opening
21    statement that in October of '98 an
22    agreement was entered into between the City
23    and the grievant concerning Barbara Murphy.
24    Is that agreement in writing?
25       MR. MCHALE: It is not.