Case 3:03-cv-00519-SRU    Document 79-11    Filed 05/11/2005    Page 1 of 20.

180

1       Q.    Mr. Vecchia, what was occurring in your

2   recollection at the meeting that you had with

3   your representatives and the City regarding the

4   Barbara Murphy case?

5                ARBITRATOR:  What meeting, what time?

6                THE WITNESS: .The first meeting I had

7        with the City --

8                ARBITRATOR:  I need a date.

9                THE WITNESS:  It was in January of

10       2001.  I was terminated in December of

11       2000.  And at that meeting the City called

12       me in and they wanted to discuss the

13       administrative leave I was on and they

14       wanted some information.  And at that

15       meeting I went through with.them every time

16       I had seen Barbara Murphy since September

17       of 1998.  I told them that I had seen her.

18           There's an employee of the accounts

19       payable department which is adjacent to

20       the Purchasing Department, his name was

21       Victor Ink, there was a surprise birthday

22       party for him, held at a restaurant in

23       Stamford --

24                ARBITRATOR:  The question from your

25       advocate was why did you think you were

1    there?  Was it just to explain your

2    contacts with Ms. Murphy?

3        THE WITNESS:  That's one of the

4    subjects that came up.

5        ARBITRATOR:  And what was another

6    subject that came up?

7        THE WITNESS:  Contacts about Murphy?

8  BY MR. D'ANDREA:

9    Q.  Was there any discussion about any

10  agreement at that meeting?

11    A.  We went back and reviewed the meeting that

12  I had with them two and a half years previous in

13  September of 1998, and essentially the same

14  discussion that's being held here today is that I

15  told them that I agreed in 1998 that --

16        ARBITRATOR:  We have already heard

17        your testimony concerning that.  Is there

18        anything else?

19        THE WITNESS:  I think we covered --

20  BY MR. D'ANDREA:

21    Q.  Was any directive given to you at that

22  meeting if you recall?

23        MR. MCHALE:  What meeting?  I'm not

24        clear what meeting we are talking about.

25  BY MR. D'ANDREA:

1    Q.    The meeting you were just --

2    A.    January of 2001?  No, I was already on paid

3 administrative leave.  The meeting where there was

4 some discussion of agreement goes back to September

5 of 1998.

6    Q.    And what agreement was made between you and

7 the City at that time?

8                MR. MCHALE:  This testimony has been

9            asked.

10               ARBITRATOR:  Excuse me, asked and

11           answered a number of times.  Do you have

12           anything new of this witness?

13 BY MR. D'ANDREA:

14    Q.    Having heard the testimony of both of the

15 gentlemen from the Human Resource Department, do you

16 have anything to add?

17               ARBITRATOR:  That you haven't already

18           testified to?

19               THE WITNESS:  Yes.  That even after

20           the September and early October meeting in

21           1998 I had gone back to Mr. Stover

22           specifically and asked him about a written

23           agreement, and he told me that there

24           wouldn't be any.  That as far as the City

25           was concerned that they were not involved,

183

1          that it ended in March of 1998.

2    BY MR. D'ANDREA:

3        Q.    So you understood that there would be no

4    jeopardy with regard to your losing your job because

5    of any of the actions that were to take place at

6    court?

7                ARBITRATOR:    That's a totally

8                different question.

9    BY MR. D'ANDREA:

10       Q.    Is that correct?

11               ARBITRATOR:    Now you have to put us in

12               the right time frame, which was did

13               anything happen between '98 and '01 and he

14               said yes.  I went back to Mr. Stover, I

15               asked him if there would be a written

16               agreement, Mr. Stover said no, just an oral

17               agreement.  Now you have to ask a different

18               question.

19   BY MR. D'ANDREA:

20       Q.    Was there any agreement beyond that?

21       A.    No.

22       Q.    And how did you understand the agreement

23   and your involvement prospectively with Barbara

24   Murphy?

25               ARBITRATOR:    Asked and answered.

1   BY MR. D'ANDREA:

2       Q.   Did you understand that you should have no

3   contact with her at the Toronto establishment?

4               ARBITRATOR:  Asked and answered.  He's

5           already testified that he had nothing to

6           do --

7   BY MR. D'ANDREA:

8       Q.   Did you plead guilty for having seen her at

9   the Toronto restaurant?

10      A.   That's what I tried to explain before.

11              MR. MCHALE:  I object.  The plea

12          agreement is in evidence.

13              ARBITRATOR:  He can say what else to

14          say.

15              THE WITNESS:  That's what I tried to

16          explain before when the good attorney

17          wanted me to give a yes or no answer and

18          I said it can't be answered yes or no,

19          that it was more involved.  I was

20          originally arrested for the charge of

21          stalking.  And I went back to court over

22          20 times and the prosecutor realized he

23          had no evidence.

24              What he did have was my letter from

25          March of 1998 that I had taken

1    Barbara Murphy's briefcase.  I mean, it's

2    clear-cut, there's no way of denying that I

3    took it.  I went and met with her attorney,

4    he told me that he had to give something to

5    the other side.  And he said that he was

6    going to prosecute taking her briefcase as

7    a felony unless I agreed to plead guilty to

8    a misdemeanor for taking her briefcase in

9    February of 1998, and also that I agreed

10   that I was in Toronto's and that I stared

11   at her.

12       I told them for three months that I

13   wouldn't agree to it that I stared at her,

14   that I hadn't done anything.  And he

15   finally gave me an ultimatum in February

16   that either I plead guilty to those two

17   charges or he would proceed on the felony

18   charge for taking her briefcase.

19       And my attorney advised at the time,

20   he said, you don't want to be charged with

21   a felony, it can go to a trial and you

22   don't know what's going to happen.  And we

23   had some discussion and he said that's how

24   justice is done, he said.

25  BY MR. D'ANDREA:

1    Q.    So you had to take the plea on the Toronto

2    case?

3        A.    I had to take that or get charged with a

4    felony and then take my chances with a felony.

5        Q.    So you always maintained that you never

6    stared at her at Toronto's?

7        A.    I didn't stare at her.  I had seen her many

8    times between 1998 and 2000.  I had seen her at

9    Brennan's a number of times.  I sat across from her

10   at a party this employee I was talking about, we sat

11   across from each other for two and a half hours.  We

12   were closer than I'm sitting from the judge's chair,

13   and she never objected to it.

14       Q.    And are there any extenuating circumstances

15   that you could raise with regard to this matter?

16       A.    You know, there was some talk about that

17   she had seen me in the Government Center.  I never

18   saw her on the 10th floor.  And I told them at the

19   meeting in January that I had seen her at the

20   elevator, that I was teaching a class on financial

21   policy in the Board of Finance conference room.

22   There are three chapters of the class and my part of

23   the class involved going to the first two.

24       I left after the second part.  I walked out

25   to the elevator, she was standing there.  I was

1    surprised to see her. ·I·walked past her to the

2    cafeteria. Was not going to get on the elevator with

3    her. If anything from the meetings with Mr. Stover

4    he said don't get on an elevator with her. I walked

5    past her, got my cup of coffee and got on the

6    elevator. ·And those are things I told the City in

7    January 2001.

8        Q.    Is there anything that you have to say in

9    your defense today, sir?

10       A.    At the time I was fired, you know,

11   Mr. Iadarola asked specifically of the City what are

12   the specific reasons you're firing him, and the reply

13   back to him is we don't have to tell you. I mean, we

14   are still at that point today.

15       Q.    Sir, did you collect unemployment

16   compensation while you were out of work?

17       A.    Yes, I'm still collecting unemployment·

18   compensation. I.applied for it, the City initially

19   fought it and I went through two hearings, and then

20   the City appealed it at the Board of Review,

21   the Board of Review ruled on it and I'm still·

22   collecting.

23       Q.    And was your case deemed to be an improper

24   discharge by the State of Connecticut?

25               MR. MCHALE:. I object.

1            THE WITNESS:  Three times.

2            ARBITRATOR:  There's an objection, you

3        cannot answer the question.

4            MR. MCHALE:  Mr. Vecchia testified his

5        discharge was ruled improper by the State

6        of Connecticut.  The State of Connecticut

7        doesn't make a determination as to whether

8        a termination is objectionable or not.  It

9        only makes a determination as to whether

10       unemployment compensation benefits will be

11       awarded.

12           ARBITRATOR:  Objection sustained.

13   BY MR. D'ANDREA:

14       Q.   Is there anything else, sir, you would like

15   to add in the matter of your discharge?

16       A.   No.

17           MR. D'ANDREA:  That's all the

18       questions I have on direct.

19           ARBITRATOR:  Cross-exam?

20           MR. MCHALE:  Nothing further.

21           ARBITRATOR:  You may step down.

22       Any further witnesses?

23           MR. D'ANDREA:  No further witnesses.

24           ARBITRATOR:  Any rebuttal from the

25       City?

MR. McHALE:   NO.

ARBITRATOR:   Let's go off the record
for a moment.

(Off record:  3:00 pm to 3:02 pm)

ARBITRATOR:   This arbitration is
concluded for today's purposes.   The panel
has ordered that briefs be postmarked on or
before December 9th, 2002, with reply
briefs postmarked on or before December
18th, 2002.

Mr. D'Andrea, I'm certain you can
explain to your client the procedure, but I
will take the opportunity to do that at
this point.

Mr. Vecchia, what will happen at this
point is that both parties have an
opportunity to submit their arguments,
legal, factual or otherwise, in writing to
the panel.   Those briefs must be postmarked
on or before December 9th.

The parties then can reply to the
contents of the briefs and those
briefs must be postmarked on or before

1  December 18th.  This panel then has 30 days

2  to meet in what's known as Executive

3  Session.

4      At that point in time we will meet, we

5  will go over our notes, we will address the

6  briefs and any issues that we deem

7  pertinent.  A decision unanimous or

8  otherwise would be made by the panel.

9      I then have 30 days to write a

10  decision.  I will endeavor to do it prior

11  to 30 days but it is around the holiday

12  time.  A written decision will be filed

13  with this board, it will be signed by my

14  fellow panel members and then circulated to

15  the Union and to the City.

16      Good luck to everyone.

17

18      (Hearing concluded:  3:04 pm)

19

20

21

22

23

24

25

VECCHIA2.TXT

```
---------------
        '
---------------
'00-'01 144:19
'01 171:10;
  172:18;
  173:1,16;
  177:24;
  183:13
'02 145:8;
  178:3
'02-'03 144:20
'97 120:10,11
'98 79:21;
  105:8,9,11;
  116:17;
  120:11,12;
  140:19;
  142:23;
  146:9;
  159:16;
  167:22;
  169:11;
  178:10;
  183:13
---------------
      -
---------------
-and- 1:9
---------------
      0
---------------
06051 2:11.5
06106 2:6
06109 1:3
---------------
      1
---------------
1 4:4,21;
  8:23; 10:13,
  15,16,25;
  11:2,9,16;
  12:8,11;
  47:24; 53:5;
  71:1
10 5:13;
  125:25;
  138:3,6,8,23,
  25
10/26/00 5:7
100 36:14;
  55:17
109 5:5
10:00 32:19;
  75:6
10:02 6:1
10th 5:9;
  45:1; 123:12;

186:18
11 4:6.5
11:05 53:22
11:11 44:11
11:21 53:22
12 4:15,23.5;
  15:2
121 3:7.5
123 5:7
124 5:9
129 3:10.5
12:23 115:10
12:26 115:10
12:31 118:18
12:39 118:18
12:48 128:16
12:50 128:16
13 4:8.5,25
132 5:10.5
134 5:12
139 5:13.5
14 4:10.5,
  12.5,14;
  48:25
14-month 157:4
140 3:13.5
145 3:14
15 4:12.5,17;
  5:2; 14:6;
  167:22; 179:9
156 3:16.5
158 3:17
15th 9:20;
  22:13; 42:1;
  49:23
167 3:19.5
180 3:22.5
18th 48:8;
  189:12; 190:1
19 4:13.5;
  15:15
191 191:7
1983 22:18
1992 15:15
1993 22:12;
  55:5
1996 22:19;
  23:2; 24:3;
  55:21
1997 9:18;
  10:16; 22:6;
  25:11; 27:25;
  57:9,17;
  59:9; 61:1;
  62:7; 65:2,7;
  91:16; 93:16;
  129:23; 130:3
1998 5:13.5;

12:17; 25:12;
  28:19; 29:11;
  35:6; 37:8;
  38:1,18;
  40:9,21;
  41:2; 42:1;
  47:7; 49:6;
  58:22; 59:8,
  9,22,23;
  61:1; 64:10;
  65:2,7,20;
  66:6; 67:18;
  68:6; 69:18;
  90:20,25;
  91:4,16;
  92:8; 93:11,
  16; 95:2;
  96:3; 102:3;
  104:17;
  105:14;
  106:23;
  110:13;
  112:4,14;
  126:17;
  127:21;
  137:21;
  138:6;
  140:22;
  150:11;
  180:17;
  181:13,15;
  182:5,21;
  183:1;
  184:25;
  185:9; 186:8
1998. 4:25
1999 133:3
19th 14:18
1:03 139:10
1:05 139:10
1:06 139:17
1:41 139:17
1st 4:8.5;
  13:6
---------------
      2
---------------
2 1:7; 4:7.5,
  24.5; 12:24;
  13:1,13,15;
  150:10; 152:6
20 91:4;
  184:22
2000 4:8.5;
  9:19; 10:17;
  13:6; 22:6;
  42:22; 43:8;
  45:19,24;

47:16,24;
  48:5,8,19;
  49:9; 50:7,
  11; 62:7;
  111:9;
  112:19;
  116:20;
  119:20;
  120:16;
  124:15;
  140:13,15;
  147:17;
  169:9;
  172:12;
  178:12;
  180:11; 186:8
2001 8:23;
  11:10; 48:13;
  134:5;
  169:10;
  180:10;
  182:2; 187:7
2002 1:14;
  4:10.5,12.5,
  13.5,15; 5:5,
  9; 9:21;
  13:19; 14:6,
  18; 15:2;
  22:13; 49:2,
  17,24; 50:22;
  107:6,8;
  108:22;
  109:6,10;
  111:12;
  123:12;
  189:10,12;
  191:14
2002-A-0842
  1:8.5; 6:5
2005 8:24;
  11:10
2006 191:23
20th 28:19;
  29:10; 35:6;
  43:3; 49:6;
  67:18; 68:6;
  69:18;
  106:23; 112:4
21 1:14;
  2:5.5; 191:14
21st 12:6;
  30:3; 32:7;
  40:9,21; 47:7
23 5:5; 109:9
234 191:4
23rd 49:2;
  108:22;
  111:12;
```

```
 113:23
24 4:25;
  5:13.5;
  12:17; 137:21
24th 150:11
25 73:12
25th 4:10.5;
  13:19; 41:2
2657 1:10;
  4:6,23;
  191:11
26th 45:19
28th 138:6
29th 47:16
2:02 151:3
2:06 151:3
2:30 29:12;
  73:20
2:44 179:12
2:50 179:12
--------------
       3
--------------
3 4:9.5; 5:1;
  13:24; 14:1;
  15:20,23;
  152:8,12
30 8:23;
  11:10; 50:22;
  106:2; 190:1,
  9,11
300 62:8
30th 10:16;
  47:22
31 191:23
31-91-38 52:14
38 1:2.5;
  191:13
3:00 189:5
3:02 189:5
3:04 190:18
--------------
       4
--------------
4 1:10;
  2:10.5;
  4:5.5,11.5,
  22.5; 5:3;
  14:10,12;
  84:11,18,20;
  152:8; 191:11
40-page 8:24
444 2:11
493-0870 2:6.5
4:00 75:10;
  81:23,25
4:30 32:11
4th 45:7
```

```
--------------
       5
--------------
5 4:13.5;
  5:4.5; 14:21,
  23; 109:13,
  15; 176:12
50 58:18
55 3:4.5
--------------
       6
--------------
6 4:15; 5:6;
  15:7,9;
  122:20,24;
  123:1; 124:5
6/30/00...
  4:6.5
6/30/05 4:23.5
60 47:2
6:00 76:10;
  77:2
--------------
       7
--------------
7 5:8; 44:12;
  124:6,9
7/1/01 4:23.5
7/1/97 4:6.5
76-year-old
  29:6
762 126:24;
  127:6
7th 49:17
--------------
       8
--------------
8 5:10; 132:2,
  4
84 5:3.5
860 2:6.5
8th 171:10;
  172:18
--------------
       9
--------------
9 5:11.5;
  133:21,23;
  135:25;
  136:18;
  137:4,6,14
9/11/99 5:12
90,000 22:15
91 50:22
92 144:20
9th 189:10,22
```

```
--------------
       A
--------------
a.m 6:1
ability 56:15;
  113:8
able 17:11;
  18:21; 20:5;
  56:10; 155:4
absence 8:12;
  48:1,22,24
absolutely
  122:4,16;
  162:19;
  163:18;
  167:20
academics
  93:13
accelerated
  123:9
accept 7:13;
  15:19; 26:2
acceptable
  163:17
accepted 7:18;
  25:16
accepting
  113:14
access 99:17
accompanied
  49:20
according
  167:22
account
  141:23,25
accounts
  180:18
accurate
  147:3; 191:8
accused 32:15;
  93:4
accusers 17:21
across 26:25;
  60:15; 186:9,
  11
act 120:16;
  173:16,17
acted 143:18
action 41:23;
  148:4; 149:5;
  162:2
actions 183:5
actively
  164:21
activity
  21:15;
  159:11;
  160:21;
```

```
  172:20
actually
  130:25;
  142:4; 148:19
add 182:16;
  188:15
addition 9:16;
  34:13
additional
  10:3
address 19:18;
  20:20; 79:14;
  117:3; 190:5
addressed
  161:4
adjacent
  158:5; 180:19
Administration
  4:8; 13:8
administrative
  24:4; 31:1;
  59:13;
  148:1;
  180:13; 182:3
admissible
  138:20
admission
  131:1,5;
  133:9; 148:25
admissions
  50:6
admit 96:10,15
admitted 41:9;
  96:1,6;
  149:1;
  174:16; 177:2
adopted 4:25;
  12:17; 150:11
advance 8:16
advantage
  100:19
advice 104:19,
  20
advise 95:11
advised 8:2;
  41:4; 81:17;
  185:19
advocate 1:16,
  16.5; 56:9;
  118:3; 180:25
afar 43:4
Affairs
  162:11; 165:9
affect 172:24
affidavit
  47:17
afield 136:19
```

VECCHIA2.TXT

afraid 83:3
AFSCME 1:10;
 2:10.5
AFSME 4:5.5,
 22.5; 191:11
afternoon
 35:6; 75:10,
 12; 78:24;
 79:2; 81:23;
 85:4; 129:6;
 156:9
agent 5:1.5;
 15:14,16;
 22:10; 32:15;
 40:2; 49:1;
 50:24; 51:11;
 55:5; 144:10,
 22
aggressive
 25:13; 26:16
ago 83:12;
 86:10; 135:4
agree 7:4,15;
 10:9,12;
 82:13,15;
 83:1; 87:4,7,
 18; 88:1,4;
 100:20,22;
 101:3; 185:13
agreed 41:24;
 87:16;
 159:21;
 161:3; 171:3;
 181:15;
 185:7,9
agreement 4:4,
 21; 7:1,3,9;
 8:16,20; 9:8;
 37:10,20;
 79:22,24;
 101:8,9,11;
 119:20,22,23;
 120:2,13;
 125:23;
 151:7,10,23;
 152:19;
 153:5,7,20,
 24; 154:5;
 155:13;
 158:23;
 159:1,2;
 160:23;
 163:15;
 167:21;
 169:4,11,12,
 15; 170:13,
 22,25; 171:2,
 4; 173:12;

181:10;
 182:4,6,23;
 183:16,17,20,
 22; 184:12
agreements 8:5
agrees 41:19
ahead 19:25;
 97:24; 176:9
ailment 42:8
Alice 57:11;
 58:4
Alive 24:18;
 25:5; 60:13,
 14; 61:4,7
allegation
 136:13
alleged 18:23;
 143:13
allegedly
 138:10
alleviate
 142:2; 162:15
allow 66:3;
 136:17
allowed 18:20
alluded 158:23
alone 27:17;
 37:6,15,18;
 41:19; 77:20,
 22; 89:8;
 94:20; 144:1,
 6; 146:2
already 25:23;
 28:24; 52:11;
 181:16;
 182:2,17;
 184:5
Amendment
 48:17; 52:9
Among 144:21
amount 135:2
Andrew 167:12
annoying 87:8
another 20:24;
 57:11; 128:9;
 151:20;
 154:6;
 164:15; 181:5
answer 10:23;
 48:18; 56:8,
 18,20; 57:8;
 63:19; 66:3;
 83:14; 89:16;
 92:3; 97:24;
 104:7,9,12;
 111:1,4,17;
 113:6,10;
 122:9;

154:16,25;
 155:1;
 170:15;
 175:8;
 176:21,24;
 184:17; 188:3
answered 86:9;
 100:8; 113:7;
 146:16;
 168:1; 172:6;
 175:2;
 182:11;
 183:25;
 184:4,18
answering
 56:2,14;
 73:22; 77:4;
 123:21;
 130:15;
 154:18;
 175:22
anticipation
 28:20
Antonio's
 64:11
anxiety 163:8
anybody 21:1;
 33:17; 127:8
apart 69:6;
 81:20
apologies
 131:13
apologizing
 36:11
apparently
 36:17; 46:8;
 165:14
appealed
 187:20
appearance
 108:25
APPEARANCES
 2:1
appeared
 109:9;
 111:12,15
appearing
 108:21
appears 122:11
applicable
 6:25
application
 123:9; 124:3
applied 187:18
applies 39:12
appointment
 35:17,21;
 73:2; 77:9;

78:23
appreciate 6:7
appropriate
 16:13; 20:13;
 41:23; 117:5;
 163:14
appropriately
 130:5,8,10
approval 145:5
approved
 58:16; 145:6;
 152:20;
 170:14
approximately
 112:6;
 144:20;
 156:25
April 37:8
AR 124:3
arbitration
 1:2; 138:18;
 189:7;
 191:10,13
ARBITRATOR
 6:3,12,17,19;
 7:5,12,15,24;
 8:3,17; 9:11;
 10:8,15,23;
 11:5,18;
 12:2,7,18,21,
 24; 13:10,13,
 22,24; 14:8,
 10,21; 15:7,
 20; 16:4,15,
 22,25; 17:17;
 18:1; 19:5,
 25; 20:8,18;
 21:5,9,11,24;
 51:13,17;
 52:4; 53:11,
 15,18,24;
 54:6,13,15,
 17,21; 56:4,
 7,16; 57:7;
 66:2; 79:18;
 80:1; 84:10,
 14,18; 90:17;
 92:2; 97:23;
 99:2; 100:8;
 103:23;
 109:11,13;
 111:2,17;
 112:7; 113:5,
 9,12; 114:24;
 115:3,8,12,
 16,18; 116:2,
 16,19,23;
 117:2,17,25;

118:5,14,24;
119:8,10,14;
120:12,24;
122:5,8,19,
24; 123:20,
25; 124:6;
125:8;
128:11,14,23;
129:4,6,10;
130:1,24;
131:8,13,25;
132:2;
133:10,18;
135:20,24;
136:17;
137:5; 138:2,
5,18; 139:5,
8,14,21,23;
140:2; 141:6,
9; 142:1;
144:25;
145:7,10;
150:22;
151:1;
154:15;
155:11,20,22;
156:1,7,9,15;
158:12;
166:3,7,10,
13,20,22;
168:2,15,18;
170:5;
174:15,20;
175:8,24;
176:2,6,9;
179:1,3,7,10,
17,19; 180:5,
8,24; 181:5,
16; 182:10,
17; 183:7,11,
25; 184:4,13;
188:2,12,19,
21,24; 189:2,
7
area 68:17,18,
19
arguments
136:22;
189:19
arise 20:21;
95:3; 101:23
arises 120:1
arising
112:13;
157:20
armed 176:25
arose 27:1;
82:11,12

around 6:5;
8:4; 32:19;
46:21; 47:3;
74:9; 79:2;
92:25; 125:6;
129:23;
130:3; 170:4;
190:11
arrangements
17:14
arrest 47:18,
24; 147:16,
24; 148:5,12,
16,18; 157:3;
172:21,24;
173:2
arrested
47:20; 74:3;
86:17; 169:2;
184:20
arrives 28:24
articles
132:16,17,19
asks 29:1;
34:3
asleep 29:11
assessor 32:1
assigned
22:18; 23:15;
46:1
assist 10:10
assistance
100:18
assistant
24:4; 31:1;
59:13;
140:16,17
assisted
115:20
associated
24:16
assone 39:25
assume 67:14
assuming
165:18
assurances
163:23;
164:2;
170:22,24
attached
149:21
attempting
10:8; 37:9;
152:17;
160:21
attend 24:20;
88:24; 162:20
attendance

8:4; 80:8;
163:24
attention
23:20; 30:22;
39:22; 50:4;
90:11; 94:25;
124:14;
157:21
attracted
60:25; 74:7,
11
attraction
23:7,10;
47:15
August 134:4,
5; 191:23
authenticated
138:21
authority 52:5
available
168:10
avid 38:9
avoid 159:18
avoided 160:5
awarded 188:11
aware 18:2,6;
20:16;
129:19;
167:4; 171:2;
174:24;
176:13,20,21;
177:11,14,17
away 25:9;
38:22,24;
42:15; 43:5;
45:4; 61:19;
63:2; 70:5,
25; 71:12,20,
21,25; 72:2,
8; 107:16,24;
117:10,24;
128:5;
146:17;
150:18;
166:23;
172:17
--------------
B
--------------
B-a-r-b-a-r-a
119:13
back 26:8;
29:19,25;
30:15; 33:8;
35:14; 40:15;
44:10; 47:6;
53:24; 62:15;
70:6,7,15,16,

22,25; 71:16;
76:2,24;
77:12; 83:12,
13; 96:3,22,
23; 97:4;
101:8; 105:4;
106:22;
115:12;
118:1; 127:4;
143:23;
144:3;
149:12,16;
158:9;
159:16;
161:2; 162:5;
179:19;
181:11;
182:4,21;
183:14;
184:21;
187:13
backed 98:4
background
81:19
backtrack
57:13
backward 27:11
bad 64:7;
70:18; 90:6
bag 34:17;
70:24
band 60:18
bank 71:14
bar 25:2;
26:6,25;
27:4,13,14,
21,24; 42:24;
43:1,11;
60:24; 62:23;
64:17; 90:8;
107:17,21;
124:21,25;
125:10,13;
175:14,17;
177:21
BARBARA 3:6,5;
5:3,6,8,5,
10,5; 16:10;
18:5,10,14;
20:3; 22:5,
16,18; 24:10,
11,24,25;
25:14; 26:18,
20; 27:17,20,
25; 28:17;
29:11,13,17,
20,22,25;
30:3; 31:16,

22; 32:7,25;
33:6; 35:24;
37:3,10,15,
17,22; 38:8,
19; 39:6,10,
24; 40:3,10,
18; 41:16;
42:3,7,18,23;
43:10,13,18;
44:1; 45:5,9;
46:10,17;
47:1,6; 48:4,
10; 49:4,16,
25; 55:11,12;
56:24; 58:4;
60:25; 62:3,
18; 63:23;
64:22; 66:14;
68:9; 69:16;
73:13,16,22;
74:8,16;
75:5,9;
76:21; 77:8,
12; 78:3,4;
79:23; 82:18,
22; 83:18;
85:2,17;
86:25; 87:9,
15,18; 88:2,
23; 89:8,9,
21; 90:10;
92:22; 93:4,
6; 94:23;
95:17; 96:8,
16; 97:7,9;
98:22; 99:7,
17; 100:12;
101:14;
102:7,24;
103:4;
104:16;
105:17;
106:18;
107:11;
110:12;
111:9;
112:14,19;
114:11;
117:1; 119:6,
12; 121:5;
128:20;
129:21;
130:20,23;
131:17;
136:15;
138:1,14;
140:23;
143:9,21;

145:18;
149:16;
162:5,9;
167:5; 180:4,
16; 183:23;
185:1
Barbara's
29:15; 75:2;
96:3
barely 33:21
bargain
177:19; 178:8
bargaining
4:4,21; 7:1,
2,9; 8:20;
9:8; 51:3
barroom 160:3
bars 143:1;
162:21
bartender
25:23; 26:1
bartender.
25:22
bartenders
27:16
based 17:9;
34:21
basically
17:8; 143:16;
148:23
basis 51:21;
102:9;
120:20;
157:13;
166:12,14
became 23:5;
26:15; 27:12,
14; 174:24;
175:19;
176:20,25;
177:11,14,17
become 60:25;
129:19;
157:11;
159:6;
176:13,21
bed 29:12,19;
30:1
beer 25:9;
66:6
began 24:1;
28:9
begin 92:7;
140:17
beginning
16:21; 40:15;
45:24; 48:5
begins 38:3

behalf 16:9
behavior
27:19; 32:17;
63:23; 65:9;
87:9; 90:6;
98:15;
109:21;
133:4;
142:25;
143:15
believe 11:21;
39:15; 60:4;
77:11; 87:20;
88:7; 92:19;
93:15;
107:20;
114:12;
117:10;
120:10;
123:14;
133:5;
136:23;
140:19;
141:9; 145:3,
5; 146:16;
147:21;
149:18;
150:6; 151:9,
11,14,18;
153:6;
167:12;
174:7,13;
176:16;
178:4,5;
179:7
believes 54:2
belongings
71:9
Ben 31:5,6,7,
11,15; 35:7,
11; 39:13,24;
41:17; 77:13;
78:16; 87:1;
88:18,20
benchmarking
51:2
benefit 122:8
benefits
188:10
best 21:20;
56:15; 113:8;
138:22;
162:23;
163:11; 165:5
better 117:22;
164:4
between 4:4.5,
21.5; 6:20;

8:20; 79:1,
22; 81:23;
119:23,24;
120:10,13;
146:25;
148:11;
151:7;
169:15;
172:2; 182:6;
183:13;
186:8; 191:10
Beva 178:5
beyond 183:20
bill 25:19;
40:11;
149:13;
151:6,15;
152:6,21;
155:17,19;
165:8;
169:20;
170:8;
171:10;
172:9;
176:11; 177:5
Bill's 174:18
bins 36:18
birthday
28:21; 66:8;
180:21
bit 22:2;
116:22
bizarre 26:21;
32:17; 33:15
board 1:2;
52:13; 145:5;
186:21;
187:20,21;
190:13;
191:12
book 35:17,21;
73:2
Boom 125:15,
16,17; 127:15
both 16:16;
17:1; 112:24;
113:2,15;
116:13,20,22;
152:19;
159:19;
170:13;
182:14;
189:18
bother 25:10;
42:17; 75:19,
21; 78:14;
114:13
bothered

42:12; 76:6,
7; 78:11,12,
14
bothering
30:20; 39:17;
95:20,21,24
bought 64:14,
15
boxes 46:14
break 53:22;
65:19; 66:19;
69:19;
115:10;
118:15,18;
139:10,17;
179:12
break-in
45:21; 49:6;
91:4; 130:17;
143:4,7
breakdown 33:1
breaking
127:23,24;
178:10
breathe 28:12
breathing 38:7
Brennan's
25:3,8; 26:6;
28:8,16,18;
37:23; 38:3;
42:19; 60:21;
61:6,8,18;
62:3,6,10,12,
19; 63:4,23;
64:12,13,16;
65:10; 66:7;
67:8,20,25;
89:25; 96:7;
102:16; 186:9
bridge 20:10
brief 115:1;
136:23
briefcase
30:4,7,13,24;
31:8,10;
32:10; 33:24;
34:14; 46:21;
66:15; 70:4;
71:13,19;
72:22; 73:23,
25; 74:2,18;
75:18,22;
76:16,25;
77:19; 83:23;
84:16; 85:8;
96:3; 110:12,
16; 130:22;
131:12,16,21;

132:9; 185:1,
6,8,18
briefs 189:9,
11,21,24,25;
190:6
bring 23:15;
76:2,3,4;
93:19; 121:19
bringing
149:12,16;
161:23; 162:5
brings 34:7;
36:8; 46:22
Britain 2:11.5
broke 50:2;
66:24; 68:25;
69:12; 71:5;
72:13; 76:19;
92:8; 106:21,
22; 112:13;
131:8; 148:23
broken 35:9;
41:10; 47:7,
11; 75:22;
143:17
brother 36:24
brought 26:13;
50:3; 76:9;
77:1; 83:24;
85:25; 86:4;
87:12; 90:11;
93:2,15;
153:23;
168:11
budget 144:14,
15,19,20,21;
145:2,6
building
117:16
bumping 94:22
bunch 30:9
business
30:11;
101:17,19
businesses
24:18
businesslike
101:25
buy 25:15;
58:11; 64:9,
12,17
buying 64:16;
66:8,12
---------------
C
---------------
cafeteria
187:2

calendar
34:10; 162:13
call 19:5;
28:12; 31:17,
20; 32:8,19;
44:11; 51:17,
19; 52:8;
56:12; 62:18;
74:15,20,21;
77:5,10,17,
18; 78:2;
81:22; 82:1;
87:3; 116:7,
13,24,25;
142:14,16;
153:14;
166:10; 179:5
called 24:18;
32:1; 35:11;
39:24; 52:24;
54:11; 73:16,
23; 75:4,5,9,
12; 77:7,11,
12; 78:3,4,
15,22,23;
79:3,5;
80:21; 81:1,
12; 90:15;
106:3; 119:6;
127:7,8,15,
16; 129:2;
139:19;
156:5;
166:18;
179:15;
180:11
caller 44:7;
126:22
calling 52:5;
77:7; 78:20;
115:22;
116:11; 157:1
calls 28:10,
11,14; 31:4;
36:1,23;
37:24; 38:4;
39:13; 42:20;
46:11;
104:11;
126:12;
128:2;
134:20;
153:25
came 34:5;
43:9; 73:20;
95:4; 108:4;
142:12;
145:18;

151:22;
158:6; 181:4,
6
candy 24:1,5,
6,8; 59:10,
20; 60:3
CANNING 1:16
cannot 85:20;
121:22; 188:3
car 27:9;
29:20,21,24;
30:3; 33:11;
34:20,23;
35:1; 41:10;
45:22; 47:7,
12; 49:6;
50:3; 61:21;
62:25; 65:19;
66:14,19,24;
68:25; 69:11,
17,22,23,24;
70:5,7,16,25;
71:5; 75:22;
91:5; 92:9;
94:4,5,12;
106:21,22;
112:14;
127:24,25;
128:1;
130:17;
131:9,11;
143:5,17;
178:10
care 17:6;
114:22
Carl 45:25;
121:15
carrying
46:20; 47:3
case 1:8; 6:4;
10:24; 18:20;
19:13; 21:14;
22:2; 50:20;
51:23; 52:1,
6; 56:13;
114:10;
116:7;
133:15;
153:15;
158:25;
162:12;
166:8,11,14;
168:8;
170:11,24;
171:9; 180:4;
186:2; 187:23
cases 170:23
Cassone 39:25;

40:3; 142:15
caucus 53:14
cause 7:21;
  63:11;
  147:23;
  148:5; 149:7,
  8; 163:7;
  176:25
caused 65:15;
  147:13,14;
  173:5
causing 30:19
caveat 136:18
cease 82:18;
  87:8; 105:17;
  146:19;
  148:24
cell 35:2,22
Center 43:4;
  45:1,8;
  48:12; 186:17
central 33:23;
  34:2
certain 189:13
certainly
  17:22;
  118:10; 139:8
certificate
  58:11,17;
  191:2
certification
  138:11
certify 191:7
cetera 11:20;
  154:5
chair 1:15.5;
  8:1; 27:1;
  117:9; 186:12
chairman 7:7;
  9:2,10; 10:6;
  11:13; 16:8;
  17:20; 19:24;
  20:12; 51:20;
  53:1,13;
  54:1; 84:12;
  118:20;
  121:11,21;
  122:21;
  125:3;
  128:12,18;
  129:24;
  130:6; 133:8,
  13; 134:15;
  137:3; 138:7;
  139:6,12;
  141:21;
  152:5; 166:5;
  174:17

chairs 107:20
challenges
  51:8
chance 37:2;
  79:17; 86:2
chances 186:4
change 94:3,5
changed 94:2
changing 170:2
chapters
  186:22
charge 112:18;
  184:20;
  185:18
charged 47:20;
  52:11;
  111:21,23,25;
  112:11,17;
  185:20; 186:3
charger 35:2,
  22
charges 63:13;
  112:24;
  113:3,15;
  114:21;
  123:7; 162:3;
  177:20;
  185:17
check 36:14;
  87:3
checkbook
  34:12; 72:25
chief 56:13;
  116:7; 166:14
children 23:5;
  134:11,12,16
Chilling 47:4
choice 31:24;
  41:10; 48:20
choose 87:13
chosen 48:6
Christ 127:18
Christmastime
  24:7; 59:16
CHRO 150:2,3;
  164:19; 165:1
chums 64:22
church 134:12
circulated
  190:14
circumstances
  101:24;
  105:11;
  117:6; 171:7,
  18; 186:14
cite 115:1
cities 144:14
city 1:8;

4:4.5,19.5,
  21.5,24.5;
  5:1.5; 7:12,
  20; 8:6,20;
  9:12; 11:22;
  12:8,11,15,
  24; 13:1,5,8,
  20; 14:5,17;
  15:16,20,23;
  16:1,17;
  18:1,2,6,19;
  20:8; 21:11;
  22:11,16,20,
  24; 24:15;
  31:1; 32:2;
  36:6; 37:18;
  39:5; 41:20,
  22,24,25;
  43:4; 44:25;
  45:25; 47:23;
  48:3,20,25;
  49:17; 50:5,
  13,22; 51:5,
  23; 52:4;
  55:4,9,12;
  57:15,19;
  58:16,20;
  60:15,16,21;
  62:1; 75:8;
  79:20,22;
  83:4,16;
  84:11,18,20;
  86:12,23;
  91:2; 92:25;
  93:15; 94:7;
  99:16; 103:3;
  104:4,20;
  105:7,12;
  106:23;
  107:1;
  109:13,15;
  115:14;
  116:3,8;
  120:16;
  121:12;
  122:20,24;
  123:1; 124:5,
  6,9; 132:2,4;
  133:21,23;
  135:25;
  136:18;
  137:4,6,8,14;
  138:3,6,8,23,
  25; 140:10;
  143:2; 144:9,
  13; 148:16,
  21,22;
  149:15,20,23;

150:1,9,10;
  152:6;
  156:22;
  157:12;
  159:16;
  162:4,21;
  164:18;
  165:12;
  166:8,9,15;
  167:6;
  169:12,21,22;
  176:12;
  180:3,7,11;
  182:7,24;
  187:6,11,18,
  20; 188:25;
  190:15;
  191:10
city's 4:16.5;
  6:11,23;
  11:8; 15:5;
  22:9,22;
  48:1,8,13;
  49:21; 50:1;
  90:11;
  100:18;
  104:14,22;
  141:24;
  151:15;
  163:14
civil 55:6;
  160:20,25;
  161:20,21
claim 165:14
claimed 49:22
claims 114:2,
  4; 149:20;
  150:5; 165:3,
  11
clarified
  116:10
class 186:20,
  22,23
clear 20:1;
  25:25; 69:15;
  131:7;
  135:24;
  143:24;
  144:4; 149:3;
  153:16;
  159:14,23,24;
  160:4,12;
  173:20;
  178:14;
  181:24
clear-cut
  185:2
clearly 11:16;

23:7; 143:15;
151:6,14;
153:10,17
clerk 22:17;
30:25
client 37:9;
54:7; 84:14;
142:5; 189:14
client's
133:19; 137:7
close 69:3,9,
10,13,20,21,
23; 173:21
closer 24:23,
24; 27:3;
186:12
CO 1:10
Co. 2:10.5
coffee 71:2,8;
187:5
coincidentally
44:13
COLANGELO
1:16.5
collect 187:15
collecting
187:17,22
Collective
4:4,21; 6:25;
7:2,9; 8:19;
9:8
color 60:6,8,
10
come 17:14;
36:2; 57:5;
73:21; 81:24;
90:10; 95:8;
117:7;
124:24;
140:22;
154:12;
157:21;
160:8; 170:18
Comerford 5:8;
123:13
comes 8:4;
29:13
comfortable
25:20; 142:7
coming 11:11,
14; 12:19;
124:1;
129:23;
130:4,9,11;
159:22;
162:13
commented
169:21

commenting
137:5
comments
153:22
Commission
191:22.5
commissioned
191:6
committee
23:1; 56:25;
57:10
committees
22:19; 23:14;
55:20; 56:1,
24
commonly 24:15
communicate
118:3
communicated
8:11; 51:5
compartment
34:16,18;
70:12
compensation
187:16,18;
188:10
complainant
143:23;
170:24
complainants
170:21
complained
95:18; 158:18
complaint
45:20; 96:21;
105:10;
121:9,16,18;
122:3;
140:23;
141:1,17;
142:8; 143:9;
145:17;
150:3; 164:17
complaints
146:8;
157:20;
170:18,20
complete 9:5,
8; 159:18;
191:8
completed
173:18
completely
160:5
complied
153:17
comprehensive
171:15

comptroller
58:8,16
computer 30:9;
35:3,23;
72:9; 76:12,
18
computer-aided
191:8
concern 73:24;
86:18,21;
158:7; 162:14
concerned
50:5; 83:15;
86:10; 88:10;
98:21,22;
104:23;
105:6,24;
126:11,13;
161:1;
172:22;
182:25
concerning
56:11; 79:23;
112:4; 120:9;
131:16;
136:5; 181:17
concerns
19:19; 157:24
concerts 60:14
conclude
164:10
concluded
189:8; 190:18
conclusion
163:10
conclusions
164:15
condition
103:19
conditions
146:15
conduct 25:12;
46:8,10;
49:9,11;
50:10,12;
52:11; 96:19;
101:6; 103:4;
111:8; 112:4,
13,18,19;
116:15,16,19;
120:4,10,21;
133:19;
136:4,8,14;
137:11,19,25;
140:24;
143:20;
150:15;
155:9;

177:20;
178:10,11
confer 150:25
conference
45:9; 95:9;
171:11;
186:21
confront
132:23
confuse 137:23
confusion
146:24
Connecticut
44:15; 87:24;
133:2; 170:1;
187:24;
188:6; 191:7,
14
consensus
120:5
consider
149:12
considered
161:23
considering
170:8
consistent
6:25; 44:20;
174:11
consisting
4:16.5; 15:4
contact 17:5;
18:5,9;
24:14; 26:15;
37:16; 42:2,
3,4,11; 43:6;
49:15; 50:9,
11,15; 82:22;
87:14,16;
88:2; 89:11,
20,22; 97:6,
9,16; 99:23;
101:13;
102:24;
104:21,24;
105:16;
106:7,9;
119:24;
134:13,17;
147:11;
159:19;
160:4; 165:8;
171:19; 184:3
contacted
162:10
contacts
26:13; 181:2,
7

contained
 177:1
contents
 189:24
contingency
 101:1
continue
 48:21; 80:1;
 135:3
continued
 43:12; 50:15;
 145:22,25;
 148:6,12
continuing
 48:1,6
contra 154:24;
 155:5
contract 8:9,
 24; 9:12,18,
 22,23; 10:7,
 12,15; 11:9,
 22
control 103:1;
 160:21
controversy
 146:21
conversation
 23:18; 74:10;
 77:16; 78:17;
 81:6; 87:22;
 88:15,16;
 104:3,16;
 149:19;
 157:12
conversations
 20:4; 43:7;
 88:17,18
convey 20:6
convicted
 52:10
conviction
 149:4; 157:4;
 173:4;
 174:23;
 175:20;
 176:25;
 177:12,15
cooperative
 143:16
copy 5:10;
 96:4; 111:14;
 133:6,11;
 135:18;
 152:10;
 176:12
Corporation
 40:1; 142:15;
 167:12

correct 7:14;
 55:6,10;
 59:1; 61:23;
 65:12,14;
 67:19,24;
 72:14; 77:23;
 78:5; 80:16;
 83:9; 84:2;
 85:1; 88:3;
 103:9;
 106:13,20;
 108:17,20;
 112:15,16,20,
 22; 113:11;
 121:7;
 124:19;
 138:12;
 148:13;
 167:23;
 173:11;
 175:21;
 183:10
corrected
 106:14
correctly
 75:25; 174:8;
 176:17
couldn't
 27:10; 33:16;
 36:19; 37:7;
 63:2; 70:22;
 103:2,18;
 104:9;
 106:17; 126:1
Council 4:5.5,
 22.5; 24:17;
 191:11
counseled
 153:23
counseling
 37:12,14;
 42:5,6;
 49:14; 82:4,
 11,14,16;
 87:5; 88:22,
 24; 100:14,
 21,23
country 125:1
counts 148:20
County 68:17
couple 19:14;
 22:19; 33:4;
 38:1; 55:19;
 146:12
course 61:24;
 80:14; 163:11
courts 177:22
cover 131:3

covered 181:19
covering 8:22;
 9:18
coworker 32:2;
 147:25
coworkers 24:8
crap 127:22
crazy 33:7;
 128:4
create 10:21
crime 50:10,
 12; 109:20;
 110:11,18,22;
 111:8;
 112:11,17
crimes 49:3;
 52:10;
 109:25;
 110:3; 157:5,
 24
criminal 17:4;
 45:19; 48:15,
 22; 49:5;
 50:6; 63:13;
 81:20; 109:1;
 111:24,25;
 112:12;
 114:9; 121:8;
 123:6; 162:3;
 178:10,11
cross 20:10;
 175:24
cross-country
 93:13
cross-exam
 115:16;
 139:5;
 145:10;
 158:12;
 188:19
cross-examina-
 tion 3:5,8,
 11,14,17,20,
 23; 52:25;
 56:12;
 115:17;
 116:5;
 128:11;
 145:14;
 158:15; 179:1
cross-examine
 142:6
crushed 76:19
CSR 191:4,19
CT 1:3; 2:6,
 11.5;
 191:19.5
culminating

 143:6
cup 71:1;
 187:5
cut 27:18
---------------
       D
---------------
D'Andrea 2:12;
 3:14,16.5,
 19.5,22.5;
 6:15,18; 7:7,
 23; 8:1; 9:2,
 10; 10:6;
 11:13,25;
 12:4,20,22;
 13:12,23;
 14:9,20;
 15:6,18;
 16:6; 17:19;
 19:24; 20:12;
 51:15,20;
 53:11,13,16,
 20; 54:1;
 84:12,17;
 109:12;
 115:17;
 118:20;
 119:16;
 121:11,21;
 122:21;
 124:4; 125:3;
 128:12,18;
 129:24;
 130:6,9;
 132:1; 133:8,
 13; 134:14,
 18; 137:3;
 138:7; 139:6,
 12; 141:5,7,
 11,21;
 142:10;
 145:11,16;
 150:20,24;
 151:5; 152:5,
 11,13;
 154:17,20;
 155:8,17;
 158:17;
 160:14,17;
 161:22;
 166:1,5,12;
 167:3; 168:3,
 7; 169:3;
 170:7,10;
 172:8;
 174:17,22;
 175:6,12;
 176:1,4,8,10;