staying 108:13
step 188:21
stepped 72:10,
  11; 76:18
still 33:19;
  35:4,10,22,
  24; 57:20;
  118:2;
  148:14;
  166:22;
  179:20;
  187:14,17,21
stole 75:22
stolen 96:2
stomach 39:18
stood 45:4;
  111:22;
  125:12,13;
  126:2
stools 43:11;
  107:16,17
stop 24:12;
  26:23; 38:25;
  39:1; 41:1;
  56:4; 59:24;
  63:5; 78:1;
  83:21; 97:8;
  101:18
stops 38:24
story 40:20;
  110:20,23;
  143:4
STOVER 3:12.5,
  18.5; 4:15.5;
  15:3; 40:11;
  41:2,15;
  90:16; 95:1,
  10; 96:2,18;
  97:21; 98:3;
  103:2; 104:5;
  105:4,15;
  106:13;
  139:19,25;
  140:9;
  141:15,17;
  142:12;
  165:8; 166:6,
  11,18; 167:4,
  24; 169:13;
  182:21;
  183:14,16;
  187:3
Stover's
  155:9;
  158:25;
  165:10
straight 67:17
strange 23:11;

26:21
Strate 45:25;
  46:3,12,16,
  22; 47:17;
  121:15
street 2:5.5,
  11; 60:15;
  97:18
streets 68:14
stress 30:20
strong 66:11
stuck 44:18;
  74:9
stuff 35:13;
  41:11; 70:14;
  127:12,25
stupid 70:6
subject 47:4;
  52:24; 63:13;
  132:21,22;
  160:7; 181:6
subjects 181:4
submission
  6:11,16,23;
  7:10,13; 9:3;
  15:19
submissions
  16:3
submit 9:16;
  37:13; 42:6;
  51:14; 189:19
submitted
  8:15; 9:9;
  150:10
subpoena 88:13
subpoenaed
  17:2; 52:18;
  121:6; 129:17
subsequent
  48:11; 145:8;
  157:4; 164:6;
  178:15
subsequently
  48:19; 158:9
substantially
  141:1,19
sufficient
  149:10;
  174:19
sufficiently
  17:9
suggesting
  19:20
suggestion
  18:15;
  100:17;
  163:20;
  165:15

suggests
  117:13
suits 150:1
summer 38:18;
  57:16
Sunday 35:5;
  77:3,17,24;
  78:15; 79:1
Superior 47:18
superiors
  167:19
supervisors
  51:3,7
supervisory
  4:5,22; 8:22;
  22:10
supply 171:15
supports 51:24
supposed
  125:22,24
surprise
  180:21
surprised
  50:16; 58:19;
  77:10; 78:10;
  108:9; 187:1
surrounded
  112:18
surrounding
  49:5; 137:19;
  172:1
suspected
  33:17
suspend 120:17
suspended
  49:13
suspension
  147:12,13,21;
  157:7
suspicions
  31:14
sustained
  188:12
swallowed 32:7
swear 119:2
sworn 5:11.5;
  21:8; 54:12;
  119:7;
  121:14;
  129:3; 133:2,
  6; 139:20;
  156:6,10;
  166:19;
  179:16
sympathetic
  40:23
system 57:16,
  20,22

---------------
        T
---------------
T-shirts 93:15
tab 25:17,23;
  26:2,3
table 107:19;
  118:1
talked 75:15;
  76:21; 79:7;
  97:17;
  101:15;
  143:10
tampons 34:11
tape 75:1
tax 32:1;
  72:24
taxes 71:14
teaching
  186:20
tear 71:22;
  72:1,5
tearing 71:20
tease 24:10
telephone
  126:12
tells 35:8,18
Ten 89:6
term 87:13,21;
  101:10
terminate
  120:18;
  177:8;
  178:16,20
terminated
  9:19,25;
  150:16;
  175:17;
  180:10
termination
  1:10.5; 8:14;
  22:14;
  135:22;
  136:4; 144:7;
  145:9; 167:9;
  188:8
terms 93:20;
  148:16;
  149:10;
  159:14,17,18
terrorism
  21:25; 22:3,8
terrorized
  22:5; 44:24
test 55:7
testified
  17:25; 54:13;
  76:16; 90:13;

104:2; 119:8;
120:8; 124:1;
129:4;
138:14;
139:21;
155:11;
156:7;
165:23;
166:20;
179:17;
182:18;
184:5; 188:4
testify 17:11,
15; 21:2;
51:22; 52:2,
20; 54:4;
115:5;
116:14;
157:2; 177:5
testifying
20:23; 63:14;
111:14
testimony
16:12,21,23;
18:14; 53:3,
9; 56:11;
64:21,23;
65:6,10,17,
18; 66:19,21;
68:24; 75:23;
110:22,23;
116:9; 118:6,
23,25;
119:19;
141:14,22;
142:3;
163:19;
165:10;
167:22;
169:13;
172:14;
174:12,18;
177:8; 179:8;
181:17;
182:8,14
thanked 25:24
theft 32:16;
49:6; 55:23;
110:16
there's 6:19;
24:14; 29:14,
20; 51:8;
52:8,13;
81:20; 84:8;
100:7;
110:20,21,23;
133:16;
138:11;

171:3;
176:11;
180:18;
185:2; 188:2
thereafter
89:21; 114:13
therefore
17:13; 133:20
thing 30:17;
39:11; 64:7;
70:6; 101:4;
125:1; 127:2,
21; 163:11
things 24:12;
30:6; 34:13,
15,17; 35:1,
10,23; 36:17;
37:21; 44:21;
46:6; 66:16;
70:4; 71:15,
19,20; 72:5;
76:2,20,24;
79:13; 83:18;
106:15;
128:1; 143:3;
187:6
thinking
31:23; 126:10
thinks 33:4,20
Thomas 4:7.5,
12; 13:7;
14:6
though 174:7
three 29:8;
49:13; 58:6;
80:15;
107:18,19;
146:10,12;
158:4,6,18;
185:12;
186:22; 188:1
three-year
21:15; 22:5
threw 36:17;
72:8,16;
76:20
throughout
157:12;
161:15
throw 71:12,
20,25; 72:2
throwing 71:21
thrown 85:17,
19
Thursday
24:19; 25:4
tie 11:23
today 18:7;

20:24; 21:23;
22:7; 32:12;
62:2; 63:14;
99:15; 121:5;
129:16;
181:14;
187:9,14
today's 189:8
together
64:10; 65:1,
13; 112:21,
23; 113:1,4;
114:22;
158:23
Tom 39:25;
40:1,3;
142:15
took 30:23;
31:18; 35:13;
41:11; 48:16;
55:6; 66:15;
70:4; 75:1;
76:16;
104:25;
143:13;
172:2;
176:14; 185:3
top 69:7
topic 157:12
tore 76:17
torn 34:10
Toronto 184:3,
9; 186:1
Toronto's
42:24; 43:9;
44:3; 48:11;
49:9; 107:7,
18; 108:19;
109:20,21;
110:19;
111:8;
112:20;
124:15,21;
125:9; 126:6;
149:2; 172:2,
11,25;
173:10;
174:4;
175:14;
176:15;
177:2,16,21;
178:12;
185:10; 186:6
total 135:1
totally 183:7
touch 27:5,6;
38:15
toward 140:24;

159:22
towards 23:7;
46:9,10;
63:23; 87:9;
90:6; 124:23,
24; 136:13,
14; 137:11;
143:20;
150:15
TOWN 2:4
traditional
7:10,17
trained 39:8
training 57:19
transcript
5:4.5; 10:20;
109:8,24;
113:25;
114:24
transcription
191:9
transpired
102:13; 169:8
trash 36:18;
72:16; 76:20;
85:18
treated 42:8
tremendous
144:16
trespass 49:5;
111:24; 114:9
trespassing
111:25;
112:12
trial 185:21
tried 39:14;
102:25;
184:10,15
trip 85:9
trips 85:13
true 62:5;
96:1,6,9;
99:22,24,25;
100:3;
102:15,18;
103:5; 106:5
trunk 34:16;
70:10
try 25:15;
27:2; 162:15,
18,22; 170:19
trying 142:1;
146:1; 155:2;
164:3,7
Tuchinardi
42:25; 43:22;
124:18,22;
125:2,11,15

turn 68:14;
  94:25;
  124:13;
  125:6;
  126:15,19,21;
  159:23
turned 23:19;
  126:16
turns 105:3
twelve 46:25
twice 107:21;
  108:2
twist 123:24
two 6:20;
  10:9; 37:21;
  42:16; 44:22,
  24; 45:3;
  49:3; 58:25;
  69:22,23;
  96:25;
  102:12;
  107:19;
  114:21;
  120:18;
  146:10;
  148:20;
  150:20;
  157:5,24;
  178:9;
  181:12;
  185:16;
  186:11,23;
  187:19
type 130:25;
  153:25
types 71:15;
  143:2;
  153:13,14
---------------
        U
---------------
ultimately
  8:13; 22:12
ultimatum
  185:15
unable 118:22
unabridged 9:6
unanimous
  190:7
uncle 127:9,12
unclear 146:6
uncomfortable
  23:25; 65:5,
  16; 175:16
undated 5:3.5
under 17:6;
  40:5; 63:14;
  140:2; 150:7;

160:8;
  166:22;
  179:20
understand
  21:18; 43:21;
  63:14,16,17;
  75:24;
  101:11;
  111:13;
  117:15;
  124:17;
  148:10,14;
  151:6; 154:4,
  23; 155:1;
  164:4; 168:5,
  15; 173:3;
  183:22; 184:2
understandably
  43:19
understanding
  55:3; 82:23,
  25; 136:1
understood
  26:4; 137:17;
  151:9,12,14;
  159:25;
  171:3,4;
  183:3
unemployment
  187:15,17;
  188:10
unfair 177:9
unfortunate
  22:2
Unfortunately
  23:18
union 1:16.5;
  2:9.5; 4:5.5,
  16,22.5;
  6:12; 7:5,16;
  8:22; 9:2,15;
  11:5,10;
  12:18; 14:18;
  15:4; 16:4;
  17:17; 41:4,
  6; 49:19;
  51:6,9,13;
  53:25; 54:1;
  95:11; 116:4;
  118:20;
  122:20;
  143:11;
  161:17;
  168:4,9,10,
  13,17,19,22,
  25; 169:5,10,
  14,17,18;
  179:3; 190:15

Union's 6:16;
  7:10,13,16;
  10:12; 17:20
Union/David
  4:14
unit 51:3,7
unknown 69:18
unless 20:20;
  185:7
Unlike 45:2
unlikely 20:5
unnecessary
  63:12
unruly 27:19
until 19:1,21;
  25:16;
  104:25;
  148:19;
  168:24;
  177:21
unusual 30:21
unwilling 7:12
up 11:22;
  19:3,17;
  24:22; 25:7;
  26:13; 27:1,
  24; 28:13,16;
  29:22; 32:13;
  34:10; 35:9;
  38:3,7,14,16,
  21; 42:18;
  44:9; 47:22;
  71:20,22;
  72:1,5; 73:9;
  76:17,19;
  83:24; 87:12;
  91:3,6; 92:7,
  9; 93:2;
  104:25;
  107:1; 108:7;
  127:12;
  130:2;
  155:14;
  160:8; 181:4,
  6
upcoming 28:20
updated 15:14
upset 30:5;
  42:13; 75:20;
  86:6
using 52:1;
  57:19; 87:10
utilize 168:21
---------------
        V
---------------
V-e-c-c-h-i-a
  129:9

Va-chee-a 7:21
Valentine's
  24:7; 59:18
variation
  6:20,22
variety 141:13
various
  134:11;
  169:22
Vecchia 1:10;
  3:3.5,9.5,
  21.5; 4:7.5,
  9.5,11.5,14;
  5:11.5,13;
  7:24; 13:9,
  21; 14:7,19;
  16:10; 17:2,
  11,15; 18:4,
  9,13; 20:2;
  21:3; 22:4,9,
  20; 23:3,4,
  11,21; 24:1,
  11,22; 25:7,
  24; 26:9,24;
  27:16,23;
  28:15,23;
  30:18,23;
  31:13; 32:9,
  22; 33:5,25;
  35:12,16;
  36:1,7,9,21;
  37:11,12,22;
  38:2,14,21;
  41:3,9,25;
  42:2,17;
  43:3,9; 44:1,
  19,25; 45:11;
  46:4,5,12,13;
  47:5,20,25;
  48:15,16,21,
  23; 49:3,19,
  23; 50:14;
  51:19; 52:2,
  10,16; 54:11,
  19; 55:3;
  56:3,23;
  59:21; 61:25;
  63:11; 69:11;
  76:15; 78:1;
  83:3; 84:9,
  24; 85:16;
  104:22;
  106:5;
  108:21;
  109:9; 111:7;
  114:18;
  117:23;
  121:9; 122:4;

123:6;
124:20;
125:11,16;
126:2; 129:2,
8,16,20;
133:1,17;
134:2; 136:9;
137:22;
138:17;
142:24;
143:11,14,20,
25; 146:3,4,
11,13,14;
147:2,4,13;
148:2,19;
149:12,16;
150:14,17;
151:7,9,22;
152:3,17,25;
153:16;
157:23;
158:8,22;
159:4,10;
160:19,23;
161:17,24;
162:1,5,19;
163:22,24;
164:8,14;
165:20;
167:19;
168:11,25;
169:7,12,18;
171:2,12,15,
18,23; 172:3,
10,15;
174:25;
175:18;
178:6,8;
179:15,20;
180:1; 188:4;
189:17;
191:12
Vecchia's
17:4; 25:12;
26:15; 32:4;
44:14; 46:5,
8; 51:4;
140:24;
145:21;
147:19;
148:12;
150:12;
157:3; 158:5,
19; 159:7;
160:8;
162:12;
167:8; 168:8;
178:17

vehicle 143:7
Vek-kia 7:23
vent 39:14
verbal 167:21
veteran 98:8
victim 18:9,
19; 19:11;
39:9; 114:10
victims 18:24
Victor 140:1;
180:21
victory 54:20
Vietnam 98:7
view 19:11
viewed 148:17,
18
violated
17:23; 54:3;
148:23;
149:8;
150:18;
160:20,25;
173:12;
175:11
violating
172:16
violation
49:25; 112:3;
153:10;
155:16;
176:14
VISENTIN
191:4,18.5
visiting 45:7
voice 26:19;
47:5; 123:21;
130:2,14
voluntarily
122:3; 173:23
voluntary 5:6;
121:14
volunteered
57:11; 58:4
voyage 68:9
---------------
W
---------------
W-2 71:14
wait 118:13;
122:5; 172:19
waited 125:25
waits 32:18
waived 168:16,
18.
walk 27:9;
29:1; 33:22;
43:5; 45:4;
70:15

walked 44:2;
45:11,12;
70:5,6,25;
125:12;
126:2;
186:24;
187:1,4
walking
159:22;
160:1,2
walks 29:2
wanted 46:5,7;
73:23; 82:3;
93:18; 95:5,
7; 100:24;
103:12;
105:2; 144:1;
159:4;
162:18;
171:1;
180:12,14;
184:17
wants 37:6;
56:12
war 98:8
warn 148:6
warning 159:10
warrant 47:18
Washington
36:22; 87:25
watch 135:9
watching 33:2
water 61:19;
94:12
way 23:11;
26:8; 36:18;
41:22; 44:13;
52:22; 97:19;
101:2; 115:5;
126:3;
143:18;
144:5; 148:6,
9; 154:6;
159:4,23;
164:15,21;
185:2
week 45:6;
95:6; 145:3;
178:19
weekends 98:2
weeks 33:4;
96:25
weight 11:20;
136:20;
137:14
welcome
175:23;
178:23

well-known
38:9
west 44:15
Wethersfield
1:3; 191:13
whatever
19:15; 29:24;
36:15;
105:10;
124:25;
125:19; 127:9
whatsoever
102:24
Whenever
21:24; 26:25
whereby 162:19
wherever 103:1
whether 6:13;
11:6; 20:23;
34:3; 67:13;
68:22; 76:23;
82:10;
115:21;
116:8,10;
120:1;
131:15;
137:18;
146:22,25;
155:15;
161:25;
169:18;
173:25;
174:1; 188:7,
9
whichever
16:16
who's 8:2;
36:21; 55:11
whole 40:20
wife 46:5;
73:20,24;
74:6,23;
92:24;
127:10,13
will 10:25;
11:22; 15:20;
16:12,20;
20:2,5; 23:8;
36:15; 37:16;
53:18; 56:10;
79:15; 85:22;
113:5;
115:21;
116:11,13;
117:7;
123:11;
125:21;
136:21;

137:15;
138:3; 142:8;
164:11;
179:8;
188:10;
189:15,17;
190:4,5,10,
12,13
WILLIAM
 3:12.5,18.5;
 4:15.5; 15:3;
 139:19,25;
 166:18
willing 15:18
Wilton 44:13;
 127:5
wish 142:10
within 15:16;
 146:10,11;
 178:19
without 12:4;
 18:12; 25:18;
 52:1; 67:23
witness 19:6;
 20:9; 51:18;
 52:6; 53:7;
 54:8,11,16,
 19; 56:6,14;
 57:9; 66:5;
 84:6; 90:19;
 92:2; 97:25;
 99:3; 100:10;
 103:25;
 111:19;
 113:7,11;
 115:15;
 117:9;
 118:22;
 119:6,12;
 121:22,23;
 122:10;
 123:20,23;
 125:4,6,9;
 128:9,19,21,
 25; 129:2,8,
 25; 130:3,8,
 11; 134:16;
 139:4,19,25;
 142:4;
 144:24;
 145:1,8;
 150:23;
 152:12;
 154:7;
 155:11,24;
 156:1,5,13;
 157:2;
 160:12;

161:13,14;
165:25;
166:18;
168:17,23;
172:4;
175:10;
176:3,5;
179:15;
180:6,9;
181:3,7,19;
182:12,19;
184:15; 188:1
witnesses 3:1;
 16:11,16;
 17:23; 19:16;
 21:8; 52:15,
 17,24; 53:3,
 4; 116:14,23;
 170:3; 179:4;
 188:22,23
woke 44:9
Wolcott 1:2.5;
 191:13
woman 23:22;
 46:17; 73:22,
 24
woman's 47:12;
 130:17
women 158:4
word 22:1;
 87:10,11
words 23:24;
 36:10; 80:19;
 105:23,25
work 22:21;
 23:1,13;
 26:9,14;
 30:10,12;
 31:7,9;
 38:11; 42:3,
 4; 47:22;
 55:19; 56:1,
 23; 73:19,20;
 93:24,25;
 94:3; 97:20;
 98:2,15;
 99:18,24;
 101:21;
 102:4; 103:4;
 105:1;
 106:12,18;
 147:1;
 149:13,17;
 158:1;
 161:24;
 162:1,6,17;
 163:9; 164:8,
 14; 171:6;

187:16
worked 23:16;
 55:15,16;
 62:10; 91:19
working 22:24;
 30:8; 57:10;
 102:5; 106:2;
 127:9
workplace
 26:8; 97:7,
 10,11,13;
 98:10; 100:5;
 101:14;
 103:7,8;
 104:19,24;
 106:10,15;
 114:12;
 144:5,6;
 146:18,19;
 147:5; 157:5;
 159:20;
 160:9,22
works 142:19
world 108:6;
 127:16;
 170:16
worried 39:19;
 43:20; 86:12
worry 125:17
worth 138:21
wreck 40:19
write 57:12;
 123:7; 190:9
writing 79:24;
 151:24;
 152:19;
 154:5;
 155:14;
 162:18;
 170:13;
 189:20
written 67:15;
 83:19; 101:8;
 105:5;
 145:17;
 165:15;
 170:22,25;
 182:22;
 183:15;
 190:12
wrote 58:15;
 84:1,7,15,24;
 85:11; 124:2;
 127:4
---------------
       Y
---------------
Yankee 34:17

yard 127:25
year 22:1,15;
 49:2; 134:4;
 140:21;
 142:24;
 144:13,14,17
year's 144:19
yearbook 5:10;
 46:24; 131:19
years 27:23;
 42:16; 44:22;
 45:3; 49:13;
 55:15; 93:10;
 102:12;
 106:2; 112:6;
 156:25;
 181:12
yell 26:17
yelled 33:5
yelling 64:2;
 65:17
yourself 36:3;
 94:15; 151:7;
 172:18
---------------

---------------

------------
 191:18
------------

------- 191:18

191

1

2                              CERTIFICATE

3

4          I, SANDY K. VISENTIN, LSR, CSR #234, Registered

5    Professional Reporter and Notary Public, duly

6    commissioned and qualified in and for the State of

7    Connecticut, do hereby certify that the foregoing 191

8    pages are a complete and accurate computer-aided

9    transcription of my original notes taken in the

10   Matter of the Arbitration between CITY OF

11   STAMFORD and AFSME COUNCIL 4, LOCAL 2657,

12   (Grievant: David Vecchia), held at Board of Mediation

13   and Arbitration, 38 Wolcott Hill Road, Wethersfield,

14   Connecticut, on October 21, 2002.

15

16

17

18      11-4-02                  Sandy K. Visentin
       _____              _____
       DATE                     SANDY K. VISENTIN
19                              CSR, RPR and Notary Public
                                CT Lic. #SHR.234
20

21

22

     My Commission Expires:
23   August 31, 2006

24

25