# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA E MURPHY<br>Plaintiff | CIVIL NO<br>3:03 cv 00519 (MRK) |
| v | |
| THE CITY OF STAMFORD AND<br>DAVID VECCHIA<br>Defendants | May 12, 2004 |

ANSWER OF DAVID VECCHIA

The defendant DAVID VECCHIA, hereby files its Answer to the Plaintiff's Request for Admissions of October 29, 2003 and April 6, 2004

1. Defendant admits the allegation of par. 1.

2. Defendant agrees in part to para 2; Supervisory position for the purchasing mission with no authority to discipline, promote, or increase wages of employees.

3. Yes

4. Yes

5. Yes

6. Defendant Vecchia denies making sexual advances to Murphy.

7. a. Defendant Vecchia denies asking Murphy to lunch.

7 b. Defendant sent candy one time

7 c Defendant has no knowledge of this allegation.

7 d Defendant has no knowledge of this allegation,

8 Defendant denies par. 8.

9  Defendant denies para 9.

10 Defendant denies para 10

11 Defendant denies para 11.

12 Defendant denies para 12 in 1997 and 1998 and admits to one time.

13 Defendant has no knowledge and leaves Plaintiff to her proof.

14 Defendant has no knowledge and leaves Plaintiff to her proof

15 Defendant has no knowledge and leaves Plaintiff to her proof

16 Defendant has no knowledge and leaves Plaintiff to her proof

17 Defendant has no knowledge and leaves Plaintiff to her proof

18 Defendant has no knowledge and leaves Plaintiff to her proof

19 Defendant has no knowledge and leaves Plaintiff to her proof

20 Defendant has no knowledge and leaves Plaintiff to her proof

21 Defendant admits to para 21.

22 Defendant has no knowledge and leaves Plaintiff to her proof

23 Defendant has no knowledge and leaves Plaintiff to her proof

24 Defendant has no knowledge and leaves Plaintiff to her proof

25 Defendant does not understand the question

26 Defendant does not understand the question.

27 Defendant has no knowledge and leaves Plaintiff to her proof

28 Defendant has no knowledge and leaves Plaintiff to her proof

29 Defendant has no knowledge and leaves Plaintiff to her proof

30 Defendant has no knowledge and leaves Plaintiff to her proof

31 Defendant has no knowledge and leaves Plaintiff to her proof

32  Defendant has no knowledge and leaves Plaintiff to her proof

33  Defendant has no knowledge and leaves Plaintiff to her proof

34  In April, 1998 at recommendation of legal counsel.

35  a-e; Defendant has no knowledge and leaves Plaintiff to her proof

36  a-d; Defendant has no knowledge and leaves Plaintiff to her proof

37  Defendant has no knowledge and leaves Plaintiff to her proof

38  a-Defendant admits to on or about March 20, 1998.
    b- Defendant has no knowledge and leaves Plaintiff to her proof
    c- Defendant has no knowledge and leaves Plaintiff to her proof
    d- Allegations are confused; Admit to criminal trespass in entering car
    at Plaintiff Murphy's home,
    e- Same as 38d
    f- Defendant admits to taking things from Murphy's car.
    g- Defendant has no knowledge and leaves Plaintiff to her proof
    h- Defendant has no knowledge and leaves Plaintiff to her proof

39  Defendant admits to para 39

40  a-d Defendant admits to 40 a-d

    e- Murphy"s response was it did not bother her, she had done things she
    regretted.

41  a-b Defendant has no knowledge and leaves Plaintiff to her proof Defendant has no
    knowledge and leaves Plaintiff to her proof

42  Yes

43  Yes

44  Yes to a through h; Sentence I through j Defendant has no knowledge and leaves Plaintiff to
    her proof; k Yes

45  Defendant has no knowledge and leaves Plaintiff to her proof

46  Defendant has no knowledge and leaves Plaintiff to her proof

47  Defendant has no knowledge and leaves Plaintiff to her proof

48  Defendant has no knowledge and leaves Plaintiff to her proof

49  Yes

50  Defendant Vecchia admitted to breaking into Murphy"s car.

51  Defendant Vecchia agreed to have no contact with Murphy at work,

52  City suggested I utilize the Employee Assistance Plan.

53  Correct

54  Defendant has no knowledge and leaves Plaintiff to her proof

55  Correct and there was no agreement to do so.

56  Defendant has no knowledge and leaves Plaintiff to her proof

57  Correct and there was no agreement to do so.

58  Defendant has no knowledge and leaves Plaintiff to her proof

59  Disagree and leave Plaintiff to her proof

60  Deny; and leave Plaintiff to her proof

61  Defendant has no knowledge and leaves Plaintiff to her proof

62  Complaint is an allegation; Information is not true.

63  Deny and leave Plaintiff to her proof.

64  Defendant has no knowledge and leaves Plaintiff to her proof

65  Deny and leave Plaintiff to her proof.

66  Admit to being at bar and seeing Murphy. Sat at opposite end of bar from her.

67  Deny and leave Plaintiff to her proof.

68  Deny and leave Plaintiff to her proof.

69  Defendant has no knowledge and leaves Plaintiff to her proof

70  No

71  Yes and charges were dismissed.

72 Exhibit 4 are unproven allegations.

73 Deny

74 Yes

75 Defendant has no knowledge and leaves Plaintiff to her proof

76 Defendant has no knowledge and leaves Plaintiff to her proof

77 Defendant has no knowledge and leaves Plaintiff to her proof

78 Deny

79 Deny

80 Defendant admitted to sending candy once.

81 Deny

82 Deny

83 Deny

84 Deny

85 Deny

86 Deny

87 Deny

88 Yes

89 Yes

90 Yes

91 Yes

92 Yes

93 Deny harassing Murphy

94 Defendant has no knowledge and leaves Plaintiff to her proof

95 Defendant has no knowledge and leaves Plaintiff to her proof

96 Defendant has no knowledge and leaves Plaintiff to her proof

97 Defendant has no knowledge and leaves Plaintiff to her proof

98 Defendant has no knowledge and leaves Plaintiff to her proof

99 Deny

100 Deny

101 Deny

102 Deny

103 Deny

104 Defendant has no knowledge and leaves Plaintiff to her proof

105 Deny

106 Deny

107 Deny

108 Deny

109 Deny

110 Deny

111 Defendant has no knowledge and leaves Plaintiff to her proof

May 12, 2004

*[signature]*

Defendant
David Vecchia
PO Box 159
West Redding, CT 06896

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED, POSTAGE PAID, THIS 12TH DAY OF May, 2004 TO THE FOLLOWING;

Law offices of Elisabeth S Maurer, PC
871 Ethan Allen Hwy, Suite 202
Ridgedale, CT 06877


James V Minor
Assistant Corporate Counsel
City of Stamford
888 Washingtpm Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia
Defendant
Pro Se