lawyer [1]
   112:11
lay [1]
   106:22
laying [1]
   89:17
layout [2]
   88:14; 89:9
learn [1]
   34:14
leave [43]
   23:1, 3, 7; 25:2, 15, 18; 32:7,
   9, 13; 33:16, 22; 35:9; 37:13;
   39:5, 7, 15, 18; 40:14; 41:3,
   5, 15, 21, 24; 42:8; 46:3;
   47:4, 10; 48:2; 56:2; 58:10;
   59:10; 63:3; 64:8; 79:8, 15;
   82:12; 91:12; 97:16, 19; 98:3;
   99:18; 109:23; 110:2
leaving [3]
   24:1; 54:24; 108:22
leeann [3]
   2:3; 119:3, 23
left-hand [2]
   91:15; 82:9
jal [2]
   13:22; 108:9
length [1]
   67:23
let's [16]
   12:11; 35:14; 39:14; 43:22;
   44:11; 48:16; 51:16; 52:20;
   68:16; 76:19, 22; 86:15, 22;
   88:10; 92:2; 94:16
letter [11]
   24:3; 59:22, 25; 60:15;
   100:10; 103:9; 105:14;
   109:10, 18; 111:17
letters [1]
   98:22
lg [1]
   118:19
licensed [1]
   12:5
lieutenant [2]
   51:12; 52:2
life [2]
   91:10; 96:13
liked [2]
   84:25; 116:14
limitations [1]
   104:5
line [2]
   60:24; 87:3
lips [1]
   79:24
list [1]
   12:15
listed [1]
   27:24
lived [1]
   86:10
living [1]
   52:6
lobby [1]
   12:14
locate [1]
   49:10
located [2]
   77:1; 117:1
locked [1]
   117:9
lose [2]
   20:7; 56:24
lot [8]
   58:1; 85:21; 88:6; 89:17;
   90:6; 96:2; 108:16; 115:19
lunch [13]
   9:3, 5, 7, 9, 11; 10:7, 10, 18;
   53:6, 9; 69:5; 89:14; 90:14

— M —

m's [1]
   9:14
m-c-h-a-l-e [1]
   94:10
machine [4]
   5:23; 56:13; 84:7, 14
macy's [1]
   90:10
mall [2]
   9:19; 49:4
mailboxes [1]
   10:4
mailroom [2]
   5:24; 6:3
main [2]
   55:9
major [1]
   50:5
male [2]
   77:23; 78:15
mall [1]
   55:11
man [1]
   28:14
manager [1]
   23:9
mandatory [2]
   20:5; 44:24
manfredonia [30]
   15:10, 14, 19; 17:1; 22:8;
   34:21; 36:14; 37:9; 40:8;
   41:12; 44:4; 59:22; 60:5;
   62:11, 25; 63:3, 12; 64:3;
   67:14; 70:23; 74:18; 75:8;
   81:9; 95:13; 101:8; 103:2, 8;
   104:16; 106:9; 113:11
manner [1]
   8:6
manual [3]
   86:20; 88:18; 89:13
mapping [1]
   87:11
march [16]
   54:12; 58:12; 59:2, 14, 19;
   60:14; 61:11; 71:14, 22; 74:4,
   13; 84:6; 85:5; 104:2; 109:18;
   112:2
marital [2]
   56:24; 62:16
mark [5]
   48:22; 67:1; 98:12; 99:8;
   101:7
marked [3]
   26:16; 49:14; 120:7
mary [9]
   84:6, 15, 19, 24; 85:3, 12, 24;
   86:3; 95:15
master's [1]
   49:23
material [4]
   48:14; 87:14; 88:4
matter [4]
   3:10; 31:9; 32:4; 105:20
maurer [5]
   2:6; 94:20, 21; 95:13; 119:8
maximum [1]
   67:23
mayor [5]
   41:22; 42:4; 87:8; 92:15; 93:1
mayor's [1]
   92:8
mba [2]
   49:23; 50:2
mchale [3]
   94:10, 18; 95:11
meal [1]
   53:10
mean [3]
   60:11; 86:20; 97:10
meaning [8]
   33:3; 35:5; 47:9; 53:15; 84:9;
   87:24; 91:2; 105:6
means [2]
   73:21; 97:19
mechanical [1]
   50:23
med [2]
   52:9, 23
mediation [7]
   67:8; 94:7; 101:21; 102:1;
   103:16; 105:15; 106:2
medical [1]
   50:7
medication [1]
   3:21
meeting [73]
   11:15, 18; 12:25; 13:6, 17,
   25; 14:2, 8, 12; 15:10, 13, 18,
   19, 23; 16:14, 18, 23; 17:1,
   11; 18:16; 19:4, 5, 7, 10;
   21:22; 24:2, 5, 9, 10, 20;
   25:13; 31:5, 7; 32:22, 25;
   33:21; 34:7, 11, 15, 19; 35:1,
   2, 13; 36:9, 19; 38:12; 39:9,
   12, 19, 23; 40:24; 42:17;
   43:11, 14, 25; 45:8; 54:7, 11;
   58:12; 59:1, 6; 60:4; 74:23;
   80:5; 91:2; 94:14, 23, 25;
   96:4, 5; 101:7, 9
meetings [21]
   31:5, 22; 35:16; 40:1, 8;
   43:24; 45:6, 10, 13; 47:11;
   55:24; 59:3; 60:18; 62:4;
   63:2; 87:10, 16, 18; 95:21;
   106:18, 19
meets [1]
   91:6
member [1]
   21:10
memorandum [1]
   107:1
memorializing [1]
   63:14
men [1]
   70:24
mention [1]
   115:16
mentioned [19]
   10:6; 11:13; 18:2; 26:20;
   27:7; 29:15; 32:6; 36:9;
   39:12; 40:22; 42:21; 67:13;
   110:17; 111:4, 16, 22;
   113:17; 114:3; 115:25
mentions [2]
   82:11; 83:22
mere [1]
   22:4
meritorious [1]
   53:4
message [6]
   31:14; 56:12; 84:6, 13, 20;
   112:3
mid [2]
   45:3; 68:3
middle [6]
   52:7; 74:17, 22; 86:17; 92:1;
   93:5
military [4]
   51:4, 14, 20; 52:17
mind [1]
   25:7
minor [16]
   23:10, 16; 47:20; 48:4, 10,
   12, 21; 49:2, 6, 15; 106:13,
   16, 25; 110:11; 112:22;
   117:11
minutes [5]
   32:22; 49:9; 66:6; 78:14;
   109:13
misdemeanor [4]
   65:4; 100:9; 103:24; 104:6
misdemeanors [1]
   65:8
missing [1]
   91:5
modify [1]
   58:3
moment [1]
   27:23
monday [3]
   112:4, 5, 9
money [2]
   5:11; 29:13
monies [1]
   29:12
monitor [2]
   37:3; 72:17
month [5]
   51:23; 52:10; 94:23; 95:20;
   114:21
months [6]
   43:7; 58:5; 86:10; 95:22;
   98:3; 99:19
moody [1]
   107:6
morning [2]
   24:18; 79:23
mortarred [2]
   52:21, 24
motion [1]
   109:11
moved [1]
   58:3
mr [97]
   3:7, 8; 7:16, 22; 12:11; 22:8;
   23:8, 10, 13, 16, 19; 24:6, 19,
   20, 21; 26:1, 14, 18, 19;
   27:15; 30:14, 20; 31:12;
   33:13; 34:21; 36:14; 40:8, 25;
   41:12, 13; 46:17, 22, 23;
   47:20, 23; 48:4, 8, 10, 12, 13,

21, 25; 49:2, 3, 6, 8, 15, 16;
55:24; 58:10; 59:2, 22; 60:5;
62:11, 25; 63:3, 12; 64:3;
67:14; 74:12; 87:24; 89:23;
91:17; 93:1; 94:11; 98:9;
99:1; 100:3, 17; 101:1, 8;
103:2, 8; 104:9, 16; 106:9,
13, 16, 25; 109:22; 110:11,
13, 16; 112:22, 24; 113:11;
117:3, 10, 11; 120:19
ms [6]
97:15; 100:25; 101:2; 105:24;
106:7; 120:10
multiple [1]
115:6
murphy [72]
3:9; 8:11, 14; 15:16, 20, 25;
25:11; 33:18; 35:15; 39:8, 25;
40:12, 18; 42:14; 47:19; 53:6;
54:15, 22; 55:7; 60:18; 62:18;
68:24; 69:3, 6; 70:20; 71:1,
10; 72:1, 3, 9; 74:15, 18, 24;
75:9; 76:23, 24; 77:7, 23;
78:1, 14, 17; 79:18; 80:13;
81:21; 84:1, 8, 25; 88:19;
90:13; 93:19; 95:14; 96:7;
97:15; 100:25; 101:2; 102:4,
21; 103:17, 21, 22; 104:12,
13, 24; 105:24; 106:7, 22;
109:8, 10, 19; 115:25; 116:6;
118:18
murphy's [7]
41:7; 54:9; 72:17; 82:18;
84:15; 86:16; 120:10
myself [4]
12:11, 13; 16:24; 89:24

— N —

name [4]
3:8; 11:24; 87:10; 94:18
named [1]
88:1
namely [1]
102:3
names [1]
50:18
nancy [3]
12:12, 19; 112:7
nature [2]
10:1; 59:12
negates [1]
102:24
nervous [2]
81:21; 112:12
newsletter [8]
86:19; 88:8, 15; 89:9, 15, 20;
90:8; 113:18
newspaper [4]
24:8, 11, 14
nice [2]
85:1; 89:25
nick [2]
95:1, 3
night [3]
52:20; 54:25; 79:3
nineteen [1]
111:1
ninety-seven [1]
111:1
nobody [3]

72:19; 73:3; 96:18
nodding [2]
24:12; 97:23
normally [1]
6:11
norwalk [4]
54:16; 71:14; 82:16; 108:24
notary [5]
2:4, 21, 24; 119:3, 24
note [1]
8:13
noted [1]
118:7
notes [3]
19:12, 16
notice [2]
2:15; 24:10
notre [1]
50:1
november [9]
31:13; 47:9; 64:16; 80:13;
96:23, 24; 97:14; 104:1;
108:20
number [3]
13:1; 43:6; 79:19
numeral [1]
30:5
numerous [2]
115:21; 116:1

— O —

o'clock [1]
112:9
object [4]
47:20, 21; 48:4; 77:4
objected [2]
63:19; 67:17
objection [3]
26:1, 7; 101:1
objections [1]
2:18
obligations [1]
58:4
observed [2]
78:1; 79:24
obsession [2]
70:25; 71:4
obviously [2]
29:20; 110:8
occasion [2]
9:15; 116:11
occasions [1]
20:12
occupation [2]
12:1, 21
occurred [3]
22:19; 31:22; 38:10
october [15]
31:13; 44:13; 47:15; 51:7, 14;
64:6, 15; 76:24; 77:20; 80:4;
93:6; 95:23, 25; 99:22
offer [4]
99:1, 6, 8, 15
offered [1]
63:11
office [13]
43:17; 54:24; 55:15, 16;
58:13; 59:2; 81:17; 91:7, 17;
98:22; 100:24; 102:2; 112:19
officer [9]

2:15; 40:12; 42:11; 52:17;
82:16, 18; 85:13; 96:23, 25
officers [4]
39:10; 86:9; 95:4; 97:4
offices [2]
2:5; 119:7
official [4]
40:4, 6, 11; 43:19
officials [2]
41:18; 47:12
oh [5]
21:11; 30:5; 33:5; 46:7; 68:2
okay [57]
4:2; 8:15; 12:19; 26:13;
27:21; 28:1; 30:5, 7, 13; 24;
32:5; 40:3, 10, 13; 44:9; 45:9;
46:19; 50:18; 52:1; 53:15;
54:11; 59:16; 60:14; 61:10;
62:21; 64:7, 23; 65:18; 68:16;
74:22; 76:7, 12, 15; 77:5;
80:3; 81:19; 82:10, 17; 83:22;
86:15, 16, 17; 88:16; 91:1,
21; 92:24; 93:5; 95:19; 97:13;
99:11, 17; 100:20; 101:6;
105:15; 106:12; 110:11
one-year [1]
100:21
operations [3]
52:8; 86:1, 5
operators [1]
5:24
opinion [2]
47:18; 48:1
opportunities [2]
108:4; 110:6
opportunity [3]
33:11; 97:11; 99:12
opposing [1]
109:11
option [3]
65:2; 76:16; 100:6
oral [6]
30:1, 6; 31:2, 11, 16; 63:1
order [8]
50:12; 53:19; 73:15; 93:18,
22, 24; 94:22; 101:2
ordered [3]
53:13; 57:6; 78:9
orders [1]
115:24
originally [1]
118:6
ornament [2]
79:24; 80:1
outer [1]
12:14
outside [4]
16:8; 63:7; 96:8; 105:6
owned [1]
54:15
ozimkoski [21]
3:7, 9; 23:13, 19; 26:14, 18;
30:14, 20; 46:17, 22; 47:23;
48:8, 25; 49:3, 8; 110:13, 16;
112:24; 117:3, 10; 120:19

— P —

p.c. [2]
2:6; 119:8
p.m. [7]

2:8; 46:21; 49:12; 117:13;
119:10
page [21]
27:19; 71:19; 76:19, 20;
80:12; 82:10; 83:22; 84:5, 12,
16; 86:17; 90:25; 91:1; 93:5,
6; 105:19; 120:8
pages [2]
30:10, 21
paid [9]
25:14, 19; 67:3; 72:23; 90:16;
97:16, 18; 98:3; 99:18
paper [5]
41:23; 46:13; 98:16, 19
papers [1]
62:23
paragraph [25]
44:20; 68:24; 70:19, 23;
71:16; 74:16, 17; 76:20, 22;
80:3, 12; 82:10, 17; 84:5, 12;
85:3, 12; 86:8, 18; 91:16, 20;
105:18; 106:3
paragraphs [2]
27:24; 90:24
parked [1]
54:16
part [9]
14:2; 41:16; 55:25; 77:2;
80:23; 81:8; 87:2; 89:2, 4
part-time [1]
98:6
parties [3]
2:12; 71:22; 119:18
parts [1]
50:23
passed [1]
104:5
passes [2]
29:9, 10
pattern [1]
83:12
pause [4]
30:12, 19; 106:15, 24
pay [13]
8:7; 41:19; 55:20; 57:3;
66:25; 72:24; 79:21; 83:19;
90:1, 14, 15; 93:13; 100:16
paying [2]
58:8; 99:2
payment [1]
55:18
payments [1]
57:7
payroll [1]
29:12
pen [1]
97:24
pension [2]
68:7, 9
people [24]
6:3, 13; 18:19; 27:11; 34:23;
37:20; 45:23; 54:2; 62:2, 7;
69:16; 70:9; 87:10; 88:2, 4, 6,
9; 90:7; 95:11; 102:7; 114:14,
16; 115:4, 6
performance [5]
27:17; 28:10, 15; 29:8; 69:18
period [21]
28:11, 12, 13, 15; 31:4;
36:23, 24; 37:2, 12, 21;
42:15; 44:5; 55:2; 79:10;

82:22; 96:4; 101:3; 114:7, 17, 19; 116:9
periodically [1]
  72:16
periods [1]
  8:16
perkin [1]
  50:22
permanent [1]
  71:24
person [5]
  11:9; 12:9; 38:9; 39:2; 70:15
personally [2]
  42:23; 45:17
personnel [27]
  10:15, 22, 25; 18:5; 23:9, 23; 26:10, 20; 27:4, 8, 10, 13; 29:11; 36:11; 38:19, 25; 41:12; 42:22; 43:17; 59:3, 7; 62:2, 6, 10; 70:7; 96:6; 120:17
perspective [1]
  14:5
peter [3]
  69:8; 87:15; 107:18
'tioned [1]
  43:17
phone [21]
  11:18, 21; 12:9; 13:19; 14:3, 4; 56:1; 58:14; 62:4, 7; 79:21; 91:7; 93:8, 12, 13; 112:14, 21; 115:21; 116:1, 4
phonetic [3]
  88:2; 95:5; 107:18
photo [1]
  84:15
phrase [1]
  107:11
pick [2]
  50:7, 19
pile [2]
  98:16, 18
piles [1]
  98:16
pilots [1]
  53:2
pitney [1]
  50:6
place [14]
  2:14; 8:19; 19:1; 24:17; 39:19; 53:1; 55:2, 6; 65:15; 92:10; 94:19, 22; 96:17; 104:2
placed [13]
  23:1, 3, 7, 25; 25:1; 32:7; 33:16; 37:13; 40:14; 41:4; 47:3, 10; 97:16
places [3]
  52:22; 99:5, 13
plaintiff's [3]
  26:15, 16; 120:16
plastic [2]
  79:24; 93:7
plate [1]
  53:13
platter [1]
  53:14
plea [1]
  65:20
plead [4]
  64:24; 65:2, 4; 100:6

pleading [1]
  99:21
please [8]
  4:3, 6; 8:13; 16:16; 26:14, 15; 46:18; 82:1
pled [5]
  65:1, 8; 99:19; 103:23, 25
plenty [4]
  79:9; 83:4; 96:14, 15
plus [1]
  81:10
pocket [1]
  72:25
pocketbook [2]
  84:23; 116:8
point [20]
  4:18; 7:5; 9:2, 4; 10:12; 13:5; 17:23; 22:25; 25:21; 35:22; 36:2; 40:16; 54:7; 75:21; 89:19; 90:8, 22; 91:6; 111:24; 116:13
police [13]
  11:8; 34:1; 40:12; 42:11; 72:10; 82:16; 86:9; 96:23, 25; 97:3; 108:21, 25; 109:4
policies [6]
  43:3, 10, 14, 21; 44:25; 45:15
policy [9]
  22:16, 23; 44:15, 20; 45:22; 46:6, 8, 10, 14
poor [1]
  88:25
portions [1]
  68:20
position [16]
  5:4, 18; 6:2, 9, 10, 12, 21; 7:2, 6, 16; 16:13; 23:21; 31:1; 69:3; 79:20; 101:10
positions [1]
  101:11
posted [1]
  46:13
posters [2]
  46:13; 92:9
power [3]
  88:18; 89:6, 19
practice [2]
  12:3; 119:7
preliminary [1]
  49:19
premises [3]
  8:20, 21, 22
prepare [3]
  75:17; 76:3, 13
prepared [4]
  13:23; 19:14; 63:12; 76:10
preparing [1]
  89:15
present [12]
  3:20; 11:19; 12:8; 15:6; 16:22; 19:7, 15; 24:21, 23; 34:19; 36:16; 62:3
presentation [1]
  80:22
presented [1]
  99:9
president [1]
  39:4
pretty [2]
  90:18; 115:5
previous [1]

35:16
previously [4]
  4:19; 30:8; 40:9; 98:23
primarily [1]
  52:8
printers [1]
  5:23
prior [23]
  7:25; 8:4; 11:2; 15:24; 16:1; 20:19; 32:6, 19; 35:19; 36:9; 38:12; 42:21; 43:9; 46:5; 50:4, 9; 64:2; 70:4; 73:8; 75:2; 76:20; 82:20; 110:21
private [3]
  67:10; 69:25
privately [1]
  106:21
pro [1]
  3:15
probation [5]
  28:12, 13; 100:22, 24; 101:3
problem [4]
  61:18, 21; 88:5; 91:8
procedure [4]
  2:3; 48:3; 70:7; 119:7
procedures [16]
  26:11, 21; 27:5, 8, 12, 13; 30:9, 25; 42:22; 43:4, 10, 15, 21; 45:1, 15; 120:17
proceeding [1]
  62:22
process [2]
  87:11; 89:15
processing [1]
  87:14
program [1]
  72:21
projects [4]
  80:24; 113:21, 25; 114:1
prominent [1]
  25:7
promise [1]
  71:6
promised [1]
  71:1
proof [1]
  2:20
proper [1]
  48:2
properly [3]
  4:12; 47:18, 22
property [1]
  107:25
prosecute [2]
  100:7; 104:7
prosecuted [1]
  109:20
prosecutor [2]
  65:5; 109:15
proven [1]
  42:6
provided [3]
  24:16; 31:20; 35:23
psychiatric [1]
  100:22
psychological [18]
  14:14, 17, 21; 16:14, 18; 19:20, 23; 20:1, 6, 13, 16, 19, 23; 21:2, 4, 7; 36:25; 37:4
public [6]
  2:4, 21, 25; 88:12; 119:3, 24

purchases [2]
  5:9, 10
purchasing [18]
  5:5, 8, 19; 6:4; 7:6, 12; 8:1, 6; 50:6; 57:14, 24; 58:18; 68:25; 70:12; 80:22; 87:2, 3
purpose [4]
  15:19; 35:1, 2, 4
purposely [1]
  92:4
pursuant [2]
  2:2; 119:6
pursue [3]
  77:10, 11; 109:21
pursued [1]
  100:13
pursuit [2]
  76:23; 77:3
putting [6]
  39:7; 44:14; 89:19; 90:1, 4; 117:8

– Q –

qualifications [1]
  2:21
qualified [1]
  2:4
question [11]
  4:5, 11, 13; 6:11; 9:6; 13:22; 19:2; 38:21; 39:24; 73:19, 24
questioned [3]
  44:17; 82:14, 15
questioning [3]
  4:19; 41:19; 112:25
questions [22]
  3:11, 23; 4:1, 4, 22; 8:14; 23:10; 32:13; 35:14; 46:24; 48:8; 49:18; 57:17, 20; 80:21; 88:7, 9; 90:7; 106:14; 110:14; 117:3, 10
quickly [1]
  86:15
quiet [2]
  91:20; 93:6
quote [5]
  85:13, 14; 86:1; 107:5, 9
quotes [1]
  85:25

– R –

race [9]
  60:25; 91:24; 92:1, 3, 6, 16, 17, 22; 93:3
races [3]
  76:21; 91:23; 96:9
radios [2]
  52:21; 53:1
ran [4]
  88:5; 91:24; 92:16, 22
read [12]
  24:7; 27:24; 28:1; 30:10, 15; 45:24; 66:3; 76:11; 77:22; 109:15; 116:3; 118:2
reading [4]
  30:24; 70:7; 102:8; 107:1
real [1]
  12:22
realize [1]
  30:17
realized [1]

84:15
reason [8]
 24:25; 25:5, 8; 33:15, 17;
 42:8; 109:21; 116:19
reasonable [4]
 11:9; 38:9; 42:18; 110:7
recall [34]
 9:24; 10:2; 11:15; 14:8, 12,
 16, 18; 15:9; 17:13; 25:8;
 26:22, 25; 27:4, 7; 28:18;
 32:20; 34:6, 16; 37:15; 38:18;
 39:24; 42:4, 25; 43:24; 44:6,
 14; 45:9, 20; 54:4; 85:2;
 113:22, 24; 117:4
receive [2]
 52:12; 67:22
received [1]
 67:21
receiving [1]
 67:18
recess [2]
 46:20; 49:11
recollection [2]
 29:4; 94:13
recommended [1]
 21:13
record [4]
 57:16; 100:14; 112:22, 23
recross [1]
 120:2
red [1]
 79:24
redirect [2]
 110:15; 120:2
reduced [1]
 58:7
refer [4]
 4:23; 8:13; 88:4, 10
reference [2]
 88:4; 90:9
referring [5]
 22:15; 24:14; 42:1; 102:15,
 17
regard [6]
 15:15; 17:3, 6; 20:2; 31:2;
 40:5
regarding [3]
 14:20; 75:3, 6
regards [21]
 3:12; 14:9, 13, 16; 18:11;
 21:16; 22:10; 30:25; 33:12,
 22; 34:4; 36:12; 38:20, 25;
 40:17; 41:6; 43:4; 46:13;
 47:23; 113:1; 115:13
rehabilitation [1]
 109:12
reimbursed [1]
 90:12
related [3]
 17:7; 64:10; 119:17
relates [2]
 76:20; 81:21
relation [1]
 92:23
relations [1]
 59:4
release [1]
 73:6
remaining [2]
 4:22; 8:14
remember [36]
 9:12, 23; 10:5; 12:12, 17;
 17:6; 33:25; 36:5, 18; 44:1;
 46:15; 60:7; 61:9, 12; 68:1;
 78:12; 80:8; 81:8; 87:5, 9;
 90:19; 92:16; 94:4, 6, 11, 14,
 16; 95:20; 103:5; 106:17;
 107:1, 4, 10, 11; 111:15;
 115:10
remorseful [1]
 91:14
removed [1]
 56:8
removing [1]
 54:16
reorganized [1]
 7:19
repeat [3]
 16:16; 31:23; 38:21
repeated [2]
 109:22; 110:1
repeatedly [1]
 116:16
repetitious [1]
 90:6
rephrase [1]
 4:12
replied [2]
 84:25; 103:11
report [2]
 34:2; 52:10
reported [4]
 7:13, 23; 70:21; 119:14
reports [4]
 72:15, 19; 73:4, 5
represent [2]
 3:9, 18
representation [1]
 67:1
representations [2]
 109:23; 110:1
representatives [1]
 95:8
represented [4]
 67:7; 71:10, 11; 94:9
request [3]
 23:4; 48:23, 25
requesting [1]
 20:2
require [2]
 4:8; 45:11
required [6]
 5:7; 6:2; 7:1; 71:23; 72:16;
 115:4
requirement [1]
 44:23
requisite [1]
 8:8
requisition [5]
 58:19; 87:3, 13; 90:11
rescheduled [1]
 94:23
reserve [1]
 51:20
reserved [1]
 2:18
reserves [1]
 51:9
residence [3]
 115:21; 116:1; 117:1
resign [4]
 32:15, 20; 33:3; 41:2
resignation [2]
 32:25; 33:2
resolve [1]
 105:19
resolved [1]
 41:25
resources [2]
 23:23; 70:24
respective [1]
 2:12
respond [1]
 9:6
response [1]
 13:21
responses [1]
 3:22
responsibility [2]
 6:15; 70:9
responsible [3]
 5:9; 6:23, 25
responsive [1]
 57:20
rest [4]
 72:3; 80:20; 81:20; 86:14
restate [1]
 4:12
restaurant [2]
 53:16; 65:19
restaurants [1]
 111:12
restraining [5]
 93:18, 22; 94:22; 101:2;
 115:24
result [4]
 65:20; 67:4, 20; 108:6
resulting [1]
 102:13
retained [1]
 120:19
retirement [1]
 68:14
return [3]
 84:9; 97:20; 98:8
returned [2]
 54:20, 23
returning [2]
 55:13; 91:3
review [3]
 25:25; 28:15, 17
reviewing [1]
 43:2
revised [2]
 27:8, 14
ridge [1]
 91:24
ridgefield [2]
 2:7; 119:9
right [85]
 4:21; 7:8; 23:11; 27:20; 28:1;
 30:5; 32:8; 40:15; 46:4;
 48:19, 20; 49:24; 50:21; 51:3;
 52:4; 53:20; 54:6, 13, 19;
 55:1; 58:3; 59:25; 61:6; 63:7;
 64:19; 65:9, 12, 23; 66:2;
 68:23; 69:14; 70:19; 71:13,
 18; 72:7, 8; 73:11, 18, 23, 25;
 74:3, 16, 21, 24; 75:1, 21;
 76:19; 77:19, 22; 79:2, 17;
 80:9; 81:3, 19; 82:4; 84:5;
 85:11; 89:5; 90:20, 23; 91:24;
 92:4, 19; 93:11, 17; 94:1;
 95:10, 25; 96:1; 97:13, 21;
 98:25; 99:17; 101:20; 103:12,
 14, 20; 104:3, 11, 23; 108:23;
 110:19; 113:19; 116:12
rights [3]
 98:18; 108:3; 110:6
road [6]
 60:25; 76:21; 77:1; 91:23;
 92:3; 96:9
rob [1]
 88:1
roman [1]
 30:5
room [6]
 12:12; 80:15; 81:1, 2, 4;
 92:12
rotc [1]
 51:11
route [1]
 79:20
ruin [1]
 91:10
rules [2]
 2:2; 119:6
run [8]
 52:25; 92:3, 4, 20; 96:20;
 110:17, 20; 111:10
running [2]
 60:19; 92:17
runs [1]
 94:19

- S -

s-e-a-b-o-r-n-e [1]
 82:19
s-t-r-a-t-e [1]
 85:13
safety [1]
 72:17
salary [4]
 6:20; 57:8, 10
salary's [1]
 29:23
sat [6]
 12:14; 36:19; 53:21; 78:8;
 112:19; 115:7
saved [1]
 60:6
saying [7]
 11:9; 73:3, 16; 85:2; 92:25;
 102:20; 110:6
schedule [1]
 87:17
school [3]
 51:13, 15; 84:16
se [1]
 3:15
seaborne [1]
 82:19
searched [1]
 86:9
second [11]
 16:14, 18; 19:5, 7; 51:12;
 53:3; 68:24; 74:23; 81:6;
 86:18; 87:20
secretary [1]
 12:18
section [6]
 6:5; 27:16; 29:25; 30:3, 11;
 32:2

sections [1]
  30:18
seek [13]
  19:21, 23; 20:1, 6, 12, 19;
  36:25; 56:5; 71:1, 6, 23;
  98:12; 101:2
seeking [4]
  14:14, 17; 20:16; 37:4
seleroe [2]
  2:6; 119:8
send [2]
  9:13; 53:19
sending [1]
  76:21
sense [1]
  29:7
sensitive [1]
  41:17
sentence [9]
  72:8, 15; 74:3, 22; 77:2; 80:9;
  100:20, 21; 101:4
september [47]
  15:9, 13, 18; 16:25; 17:1;
  19:3; 21:23; 31:6, 7, 10;
  35:16; 40:1, 7; 42:10, 15;
  7:14; 51:8, 18; 59:5, 6, 16,
  17, 21; 61:10, 25; 62:21;
  64:1, 4, 6, 12, 13; 74:19, 25;
  77:14; 82:21, 25; 83:5, 13,
  19, 23; 95:23; 96:5, 22;
  102:25; 104:15; 105:4;
  109:19
series [2]
  3:11, 25
served [3]
  51:3; 62:23; 66:14
service [1]
  53:4
services [1]
  7:20
session [1]
  80:16
sessions [3]
  85:6; 114:16; 115:6
sexual [3]
  '05:7, 10, 13
share [1]
  53:18
shared [1]
  53:22
she'd [1]
  112:13
she's [5]
  12:2, 22; 82:24; 86:4, 7
sheet [2]
  29:8; 118:7
ships [2]
  52:9, 23
show [1]
  91:22
showing [1]
  91:23
sign [9]
  13:13; 17:2, 20, 24; 31:24;
  75:18, 22; 76:8, 10
signed [7]
  2:24; 13:12; 19:13, 17; 20:8,
  9; 73:6
signing [1]
  75:20
simple [1]
  36:22
sister [20]
  11:19; 12:1, 12, 19; 13:15;
  15:1; 55:25; 62:1, 20; 63:19,
  23; 71:11; 85:4, 17; 91:18;
  111:23; 112:7, 8, 21; 113:13
sister's [1]
  11:24
sisters [1]
  91:8
sit [1]
  53:18
sitting [7]
  12:12; 36:18; 42:25; 76:9;
  80:16; 104:11, 14
situation [2]
  35:3, 5
six [5]
  73:8, 9, 13; 95:22
skills [1]
  89:19
skip [3]
  71:18; 76:19; 90:23
skipping [1]
  93:5
slash [1]
  36:8
sleep [1]
  96:11
slightly [1]
  68:6
sold [1]
  50:23
sole [2]
  25:5; 42:8
solely [2]
  21:24; 111:19
solid [1]
  100:11
somebody [4]
  7:23; 21:12; 44:2; 76:10
someone [6]
  22:17; 29:9; 38:7; 73:1;
  87:12; 89:16
someone's [1]
  86:25
someplace [1]
  79:20
somewhere [3]
  36:7; 60:24; 98:15
sorry [4]
  21:6; 30:6; 34:22; 66:9
sort [1]
  18:21
sought [1]
  21:2
sounds [1]
  13:22
speak [3]
  17:14; 38:19; 111:25
speaker [5]
  11:18, 21; 12:9; 14:3; 56:1
speaking [2]
  13:14; 14:16
special [3]
  85:25; 86:5; 100:22
specializing [2]
  86:1, 5
specific [2]
  35:4; 54:4
specifically [8]
  18:22, 24; 22:6; 23:6; 24:25;
  61:9; 91:9; 115:10
speed [1]
  79:18
spell [1]
  50:19
spend [1]
  89:16
spending [2]
  26:22; 42:25
spends [1]
  5:11
spent [2]
  26:23; 89:25
spoke [10]
  13:13, 16; 15:14; 40:6, 11;
  77:8; 83:16; 91:18; 112:8, 10
spoken [7]
  38:24; 40:3; 58:11; 62:6;
  64:9; 74:18; 77:16
sponsor [1]
  92:7
sponsoring [1]
  92:9
spring [1]
  91:15
ss [1]
  119:1
staff [1]
  21:10
staffing [1]
  27:16
stalk [3]
  103:22; 104:13, 23
stalked [4]
  72:5; 103:17, 21; 104:12
stalker [1]
  85:14
stalking [4]
  69:2; 71:25; 85:18; 97:15
stamford [32]
  4:20, 23; 5:2; 24:15, 16;
  40:12; 42:11; 45:24; 50:4, 9;
  53:16; 55:16; 57:8, 25; 59:4;
  62:2; 65:22; 69:22; 70:5;
  72:10, 21, 23; 77:1; 83:11;
  84:16; 86:9; 89:11; 96:22, 24;
  99:5, 23; 118:18
stand [1]
  86:24
standing [3]
  81:6, 14; 82:2
stare [4]
  78:9, 13, 17, 19
stared [3]
  78:5; 80:10; 100:1
staring [2]
  65:3, 13
stars [2]
  52:14, 19
start [1]
  4:18
start-up [1]
  94:17
started [4]
  5:17; 83:25; 91:22, 23
state [7]
  2:4; 12:5; 22:14; 34:3; 94:24;
  119:1, 4
stated [6]
  21:21; 30:8; 38:19; 39:13;
  84:20; 85:24
statement [13]
  13:11; 19:10, 13, 16; 20:10;
  32:20; 86:16; 102:20; 103:1;
  109:18; 113:12; 120:10
stating [2]
  31:21; 35:24
statute [1]
  104:5
stay [6]
  41:24; 78:15; 80:20; 91:10,
  14; 99:5
stealing [3]
  99:21; 100:12; 111:20
steel [1]
  116:20
stenographically [1]
  119:14
step [4]
  22:18; 29:10; 69:19; 81:13
steps [2]
  66:6; 87:12
stick [1]
  48:16
sticking [1]
  93:9
stipulated [4]
  2:11, 17, 20, 23
stole [1]
  116:25
stools [2]
  78:9, 11
stop [6]
  13:6; 71:1, 6; 78:4; 91:25;
  96:6
stopped [1]
  85:7
stopping [1]
  85:14
story [1]
  33:7
stover [22]
  15:11, 14, 19; 17:1; 22:8;
  31:12; 34:21; 36:20; 40:8;
  62:25; 63:3, 12; 70:24; 74:17;
  75:7; 81:9; 92:12; 95:13;
  101:8; 104:16; 106:9; 113:11
strange [1]
  107:5
strate [2]
  82:18; 85:13
strate's [2]
  64:17; 72:3
straut [1]
  88:1
street [2]
  50:21; 55:9
stuck [1]
  93:7
student [2]
  114:24; 115:11
stuff [4]
  82:15; 84:9; 91:3, 4
stupid [1]
  117:6
subject [7]
  27:17; 29:25; 30:2, 3, 21;
  31:9; 32:3
subscribed [1]
  118:11
subsequently [1]

119:15
**substance** [1]
100:23
**successful** [1]
6:25
**sue** [2]
110:8
**sued** [2]
63:24; 105:10
**sufficiency** [1]
2:14
**sum** [1]
66:25
**summer** [1]
87:21
**sunday** [2]
112:3, 5
**supervise** [2]
5:16; 8:5
**supervised** [1]
5:13
**supervisor** [3]
38:7; 69:6; 89:7
**supervisory** [4]
6:9, 12; 69:2, 11
**supplied** [1]
18:21
**support** [4]
12:23; 57:3, 7; 58:4
**suppose** [4]
14:23; 18:17; 28:20; 107:3
**supposed** [2]
6:7; 30:25
**supposedly** [1]
13:2
**surgical** [1]
50:8
**surmising** [1]
42:14
**surprised** [7]
27:9; 32:23; 60:2; 78:6; 79:5; 97:1; 113:15
**suspended** [7]
22:9; 32:10; 76:23; 77:2; 94:22; 97:22; 100:21
**suspension** [1]
32:3
**swayed** [1]
103:1
**sworn** [3]
3:3; 118:11; 119:12
**system** [11]
58:19; 80:18; 86:20, 23; 87:1, 4, 23, 24; 88:5; 114:13
**systems** [1]
50:7

— T —

**t-a-r-a-n-t-o-s** [1]
76:25
**tab** [1]
83:20
**talk** [7]
33:22; 53:2; 56:3, 11; 97:3, 5; 112:11
**talked** [9]
61:4; 62:4; 81:10; 85:17; 92:11; 97:5, 9; 112:21; 114:9
**talking** [12]
14:4; 32:21; 64:12; 73:8; 82:24; 86:4, 7; 89:23; 93:8; 102:9; 114:8
**talks** [2]
70:8; 100:20
**taranto** [1]
65:17
**taranto's** [11]
76:25; 77:20, 23; 78:22; 80:5; 83:1; 93:16; 99:23; 100:2; 111:6, 7
**taught** [2]
80:19; 115:10
**teach** [3]
114:7, 11, 17
**teaching** [4]
114:3, 4, 10, 23
**telling** [3]
61:12; 73:16; 100:10
**ten** [4]
5:17; 6:6, 16; 29:5
**terminate** [2]
101:22; 102:23
**terminated** [11]
7:6, 10; 25:22, 23; 33:4; 65:21; 69:24; 79:12; 98:4; 101:9; 105:21
**termination** [4]
36:3, 10; 67:5, 16
**terminations** [1]
32:3
**terms** [6]
53:24; 74:3, 6, 9, 12; 89:7
**terrorized** [1]
96:11
**testified** [8]
3:4; 53:5; 62:11; 64:22; 65:24; 100:5; 105:5; 107:15
**testify** [1]
94:15
**testimony** [5]
98:7; 103:8; 115:19; 118:3; 119:14
**thank** [2]
89:12; 110:12
**thanks** [1]
90:4
**therapies** [1]
72:16
**therapy** [1]
85:5
**there's** [7]
29:8; 30:10, 17; 82:19; 88:11; 93:23; 98:19
**thereafter** [1]
65:21
**they'd** [1]
103:3
**they're** [4]
18:4; 100:7; 102:9, 20
**third** [3]
70:23; 80:23; 102:12
**thomas** [1]
7:15
**thoughts** [1]
33:12
**thousand** [1]
83:25
**three** [11]
15:4; 30:10, 21; 82:22; 85:6; 100:21, 25; 102:7, 11; 115:23, 24
**three-year** [1]
101:3
**tied** [1]
80:22
**til** [3]
25:19; 37:8
**tim** [1]
95:5
**times** [17]
10:9; 38:24; 43:7; 60:12; 73:9; 77:8; 79:10; 83:4; 91:6, 18; 96:14, 16; 110:24; 111:9; 114:10; 115:23, 24
**title** [2]
7:21; 23:22
**titles** [2]
5:20, 21
**tolerance** [2]
45:22; 46:8
**tom** [4]
3:9; 70:18; 98:21; 106:18
**topic** [1]
35:18
**tore** [1]
96:16
**torpedo's** [1]
111:5
**touched** [1]
97:8
**towards** [10]
15:24; 16:5; 21:17; 22:10; 25:10; 31:3; 45:22; 72:1; 105:24; 106:7
**train** [1]
8:5
**training** [5]
58:18; 80:15; 87:23; 88:3; 114:12
**transcribed** [2]
118:6; 119:15
**transcript** [1]
118:3
**treat** [1]
42:6
**treatment** [18]
14:14, 17, 21; 16:15, 19; 19:20, 24; 20:1, 6, 13, 17, 19, 23; 21:2, 4, 7; 36:25; 37:4
**trespass** [1]
99:20
**trial** [3]
2:19; 28:11; 107:16
**trooper** [1]
94:25
**troops** [1]
52:8
**trouble** [1]
108:16
**troubles** [1]
62:16
**true** [6]
3:20, 24; 59:18; 60:17; 97:18; 118:4
**truth** [8]
3:3, 4; 26:8; 95:4; 119:12, 13
**twice** [2]
53:12; 91:17
**type** [9]
6:10; 18:11; 19:15; 20:23; 45:22; 53:13; 88:8; 93:24; 100:23

— U —

**u.s.** [1]
50:8
**uh-huh** [14]
3:13; 4:7, 15; 6:8; 24:13; 28:1; 29:18; 37:14; 66:4; 108:5; 111:2, 8, 18; 115:15
**ultimately** [1]
64:24
**unability** [1]
102:13
**unable** [2]
96:11; 102:21
**unaware** [2]
42:21, 23
**underneath** [4]
5:12, 15; 6:16; 29:6
**understand** [5]
3:14; 4:10, 14; 54:8; 59:13
**understanding** [21]
5:25; 8:10, 23; 11:19; 16:17, 21; 22:20; 26:19; 42:5, 7; 49:20; 59:5, 9; 62:9; 65:10; 66:11; 72:11, 13; 101:4, 12; 104:4
**understood** [1]
77:13
**unemployment** [6]
37:10; 44:4; 67:14, 17, 21, 22
**unfamiliar** [1]
30:9
**union** [14]
28:9; 29:22; 34:23; 39:4; 1:1; 44:12; 65:24; 66:7; 67:7; 76:17; 94:10; 95:1, 5, 8
**unit** [3]
51:20, 21, 22
**united** [1]
60:19
**university** [2]
50:1, 3
**unwanted** [2]
15:24; 16:1
**unwilling** [2]
105:23; 106:6
**uphold** [1]
105:16
**upset** [3]
61:8; 84:20; 96:19
**users** [1]
87:24

— V —

**valentine's** [1]
9:25
**varies** [1]
32:9
**vecchia** [24]
2:1; 3:8; 11:25; 26:1, 19; 27:15; 46:23; 48:13; 49:16; 69:1; 71:23; 72:8; 74:19; 76:22, 25; 85:12; 95:15; 99:1; 101:1; 118:2, 9, 19; 119:5; 120:3
**vecchia's** [4]
70:21; 72:16; 84:6; 109:22
**vehicle** [1]
71:14
**verbal** [4]
21:16; 31:16; 103:11; 104:17

verify [1]
　19:18
versa [1]
　10:9
via [5]
　10:4, 22; 11:18, 21; 12:9
vice [1]
　10:9
vietnam [5]
　51:15, 16; 52:4, 13; 85:25
vietnamese [1]
　52:8
view [1]
　17:24
village [3]
　52:7, 21, 25
violate [2]
　104:19, 24
violated [3]
　59:10; 64:20; 104:15
violation [1]
　60:21
virginia [1]
　12:4
visited [2]
　:16, 18
voluntary [2]
　86:16; 89:4
volunteered [2]
　88:13, 14
vs [1]
　118:18

– W –

wage [1]
　28:8
wait [1]
　59:16
waived [3]
　2:16, 22; 74:25
walk [1]
　81:2
walked [9]
　78:8; 80:9, 15; 81:2, 15; 82:6,
　9; 96:17; 117:5
　lking [1]
　78:1
wanted [17]
　10:13, 21; 18:1; 32:18; 58:18,
　20; 72:14; 76:17; 80:20;
　89:22; 91:12; 98:8, 11;
　109:20; 112:3, 5
warn [1]
　106:21
warned [1]
　105:21
warning [6]
　21:16, 24; 22:4; 31:2, 8, 18
warnings [5]
　30:1, 7; 31:11, 15, 22
warrant [2]
　42:12; 115:14
warranted [1]
　106:1
washington [1]
　55:3
waved [3]
　43:6; 58:25; 60:13
we'd [1]
　90:3

we'll [9]
　4:17, 18; 33:7; 44:22; 47:6;
　64:19, 23; 66:5; 74:1
we're [6]
　3:10, 11; 4:25; 24:19; 32:2;
　99:2
we've [3]
　38:23; 90:24; 96:2
week [2]
　80:4, 13
weekend [1]
　51:23
weeks [5]
　19:6; 51:23; 107:23, 24;
　108:2
weren't [3]
　6:4; 28:22; 29:20
wethersfield [1]
　94:7
what's [3]
　12:21; 94:18; 114:20
whatsoever [1]
　75:8
where's [1]
　49:25
whereupon [3]
　46:20; 49:11; 117:12
wife [14]
　56:11, 14, 17, 19; 61:12;
　62:23; 63:24; 84:13; 85:9;
　92:8; 95:15; 107:7; 115:17,
　20
wife's [1]
　107:19
william [1]
　15:11
willing [1]
　17:23
wilton [2]
　79:19; 93:13
withdraw [2]
　66:25; 68:9
withdrawn [2]
　59:11; 61:10
witness [7]
　3:2; 46:19; 49:4; 117:4, 12;
　119:11; 120:2
witnesses [1]
　95:14
woman [2]
　84:7; 88:11
won't [3]
　81:19; 93:16; 94:3
word [3]
　13:13; 64:7; 112:20
words [2]
　11:9; 100:11
work [44]
　7:1, 2; 8:20, 21, 22, 24; 9:11,
　13, 22; 16:7, 8, 11; 24:18;
　25:10, 22; 32:18; 33:14;
　40:21; 41:2; 48:7, 23; 58:1;
　69:1; 86:18; 88:17; 96:8;
　97:20; 98:1, 4, 8, 11, 20;
　99:2, 3, 12; 102:3, 4, 14, 22,
　25; 103:4
worked [13]
　37:22; 50:6, 10, 11, 13, 15;
　68:5; 69:16, 22; 86:19; 88:12;
　113:17, 21
worker [1]
　15:15
workers [1]
　45:12
working [7]
　8:5; 50:4, 9; 57:14; 69:25;
　70:4; 89:13
workplace [17]
　16:9; 21:19; 22:2, 3; 46:13;
　63:6, 7; 71:9; 75:13; 77:7, 16;
　104:18, 22; 105:1, 4; 106:10;
　109:8
works [3]
　69:7, 8; 88:12
worried [1]
　61:12
wouldn't [9]
　56:3; 68:21; 75:12, 19; 83:8;
　85:7; 90:6; 92:5; 110:3
write [1]
　27:12
writing [2]
　75:22; 106:3
written [21]
　21:16; 22:15, 21; 30:1, 6;
　31:11, 18; 35:23; 59:23;
　63:11, 20; 65:7; 66:1, 3; 75:9,
　14, 15; 76:3, 8, 14; 111:16
wrong [1]
　81:24
wrote [4]
　60:1; 100:10; 107:14; 109:11

– Y –

yeah [30]
　12:24; 16:1; 22:23; 28:20;
　30:23; 32:17; 38:17; 47:17,
　25; 49:8; 51:16; 53:23; 56:3;
　61:14, 23, 24; 78:3; 79:13,
　16; 82:23; 87:2; 95:25; 97:2;
　98:1, 6; 100:15; 107:16;
　111:21; 112:18
year [8]
　43:7; 51:24; 57:4; 62:5;
　76:24; 81:10; 95:20; 114:21
yearbook [1]
　84:17
years [9]
　46:16; 51:8, 21; 62:6; 68:6;
　82:22; 100:8, 21; 113:9
yep [6]
　27:19; 42:9; 54:10; 71:20;
　83:6; 99:24
ymca [1]
　92:8
you'll [1]
　112:12
you've [10]
　3:17; 13:4; 27:22; 30:15;
　41:5; 46:5; 66:3, 14, 18; 99:5
yours [1]
　108:15
yourself [10]
　68:25; 70:4, 25; 73:5; 75:2,
　10; 91:2; 101:7; 112:12;
　113:14

– Z –

zero [1]
　46:7