# EXHIBIT 4

**ARREST WARRANT APPLICATION**
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES  ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court
The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...   ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT

pg. 1 of 12

The undersigned, being duly sworn, deposes and says:

1. That the Affiant, Police Officer Carl Strate is a regular member of the Stamford Police Dept., having 13 ½ years experience as a Law Enforcement Officer, which have resulted in arrests and convictions for violations of the C.G.S. That The Affiant is currently assigned to the Bureau of Criminal Investigations Unit, and has personal knowledge of the facts and circumstances hereinafter related as the result of his own investigative efforts, and those of other Police Officers.

2. That on Wednesday, 10/11/00, at 4:50pm., Barbara Murphy came into Police H.Q. to see This Affiant, as she had contacted me earlier in the day, requesting an interview regarding an ongoing problem. That upon arriving, Murphy stated the following: That she works for the City of Stamford as an Administrative Assistant to The Chief of The Stamford Fire Dept. That prior to that, she worked in The Payroll Dept. at The Government Center. That while working at that location, Murphy met a man named David Vecchia, as he was the Purchasing Agent for The City of Stamford. That they were only acquaintances through work and nothing more. That Murphy stated, Vecchia was stalking her, and has been for the past several years.

3. That while employed at The Government Center, Murphy reported Vecchia's harassing behavior to both Fred Manfredonia and Bill Stover of The Human Resources Division. That both men called in Vecchia, who admitted his obsession with Murphy, but, promised to stop and seek counseling. That Murphy was represented by her attorney, Ben Fraser, and Vecchia represented by his sister, who was an attorney in Washington, D.C. That Vecchia also admitted to breaking into Murphy's vehicle at her residence in Norwalk, Ct. in March of 1998. That Murphy stated, Vecchia started stalking her near the end of 1997.

4. That on Thursday, 10/12/00, at 11:00am., This Affiant responded to The Human Resources Division of The City of Stamford, at 888 Washington Blvd., 9th floor. That upon arriving, This Affiant spoke to both Bill

| ARREST WARRANT APPLICATION | | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 9-98 | STATE OF CONNECTICUT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | SUPERIOR COURT | ☐ YES   ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...   ☐ affidavit(s) attached.           pg. 2 of 12

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

Stover and Fred Manfredonia in a private conference room, at which time they stated the following: That they were aware of Barbara Murphy's allegations, that she had reported the alleged stalking appx. 2 years ago. That at that time, she had just left the Payroll Division and transferred to The Fire Dept. That Murphy was represented by Ben Fraser, and that when they spoke to David Vecchia, he admitted to being attracted to Murphy, that he had broke into her car and taken some of her things. That Vecchia told both Stover and Manfredonia he would stop his pursuit of Murphy, and seek counseling, that he was fearful of losing his job, having martial problems, but, trying to work them out. That Vecchia's sister, an attorney in Washington, DC called after their conversation, and asked both men, to please not fire her brother, that he would get some help. That This Affiant requested any official paperwork regarding this complaint, with both Stover and Manfredonia stating, they only remembered taking notes, and would have to check the file, then get back to This Affiant at a later time.

5. That on Friday, 10/13/00, at 7:26pm., This Affiant received the notes of Attorney Ben Fraser, who had represented Barbara Murphy when she confronted David Vecchia RE: His inappropriate behavior towards Murphy from 1997 to March of 1998, then again when she made a formal complaint with The Human Resources Division of The City of Stamford. That these notes included a handwritten note written to Murphy by David Vecchia, in late March of 1998, in which Vecchia admitted to breaking into her car, not knowing why he did it, and asking her for time to solve his problems. That he enclosed $100.00 for reimbursement for the items he was not able to return.

6. That these notes documented Murphy's contact with Fraser on 03/21/98, reporting her car having been broken into the night before. That Murphy told Fraser at that time, she felt David Vecchia was responsible. That these notes documented the correspondence between Fraser and Janet Vecchia, David's sister who is

| ARREST WARRANT APPLICATION<br>JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | FOR COURT USE ONLY<br>Supporting Affidavits Sealed<br>☐ YES  ☐ NO |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED<br>David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | COURT TO BE HELD AT (Town)<br>Stamford | G.A. NO<br>1 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT

pg. 3 of 12

The undersigned, being duly sworn, deposes and says:

an attorney in Washington DC. That an agreement was reached in late March of 1998 between all parties. That the agreement required David Vecchia seeking immediate counseling, and the immediate and permanent cessation of stalking, annoying, and frightening behavior towards Barbara Murphy. That if Vecchia did this, Murphy would not take further action with The Police or City of Stamford. That copies of reports from Vecchia's therapist would be required periodically to permit monitoring and the taking of reasonable steps to ensure Murphy's safety. That these terms were firmed up and accepted on March 26, 1998.

7. That these notes documented the resumption of hang up calls at Murphy's residence in Norwalk, Ct., in May of 1998, as well as other similar behavior that Vecchia had done in the past. That this behavior continued to September of 1998, at which time, the complaint was lodged with The City of Stamford. That Fraser, along with Barbara Murphy, Bill Stover, and Fred Manfredonia all met on 09/21/00 to discuss how the City would proceed against David Vecchia regarding his behavior. That a second meeting was documented on 09/30/98, where Stover and Manfredonia told Murphy and Fraser they had spoken to Vecchia on 09/25/98, at which time, he waived his right to counsel, and stated, he didn't want to further humiliate himself. That Vecchia acknowledged his prior conduct towards Murphy, and the "deal" they had made in the past regarding his getting help. That Stover and Manfredonia advised Vecchia not to have any contact whatsoever with Murphy, and that they would put together a written agreement for execution by David Vecchia.

8. That on Thursday, 10/26/00, at 3:50pm., Barbara Murphy came into Police H.Q. and gave This Affiant a Written Voluntary Statement, describing the details of David Vecchia's behavior towards her, for the past three years. That Murphy stated the following: That beginning in 1997, David Vecchia, whom Murphy met

| ARREST WARRANT APPLICATION<br>JD-CR-64 Rev. 9-98<br>C.G.S. §54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | FOR COURT USE ONLY<br>Supporting Affidavits Sealed<br>☐ YES  ☐ NO |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED<br>David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | | COURT TO BE HELD AT (Town)<br>Stamford | G.A. NO.<br>1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/24/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT                                                                 pg. 4 of 12

The undersigned, being duly sworn, deposes and says:

while working at The Government Center, began to follow her around, showing up at "Alive at Five", a block party sponsored by The Downtown Special District, City sponsored softball games, road races, and bars she would frequent, specifically "Brennan's" in Shippan. That he would send her favorite candy to her place of employment, and when seeing her at Brennan's, he would try to buy her drinks, and then pay for her tab. That he would stay at Brennan's the entire time she would be there, stare at her, call out her name, then follow her out, at times, walking to her car and standing in front of it, not permitting her to leave. That when Murphy would get home after seeing Vecchia out, she would receive numerous calls where the caller would not speak. That when Murphy would awake the next day, there would be something left on her lawn, balloons, ornaments, etc.

9. That Murphy stated, she reported this behavior to The Human Resources Division within The City of Stamford in September of 1998, that a formal complaint was made against David Vecchia, with Murphy represented by Ben Fraser. That this complaint proved her allegations to be true, with Vecchia agreeing to get help and stop his pursuit of Murphy, thus, no Police action would be taken.

10. That Vecchia suspended his pursuit of Murphy, but, in early October of this year, Murphy saw Vecchia in Tarantos, which is located on Glenbrook Road in Stamford, Ct. That Murphy was in Tarantos with a male friend sitting at the bar, facing the door. That Murphy observed Vecchia walk in alone, at which time, both parties had eye contact. That Vecchia immediately came to an abrupt stop, and just stared at Murphy. That Vecchia then walked over to the bar, sat 5 stools away, order a drink, and continued to stare a Murphy. That after appx. 10 minutes of this, Murphy told her male friend, that she couldn't stay there any longer, that Vecchia now knew she came there, he was drinking, and was continuing to stare at her. That Murphy and her

| ARREST WARRANT APPLICATION<br>JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | FOR COURT USE ONLY<br>Supporting Affidavits Sealed<br>☐ YES  ☐ NO |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED<br>David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/20/46 | COURT TO BE HELD AT (Town)<br>Stamford | G.A. NO.<br>1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...   ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/0- | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT                                                             pg. 5 of 12

The undersigned, being duly sworn, deposes and says:

male friend left, with Vecchia watching her as she got up from the bar, and until she exited the premises. That Murphy could not be certain if Vecchia followed her there, or if he just saw her car outside, as he had never been seen in Taranto's by Murphy or her male friend, prior to that evening. That Murphy had started to go to Tarantos, as she was to afraid to frequent "Brennan's", as Vecchia was always there watching her in the past. That when Murphy arrived home that night, she immediately shut the phone off, as in the past, whenever Vecchia would see her out, he would continually call throughout the evening. That upon waking up the next morning, Murphy checked her caller ID, which showed a call into her residence at 11:11pm. the night before. That the caller ID showed the number 203-762-7694. That a check with SNET showed that number to be in the Wilton/Georgetown area, and the phone to be a pay phone. That the phone was specifically on Old Ridgefield Road, in Wilton, CT., across from The Village Market. That this location, is just off of route 7 in Wilton, appx. 2 miles south of route 107, which leads to Redding. CT.  That David Vecchia lives in Redding, Ct., just past the Georgetown area. That Murphy felt Vecchia had made the call, as this was on his way home, and this was the pattern he utilized in the past. That Vecchia would see Murphy out, call her on the way home, then when she awoke the next morning, there would be something left on her lawn. That the next morning after seeing Vecchia and getting the phone call, Murphy observed a plastic, green frog ornament, with red lips on her front lawn. That Murphy became extremely upset, as she felt Vecchia was beginning his repeated patterns of before. That Murphy then came forward and reported Vecchia's behavior to This Affiant.

11. That later that same week, in early October of 2000, within a few days, Murphy saw Vecchia in The Government Center, on the 10th floor. That as Murphy was standing by The Finance area, Vecchia walked by and saw her, at which time, he stopped and just stared at her. That Murphy became very nervous and uncomfortable, and began to walk away. That Vecchia stood there and just watched her, never taking his eyes off her. That Murphy had stayed away from The Government Center, Brennan's, and other places she

| ARREST WARRANT APPLICATION<br>JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | FOR COURT USE ONLY<br>Supporting Affidavits Sealed<br>☐ YES  ☐ NO |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED<br>David Vecchia, 5 Ridegedale Road, Bethel, Ct. w/m, 12/20/46 | COURT TO BE HELD AT (Town)<br>Stamford | G.A. NO<br>1 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE  11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT                                                pg. 6 of 12

The undersigned, being duly sworn, deposes and says:

would frequent, as she would try at all cost to avoid seeing Vecchia. That during the interview, Murphy appeared nervous, anxious, and very concerned about this situation, as she had tried to stop Vecchia's behavior by not getting him in trouble, but, now feels this is starting up all over again. That Murphy stated, she cannot sleep at night, as Vecchia knows where she lives, knows her car and knows her phone number. That Murphy stated, this situation is causing her to completely alter her lifestyle.

12. That a few days later, the first week of November, Murphy went to The Government Center, 4th floor, as she was going to see a friend, Val Pankosky. That Murphy walked by the Conference room, with a training class in session. That Murphy was to attend this class within a few days. That as Murphy walked by, she saw David Vecchia sitting in the class, with Vecchia seeing Murphy walk by. That Murphy became upset, as she felt Vecchia would follow her once more. That Murphy told Pankosky she had to leave, and as she began to walk back down the hallway, Vecchia was outside the class, just standing in the hallway. That Murphy had to walk by him to get to the elevator, with Vecchia watching her the entire time. That once Murphy walked past Vecchia, he continued to watch her, then followed her to the elevator. That as Murphy was waiting for the elevator by herself, with no one else around, Vecchia repeatedly walked back and forth past her, always watching her. That Murphy became afraid to get on the elevator alone, as she was alarmed at Vecchia's behavior, and thought, if he came near her or got on the elevator, she would scream. That when the elevator arrived, Murphy got on, and as she was waiting for the door to close, Vecchia continued to walk past the elevator, back and forth, just staring at her. That Murphy stated, she has stopped going everywhere, she has stopped her life and now feels like she is in jail. That she can't sleep at night, hears constant noises, is afraid to look outside, and it's making her crazy! That Murphy stated, she has even thought of purchasing a handgun for protection, as she has come to The Police for help, and doesn't know what else to do!

| ARREST WARRANT APPLICATION | | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Supporting Affidavits Sealed<br>☐ YES  ☒ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/28/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT                                pg. 7 of 12

The undersigned, being duly sworn, deposes and says:

13. That on Friday, 11/03/00, at 10:51pm., This Affiant received a report from The Norwalk Police Dept. wherein it stated the following: That on Friday, 11/03/00, at 2:00pm., Barbara Murphy observed a bullet on her deck at her residence in Norwalk, Ct. That Murphy felt the bullet was left on her deck by David Vecchia to scare her. That the bullet was a 380 cal. Copper jacketed type, and did not appear to have been fired.

14. That on Saturday, 11/11/00, at 12:30pm., This Affiant spoke to Kris Seaborne, who stated the following: That she had been friends with Barbara Murphy for the past 5 years. That there was a period 2-3 years ago, when this guy named David Vecchia who works for The City of Stamford, would show up at Brennan's, a bar they would frequent. That Vecchia would come to the bar alone, stand there, drink, and just stare at Murphy. That when she would leave the bar, Vecchia would follow her out, and after this happening several times, Murphy started to have people walk her out to her car. That everyone that frequented the bar was aware of this and concerned for Murphy's safety. That on one occasion, after Murphy was walked out to her car, she came back in very upset, as Vecchia had stood in front of her car and refused to move or left Murphy leave. That Vecchia would not speak to Murphy, but, just stare and always be there. That sometimes he would say hi, or try to engage Murphy in conversation, but, that she would always try to avoid him. That once, Vecchia paid for Murphy's tab at the bar, and she told him never to do it again. That Vecchia would try to pay for their food and drinks, but, they always refused his offers. That Seaborne stated, Vecchia was asked to leave the bar a few times because of his strange behavior towards Murphy, and remembered that once there might of been a scuffle over him leaving. That Murphy became so concerned about Vecchia showing up at Brennan's, that she would have Seaborne enter the bar before she did, to check if Vecchia was there. That Seaborne

| ARREST WARRANT APPLICATION | | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Supporting Affidavits Sealed<br>☐ YES  ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

## AFFIDAVIT                              pg. 8 of 12

The undersigned, being duly sworn, deposes and says:

remembers Vecchia showing up at "Alive at Five", that he would show up alone, hang around, never coming too close, but, always being there. That Murphy has completely changed her lifestyle because of Vecchia following her, and is now extremely nervous.

15   That on Saturday, 11/18/00, at 5:45pm., This Affiant responded to The Redding Police Dept., and spoke to Corporal Briggs. That Briggs was familiar with David Vecchia, as he had previously lived at 600 Redding Road with his wife, Mary and two children. That Vecchia no longer was at that residence, as he was in the process of a divorce, that since his departure, there had been several complaints of criminal mischief, harassing phone calls, and unusual behavior at 600 Redding Road, with Mary Vecchia being the complainant.

16.  That Briggs gave This Affiant a copy of a Redding Police Report, dated 09/11/99, in which Mary Vecchia complained of receiving hundreds of annoying phone calls to her father's residence, at 614 Redding Road, and her residence 600 Redding Road. That these calls were made from David Vecchia's mother's house in Bethel, Ct., The City of Stamford, (David Vecchia's place of employment) and pay phones throughout the Redding area. That these calls were made between 01/99-09/99. That on some days, Mary Vecchia would receive as many as 38 calls, all of which were documented. That from 07/14/99-09/10/99, Mary Vecchia and her children received appx. 75 letters from David Vecchia. That after conferring with Investigator John Mahoney of GA-3, The Redding Police Dept. issued only a warning to Vecchia regarding this behavior. That the case was closed on 10/07/00.

17   That This Affiant and Corporal Briggs responded to 600 Redding Road in Redding, Ct., as Mary Vecchia had requested to speak to This Affiant about her husband, David. That upon arriving, Mary Vecchia told

## ARREST WARRANT APPLICATION
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES  ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO |
|---|---|---|
| David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | Stamford | 1 |

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT                                           pg. 9 of 12

The undersigned, being duly sworn, deposes and says:

This Affiant that she knew about the girl David was stalking in Stamford, that her name was Barbara Murphy. That Mary Vecchia stated the following: That in June of 1997, her husband began to act strangely coming and going at all hours of the night, reading in the dark utilizing a flashlight for light, walking in the garage in the dark, and acting quite odd. That in the fall of 1997, Mary found a copy of a page out of a yearbook, in David's briefcase. That there were a total of 12 photo's on the page, which was numbered "218 Seniors". That on this page, there were 8 females and 4 males. That Mary didn't quite know what this photo meant, but, made a copy of it for herself and returned the original copy to David's briefcase. That Mary Vecchia responded to The Ferguson Library in Stamford, Ct., and learned that this page was from the 1976 Stamford High School yearbook.

18. That David Vecchia's behavior continued to be quite odd, coming home intoxicated, sometimes as late as 5:00am. That Mary decided to have David followed by a Private Investigator, as she felt he might be having an affair. That on 03/20/98, David was followed by an Investigator from K. Parker Mayo Inc.. That the Investigator reported following David from the Government Center in Stamford, Ct., to a bar called "Brennan's", which was located on Iroquois Ave., a one way dead end street. That while watching David Vecchia inside the bar, two women arrived and entered the bar, but, came out shortly thereafter, with one of the women stating to the other, "The psycho, Dave, was in there, at the bar, and I told him he was psycho too, let's get out of here"!

19. That the next day, 03/21/98, there was a message on Mary Vecchia's answering machine, with the caller being a woman, identifying herself as Barbara Murphy, and asking David to return her briefcase and the stuff he took out of her car. That Mary Vecchia then realized Murphy's photo was on the copy of the page out of the Stamford High School yearbook that she had found in David's briefcase. That Mary

| ARREST WARRANT APPLICATION<br>JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | FOR COURT USE ONLY<br>Supporting Affidavits Sealed<br>☐ YES    ☐ NO |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED<br>David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46 | COURT TO BE HELD AT (Town)<br>Stamford | G.A. NO<br>1 |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...   ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official) |
|---|---|---|

### AFFIDAVIT                                          pg. 10 of 12

The undersigned, being duly sworn, deposes and says:

then realized David was stalking her also. That when Mary approached David and told him of the message he became very upset, and stated, he was going to get arrested. That Mary remembers some of the things that David took out of Murphy's car were in their trash bin. That when Mary asked David about his behavior he replied, he thought Murphy liked him, as she was nice to him. That he had also put balloons on her car for her 40th birthday.

20. That Mary Vecchia produced a copy of SNET phone records showing calls to Murphy's residence, 203-866-5207, from her phone line, 203-938-2409. That on 03/21/98, 2 calls were made to Murphy's residence, one at 6:32pm., and the other at 9:40pm. That on 03/22/98, there was another call made to Murphy's residence at 4:43pm.

21. That Mary Vecchia knew about Janet Vecchia getting involved in late March of 1998, that David was to get therapy, but, only attended 2-3 sessions, then felt that he wouldn't be arrested, so stopped. That David admitted his attraction and obsession for Murphy, but, became very depressed when he learned that Murphy did not feel the same.

22. That Mary Vecchia showed This Affiant a book titled, "Stopping A Stalker", which was written by a Chicago Police Officer. That Mary stated, she found this book in David's briefcase as well as 50-60 pages of research on Stalking that David had obtained through the Internet. That Mary became very concerned at that point, and stated, David was in Vietnam and in "Special Operations", specializing in Espionage.

**ARREST WARRANT APPLICATION**
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES  ☐ NO

NAME AND RESIDENCE *(Town)* OF ACCUSED
David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46

COURT TO BE HELD AT *(Town)*
Stamford

G.A. NO
1

### APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court
The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☒ affidavit below...    ☐ affidavit(s) attached.

DATE AND SIGNATURE | DATE 11/29/00 | SIGNED (Prosecutorial Official)

<u>AFFIDAVIT</u>    pg. 11 of 12

The undersigned, being duly sworn, deposes and says:

23 That Mary Vecchia was unsure if her husband had any weapons, and upon her request, This Affiant and Corporal Briggs conducted a search of specific area's where David Vecchia still had some personal belongings inside 600 Redding Road. That at Mary Vecchia's request, A Consent To Search Premises Without A Search Warrant form was completed. That the only two area's checked were the master bedroom with negative results, and the garage area, with Corporal Briggs locating a 762-51, military issued live round in a coffee can, which was in an area where David Vecchia had his personal belongings. That this type of ammunition can be utilized in a weapon such as a AK-47.

24 That Mary Vecchia spoke about her problems with David in the past three years, and felt his compulsive, relentless, and unpredictable behavior was similar towards her as it was with Murphy. That he was calling her, leaving things at her house, sending letters, and having strange occurrences at her home just like Murphy. That she feels her house and phone lines are bugged, as David knows where she is going and what she will do, even before she does it. That she and her children are extremely fearful of her husband, and for a period, were all sleeping together in the same room with the door locked out of fear for their safety.

25 That Mary Vecchia stated, David was allowed "supervised" visits with the children, however, that was stopped in May of 2000, as Patricia Grunert, the children's therapist advised the court that David Vecchia should not be allowed near his children at all. That since that time, David has been very angry and started to frequent the area of Grunert's residence, watching her from the street. That Mary Vecchia told This Affiant that the children are petrified of their father, don't want anything to do with him, and are both in on-going counseling, as well as herself. That Mary Vecchia told This Affiant and Corporal Briggs that she fears for the safety of herself, her children, the therapist, and Barbara Murphy.

# ARREST WARRANT APPLICATION

JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
[ ] YES   [ ] NO

**NAME AND RESIDENCE (Town) OF ACCUSED**
David Vecchia, 5 Ridgedale Road, Bethel, Ct. w/m, 12/30/46

**COURT TO BE HELD AT (Town):** Stamford
**G.A. NO.:** 1

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below...   [ ] affidavit(s) attached.

**DATE AND SIGNATURE** — DATE: 11/29/00 — SIGNED (Prosecutorial Official)

## AFFIDAVIT

pg. 12 of 12

The undersigned, being duly sworn, deposes and says:

26  That The Affiant, based on his training and experience and knowledge of the C.G.S. therefore believes that David Vecchia went to extreme measures to learn about the art of Stalking through the Internet, as well as the book titled, "Stopping A Stalker", then acted out his learning's for the past three years towards the victim, Barbara Murphy. That The Affiant therefore believes that probable cause exists in the after mentioned application and request that a warrant be issued for the arrest of David Vecchia, w/m, 12/30/46, of 5 Ridgedale Road in Bethel, Ct. That This Affiant will appear in court if necessary.

**DATE AND SIGNATURE** — DATE: 11/28/00 — SIGNED (Affiant): FF 9588

**JURAT** — SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 11/28/00 — SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.)

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

**DATE AND SIGNATURE** — DATE: 11/29/00 — SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.)

(Page 1 of 2)

K. PARKER MAYO, INC.

DETECTIVE AGENCY

P.O. BOX 1048

**CONFIDENTIAL**

NEW MILFORD, CONNECTICUT 06776
Phone: (860) 354-8503
Fax: (860) 354-3467

*RA #9588*
*0-10-11-0163*
*Item #2*

March 24, 1998

Mary Vecchia
600 Redding Road
Redding, CT 06875

Dear Ms. Vecchia;
Pursuant to your request, we conducted a surveillance on your husband, David Vecchia. The following is a list of dates and activities that were observed by our investigator.

On Friday, March 6, at approximately 4:10 pm, our investigator attempted to locate Mr. Vecchia's vehicle at the public works department on Shippen Avenue and the government center on Atlantic Street. Mr. Vecchia's vehicle was not at either location. Our investigator then checked a number of bars however, Mr. Vecchia's vehicle was not there either. The bars checked were the Fiddlers Green, Harry O's Place, Beamers, The Zebra Club and several others in the area.

On Friday, March 20, our investigator located Mr. Vecchia's gold Geo Prizm, (CT 454-BJG) at the government center parking garage, 2nd floor at approximately 3:00 pm. At approximately 5:35 pm. Mr. Vecchia was observed walking to his car and then driving out of the parking garage.

Mr. Vecchia was followed to southern Stamford, where he turned on to Iroquois Avenue from Shippen Avenue. This is a residential neighborhood and Iroquois Avenue is a one way, dead end street which ends at the water. At the end of the street, Mr. Vecchia parked his car and was then seen entering a small tavern called "Brennan's". This bar is very small and appeared to cater to local residents. Our investigator entered the establishment and found that it was filled with mostly blue collar workers. At the time there were no women present. Mr. Vecchia sat at the middle of the

**CONFIDENTIAL**

Vecchia Report
Page 2
March 24, 1998

bar area and ordered a bottle of Budweiser. Mr. Vecchia had several brief conversations with the other men at the bar, some of which acted as if they knew him.

At approximately 6:30 pm, our investigator left the bar and continued the surveillance from across the street with a view of Mr. Vecchia through the window. Mr. Vecchia was observed several times walking around carrying a bottle of Budweiser.

At approximately 9:30 pm, our investigator noticed a car pull up around the corner from Brennan's bar and two women, approximately in their 30's, exited the car and headed towards Brennan's bar. Our investigator had a brief conversation with one of the women before she entered the bar. Our investigator was standing outside Brennan's when the two women came back outside and seemed to be upset.

The woman with the dark hair was heard stating "That psycho, Dave, was in there, at the bar" to her friend. The friend stated "Really?" and the dark haired woman replied, "And I told him he was psycho too. Let's get out of here." The women then entered their car and left. Approximately 10 minutes later, Mr. Vecchia left the bar, got in his car and headed toward Stamford city again.

Mr. Vecchia was followed through the Stamford city streets at high rates of speed (50 to 60 mph in a 30 mph zone) and it was was noted that he appeared to be driving erratically. Our investigator followed Mr. Vecchia south on Route 1 to the Stamford-Greenwich town line where Mr. Vecchia was observed executing a left turn into a bar called the "The Terrace Club". Mr. Vecchia missed the entrance to the club and ran

CONFIDENTIAL

Vecchia Report
Page 3
March 24, 1998

over the cement curb before the entrance. He then proceeded to drive through the parking lot as if he were looking for someone. The Terrace Club is a dance club and bar frequented by young adults. Mr. Vecchia was observed leaving the parking lot at around 10:00 pm and headed east of Route 1 toward Stamford. He was again travelling very fast and driving erratically. At this point, our investigator had lost visual contact with Mr. Vecchia due to city traffic signals and his erratic driving. Our investigator continued searching area drinking establishments for Mr. Vecchia's vehicle but was unable to locate it. Pursuant to your request, the surveillance was terminated.

If we can be of any further assistance in this matter, please call the office.

Respectfully,

Gary Paist
GP:ci

CONFIDENTIAL

CRA-HB
00-10-11-0163
ITEM#

CONFIDENTIAL



Daniel Morabito    Janet Morann

JANET MORANN Jan. Jem 76. Discus Throwers have m... Known for breakfast with M.F., always remember the track me... bus trips Be alive with Pleasure. Be good P.B. Company
GLORIA MORGAN A student that didn't like school too mu... admired her men and liked to party on weekends
RUDY F. MOSSA Rude. Good times    MCTC. Saturday... Spirit Shop! Never forget Summer '75. Quad. basketball ga... "Cruisin". 7th per. deli    Dreams TR6. MG. UCLA forv... Admires E.J.. future plans include college
LISA ANN MOWNN Come live with me and be my love, and some new pleasures prove of golden sands and crystal broo... silken lines: silver hooks. John Dunne
BILL MULLIGAN Loves skiing and curling; will never forg... and cruising through Rev. Woods during study. Enjoyed partyi... Jive Jr., Go-Go, Babalou, Chuckles, and B.O.N.G.; loved keg p... was 4 yrs. of pure insanity!
DIANE MURPHY "Murf" "Our Gang". Libs laughs. Vodkie... punch. R.Race and "Jeep". "Touch the Earth, take care of it an... take care of you."
KEVIN MURPHY "Murf"    Hey Dul    see you in fi... Partin   "as it were". s.s.. nice size 18's   Don't kick me o... Canary. I'll be good!"   let's get to class   Elwood! adi...
ARETHA NEWTON Virgo, sign of a woman. Loves to talk... lives to go to NEW HAVEN — enjoys partying and dancing. ... her man (D.B.) and her sister (K.N.). Will always remember ... April. C.B.




Diane Morrell    Gloria Morgan






Rudy Mossa    Lisa Mownn    William Mulligan    Barbara Murphy







STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF STATE POLICE

Date: 9/1/99
Time Started: 1810
Time Ended: 1810
938-2527

STATEMENT OF: Mary Vecchia
Mary Vecchia, date of birth 1/23/50
600 Redding Rd, town/city of Redding CT

...following statement, without fear, threat, or promise, knowing that it may be used against me in court. I have been advised of my right... that I have a right to consult with an attorney prior to any questioning and to have the attorney present during the questioning; tha... the police, I can terminate the questioning at any time; that if I cannot afford an attorney, one will be appointed for me by the cou... the above rights and, at this time, waive them. I have also been advised that any statement(s) made herein which I do not believe to... ch statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. sec...

I reside at 600 Redding Rd with my two children, David age 13 and Allison age 10. I am in the process of divorcing my husband of 14 yrs David Paul Vecchia. I have been separated from David since Sept. 14, 1998. David and I currently share equal custody of the children although I have a motion pending at Danbury superior court for full custody of the children. After David and I separated, the children and I moved into my parents' home at 614 Redding Rd (approx Nov. 1998). At this time I began receiving numerous phone calls from David at this residence (938-... ). The calls soon became overbearing so I began documenting them. David placed hundreds of calls to the residence between Nov 1998 and A... 99. I have personally told David to stop calling me as did my father on several occasions.

In Aug 1999 I moved back to my residence at 600 Redding (the children and I were permitted residence by the court). David began calling me at this residence. I then changed the phone number and David again started to call my father's home in an attempt to contact me and/or the children. David would place the calls from his mother's home - Bethel CT, his work - Stamford CT, from pay phones in various areas of Redding CT and from areas "out side of area or unavail..."

...my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of ...and belief.

CONFIDENTIAL

Signature: x Mary Vecchia
Signature:

...appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
...endorse here:

**STATE OF CONNECTICUT**
**DEPARTMENT OF PUBLIC SAFETY**
**DIVISION OF STATE POLICE**

Case Number: A97-332007

STATEMENT OF: Mary Vecchia (Cont.)

I knew this as I had acquired caller I.D.

In July 1999 David began sending me and the children letters. Since July 15, 1999 David has sent us letters daily. These letters total approx. 70.

The content of the letters addressed to the children seldom vary. They consist primarily of the detailed events of David's day (from breakfast to business dealings). The letters have become very annoying to the children and they no longer want to read them. The children have become very upset with the letters and feel that "they are weird".

The content of the letters sent to me consists of pleads of reconciliation & resolution. A couple of the letters have quoted scriptures from the Bible. The letters have become very disturbing to me and I feel that David may "snap" at some point. The letters represent the most communication David has had with me in our 14 yrs of marriage. Also, on several occasions, I have noticed that David has followed me and the children to various places throughout Redding, Ridgefield, and Danbury. On approx 10 different occasions David has left gifts for me or the children.

I have become very alarmed at David's actions and fear for my wellbeing and the wellbeing of the children. David continues to write that he will see us at many locations (community events, school & church). We now fear going to these places. I want David to stop harassing us and to leave us alone. I have requested that he only contact us through our attorneys.

By my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Signature: Mary Vecchia

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.