# EXHIBIT 5

STAMFORD POLICE DEPARTMENT
Stamford, Connecticut

# VOLUNTARY STATEMENT

PAG

DATE 10/26/00    PLACE 805 Bedford Street    TIME STARTED 5:25

I, Barbara Murphy    am 42 years old. My date of birth is 03/25/58

I live at 9 Knollwood Road, Norwalk, Ct.    Telephone No. 203-866-5207

I am employed at City of Stamford Fire Dept.    Telephone No. 203-977-4785

I give the following voluntary statement to Officer Carl Strate #9588
who has identified himself as a Stamford Police Officer, and who
HAS DULY WARNED AND ADVISED ME, AND I KNOW:

1. That I have the right to remain silent and not make any statement at all._____
2. That anything I say can and will be used against me in court._____
3. That I can hire a lawyer of my choice to be present and advise me before and during this statement._____
4. That if I am unable to hire a lawyer, I can request and receive appointm of a lawyer by a proper authority, without cost or charge to me, to be present and advise me before and during this statement._____
5. That I can refuse to answer any questions or stop giving this statement anytime I want to._____

**CONFIDENTIAL**

WAIVER
I give this statement freely and voluntarily without fear of threat or inducement by a promise, and I wish to do so without the presence of an attorney.

I have read or have had read to me, the above listed rights that I am entit to under the Constitution of the United States, and I do waive them at this time.

_____Carl Strate #9588_____        _____X Barbara E Murphy_____
Witnessed                          Signature of person giving voluntary statement
                                   Time 5:27 P.M   Date 10/26/00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I have read or have had read to me, each page of the statement hereto annex of _____ pages, each page of which bears my signature and corrections, if any bear my initials, and I certify that the facts contained therein are true a correct. I fully understand that if I made a statement that is untrue and which is intended to mislead a law enforcement officer in the performance o the official function, I will be in violation of Section 53a-157, Connectic General Statutes, which is a class A misdemeanor.

This statement was completed at 7:45 PM M. on the 26th day of October 20

_____Carl Strate #9588_____        _____X Barbara E Murphy_____
Witnessed                          Signature of person giving voluntary statemen

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26th DAY OF October 2000

Stamford Police Dept.  **CONFIDENTIAL**
Stamford, Ct.

Statement of: Barbara Murphy   Date: 10/26/00   Page: 2 Of: 7

My name is Barbara Murphy, I have worked for The City of Stamford for the past 17 years. I worked in the Payroll Dept. for the first 13 years, and since then have worked at The Fire Dept. as an Administrative Assistant. I live in Norwalk, Ct. with my mother.

While I worked at the Payroll Dept. I met a guy named David Vecchia, he had become the new Purchasing Agent for The City of Stamford. We both worked on the 10th floor of the Government Center during that time. I would see him at work, and would exchange pleasantries, and just take care of business. I did happen to work on two committees with him where there were other people involved as well. One time he had asked to me to lunch, this was after we had worked on a newsletter and manual for HTE system, he wanted to do this as a thank-you for working on the Manual and the newsletter, so I went and brought the manuel for him to review at lunch. It was just the two of us, and we went to Antonio's in Stamford on the west side. While at lunch, he made a comment about me being pretty, and it made me feel uncomfortable, so I never had lunch with him again. He didn't do anything wrong whatsoever, but, I just felt uncomfortable.

When I took a promotion at The Fire Dept., David sent me candy a couple of times, I got Christmas & Valentine color candy. He would always send M&M's and/or Starburst, he knew they were my favorite, I think he overheard me telling someone one day, he might of even of told me that. After a few times, I started to feel uncomfortable, and everyone at work was starting to make a joke of it. I told David not to send anymore candy! He stopped doing that.

On Thursdays, after work, all of us would go to the "Alive At Five" downtown, it was like a thing, we all went. I started to notice that David would be there as well, and as time went on, he would get a little closer to our group, meaning proximity. He would come by himself, not many people socialize with David, he is kind of a loner and odd. He would say "hello" and just stay in the area.

One time we were all leaving and talking about going to Brennans, and when we got there, he showed up. I had never seen him there before. It was no big deal, he just stayed around and drank. Now everytime we go to Brennans, he starts to show up. We would go pretty much on Friday nights and after "Alive At Five". But, primarily on Friday nights. He would start to show up on a regular basis and just stay to himself. After a few times, he

would start to buy people drinks, including me. I didn't think anything of it, but, when I was with my girlfriend and he paid for my food tab, then I thought it wasn't appropiate, and he was a little weird or odd. When he bought for my food that time, I told it was very nice, but, don't do it again, I even told the bartender not to let him pay for anything concerning me. But, when I would see him at work again, he would just say, "hello" and nothing else. After these incidents, he started to make me and my friends feel uncomfortable, so I tried to avoid him whenever I could. We just stayed away from him, we never really hung out with him, but, we just tried to stay away.

   I would be staying at the bar and the next thing I knew, he would be standing right behind me, not saying anything, he would be just inches away, he would be all in my space.    **CONFIDENTIAL**

   One time at Brennans, he stood at the end of the bar and just started to scream my name, he was screaming, "Barbara Murphy". I had to go over and tell him to shut up. This was at the Brennans in Stamford on Iroquois Road, this happen in 1998. Initially all of this started sometime in 1997.

   In the past the bartender or the owner at Brennans have cut him off, and even thrown him out because of his behavior towards me. My friends would also complain about him bothering me. In the past, I have had different people walk me out when I would leave, because David would follow me out and stare, he would make me feel uncomfortable.

   One time, when I left Brennans I was walked out by Jason, the bartender and David follow me out, but, another bartender had to come out and told David to get back in the bar and leave me alone. Everyone in the bar knew he was bothering me, and that I was getting afraid of this.

   I then started not wanting to go there, I would have my friends go in first, if he was there I wouldn't go in. I wouldn't go as much, I didn't want to deal with it. Whenever I would see him at Brennans, I would go home, and get hang up calls all night long, someone would call and just stay on the line, not say anything, I would do the hanging up. I started to call the bar back when I would get these call, because I could a lot of noise in the backround. When I would call, they would tell me that David had been on the phone. One time there was a balloon on my car at Brennans for my birthday, and got phone calls all night when I got home. That night David was very disruptive at Brennans, that might have been the night he was calling out my name. I couldn't leave alone, because he would always follow me out and just stand there and watch me.

   I remember the phone calls starting around January of 1998, the calls would be all night long at my home in Norwalk. That first night of the calls,

I had left Brennans with a guy named "Chad" and David had seen us leave, the very next day, my mirror on my car was smashed at my home in Norwalk.

On January 30, 1998, I had to have a person at Brennans walk me out of the bar and make believe he was leaving with me because I wanted David to think I was with someone so he would leave me alone. When we left, we got to the car, and then David came out, so I had this guy who had walked me to my car get in my car and I would drop him off around the corner. When we went to pull away, David stood directly in front of the car, he would let me go forward, he never said anything, just stood there, it was totally weird! So, I back up and then drive up a one way street, drop this guy off and then just leave. I got phone calls all night when I got home. I would always get these calls when I would see David out.

CONFIDENTIAL

On March 20, 1998, I was at Brennan's and David showed up. He was acting weird and staring at me and after a while a friend of mine named Ed was getting ready to leave so I asked him if he could walk me out. Ed lived a couple of streets down and I said I would give him a ride home. So I did. That same night when I got home and went to sleep, my mother woke me up at about 2:30am. She tells me someone is in the driveway of our house, I get up and don't see anything, my mother told me she thought it might have been a light colored car. We then went back to bed. The next morning, which was Saturday, I realized my briefcase was missing from my car which was in the driveway of my home. I had left it in the back seat, and had left the car unlocked. I started to think about all of these things that happened, and thought it was David Vecchia that did this. I called my friend, Ben Fraser and told him what had been happening and about my feeling, that I felt like I was being stalked! I told him that I thought that David had broke into my car, so, after speaking to Ben, Ben suggested I call David and ask for my breifcase back. I decided to call David, and did, leaving a message at his home. It was brief and to the point, stating, I needed my briefcase and to return it to The Central Fire Station at a certain time. At one point, I was about to go out and went into my purse and saw green and white Rosary beads on the bottom of my purse, they weren't mine, I don't know how they got there. I believed that David had put them in my purse from the night before while I was at Brennans.

On the same day, in the evening hours I received a phone call from David, saying, "he had done what I requested, and how sorry he was, that I was always nice to him, and that he was s sick man and didn't know why he had done this". I told him to leave me alone and just hung up. I couldn't believe that he had done this and that he was stalking me. I knew now that

this was all real. The next morning I go to The Fire Dept. and get my briefcase, when I got home and open it, I realize everything is all ripped up and smashed. There was also a Yankee bag from my trunk, and stuff from my glove compartment, he took the time to go through my entire car, I don't know what he was looking for.

There was stuff missing, my cell phone charger, and some discs and other items I cannot recall. Ben then called David and told him to bring the rest of the stuff to the Fire House, that's when he brings an appointment book that was ripped up, but, there was still stuff missing, and Ben calls him again and they meet in Ben's office, as Ben is an Attorney. That's when he brings the discs and a letter admitting what he did, he also gave me $100.00 for the stuff that was missing.     **CONFIDENTIAL**

At this point, Ben meets several times, at his office and over the phone with David and or his sisters discussing this problem and for David to get some help. Ben specifically told them for David to stay away from me. I didn't want to ruin his life, but, I knew he needed help and couldn't take this anymore. All I wanted was for him to leave me alone. Everyone agreed that David would get help, he was remorseful, and would stay away from me. This was in the spring of 1998.

Things were quiet for a little, and I thought everything was o.k. until May of 1998. David started to show up at Brennans again, and when I would see him, the calls would start again. He would just act odd like he would before, so I stopped going there. Then he started showing up at Road Races that I would be in, then he would show up when I would run after work in the Shippan area, he never ran before, but, all of a sudden he would be there, so I started to go a different way and another area. One time, I was in a race in High Ridge and he showed up and ran right in front of me the whole time, I had to stop in the middle of the race.

After talking with my friend Ben, we agreed that we should take this to the City of Stamford so I called Tom Cassone who was the Corporation Counsel and was advised to go to The Human Resources Division in The City of Stamford. I did this because this all started to happen while working at The Fire Dept. We had just finished discussing the Sexual Harassment policy, which I was required to sign, and this seemed like it fell into this category.

In the middle of September of 1998 I met with Bill Stover and Fred Manfredonia of Human Resources and made a formal complaint that I was being stalked, Ben Fraser was also with me. I told them I needed help, and after listening to the whole story, they told me that they weren't sure what they could do, that they would talk to David Vecchia and then get back to us.

I told them I just wanted David to leave me alone and get help, I wasn't out to hurt him. I just wanted him to leave me alone! They met with David, and then got back to me and told me that David admitted everything, that he did this because he wanted to date me. Ben and I told Bill Stover and Fred Manfredonia that I wouldn't take this any further if David got help, and that we received proof that he was getting help. And that he had to stay away from me. They were suppose to get back to me and/or Ben and never did. I don't know why, but, I was just happy that things got quiet but never knew why they didn't get back to me with any answers. **CONFIDENTIAL**

Prior to that meeting, I was getting lots of phone calls at home, David was showing up everywhere I was, and I started to change my whole lifestyle, stopped going to The Government Center, just trying to avoid him, as it was making me sick. I try to stay out of the Government Center to this day because of this. I even shut my phone off at night now, and don't really go to Brennans, I have rearranged my life because of this.

Everything got quiet, and then only now, on October 5, 2000 did I get a plastic thing, like funny face type of thing, like you would buy at a Hallmark or Balloon, on a stick that was left in my yard by my steps, it was stuck in the lawn. These are the types of things that David did before. Then I noticed there was a phone call during the night at 11:11pm. with the caller I.D. stating "pay phone and the number 203-762-7694". I realized this was a Wilton phone number and that David might go home through Wilton as he lives in Redding or Ridgefield, Ct. The reason that I believed this was David again, was because a few days prior to this, I saw David at Tarantos. I was with a male friend of mine and David walked in, when he saw me and didn't leave my friend and I left. I just didn't want this to start up all over again. I also saw him at The Government Center the same week, he made me feel very uncomfortable, he just looked at me and stood there, it was very odd. Prior to that, after I reported this to Human resources he would see me and just go the other way, this time he just stood there and didn't leave. So, now I'm coming to you, I need a restraining order from this guy, so that if he does something again, I could have him arrested. I tried to get a restraining order once before, but, was told to go to The Police.

*[signatures]*

Off. Carl Strate #9878

Barbara E Murphy

I don't want to get hurt, nor do I want this to go any further, I want him to know how serious this is, and that if he starts to do this again, he'll be arrested. This is how David gets started, the calls, leaving things on my car or house, this is weird stuff, I'm scared out of my mind, I'm trembling right now just talking about it, I can't believe this is happening to me. I don't know what else to do!

**CONFIDENTIAL**

I have read the above and it is true to the best of my knowledge and belief.

CPL # 9588 *[signature]*

Off. *[signature]* #9588 *[signature]*