```
1                    Do you follow me?
2         A.    Yes, I do see that.
3         Q.    Okay.  Did you see Dr. Hamilton at all during
4    that period of time?
5         A.    I don't recall the dates of my visits, if
6    there were any in that time.
7         Q.    Did you see anybody else?
8         A.    No.
9         Q.    Okay.  If you look at Dr. Hamilton's report
10   of March 21st, you'll notice that he puts there -- if you
11   read that paragraph, the last -- "Interestingly it didn't
12   get mentioned again."
13        A.    Okay.
14        Q.    So again, Dr. Hamilton reaffirms that there
15   was no discussion of these stalking or about my conduct and
16   its affect on you.
17              Do you think that's a reasonable assumption?
18        A.    I don't recall.
19        Q.    I didn't understand the answer.
20        A.    I don't recall when I spoke -- at what
21   appointments I spoke about you or how upset I was at the
22   time about you.  I was basically -- I don't know.  I don't
23   know why he writes what he writes, and if he wrote it, then
24   maybe that's how he felt I would think.
25        Q.    Again, on March 30th, the third line there,
```

```
 1  it starts -- the second sentence reads, "I will check my
 2  notes from before as she did mention the stalking once in
 3  the very beginning -- but never mentioned it again."
 4       A.   Okay.
 5                 MS. MAURER:   Is there a question,
 6            Mr. Vecchia?
 7                 MR. VECCHIA:   No.
 8                 MS. MAURER:   Then I would ask that
 9            the last line of that --
10                 MR. VECCHIA:   You can strike it.
11       Q.   Why do you think the doctor would write that?
12                 MS. MAURER:   Mr. Vecchia, I'm going
13            to direct Ms. Murphy not to speculate.  She
14            has no way to know what the doctor's
15            methodology or thought pattern was at this
16            moment.
17       Q.   Ms. Murphy, it's your testimony that you
18  specifically remember mentioning these incidents to
19  Dr. Hamilton?
20                 MS. MAURER:   That question's been
21            answered many times.  She has testified that
22            she spoke to Dr. Hamilton repeatedly about
23            you stalking her and the impact of your
24            stalking of her had on her; however, she
25            doesn't remember the dates and times she
```

```
 1                spoke with him.
 2        Q.      Ms. Murphy, are you at all surprised that if
 3   you emphasized this so much that Dr. Hamilton, he didn't
 4   write it in his report, in fact, he even said when it's
 5   brought up again he's surprised to hear of it?
 6                      MS. MAURER:   Mr. Vecchia, you're
 7                 asking her to speculate again, and I'm going
 8                 to direct her not to do so.
 9                      MR. VECCHIA:   No, I think I'm asking
10                 someone to use common sense.
11                      MS. MAURER:   Mr. Vecchia, if you'd
12                 like to testify, you're going to get your
13                 chance at court.
14                      MR. VECCHIA:   Okay.
15        Q.      March 21st, '01 is when you first went back
16   to see Dr. Hamilton.
17                Did Attorney Victoria DeToledo tell you to go
18   see a counselor?
19        A.      No.
20        Q.      Am I correct that you retained Attorney
21   DeToledo in approximately March of 2001?
22        A.      I don't know.
23        Q.      I'm sorry.  I didn't hear your answer.
24        A.      I don't know the exact date.
25        Q.      Okay.  How about month; do you know the exact
```

1   month or approximate month, within two months?
2       A.   I honestly don't, but it's around the time
3   that she wrote the letter to the city.  So it was shortly
4   before that.  So whatever date that was.
5       Q.   Well, that is on March 20th and you saw --
6       A.   Okay.
7       Q.   And you saw Dr. Hamilton on March 21st after
8   not seeing him for a year and a half.
9       A.   Okay.
10      Q.   That's what prompted my question.
11           During the questioning by Attorney Minor, he
12  asked you about the newspaper articles and how they affected
13  you or what you thought of them.
14           Did you ever speak to a newspaper reporter?
15      A.   No.
16      Q.   Did you ever give any documents to a
17  newspaper reporter?
18      A.   No.
19      Q.   Some time during that period you filed a case
20  with the Human Rights Commission.
21           Did you notify the newspaper that you had
22  filed a case with the Human Rights Commission?
23      A.   No.
24      Q.   Did the city notify the newspaper?
25      A.   I have no idea.

| | |
|---|---|
| 1 | Q.    Did you ever talk to a reporter from the |
| 2 | Stamford Advocate? |
| 3 | MS. MAURER:   That question's been |
| 4 | asked and answered, Mr. Vecchia. |
| 5 | Q.    Had you ever spoken to a reporter from the |
| 6 | Stamford Hour, the Norwalk Hour edition of the Stamford |
| 7 | paper? |
| 8 | MS. MAURER:   That question has also |
| 9 | been asked and answered. |
| 10 | Q.    Since you're reading this meeting with |
| 11 | Attorney Stover and -- pardon me, with Fred (sic) Stover and |
| 12 | Fred Manfredonia in April of 1998, could you tell me the |
| 13 | number of times that you've seen me? |
| 14 | MS. MAURER:   Mr. Vecchia, did you say |
| 15 | April of 1998? |
| 16 | MR. VECCHIA:   No, September.  This |
| 17 | is when -- after Ms. Murphy met the Human |
| 18 | Resources officials. |
| 19 | MS. MAURER:   And what was your |
| 20 | question again, please? |
| 21 | MR. VECCHIA:   I asked her to tell me |
| 22 | about the number of times that she had seen |
| 23 | me between then and when I was arrested in |
| 24 | November of 2000. |
| 25 | MS. MAURER:   If she knows, I'll let |

| | | |
|---|---|---|
| 1 | | her answer. |
| 2 | A. | I don't know. |
| 3 | | MR. VECCHIA: I'm sorry? |
| 4 | | MS. MAURER: I said if she knows the answer, I will allow her to answer. |
| 6 | | MR. VECCHIA: All right. |
| 7 | A. | Since 1998 until 2001? |
| 8 | Q. | Until 2000. |
| 9 | A. | I have no idea how many times I saw you. |
| 10 | Q. | Where would you have seen me? |
| 11 | A. | I could have seen you at the Government Center. |
| 13 | Q. | Apart from the Government Center. |
| 14 | A. | I could have seen you anywhere where you might have to be. |
| 16 | Q. | What places specifically? |
| 17 | A. | I don't have a specific place where I could have probably seen you. You pop up at the craziest places, David. |
| 20 | | MS. MAURER: All right. Why don't we move along, Mr. Vecchia. |
| 22 | | MR. VECCHIA: I'm looking for an answer to my question. |
| 24 | | MS. MAURER: You've got an answer. She's given you what she knows. |

```
 1        Q.   Okay.  Did you ever see me at a birthday
 2   party for Victor Palicchi (phonetic) who worked in the
 3   accounts payable department?
 4        A.   I don't recall.
 5        Q.   I'll try to refresh your memory.  You sat
 6   across the table from me for four hours.
 7             Do you recall that?
 8        A.   Was it -- no, I don't.
 9                  MS. MAURER:   Would you say that
10             name?
11                  MR. VECCHIA:  Palicchi.
12        A.   I could have.  Victor is a very good friend
13   of mine.  So I would have been at his party, whether I
14   noticed how many people were there, whether I noticed
15   whether you were there.
16        Q.   As I said, Ms. Murphy, I was sitting right
17   across the table.
18        A.   You may not have been that significant to me
19   at the time.  I'm sorry.
20        Q.   And yet you're filing a lawsuit that I'm
21   harassing you.
22             Did I ever see you at Brennan's during that
23   time?
24                  MS. MAURER:   What period of time,
25             Mr. Vecchia?
```

```
 1                    MR. VECCHIA:   I'm asking about the
 2          time period from September of 1998 until I
 3          was arrested in November of 2000.
 4       A.    Yes.
 5       Q.    How many times, Ms. Murphy?
 6       A.    I have no idea, David.
 7       Q.    Would you think once?
 8       A.    More than once.
 9       Q.    More than two?
10       A.    More than two.
11       Q.    More than five?
12       A.    David, I honestly don't recall the number of
13  times.
14       Q.    Approximately five?
15       A.    Several times.
16       Q.    More than ten?
17       A.    More than ten, maybe not.
18       Q.    I'm sorry.  I didn't hear you.
19       A.    I don't recall how many times.
20       Q.    Okay.  I'm talking about a period of two
21  years and two months.
22       A.    That's correct.
23       Q.    So you don't know if it's five or it was a
24  hundred; is that what you're saying?
25                    MS. MAURER:   Mr. Vecchia, you have
```

1  asked this question, and she has answered it
2  a number of times. I'm going to ask you to
3  move on.
4           MR. VECCHIA: No, I'd like to get an
5  answer.
6           MS. MAURER: You have had the answer
7  you're going to get. She doesn't remember
8  how many times more than five.
9           MR. VECCHIA: More than five is the
10 answer.
11 BY MR. VECCHIA:
12     Q.   Okay. If you only saw me five times, how
13 could that be the basis of charges that someone was stalking
14 you?
15          MS. MAURER: Mr. Vecchia, I'm going
16 to object. You are mischaracterizing her
17 testimony. Her testimony was more than five
18 times, and I'm also going to suggest that she
19 is an inappropriate person to ask for a
20 legal explanation to her claims.
21          MR. VECCHIA: Could you say that
22 again because I didn't understand that.
23          MS. MAURER: I'll ask the court
24 reporter to read it back.
25      (The requested colloquy was read back.)

1    MR. VECCHIA:  Let me think about
2 what that means.
3        It's inappropriate to ask for a
4 legal --
5    MS. MAURER:  She's not an attorney,
6 Mr. Vecchia.  Whether or not she had a claim
7 was not a decision that she made.  It was
8 made by her attorney.
9    MR. VECCHIA:  I understand now.
10 Thank you.
11 BY MR. VECCHIA:
12    Q.   And I saw you at Taranto's, Ms. Murphy; do
13 you recall that?
14    MS. MAURER:  When, Mr. Vecchia?
15    Q.   During the period of September of 1998 to
16 November of 2000.
17        I'm sorry?
18    A.   Nobody said anything.
19    Q.   Oh.
20    A.   Yes, I recall seeing you at Taranto's in --
21 yeah, I do.
22    Q.   Okay.  And how many times did you see me at
23 Taranto's, Ms. Murphy?
24    A.   Well, I was only there once.  So once.
25    Q.   You were only there one time?

1  A. Uh-huh.
2  Q. My lucky day.
3      Okay. So far we've gone through the
4  Government Center, Palicchi, Brennan's and one time at
5  Taranto's.
6      Is there any other place that I saw you that
7  you saw me?
8  A. During that time period of September of 1998
9  to November of 2000, I don't recall any place, no.
10 Q. And since November of 2000 until today, where
11 and approximately how many times have I seen you since then?
12 A. I don't know how many times you've seen me.
13 Q. Okay. Where have you seen me?
14 A. In court.
15 Q. I didn't hear. I'm sorry.
16 A. In court, at a deposition here in Attorney
17 Maurer's office.
18 Q. In court you mean where?
19 A. The Department of Labor, the courthouse in
20 Stamford. I think that's it.
21     Somewhere in Wethersfield or something. I
22 don't know. Those are court type things to me.
23 Q. Okay. And you mentioned the deposition at
24 Attorney Maurer's office.
25 A. Correct.

1  Q.  During the time from November of 2000 until today, have you been contacted by anybody from the state of Connecticut, either the Judicial Bureau, Probation Bureau or any other bureau regarding if you have seen me?

5  A.  No.

6  Q.  No one had ever called you?

7  A.  No.

8  Q.  Did they tell you they were going to contact you?

10     Did anybody tell you that from either Victims' Rights, Department of Probation?

12  A.  No one told me they were going to -- no one from those two places said that they would ever talk to me about you.

15  Q.  So no one from Victims' Rights then has spoken to you since the case was closed at Superior Court; is that correct?

18  A.  When was the case closed?

19  Q.  When I pled guilty in January of 2002.

20  A.  After your trial?

21  Q.  Yes.

22  A.  The Victims' Rights woman called me once to ask me how I was, like a week later.

24  Q.  And since then, no one's inquired about your welfare?

1   A.   No.

2   Q.   Is that correct?

3   A.   That's correct.

4   Q.   Thank you.

5        Ms. Murphy, did I ever apologize to you for
6   my conduct?

7   A.   Yes, you did. Your initial conduct. I'm
8   sorry. Let me clear that one up.

9   Q.   I didn't hear you. I'm sorry.

10  A.   Your initial -- after you broke into my car,
11  the next day or actually Sunday, you called at like ten
12  o'clock at night and said you were sorry. Ten-thirty at
13  night. And you said you returned my briefcase to the fire
14  department. And you said you were sorry for hurting my
15  family and ruining my life.

16  Q.   And I am.

17       I recall trying once after that to apologize
18  to you also in July or August of 1998 when you went -- as I
19  recall, you were sitting in the back area, and I went over
20  to talk to you, and you just kind of waved me off, that you
21  didn't want to talk.

22       MR. VECCHIA: Again, I apologize for
23           asking these very personal questions today,
24           but that's the spot I am. That's it.

25       MR. MINOR: I have nothing further.

| | |
|---|---|
| 1 | MS. MAURER: And I have nothing |
| 2 | further. |
| 3 | MR. MINOR: Why don't we conclude the |
| 4 | deposition and, you know, I'll ask the court |
| 5 | reporter to send me the usual transcript, and |
| 6 | I guess that's it. |
| 7 | MS. MAURER: Mr. Minor, I'm going to |
| 8 | ask the court reporter to also send you the |
| 9 | original of Defendant's L. I have a copy for |
| 10 | myself and that way you'll have a complete |
| 11 | set of exhibits. |
| 12 | MR. MINOR: Fine. Thank you. |
| 13 | MS. MAURER: Thank you very much. |
| 14 | Good-bye. |
| 15 | MR. MINOR: Good-bye. |
| 16 | (Deposition concluded at 2:25 p.m.) |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1
 2
 3
 4            I, BARBARA MURPHY, have read the
 5   foregoing pages, and find the answers to the
 6   questions therein contained to be true and correct
 7   with the exception of changes, if any, as may be
 8   noted on the Correction Page.
 9
10   _____              _____
     Dated                         Barbara Murphy
11
12            Subscribed and sworn to before me this
13   day of                , 2004.
14
15
16                                _____
                                  Notary Public
17
     My Commission expires:
18
```


```
 1                          I N D E X
 2
 3
 4   WITNESS:                                              PAGE
 5        BARBARA MURPHY
 6
 7   CONTINUED DIRECT EXAMINATION BY MR. MINOR              105
 8   CROSS-EXAMINATION BY MR. VECCHIA                       164
 9
10                         E X H I B I T S
11
12   DEFENDANT'S EXHIBITS FOR IDENTIFICATION:
13
14   L        Medical papers                                107
15
16
17
18
19
20
21
22
23
24
25
```

```
1   STATE OF CONNECTICUT    )
2                           )  ss:  Ansonia
3   COUNTY OF NEW HAVEN     )
4
5        I, Donna M. Miani, a Certified Court Reporter and
6   Notary Public within and for the State of Connecticut, do
7   hereby certify that within deposition of BARBARA MURPHY
8   was held before me on the 11th day of June, 2004.
9        I further certify that after said deposition was
10  recorded stenographically by me, it was reduced to type-
11  writing by me and I hereby submit that the within contents
12  of said deposition are true and accurate to the best of my
13  ability.
14       I further certify that I am not a relative of nor
15  an attorney for any of the parties connected with the
16  testimony of the witness.
17       Dated at Ansonia, Connecticut, on the 28th day of
18  June, 2004.
19
20                              _____
                                Donna M. Miani, CSR
21                              Certified Court Reporter
22
23
    My commission expires July 31, 2008.
24
25
```