# EXHIBIT 9

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
BARBARA E. MURPHY,                : DN 3:03 CV 00519 (MRK)
   Plaintiff,                          :
                                  :
v.                                :
THE CITY OF STAMFORD and          :
DAVID VECCHIA,                    : May 3, 2005
   Defendants.                         :
------------------------------------------------X

## AFFIDAVIT OF HAROLD JACKSON

Harold Jackson, Being Duly sworn deposes and says:

1. I submit this affidavit under oath in opposition to the City's Motion for Summary Judgment. Everything I testify to is on first hand knowledge except where I testify on information and belief, the basis of which is stated.

2. In August 1996, Barbara Murphy came to work as a Administrative Assistant at the Fire Department Headquarters where I worked as office support. We shared a work space until I accepted a job in the Government Center in 2002.

I had the opportunity to observe Barbara every day, five days per week for six years.

3. Barbara Murphy is a hard worker, very focused on her job. She has a real ability to interact with all sorts of people. Whether she has just met you or has known you a long time, without regard to your position, she interacts well and is able to handle everyone appropriately.

4. I first became aware of David Vecchia's interest in Barbara on a Friday evening in the summer of 1997. A group of City workers including Barbara, Patrick O'Connor, Carmelo, Karen, myself and others had gone out to a club that has since closed. Vecchia was standing behind Barbara where she couldn't see him. He was standing much closer to her than someone who wasn't a close friend would. Barbara was unaware of this, at the time. I noticed it because by then I knew Barbara's close friends and had never heard her mention Vecchia in that light. He was also much more formally dressed than the rest of us, wearing a white shirt and tie. As the evening progressed, Vecchia really focused on Barbara, tracking her movements and watching her interactions with other people.

5. The next Monday, Barbara and I spoke about what happened because we both thought Vecchia's behavior was weird. It was also odd for him to approach this group of people as he wasn't friends with any of us particularly.

6. Over the next year or so, Vecchia came to the Fire Department at least four times that I can remember. On Valentine's Day he brought Barbara a two pound bag of pink and white M&M's. He was wearing an overcoat buttoned up to the collar. Vecchia stood over her desk trying to engage her in conversation but she was obviously uncomfortable and did not want him there.

7. Around Christmas he also appeared with red and green M&Ms, again hanging around making Barbara uncomfortable. Another time he sent Star Burst candies through the interoffice mail.

8. Several of the people in the office including Chief Brown, Chief Graner and myself would tease her about this person who was sending her candy. We wanted her to let him continue because there was a candy jar in the office that we were putting the candy in to eat. One time, Vecchia came over on the pretense that he needed to see Chief Brown, but he was really there to see Barbara and to try and talk with her. After that, we gave her a really hard time

and teased her because Vecchia didn't bring any candy and we were disappointed.

9. Some time later on my way out at the end of the day, I saw Vecchia at the Fire House watch desk trying to get in to go upstairs. At the time it didn't seem very important so I went on. Had I known what happened later, I would have gone back upstairs to be with Barbara.

10. Over time Barbara would ask me and others in the Fire House to keep Vecchia out, to stay with her if she thought he was going to be there, to take her phone calls so he couldn't speak to her.

11. In March 1998, Vecchia broke into Barbara's car and took some of her things and destroyed others. She was very upset because, at the time, Barbara was taking care of her mother and her mother's financial matters. Along with Barbara's things, Vecchia had taken her mother's check book and wouldn't give it back. I overheard one telephone conversation at the firehouse were Barbara was yelling that she wanted her mother's checkbook and the computer disks she was working on back, that they had a lot of important work on them.

12. One of the things that really upset Barbara at the time was that Vecchia was frightening her mother. Her mother was very ill and was living with Barbara.

Barbara told me that the night of the car break in, Vecchia woke Barbara's mother up. She was very frightened and went to Barbara's room and woke her about a man in the yard. By the time Barbara could calm her mother, Vecchia had run away.

13. At the time, I believe Chief Brown knew about the break in because he was an open man that the staff could talk to.

14. Things seemed to escalate from there. Barbara would tell me about hang up calls at night. She would get hang up calls at the office. She was afraid to go to the Government Center because Vecchia worked there so I would take things over for her if I could.

15. She had been running regularly at different times of the day, sometimes alone, sometimes with Val. She was very surprised one day to be running by the Cove and to find Vecchia running toward her. Later when she ran in the High Ridge race that the mayor was running in, she told me that Vecchia ran right near her until she had to drop out because he made her so upset. As things got worse, she stopped running by herself and would only run during the day and with someone she trusted.

16. In September 1998, Barbara went to talk with William Stover and James Hasselkamp. It seemed to me that they were really slow moving in response to her complaint. No one interviewed me even though I sat in the same room and had seen Vecchia repeatedly. As far as I could tell, no one at the Fire Department was interviewed at that time about Vecchia.

17. Barbara had told me that her friend Attorney Ben Frazier had talked to Vecchia and his sister after the car break in and that Vecchia had promised to leave her alone and get help. By the time September came, Vecchia had already broken his agreement. Barbara wanted the City to protect her and to make Vecchia's harassment stop. I don't think she cared what they did to him as long as she did not have to deal with him ever again.

18. Barbara did everything she could to protect herself and isolate herself from Vecchia. As I said, she stopped running by herself. She also told me about getting caller id and number blocking for her phone at home. At the office, I would pick up the phone when I could. Vecchia still had access to the Fire House because he was a department head himself and had City business with Chief Brown. But I tried not to leave her alone. I even carried her credit union deposits over to the Government Center so she didn't have to go there.

19. Barbara stopped going out to the clubs and Fire Department events the way she had. Unless someone was with her, she wouldn't go anywhere except work and home.

20. Although I only saw Barbara cry one or two times at work over Vecchia it made her upset and angry that he wouldn't stop, that the City wasn't helping her, that they didn't enforce their "Zero Tolerance" sexual harassment policy.

21. Between September 1998 and fall 2000, Barbara was very careful where she went and when. She ran with friends during the day, turned off her phone at night, didn't go to the Government Center, wasn't very social at all the way she had been in the past.

22. In the fall of 2000, Barbara went to the Stamford police about Vecchia. There was a bullet on her deck and a frog puppet in her lawn, like things that had been done to her before by Vecchia. A detective came to the Fire House to see Barbara and went to the City HR department. Barbara told me that the detective had called to ask her if the disk Vecchia had destroyed when he broke into her car had a list for an escort service on it because that is what Fred Manfredonia, the City's investigator, had told him. Barbara was very upset

because this was another example of the City not supporting or protecting her. She was humiliated that she was being treated with such disrespect by the City.

23. Eventually, Vecchia was arrested. Instead of firing him, the City put Vecchia on paid leave for over a year. He was terminated after he entered into a plea agreement.

24. From March 1998 on I don't remember any City HR person or anyone else following up with Barbara about Vecchia, asking if she was getting counseling, telling her to take some time off to recover. The City slow moved whatever investigation they did, Vecchia stayed in his job with access to Barbara, in person, through interoffice mail, or by phone until he was arrested.

The above is true to the best of my memory and belief.

May 4, 2005

*Harold Jackson* (signature)

Harold Jackson

COUNTY OF FAIRFIELD    )
                       )  SS: Stamford
STATE OF CONNECTICUT   )

On this 4th day of May 2005, before me, the undersigned, personally appeared Harold Jackson , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by him signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Subscribed and sworn to me this 4th day of May 2005.

*Diane M. Pesiri* (signature)

Diane M. Pesiri
Notary Public
My Commission Expires: 12/31/05