1  employee to prove that he was treated unfairly.
2  The burden is upon the employer to prove just
3  cause?
4      A.   Correct.
5      Q.   So generally the employee doesn't have
6  to do anything. It is the employer who has to go
7  first with his burden of proof?
8      A.   Yes.
9      Q.   I think you mentioned that an attorney
10 named Patrick McHale represented the City and did
11 that?
12     A.   Correct.
13     Q.   And he called witnesses, including
14 yourself?
15     A.   Yes.
16     Q.   And various exhibits were presented?
17     A.   Yes.
18     Q.   And also, of course, Mr. Vecchia had
19 representation from the union?
20     A.   Yes.
21     Q.   Whose name is identified in the
22 decision?
23     A.   Nicholas D'Andrea, staff
24 representative.
25     Q.   Without going through this, have you

1   read this recently?
2       A.  Yeah.
3       Q.  Is there anything in the discussion of
4   the factual background, which is almost seven
5   pages, which you agree with -- correction. Do you
6   have any disagreement with any of the factual
7   recitations that you remember from the report?
8       A.  Let me just look. I don't think so. I
9   think it summarizes things pretty well.
10      Q.  Do they misspell Fraser as well?
11      A.  Yes, they do it looks like. No. It
12  looks accurate to me.
13      Q.  Of course, you have no problem with the
14  conclusion of this decision?
15      A.  No.
16      Q.  And, by the way, this is unanimous
17  decision?
18      A.  Correct.
19      Q.  Is it often that the representatives for
20  the union agree with the decision to terminate an
21  employee?
22      A.  No. Usually it is a two, one.
23          MR. MINOR: Thank you. I have no
24  further questions.
25  REDIRECT EXAMINATION BY MS. MAURER:

```
1      Q.   I have a redirect.  Since 1998, can you
2  give me a list of the sexual harassment
3  investigations that the Department of Human Rights
4  for the City of Stamford has conducted?
5      A.   I would have to give you a list.  Off
6  the top of my head, I would have to go back.
7      Q.   Can you tell me who you remember?
8           If you don't remember at this time, we
9  can leave a space in the deposition and you can
10 fill it in.
11     A.   Let's do that.  There's both sexual
12 harassment, then there's harassment, so I would
13 have to -- are you asking just sexual harassment
14 or harassment as well?
15     Q.   I will send you an interrogatory that
16 says this is the list I want.
17     A.   Fine.
18          MS. MAURER:  Thank you, Mr. Stover.
19 I appreciate you coming.
20          (Whereupon, the deposition was concluded
21 at 12:30 p.m.)
22          (Whereupon, all exhibits were retained
23 by counsel.)
24
25
```

```
 1                      C E R T I F I C A T E

 2    STATE OF CONNECTICUT

 3    JUDICIAL DISTRICT OF WATERBURY

 4
             I, TERRI FIDANZA, Notary Public within and
 5    for the State of Connecticut, duly Commissioned
      and qualified, do hereby certify that pursuant to
 6    Notice, WILLIAM STOVER, the deponent herein, was
      by me first duly sworn to tell the truth, the
 7    whole truth and nothing but the truth of his
      knowledge touching and concerning the matters in
 8    controversy in this case; that he was thereupon
      carefully examined upon his oath and his testimony
 9    reduced to writing by me; and that the deposition
      is a true record of the testimony given by the
10    witness.

11           I further certify that I am neither attorney
      or counsel for, nor related to or employed by, any
12    of the parties to the action in which this
      deposition is taken, and further that I am not a
13    relative or employee of any attorney or counsel
      employed by the parties thereto or financially
14    interested in the action.

15           IN WITNESS WHEREOF, I have hereunto set my
      hand and affixed my notarial seal this 10th day of
16    _____Sept_____, 2003 at Prospect, Connecticut.

17
                         _____
18                       Terri Fidanza, LSR
                         Notary Public
19                       State of Connecticut

20    My Commission Expires:
      October 31, 2003
21

22

23

24

25
```

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES

```
 1                          I N D E X

 2    WILLIAM STOVER                              Page

 3    Direct Examination by Ms. Maurer             3
      Cross-Examination by Mr. Minor              69
 4    Redirect-Examination by Mr. Maurer          81

 5

 6                   PLAINTIFF'S EXHIBITS

 7    No.       Description                        ID

 8    1         Notes                              7

 9    2         Notes                             18

10    3         Notes                             39

11    4         Notes                             58

12                   DEFENDANTS' EXHIBITS

13    A         Affidavit                         70

14    B         Decision                          77

15
...
25
```

CAMPANO & ASSOCIATES
COURT REPORTING SERVICES