# EXHIBIT 12

# Sexual Harassment is Illegal

AND IS PROHIBITED
BY
THE CONNECTICUT DISCRIMINATORY EMPLOYMENT PRACTICES ACT
(Section 46a-60(a) (8) of the Connecticut General Statutes)
AND
TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
(42 United States Code Section 2000e et. seq.)

SEXUAL HARASSMENT MEANS "ANY UNWELCOME SEXUAL ADVANCES OR REQUESTS FOR SEXUAL FAVORS OR ANY CONDUCT OF A SEXUAL NATURE WHEN:

(1) SUBMISSION TO SUCH CONDUCT IS MADE EITHER EXPLICITLY OR IMPLICITLY A TERM OR CONDITION OF AN INDIVIDUAL'S EMPLOYMENT;

(2) SUBMISSION TO OR REJECTION OF SUCH CONDUCT BY AN INDIVIDUAL IS USED AS THE BASIS FOR EMPLOYMENT DECISIONS AFFECTING SUCH INDIVIDUAL; OR

(3) SUCH CONDUCT HAS THE PURPOSE OR EFFECT OF SUBSTANTIALLY INTERFERING WITH AN INDIVIDUAL'S WORK PERFORMANCE OR CREATING AN INTIMIDATING, HOSTILE OR OFFENSIVE WORKING ENVIRONMENT."

EXAMPLES OF SEXUAL HARASSMENT include

UNWELCOME SEXUAL ADVANCES
SUGGESTIVE OR LEWD REMARKS
UNWANTED HUGS, TOUCHES, KISSES
REQUESTS FOR SEXUAL FAVORS
RETALIATION FOR COMPLAINING ABOUT SEXUAL HARASSMENT
DEROGATORY OR PORNOGRAPHIC POSTERS, CARTOONS OR DRAWINGS

Remedies for SEXUAL HARASSMENT may include

CEASE AND DESIST ORDERS
BACK PAY
COMPENSATORY DAMAGES
HIRING, PROMOTION OR REINSTATEMENT

INDIVIDUALS WHO ENGAGE IN ACTS OF SEXUAL HARASSMENT
MAY ALSO BE SUBJECT TO CIVIL AND CRIMINAL PENALTIES
AS WELL AS DISCIPLINARY ACTION

IF YOU FEEL THAT YOU HAVE BEEN DISCRIMINATED AGAINST, CONTACT THE CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, 90 WASHINGTON STREET, HARTFORD, CONNECTICUT 06106. (TELEPHONE NUMBER 566-3350; TDD NUMBER 566-2301.) Connecticut law requires that a formal written complaint be filed with the Commission within 180 days of the date when the alleged harassment occurred.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CITY OF STAMFORD POLICY

Any City employee who believes she or he has been the subject of sexual harassment should immediately report the alleged misconduct to the Personnel Director (977-4068) or other Personnel Department professional staff member (977-4070). (Complainant may choose to file a complaint with the City or State Human Rights Commission instead of the Personnel Department.) A confidential investigation of any complaint will be undertaken immediately.

lc
4/19/93

Issued by City of Stamford Personnel Department

# EXHIBIT 13

# Memorandum

## *NEW POLICY    PLEASE READ*

To:   All City of Stamford Employees

From: Fred Manfredonia – Human Resources Division

Date: August 19, 1998

Re:   CITY OF STAMFORD – SEXUAL HARASSMENT POLICY

---

We are pleased to provide you with a copy of the newly adopted Sexual Harassment Policy for the City of Stamford.

This new policy replaces the policy that in been in effect since 1993 and is much more complete than the older policy was. With the many changes in the law as well as the recent Court rulings that affect this policy, we felt that it was important to revise our policy to be more consistent with the importance of this subject.

This new policy provides you, as our employee, with guidelines and procedures for you to follow as well as our responsibility to you if you feel that you are or have been a victim of harassment, sexual or otherwise.

*Please review this policy completely.* Since we want to be assured that every employee has been made aware of this new policy, you will be asked by your manager, upon your receipt of a copy of this policy, to acknowledge your receipt of same. This acknowledgment will be placed in and become a part of your personnel record.

If you have any questions regarding this policy, please feel free to give the Human Resources Group a call. Thank you.



*Return to Human Resources Division*



## EMPLOYEE ACKNOWLEDGEMENT

*August, 1998*

*To: All City of Stamford Employees*

*The City of Stamford, Connecticut has adopted a Sexual Harassment Policy effective June, 1998. This Policy is intended to state the City's position regarding Harassment and to guide employees in the procedures to be followed if they believe that they either are or have been the victim of harassment, sexual or otherwise.*

*A copy of the Policy is attached for your review and reference. By signing below and returning this acknowledgment to the Human Resources Division, you are affirming that you have read the City of Stamford's Sexual Harassment Policy and that you will adhere to the guidelines and directives set forth by this policy.*

SEXUAL HARASSMENT POLICY ACKNOWLEDGEMENT:

_____     Date: _____
(Employee Signature)

_____     Department: _____
(Employee Name - Please Print)

# CITY OF STAMFORD 

<u>Sexual Harassment Policy</u>     As Adopted June 24, 1998

1. Purpose

The City of Stamford does not tolerate workplace sexual harassment. Sexual harassment violates an individual's fundamental rights and personal dignity. The City of Stamford considers sexual harassment, in all its forms, to be a serious offense.

The purpose of this policy is to define sexual harassment, provide procedures for the investigation of sexual harassment claims, and ensure that violations are remedied fully.

2. Sexual Harassment Defined

Sexual Harassment as defined by Connecticut Law is: "Any unwelcome sexual advance or requests for sexual favors or any conduct of a sexual nature when --

1. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

2. Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual, or;

3. Such conduct has the purpose or effect of substantially interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

While sexual harassment encompasses a wide range of conduct, some examples of specifically prohibited conduct include:

- Promising an employee, directly or indirectly, a reward if the employee complies with a sexually oriented request;

- Threatening, directly or indirectly, to retaliate against an employee, if the employee refuses to comply with a sexually oriented request;

- Denying, directly or indirectly, an employee an employment-related opportunity, if the employee refuses to comply with a sexually oriented request;

- Engaging in sexually suggestive physical contact or touching another employee in a way that is unwelcome;

- Displaying, storing, or transmitting pornographic or sexually oriented materials using the City's equipment or facilities;

- Engaging in indecent exposure; or

- Making sexual or romantic advances toward an employee and persisting, despite the employee's rejection of the advances.

1

Sexual harassment can be physical or verbal in nature. An accumulation of a series of incidents can constitute sexual harassment even if one of the incidents considered on its own would not be harassing.

Employees are prohibited from harassing other employees whether or not the incidents of harassment occur on City premises and whether or not the incidents occur during working hours.

Sexual harassment can involve males or females being harassed by members of either sex. Although sexual harassment typically involves a person in a greater position of authority as the harasser, individuals in positions of lesser or equal authority, vendors, etc., also can be found responsible for engaging in prohibited harassment.

*Consensual sexual or romantic relationships between employees are strongly discouraged, especially if one employee has supervisory authority over the other employee.*

### 3. Responsibilities
#### a. Employees

If any employee believes that he or she has been subjected to sexual harassment or any unwanted sexual attention, they should:

- Make their unease and/or disapproval directly and immediately known to the harasser and direct them to stop their behavior;

- Make a written record of the date, time, and nature of the incident(s) and the names of any witnesses; and

- Report the incident to Management within the City's Human Resources Divison, or their supervisor.

All incidents of sexual harassment or inappropriate sexual conduct should be reported immediately regardless of their seriousness. While employees are strongly encouraged to utilize the City's internal complaint procedure, they are not limited to its use. Employees who publicize information about alleged harassment and do not file or pursue a formal complaint, might be considered vexatious in their intent.

#### b. Supervisors

*Supervisors must deal expeditiously and fairly with allegations of sexual harassment within their departments whether or not there has been a written or formal complaint.* Supervisors must:

- Ensure that any and all harassment or inappropriate sexually oriented conduct is reported to the City's Human Resources Division.

- Act promptly to investigate sexual harassment or inappropriate sexually oriented conduct; *(Supervisors are directed to contact the Human Resources Division prior to conducting any investigations)*

- Take corrective action to prevent prohibited conduct from reoccurring.

*Supervisors who knowingly allow or tolerate sexual harassment are in violation of this policy and subject to disciplinary action.*

2

c. Equal Employment Officer / Human Resources Division
The Director of Human Resources is the City's designated EEO Officer and is responsible for:

- Ensuring that both the individual filing the complaint (hereafter referred to as the complainant), and the accused individual (hereafter referred to as the respondent), are aware of the seriousness of a sexual harassment complaint;

- Explaining the City's sexual harassment policy and investigation procedures to the complainant and the respondent;

- Exploring informal means of resolving sexual harassment complaints;

- Referring the complainant and/or the respondent to the City's Employee Assistance Program for counseling and referral services, if appropriate;

- Notifying the police if criminal activities are alleged; and

- Conducting or arranging for an investigation of the alleged harassment and the preparation of a written report and recommendation which will be sent to members of a decision-making panel (see 7. Report and Recommendation).

4. Informal Resolution Procedures

Employees often can stop or prevent sexual harassment by immediately and directly expressing their disapproval of an individual's sexually oriented attention or conduct. In any case, employees should report all incidents of sexual harassment or inappropriate sexually oriented conduct, to the Human Resources Division representative, or their supervisor.

In many cases, a supervisor's informal warning to an alleged harasser, combined with appropriate follow-up supervision and monitoring of the employee's behavior, might be sufficient to prevent or stop sexual harassment.

Some complaints can be resolved through informal mediation between the two parties. The Human Resources Division will arrange for, or facilitate mediation between the parties and coordinate other informal problem resolution measures.

If mediation is successful, a written settlement agreement must be prepared. Generally, the mediation agreement includes:

- A pledge by the respondent not to engage in any behavior that could be construed as in violation of this policy

- A promise by the respondent not to retaliate against the complainant;

- The restoration of any employment terms, conditions, or opportunities the complainant lost or was denied because of the harassment and for any other relief necessary to remedy the situation; and

- Procedures for monitoring compliance with the agreement.

The settlement agreement must be in writing, signed by both parties, and approved by the Director of Human Resources.

If the complaint cannot be resolved informally, the Director of Human Resources will assist the complainant in filing a formal written sexual harassment complaint.

3

### 5. Formal Resolution Procedures

All incidents of sexual harassment or inappropriate sexually oriented conduct should be reported as provided in Section 3a. To initiate a formal investigation into an alleged violation of this policy, employees also must file a sexual harassment complaint with the City's Director of Human Resources or another Management member of the Human Resources Division.

Complaints should be filed as soon as possible after an incident of alleged sexual harassment. To ensure the prompt and thorough investigation of a sexual harassment complaint, the complainant should provide as much of the following information as is possible:

- The name, department, and position of the person or persons allegedly causing the harassment;

- A description of the incident(s), including the date(s), location(s), and the presence of any witnesses;

- The alleged effect of the incident(s) on the complainant's position, salary, benefits, promotional opportunities, or other terms or conditions of employment;

- The names of other employees who might have been subject to the same or similar harassment;

- The steps the complainant has taken to try to stop the harassment; and

- Any other information the complainant believes to be relevant to the harassment complaint.

### 6. Investigation

The Human Resources Division is responsible for ensuring that a thourough investigation begins as soon as possible after a complaint has been filed. The City attempts to complete investigations within 30 working days or within a reasonable time frame.

In most cases, the Human Resources Division conducts the investigation. However, the Human Resource Division might appoint a qualified representative or an independent outside investigator to lead the investigation, if necessary, to expedite the resolution of a complaint or resolve any potential conflict of interest. In any case, a second person should accompany the primary investigator during all interviews with the complainant, respondent, and witnesses, so that information obtained during the interviews can be corroborated.

The investigator will contact the respondent, give him or her a copy of the complaint, solicit the respondent's account of the alleged incidents, inform the respondent that a recommendation and report will be prepared, and advise the respondent of his or her right to be represented by their Union Representative or by legal counsel.

### 7. Report and Recommendation

The Human Resources Department or designated investigator will prepare a written report and recommendation immediately following the completion of the investigation. Except in the most unusual circumstances, the report will be completed within 15 working days after the completion of the investigation.

4

The report and recommendation may include:

- A summary of the complaint.

- A summary of the response by the individual charged with harassment.

- A summary of the statements and evidence obtained during the investigation.

- A finding of whether a violation of this policy occurred and an explanation supporting the finding. If a violation occurred, the finding must include a statement about the severity of the violation.

    NOTE: Policy violations can include prohibited sexual harassment as well as a reckless, frivolous, or vexatious filing of a sexual harassment complaint.

- A summary of prior settlements or substantiated complaints against the respondent or against the complainant, if appropriate.

- A recommendation of a disciplinary action, if appropriate, against the respondent if the complaint was supported, and against the complainant, if appropriate, for filing a false complaint

- A recommendation as to the restoration of any employment terms, conditions, or opportunities the complainant might have lost as a result of sexual harassment.

- An appendix containing the complaint, statements of the complainant and the respondent, witness statements, and other tangible evidence obtained during the investigation.

A copy of the report and recommendation must be sent to members of a decision-making panel consisting of the Director of Human Resources, the Director of Legal Affairs and the respondent's Director or immediate superior. After consideration of the report, the panel must agree to one of the following:

* Sustain the complaint, order the harassment to stop, impose appropriate sanctions on the harasser, recommend the restoration of any employment benefits the complainant lost because of the harassment, and provide any other relief necessary to remedy the situation.

* Order further investigation, for a period not to exceed 10 working days, and require a supplementary report and recommendation.

* Dismiss the complaint, if it is found to be without merit. The decision-making panel must impose discipline against the complainant if it agrees with the investigation's findings that the complaint was reckless, frivolous, fraudulent or vexatious.

* Recommend some other resolution which will be agreeable and satisfactory to the complainant, if the complaint is found to have merit.

Once the recommendation and report have been approved, copies are provided to both the complainant and the respondent. The Director of Human Resources meets with the complainant to explain the decision. The Director of Human Resources and the

5

respondent's supervisor meet with the respondent to explain the decision and implement any corrective action or discipline.

## 8. Monitoring Compliance

*The supervisor, of an individual found to have violated this policy, is responsible for monitoring the individual's compliance with any mediation agreement or recommendation approved by the decision-making panel. The supervisor must ensure that the harassment does not reoccur and that the complainant is not subjected to retaliation of any kind.*

## 9. Discipline

Employees who violate this policy are subject to appropriate disciplinary action. This disciplinary action may include minimum discipline in a written reprimand but may include up to termination of employment for very serious or repeat violations.

## 10. Confidentiality

All inquiries, complaints, and investigations are treated confidentially. Information is revealed strictly on a need-to-know basis.

Information contained in a formal complaint is kept confidential. However, the identity of the complainant and the content of the complaint, usually is revealed to the respondent and witnesses. The Director of Human Resources will take adequate steps to ensure that the complainant is protected from retaliation during the period of the investigation and beyond, and that confidentiality will be maintained, to the extent possible, without hindering the investigation.

A copy of the investigation report and the final decision is included in the personnel file of the respondent only if the investigation and decision-making panel conclude that the individual engaged in prohibited conduct.

No record of a complaint is kept in the complainant's and/or the respondent's personnel file, unless the investigation concludes that the complaint was reckless, frivolous, fraudulent or vexatious.

All information pertaining to a sexual harassment complaint or investigation is maintained by the Human Resources Division in secure files.

Revised and Adopted June 24, 1998