# EXHIBIT 14



CT. 06897-3890
TELEPHONE 203 -
FAX 203 - September 3, 2002

Elisabeth Seieroe Maurer, PC
871 Ethan Allen Hwy, Suite 202
Ridgefield, Ct 06877

                                                    Re: Barbara Murphy
                                                       9 Knollwood Rd.
                                                       Norwalk, Ct.
                                                       DOB 3-25-1958

Dear Attorney Maurer,

      I am writing you at this time after an urgent psychiatric evaluation of Ms. Murphy. When I last saw Barbara in March of 2002, she had been struggling with symptoms of intense anxiety and depression in the setting of a stalking incident involving a person at work. Her symptoms eased when the stalker accepted a plea bargain and a restraining order. He left the work place. Her diagnosis at that time was of Post Traumatic Stress Disorder secondary to the terror of the stalking experience. As her symptoms receded she withdrew from treatment.

      She returns today in the setting of her symptoms recurring in an intense, overwhelming fashion as she was asked by human resources to appear at a grievance hearing involving the stalker. She has anxiety, depression, a sense of hopelessness and helplessness, sleeplessness, an inability to focus. All of the symptoms of her previous traumatic reaction have recurred, as once again the stalker has invaded her life. This reaction is typical for people suffering from post traumatic reactions. I have reinstituted medication to help stabilize her condition.

      In my psychiatric opinion she is too fragile to appear at a meeting scheduled for tomorrow and most likely will be unable to appear at the grievance hearing itself where she would be confronted with the man who has stalked and terrorized her. I find it difficult to believe that an earlier court ordered restraining order, instituted to finally try to protect this woman from her stalker would be overruled in this new hearing. It would seem that Barbara's privacy and rights are once again being invaded by this man under the guise of securing his rights.

      If I may be of further service, please contact me.

                                                              Respectfully,



BM-N                                                                          10-9-98

Barbara is a 40 year-old woman working for the city of Stamford for some 15 years who comes at this time for issues related to depression. She comes because family had referred her mother to me and I've seen her for contact and antidepressants following a series of medical catastrophes that ended up with her having aphasia. She called last spring, never came for the appointment and never followed up for a reappointment.

She comes now because her depression has become unmanageable. She becomes very tearful, almost immediately and has a joking but terribly depressed presentation. She says that the last four years have been one event after another. For the last ten years she had lived with her son and her mother in Norwalk. Four years ago, while she was working in one of the departments in Stamford, there was an incident and a subsequent investigation of possible extortion of money. Her name was mentioned at one point, her boss ultimately was transferred to another department and ultimately it went away, though she was never exonerated. In the process of he and another person leaving, she took over responsibilities, did that job for a while, but when she asked to be promoted to that job, and be paid, they would not come through with it. Needless to say, this was highly stressful, to be under the investigation and then have what seemed to be all of those years working for the city, go down the drain. She ultimately took another position with the dire department and has been working there for the last two years. She finds it satisfactory but not stimulating for her. She's actually considering looking for another job, she was offered one at much more money and now fearful that she's not going to be able to do the job. Two years ago, in the setting of her son getting ready to go off to college, the mother developed a series of illness. It started with lung cancer, followed by a period of confusion, disorientation. This was about two years ago this Christmas and this was very troubling to the family, especially to the patient because they lived together. The mother up until then had been kind of a rock, very solid around the home. Ultimately, at the time the lung cancer, it was discovered that she also had cerebral aneurysm and once the confusion cleared, she went on to have the aneurysm repaired, but ended up with aphasia in the summer of that next year. I saw the mother in the fall of '97, put her on Zoloft and she's done better, but she continues to have aphasia. Needless to say, this whole period has been highly stressful for the patient and in addition her son went off to college. She felt lonely, scared, sad and overwhelmed. She has established a relationship with a ▮▮▮▮ man who has been very supportive and with whom she feels safe and secure, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. All of this is described in kind of a catastrophic and tearful manner. She's not sleeping, wakes up a 2-3 in the morning, has difficulty concentrating, has difficulty having fun, is agitated, irritable, tired, hopeless about things getting better and has had futile thoughts with suicidal ideas that she rejects because of the mother and the son. She also drinks, in the past heavily, has used cocaine up until 1983. Currently she drinks, only occasionally does she get intoxicated, feels like she has some control over that whole issue. When one asks if the depression has been there before one opens a can of worms in which it has always been there.

Alcohol & Substance Abuse:
As described above. She has been a heavy drinker at times, especially in her teens and young adult years, which included pot which made her paranoid, cocaine which she felt fairly good with and during that period, led a rather chaotic life. She never did heroin or hallucinogenics.

Suicidal Ideas & Behavior:
She certainly has suicidal ideas but no acts or plans at this time.

Family History:
The patient is the fifth of seven children. The father was a raging, angry, mean alcoholic ▓▓▓▓
He ended up stopping drinking the last two years of his life where he became somewhat more reasonable, and then died after only two sober, when the patient was about 21. The mother is still alive, was an alcoholic growing up and was not available for the patient for support growing up, but has been to some degree in recent years. In her family she has couple of brothers who are alcoholic, I think one who's depressed. She has a sister with significant experience with a psychiatric illness; primarily depression and mood-swings and some hallucinations. She has been hospitalized on several occasions. Family, other than her nuclear, is filled with alcoholics.

Previous Psychiatric Treatment:
The patient had counseling at Family & Children's where she initially went for evaluation for her son, ultimately ended up staying in treatment for herself. She saw one of the social workers there, did well working on trying to trust and staying in a relationship but when that relationship betrayed her by having an affair, she bailed out of the treatment also. She had antianxiety medicines ▓▓▓▓ t that time.

Medical History:
The patient has had two breast cysts removed, several ovarian cysts removed, has a history of colitis, has a history of PMS to a severe degree right now but it's always been there. ▓▓▓▓

Personal History:
As described the patient is the fifth of seven children. Her immediate two older siblings are girls. The home was very chaotic with the father and the mother's drinking, primarily his more than the mothers were but there was no sense of support, stability or encouragement there. ▓▓▓▓ She ended up being shipped to an older brother's, though in fact, no one was really informed in terms of what the causes were. She thought they were, but apparently they were not. High school was very stormy and difficult, she drank heavily, and she didn't work at her studies. ▓▓▓▓
After high school she worked, dated a black man, became pregnant, he was not interested in a relationship ▓▓▓▓ he had the child, after delivery was terribly depressed, felt unable to leave the hospital, stayed an extra day and then ultimately left. She has lived on her own, for a while with her sister and then by herself, raised the child alone and has worked very hard to take care of him. He was a source of stability for her and stress as well. There was much drinking in her 20s right through her 30s, she's had moments where she's tried to go to school but has a way of sabotaging her efforts and dropping out before she has a chance of completion. She says that when she reads a book she often reads

well up until the end and never quite finishes. There is significant distrust in herself, in relationships around her and there's been just one ongoing problem after another. Living with the mother there has been a sense that the mother has been there and has been a certain amount of stability, although she and the mother never resolved issues that had occurred as a child. There is no safe place that she can identify, there's no relationship with another relative or a friend's parent or teacher growing up that she felt supported or cared for.

Mental Status:
She is alert, oriented, tearful, sad and sobbing through much of the interview. She intersperses the profoundest depression and sense of loss with jokes often of a disparaging kind, but in a joking manner. She denies psychosis or paranoid ideas. She certainly is suspicious and distrustful and she is wary of treatment. She says that she would not kill herself at this time.

Impression:

AXIS I: Major Depression, Dysthymia, Post-Traumatic Stress Disorder and Alcohol Abuse

AXIS II: Deferred.

AXIS III: PMS, Ovarian Cyst.

AXIS IV: Stress is severe. Chronic depression, severe illness and dependency in the mother.

AXIS V: Adjustment is 50.

Plan:
At this point, I went through my depression spiel as she clearly has significant depression from unresolved grief and losses, she has depression relative to the post-traumatic experience of [redacted], probably has some depression relative to her alcohol, and certainly has all the symptoms of major depression at this time. One would suspect that she's been at best dysthymic over the years and it is now major depression because of the intensity of recent losses. I've encouraged her to stop drinking and will start her on Zoloft, 50 mg and then increase it to 100 and see her in about ten days. I warned her that the part of her that tends to give up and bail out will be tempted to give up and bail out in the course of treatment, and that she needs to try to stay the course. She' shocked that I think that she has been through a lot. I used the word that she's been "hammered" from the get-go and continues to be hammered. She hears this, but continues to feel that she should, somehow, be strong and get through it all. I suggested that sometimes it's easier to get through it all if there's a sense of someone else being there for the ride, with you. We'll see how she does.

Barbara's seen for her second appointment. She's been very sick with the Zoloft; though she feels it might be beginning to get better at this time. I will go ahead and divide the dosage to make it more tolerable for her.

She talks about mood-swings, irritability, hyperness, racing thoughts, a little bit more clearly than she did the first time. She also shared that there's a man that's been stalking her who works in the city government and she knows who it is. She had met with an attorney and his attorney who happened to be his sister and they've made an agreement to back off but this has recurred in the last few months. She has brought it to Human Resources at the city. Nonetheless she frightened about what might happen there.

B.M. – N                                                                                                    10/26/98

Barbara is seen for her 3rd appointment. Her G.I. distress has eased and she has been able to take the Zoloft 100 mg. She feels like she is doing a little bit better. She feels a certain lightness and is not feeling as suicidal. She has a little bit more energy to do things. She is a long way from where she would like to be, but certainly is better than when I first saw her.

We'll go ahead and increase to 125 mg and see her again next week.

Talk centered around her style, how she has probably been depressed for a long time. She tends to mask it with a lot of bravado and joking. This perhaps gets in the way of doctors understanding how really depressed she is. She has not drunk and seems to be handling this reasonably well. She talked about how her mother always drank and stopped drinking in the early 90's when she had a heart attack. Barbara remembers that as being a very traumatic moment for her – when she came back from lunch and heard that the mother had been taken off in an ambulance. She and the mother had been living together in a house they had each put money toward of. Barbara is unable to explain her reaction, other than obviously there is some emotional attachment there. She said that if something happened to her son, she really wouldn't be able to cope.

She apparently has not taken the job that she was considering, partially because they want to hire her as a consultant, rather than hire her full time. That may work out for the best so she could see how she likes it. Then when she is feeling a little bit better, she can decide what she wants to do.

B.M. – N                                                                                       11/5/98

Barbara is seen for her appointment. She has been on 150 mg of Zoloft for about 3 days. She has mild nausea but basically is feeling fairly good. It turns out that she has just gone through her PMS period and remarkably did not have PMS. This was noticed by several friends and some people at work. She is amazed by it and obviously it is a positive sign in that the medication may well be helping in that much of her PMS might have been this underlying depression. She is a woman who has always presented a strong face to any situation, joked about things rather than cried about things and describes difficulty getting help as not really wanting to let go of that sense of being strong and not needing anyone. She did go to Family and Children's and had one consultation with ▓▓▓▓▓ maybe 5 years ago. He gave her Xanax saying that it would help. It didn't and she bailed out after that. She is surprised that the social worker there wasn't able to pick up how depressed she was, since she cried through most of the sessions. The other thing that helps her come now is how desperate she was and how depressed she was. Also, she has had some exposure to friends to seemed to have things pretty together, but were taking antidepressants, making this a little more palatable thing for her.

As we talked about her being the strong one I made the comment that it is hard to let go of being the strong one if there is no place to fall back on. Once again the notion that without a safety net one can't admit one's weakness very well because it would be overwhelming. She went back looking at her life and basically feels that there has never been anyone there as a safety net for her. When she was a child she thought that her older brothers and sisters were there for her, but as she got to be in 6th and 7th grade, she realized that they weren't. At that point she was on her own and assumed a tough façade to help her get through. She was raised in the projects so there weren't even neighbors who could provide any sense of support. It wasn't until much later that she realized that life didn't have to be the way she was raised.

We'll keep the Zoloft at 150 mg and see her back in two weeks. She jokingly says she wants to leave and thought today of complaining of G.I. distress and pulling back. I think she is feeling better and will feel better still. The whole sense of therapy and talking is somewhat frightening to her and perhaps seeing her every 2-3 weeks would be a pace that would give her the support without flooding her with emotion. I will see her again in two weeks.

B.M. – N                                                                11/19/98

Barbara is seen for her appointment. I have been seeing her weekly. We shifted to every other week and she comes in at this time feeling very stressed, tearful and reactive. She is very upset and actually had the panicky though that treatment wasn't going to work and that she was destined to be depressed and in a miserable state forever.

A couple of things are happening. One is that she has decided to break up with [REDACTED] whom she has been seeing for a period of time. She elected not to talk to me about it because she had the sense when we first talked that I was indicating that that kind of a relationship had it's built in problems – which obviously it does. She was concerned about that reaction. She has been very tearful and sad and misses him. Hough she knows it is the right thing to do, he has been the main support for her over these last couple of years.

The second thing that happened is that her sister with chronic mental illness who has had multiple hospitalizations, on disability on all kinds of medicines broke up with her boyfriend and is temporarily living with Barbara until she gets other space. They get along OK now, but in the past have had a very stormy relationship because the sister always compared herself to Barbara and blamed Barbara for her problems.

The third factor is that she has been feeling ill. Apparently several months ago she was worried about a lymph node in her neck, went for a physical exam, had a chest x-ray that looked like she might have had some kind of tumor there. She went for further testing and it was found she didn't have a tumor there but she did have a cyst on her kidney. She was warned at one point that her vertebrae were fragile and maybe she should stop running. The second doctor said her vertebrae looked pretty good to him. She is now having pain in the right side, quite intense at times – kind of tenseness in her right lower back area. She is worried that she has a stone. She is fearful of going for evaluation and doesn't want to spend the money. She reports that with her mother she went in for a cataract and they found lung cancer. She went in for the lung cancer and they found aneurysms. She went in for aneurysms and ended up with a stroke. Barbara doesn't want to get into that cycle.

She is very tearful, sad, fragile and is asking for more medicine. She is obviously uncomfortable here in trying to deal with things. She voices concerns that maybe it is not going to work and she should just go back to what she had always done, toughing it out, not being weak and getting help. I pointed out that she had toughed it out for a long time and that was why she was here.

I'll give her Zoloft 100 mg and see her again next week, before the Thanksgiving holiday. The holidays have always been difficult for her because of the dual alcoholism on the parents part while she was growing up.

Barbara's seen for her appointment. Increase in her Zoloft to 200mg has gone well in that she's not feeling as depressed, tearful and overwhelmed. She is having massive trouble sleeping and she also is having problems in terms of acne breaking out on her face. I've encouraged her to go to a dermatologist for the latter. The restlessness, the pressure, the irritability, the moodswings and the sleeplessness make one come back to consideration of a bipolar II disorder that we had discussed early on. I introduced the possibility of some Depakote or Lithium preferably Depakote since she's having problems with her skin already to see if that would help ease this. We talked about the different varieties of depression; Bipolar and she reacted very srongly. She doesn't want to be taking medicine, is reluctant to be dependent, she is reacting to the fact that her sister who's been ill for a number of years has been on multiple medications and one doesn't get the sense that it's helped. She thinks that it will mean that she's crazy and she doesn't want that and there are obviously huge issues in terms of dependency and trying to hope to get better.

This is a woman who came from an alcoholic family where both parents were alcoholic. The kids fended for themselves. There's a tremendous neediness on her part that she acknowledges. She's just broken up with ███████████████ supportive nonetheless. I joked about who she would depend on now and she jokingly says me, but she's not exactly joking. The idea of depending on me however and getting the help is terrifying for her and she reacts back and forth. She doesn't want another medicine to help her sleep and we will continue with that for the moment. See her again next week.

B.M. – N                                                                                    12/2/98

Barbara is seen for her weekly appointment. She continues to be sad, tearful and somewhat volatile. She is feeling better than when she first came to see me but obviously continues to be sad, depressed and angry. The situation with her boyfriend is on hold primarily on her part. ████████████████████████████████████. She is very angry with her sister Teder who is currently living temporarily with her because of her chronic illness and sense of fragility, sensitivity and specialness. I think that the patient is somewhat fearful that she doesn't want to become like Teder who has been chronically ill since she was a teenager.

We continue to talk about various issues. She is very sad about the illness and deficits her mother now has with the aphagia. She becomes very tearful about that. In conjunction with that she looks back and realizes the relationship with █████████ began just before the mother's illnesses began to unfold. He was very supportive for the patient and family during that time and in that process some kind of a bond was forged. He helped do things around the house he helped support her emotionally when she had an accident and totalled her car, he happened to be there and was very helpful in getting her through it. Clearly she hasn't had too many people who have been there for her. She says in the past she has picked people who have needed her, rather than people she could lean on. She says she has always been very independent and that is just her style.

At this point she is leaning on me to some degree which is not unreasonable. Maybe we can help her develop a sense of confidence and strength that she hasn't really fully accepted in the past. I will go ahead and add Depakote 250 mg in AM and PM to see if the agitation, sleeplessness, pressure and racing thoughts is a Bipolar II that might be responsive to the Depakote.

B.M. - N                                            12/17/98

Barbara is seen for her weekly appointment. We had added Depakote to her Zoloft to try to counteract the hyperactivity/irritability that had become more evident as her evaluation proceeded. She has taken it inconsistently. She is very reluctant to take the medication and go down this path of increasing medications, which also means accepting that she has a problem. She does feel that it has helped a little bit, it has taken the edge off her anger and irritability. She still does not sleep but I think if we can get a level going and proceed further, perhaps we will get her some relief.

I haven't seen her for a couple of weeks. She says that in some ways she is a little bit better but is still mildly pressured, not quite as irritable, laughs self-consciously at a lot of different issues, making fun of herself, putting herself down - in a good natured way. We talked a little bit about the holidays which were terrible when she was younger. She says when she was a young child she didn't know the difference. As she got older she recognized her family's drinking and the type of chaos that ensued and she would wish things would be get better. She would hope that the father would either be not drinking or not come back.

Things got even more hectic as she got older had her own apartment and family with her son. She says in the early years she was very hyper, was abusing drugs and alcohol and was just generally having a heck of a time. Interestingly she reports that the other people she knew, grew up with and spent time with as a young adult are all in much more difficult shape than she is - they are addicted, dead, in jail or leading very desperate lives. She is happy that she avoided that and says only that some part of her was aware at the various turns in the road that she could either pull back and go in a more positive direction or she could continue to go in the negative direction. She most often pulled back and tried to correct her course - obviously it has saved her life. Interestingly it doesn't sound like there are any other people who helped her in that regard.

I will see her again in two weeks.

Barbara is seen for her every other week appointment. She continues on Zoloft and is taking her Depakote sporadically. She states that she is much more sad than she was, questions whether the medicine is working or not.

We then launch into a discussion of Christmas, which stirs up intense conflict, which then ultimately gets us back to talking about her family growing up. In the present it has to do with the whole family getting together, talking about old times, looking at old pictures, many of which are very sad. Whenever the family gathers the mother, who Barbara lives with in a shared house that they each own, becomes more critical and negative of Barbara. From Barbara's point of view this has been an issue which has been ongoing for a long time. The mother's always been critical, negative, sarcastic, and for years it has hurt Barbara. There have been moments when she's felt like she wanted to leave her home but in the last two years with the mother's illness of aphasia, she has not been able to do that. She feels trapped and stuck in the situation. In addition with the mother's aphasia, she often has to translate and interpret what the mother's saying and it makes it very difficult when that interpretation ends up being sarcastic and negative. The holiday is difficult in that they have a grab bag where one member buys presents for another member in the family, but not for everyone and the sibling that purchased for Barbara lives in Washington. The gift hasn't come, and a gift from ▓▓▓▓▓▓▓▓▓▓▓▓▓ came late, and there's just a sense of sadness and not being attended to that Barbara felt. Her son was home, he cooked a special breakfast and it turned out quite well.

When talking about the mother, Barbara identifies a time when she was a 15 or 16 year-old as the moment when things started to go sour with the mother, and when she became more negative and critical of her. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ One thing led to another; Barbara left to live with the brother for a week. She came back and nothing was ever said about it. From that time on however the mother has been somewhat negative and critical. Barbara always felt confused and didn't understand why it seemed to be dumped in her lap. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ultimately ended up in the service, was removed from the service during WWII when he flipped out. Part of his duty there was dealing with the bodies in Europe. It's unclear whether this was military personnel or concentration camp. Regardless he came back, married and became an abusive heavy drinker along with his wife, Barb's mother.

The bottom line of all of this is that she went through hell and that there were no adults or no people available for her to protect her, and there never has been. There's a huge strength that she was able to survive as well as she has to this current time. She feels embarrassed, humiliated, and fearful that I may not want to work with her, which she introduced earlier in the session and came back to it later in the session. We'll set up a follow-up appointment on a regular basis every two weeks and I will see her then.

B.M. - N                                                                1/21/99

Barbara is seen for her appointment. She comes in and continues to be somewhat irritable and sad. All of this is complicated by the psychotic episode that her mother (with whom she lives) has been going through. She has been paranoid, irritable and restless. It is not quite clear what the etiology is for this. I have been treating the mother and she is a little better but the process continues.

Barbara herself continues to be irritable and moody. She is only taking one Depakote daily but has agreed to increase to two. She also did react to our last session and felt some relief . She left the home for awhile and lived with an aunt. When she returned things were back to usual. We will continue working.

BM-N                                                                    2/3/99

Barbara's seen for her appointment. She stopped taking her Depakote. I guess she ran out. She has difficulty sleeping, staying awake much of the night. She has night sweats, drenching her blouse and her bottoms. She does not seem to sweat during the day. She has energy during the day. Her depression is better though not gone. There is some irritability that her mother's feeling better because it takes much of the burden and worry off of her.

It turns out she has resumed drinking and I don't know what role this plays in what's going on. This is a troublesome sign. At this point I will go ahead and split her Zoloft to 100 mg in the am and pm and also she will begin taking the Depakote 250 in the am and pm and we'll see if that will perhaps help with her bipolarity. She is looking to spread out the appointments at this time so I will see her again in two weeks and then consider that.

B.M. - N                                                                            2/18/99

Barbara is seen for her biweekly appointment. She has started to take the Depakote 250 mg AM & HS. She is also on Zoloft 200 mg. Today she is perhaps sadder because of breaking up with ███████████████████████████████████████████████████████████████. She talked about how sad she is and how angry she is at herself more than him for getting herself into it. ███████████████████████████████████████████████████████████████. She does feel that she can't be angry about that. A lot of difficulty with reasonable anger. She tends to blame herself/ get down on herself globally and will be negative about men.

Somehow we got back to talking about other relationship and her relationship with the man who fathered her son who turned out to be a very angry, abusive man who ended up in jail shortly after their relationship started. When he got out he would often threaten her and threaten to take the child, which forced her to make frequent moves to avoid him. She thinks he is probably back in jail. He has never had much of a relationship with the son but he was certainly a fearful figure. She also talked bout another situation when she was 15 or 16 hanging around with some of the local people at a party - the next thing she knew she was in a room with someone who drew a gun and was insisting on sexual activity. She panicked/screamed/yelled and finally someone came to her aid. While that person spoke with the man who was threatening her, she was able to run away. She had a period of a terrible several months and felt there was no one to talk to as her father was alcoholic, her mother was unavailable and her brothers and sisters were disinterested. There is a real sense of isolation, being alone having to manage all these things on her own. There was a certain sense of futility about it ever changing. Mixed in all this is a black Irish humor where she jokes at herself, jokes at the different situations and even says she and a friend were talking about writing a book about those kind of humorous uppers.

Continue the meds and return in 2 weeks.

B.M. - N                                                              3/3/99

Barbara is seen for her biweekly appointment. She continues on the Depakote and Zoloft probably taking it inconsistently. She comes in and continues to be somewhat scattered and fragmented. I will try to get a Depakote level on her to see where we are. In her fragmentation, however —she says that she is doing better than she has in past. She is somewhat more organized than she normally is and at home she has been able to get some things accomplished that she has been avoiding for some time. She has hung curtains, painted her room, put out pictures, even putting out a picture of her father, herself and her sister out. Obviously that is a major step for her. She tearfully recounts how she is feeling a little bit more at peace after having talked ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. She feels that she has some understanding and found it very helpful to talk about it here and share it rather than bottle it up inside.

Another interesting area she shared was that over the weekend her brother was in town and he pointed out to her how to clean the stove. She has a stove in her new home with a self cleaning oven and was never was aware that it existed or how to use it. This opened up a whole area of things and having never understood how they worked. She was raised in the projects and raised in turmoil and trauma and was not exposed to certain things. She is constantly being surprised as she learns how to do things. She never learned much in school because she was so traumatized. Obviously there are emotional things that she doesn't understand either and this takes to form with me of not knowing what she can say, not knowing what is safe, not knowing whether I've been upset by things and basically not knowing if I'm going to stick around. There have been a number of session where afterwards she was hesitant and unsure is we were meting again and was obviously fearful that we were not.

Overall, she is obviously doing better though she is still struggling.

Barbara is seen for her biweekly appointment. She comes in and is somewhat hyper and joking. It turns out that she went to her OB person, didn't find anything there to suggest that she was having hot flashes or anything to explain her sweats. They raised the question as to whether it might be the psychotropic medication that we have been administering. It turns out that the sweating has really turned out to be more of a problem since she has been on the Zoloft. It was not really there before and probably that is the etiologic agent. The hassle is that the Zoloft has been very helpful. The question is whether we can lower the dose and still get an effect or whether we'll need to shift to another medicine. She is also upset that she gained weight.

[redacted]. I will see her again in 2 weeks but I will start to lower the Zoloft – first to 175 for a week than to 150 mg.

B.M. – N                                                                        4/26/99

Barbara is seen for the first time in a month. She had missed an appointment and had not called to reschedule. She had been having trouble with medication, weight gain, night sweats, various problems and though we had talked about changing medications she was very resistant to changing Zoloft to another antidepressant and resistant to giving the Depakote a chance at that time. Ultimately, she stopped all of her medications and stopped coming here for awhile. I had called her just to see how things were going and we agreed to meet again.

She comes in and is high with constant joking and banter. There is a subtle, sarcastic, angry tone underneath a lot of what she talks about. She says this has been occurring at work as well as in her personal life. People say that her edge is back. She is not sleeping much and is energetic and active around the house. She has painted and done various projects. She is also sad but not as sad as when I first saw her. She says that she tends to get more energized and less sad in the warmer months.

Of significance about 3 weeks ago she had a major accident coming home from a friend's in the middle of the night. She was driving her mother's car, was in the right hand lane, was surprised by someone passing her on the shoulder, put on her brakes on a wet road, began to spin and proceeded to spin through all the lanes ultimately hitting the center divider and spinning several more times before coming to a stop. Miraculously she was not injured. She stayed in the car for a while. She says she didn't hit herself or damage herself in any way. When no one stopped or a police car never came, she became frightened that she was facing the wrong way on the thruway. She was able to get the car going, turned it around, got off the highway and ultimately drove home. The car was totalled. She says that she had drank earlier in the evening but had not been drinking just prior to the accident.

At this point I certainly think she is a Bipolar II. I think we need to address that before trying to address the antidepressant component. I would suggest either Lithium or Depakote. She is adamant about Lithium who is a chronic psychiatric patient has multiple friends on Lithium. We'll go ahead with the Depakote 250 mg AM and HS. She will get a level and we'll adjust it and see how we do. I will see her back in two weeks.

BM                                          5/26/99

Barbara's seen for her appointment. She's been on the Valproic Acid 500 mg in two divided doses, has tolerated the medicine well, and in fact has had a positive response with a quieting of her thoughts and some leveling of her mood swings. She feels that the sadness is less intense and when it does occur, when she's watching something sentimental in a movie or when she's premenstrual, it is though self-limited, not as persistent as it has been in the past. The Depakote level was 37. I had asked her to increase it to 500 twice/day. She has probably taken 750/day and has forgotten the 500. She continues to tolerate it well and is actually quite pleased with the response at this time. She expresses worry about gaining weight again which she did with the Zoloft, much to her dismay and makes sort of absolute statements about not being willing to take it if she would gain weight.

Her mood is up, she continues to make joking comments, sometimes disparaging comments about herself in a joking manner but there is a much lighter response than we have seen in the past and there's less of a sarcasm and anger than seen in the past. She says that there is much less pressure of thoughts in her head at this point and that she is able to focus and concentrate, which comes out at work, which comes out in being able to do projects around the house which she's actually able to finish and is feeling quite positive about that. [redacted]

She also is talking about having more awareness about things and able to make connections to things in ways that she hasn't before. She almost feels that she's been on this pressure-ride, really, internal pressure generated by the repetitidy and the scatter of her own thoughts, which has put her in a manage the moment mode of action and reaction. The Depakote, Valproic Acid seems to be slowing her thoughts somewhat so that she's able to focus, she's able to think through things, and she's able to make connections. She was rambling along, talking about how positive this was and made the comment that she needed to take some time to appreciate things, which she's never been able to do before, and the whole notion of stopping to smell the roses came to her mind, and she said that this is the first time in her life she's really realized what that phrase means.

At this point I'll see her in three weeks due to my being away and various things, we'll get another Depakote level and hopefully she'll continue to do well.

B.M. – N                                                                 6/17/99

Barbara is seen for her biweekly appointment. She is on the Depakote alone and in general feels quite well. There is no irritability, no edge, less hyperactivity. She is still mildly pressured – often joking and laughing at her own expense but much less so than before. She says she still has periods when she is depressed, has trouble when she gets home finding the energy to do much of anything, but nothing compared to what it was. Her work is better and her family is better. Everything seems to be smoother and more comfortable.

The question is whether we can do anything to help with the depression. Because of her severe reaction to the Zoloft she probably had mild agitation with it relative to the Bipolar II Disorder and also had profuse sweats. It did take the edge off her suicidal depression but was not the right combination obviously. She is reluctant to try another.

Stressful events are that she heard from her son that he was almost failing out of school and had elected to take next year off rather than go back at this time. Barbara has been saving and scrimping to get him through school and this has been a major effort on her part. She is obviously quite disappointed and hurt that this isn't working.

I happened to ask what effect the Depakote seemed to have on her memories, feelings ███████████████████████ During the winter during her depression she shared several ███████████████████████ the general chaos of the household with both mother and father being alcoholic at that time. She immediately became tearful and sad. Clearly she continues to struggle with a lot of those feelings. Interestingly with Father's Day coming up – this has never been a very positive moment with her father and the fact that her boyfriend (the father of her son) has never been a factor in her life either. One of her relatives was sharing information about the father describing how he had come from a fairly well to do Long Island family but got into arguments with his own alcoholic father who apparently also had an alcoholic father. At 14 the patient's father ran away from home to live with one of the father's sisters and her husband. He stayed there until his late teens then went into the service. He proceeded to have a difficult time in the service and was discharged because of a stressful reaction. It turns out that he had two jobs and one was in the artillery which he had problems with because he had already entered the service with bad hearing in one ear. He had an assignment in Germany caring for the bodies of soldiers who were killed and had described it as "piling them up". Needless to say he was very troubled by that. He returned from the service to find that his aunt and uncle had moved and not told him where they were going. He somehow then ended up marrying the patient's mother and the alcoholism took over. All of this is to say that the father was a troubled person, that it really wasn't her fault. This is an attempt to explain it, though that doesn't necessarily make it right or take away the pain.

I will see her back in two weeks.

B.M. - N                                                8/12/99

Barbara is seen for the 1st time in several months. She has been seen for a mood disorder for approximately 8 months. She has multiple family issues related to an alcoholic family ▇▇▇▇▇▇▇ She is reactive and depressed on that front as well as her mood disorder. I initially treated her with antidepressants which seemed to go well, but her irritability became more pronounced and then it became apparent that irritability is a main issue for her. It seemed like she was a Bipolar II person and with great reluctance I started her on Depakote, which seemed to be helpful. She dropped out for a while, came back and now this last time says she has been taking the Depakote up until about the last 2 weeks when she ran out. For one reason or another she has not come. Since running out of the medicine she says she has gotten much more irritable, frustrated, hyper and unhappy.

She comes back to try Depakote again. We will give her Depakote 250 mg AM and HS. I had tried to increase it to 2 b.i.d. because her level was somewhat low and she reacted with much fatigue. We'll try to do what she can tolerate which is 250 mg b.i.d. I will see her again in three weeks.