BM-N                                      3-21-01

Barbara is a    year-old single woman living with her mother who's also a patient of mine that I had seen back in 1998 through 1999 in the summer for just about a year. At that time she was very depressed and moody with relationships. She also had a history of a highly dysfunctional family with alcohol problems ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. She had a stormy upbringing with much acting out and ultimately an out-of-wedlock child which focused her. She raised the child by herself without support from the father, was able to get a stable job with the city, and has stayed with that for about 18 years. She came to see me at that time because she had been struggling with illnesses on the part of her mother with whom she lives, and mentioned in passing that there was an issue of stalking by a city employee but that she had recently reported it to the Human Resources Department for the city and through attorneys, who are in the process of dealing with that. Interestingly it didn't get mentioned again.

She comes at this time because the stalking has become a major problem. The issue intensified and progressed over these last two years with a continuation of more events. This put her more and more on edge and made her hyper-vigiliant and she would react quite intensely to anything that seemed related. There was an incident where her car was broken into in her driveway and materials were taken from the car. Though there's been no actual violence or threat of violence, the fact that it has been so persistent and continues despite initial warnings and protest on the part of the man that it would stop, she is increasingly agitated and angry about the intrusiveness into her space. Finally in December of 2000 she felt she had no recourse but to go the police and have him arrested. They have done so and it's now in the court system waiting to be processed. When that happened the city put him on leave and she's been informed recently that he might be welcomed back to work. This is a person that she deals with from time to time but even just the notion that he's going to be around at the work place is overwhelming to her. During the last few weeks she's been having dreams about the situation, having increasing difficulty concentrating, with intrusive thoughts about the person, worrying about what he's going to be doing and what's going to happen next. She becomes angry when people dismiss it as a minor thing, is quite frustrated feeling that from what she's been able to see on the Website and the sense she gets from her attorneys and the police, there isn't much that can be done about it. In her Irish humor she talks about how part of the reason she had him arrested was to get an order of protection

from the police that would restrict him from bothering her. She had tried to get a restraining order but realized that she if she had some relationship with him, it was not possible to get a restraining order. Once she charged him then it was possible to get a restraing order of protection. The order of protection was a piece of paper that she put in her wallet, a piece of paper that was served to him that said that he could not be in her presence and could not meet her, harm her which she found ironically humorous in that all of those things aren't allowed period. You don't need an order of protection to have those as givens in this world. She felt increasingly isolated, frightened. As the process has gone on and has apparently been in the press questions are raised about her character and what she has or hasn't done to bring this all about.

Interestingly, when the issue was first raised a couple of years ago the wife reported that he had been in trouble with this in the past and was infuriated that this was happening again. Apparently he had some treatment in the past but did not follow through with it. When she had him arrested the police went through the house and found her high school yearbook picture in his possession.

Barbara is quite anxious, tearful, angry and feels totally stressed and trapped by this whole situation. Part of her would like to move but she doesn't know where she could move and how she could start. She'd like to move and change her job but knows that if she left to take a job in the private sector she would take a big hit in terms of her salary. She also lives with her mother and knows that she wouldn't be able to move her mother. She also feels trapped because of her sense that she's not sure where the whole court proceeding is going and whether that's going to offer her any relief. She has a situation where she feels like her privacy's invaded, where she's threatened, where she's been intruded upon, and yet may not have any recourse or relief from the situation. The fact that the city is thinking of brining him back to work only minimizes her pain and suffering. She did talk to an attorney and they're in the process of writing a letter to the city threatening a suit if they allow the person to come back to work.

I think she has Post Traumatic Stress Disorder at this time. She is highly reactive to all aspects of the situation and with the kind of life experience and reactivity she had before I think that only adds to the intensity of her reaction. It doesn't cause that reaction but it certainly adds to the intensity and the pain of it.

At this point I'll start her on some Klonopin 0.5 mg morning and night to see if we can take the edge off some of the anxiety so we can begin to work.

B.M.                                                                    3/30/2001

Barbara is seen for the 2nd time. She has done reasonably well on the Klonopin, though it knocks her out. We'll reduce this to a lower dose then discontinue it. I will check my notes from before as she did mention the stalking once in the very beginning – but never mentioned it again. She says that she really didn't want to address it as a reality and shut it out of her mind then until she just couldn't shut it out any further. She has handed in a letter to the city protesting the return of the man who has been stalking her, who has admitted he has been stalking her. The man had been on paid leave from the city with city retirement paying him. I guess the question comes up maybe they should pay her to be on a paid leave. She is terrified and frustrated that it won't go away. She does not see an end in sight. There are changes pending against him in court, but it is unclear where that is going to go. We talking about how stalking is really something in a netherland in terms of the law and procedures/regulations on how to process it. She doesn't want to leave the city because she has built up benefits that she would be hard pressed to gain anywhere else. I will see her when I get back.

B.M. 04/09/01

Barbara is seen for her follow-up appointment. She missed an appointment at the end of last week. Today she is in a calmer state than when I first saw her, but continues to be quite anxious, mildly agitated and very overloaded. She learned last week after sending her letter to the city at her attorney's suggestion and then on receiving the response from the city which was angry and dismissive and dumping the ongoing problem back on problem. Compounding the problem is that the attorney has withdrawn from Barbara's case, feeling that because she knows many of the players involved that work with the city and seem to be involved in the responses to the suit, that she feels that she wouldn't be able to impartially represent Barbara. Barbara is in the process of trying to find another attorney which her attorney has tried to hook her up with and isn't practicing in this area. Turns out that the person that was recommended is practicing out of New Haven, but who lives in Stamford and apparently knows some of the players also. She will be seeing him on Wednesday which also happens to be the day that there is scheduled to be a court hearing for the arrest of the man who has been stalking. She is angry at the city's response, quite frustrated to have to change attorneys at this time, wishes this whole thing would go away. She continues to be very anxious, very fearful, having some success in terms of moderating that with the combination of the Klonopin and the BuSpar. I will go ahead and increase the BuSpar to a full 60 mg. per day.

Obviously this is a difficult situation, because the issues related to stalking are not clearly spelled out in terms of the legal system. It tends to be an issue where fear engendered by the stalker is not appreciated by those who might be in the position where they haven't been stalked. Will see her again next week.

B.M.                                                                                      4/19/2001

Barbara is seen for her weekly appointment. She comes in having been on the Klonopin 0.5 mg b.i.d. and BuSpar 60 mg daily. She is quite anxious and reactive. She is very intense in the emotions that she experiences. She has some irritability and she jokes self consciously and humorously at herself - but it is serious and painful.

She reports the results of how things have evolved over the week. She found out that the court proceeding against her stalker and been postponed. No one from the Victim's Assistance or D.A.'s called her. She found out through a rumor at the city. She talked with a friend in the area and he told her the word had been that the case was postponed. Barbara is furious that no one contacted her, no one cared enough to inform her. She also met with a new attorney and he has agreed to take on her case partly on contingency and partly on pay as they go along. She is flustered and overwhelmed. When he suggested that what he might be able to get for her was a certain amount, she reacted negatively because it wasn't that much and wasn't particularly worth fighting the city for. Hopefully he can act as an intermediary to pass on information from the court.

The difficulty for her is that this whole process is grinding very slowly as it will, there is no clarity, no end in sight and it is not clear how it will end. It would be one thing to deal with an event to happen and then one could deal with it, mourn it, be upset about it and leave the past and it is over. This one is ongoing with ever present anxiety and concern that the stalker is around and she is not sure what he'll do. She is concerned that if she carries on with the suit and he loses his job, will he get angry and try to hurt her. People say this is unlikely – but nonetheless this is an issue. He has violated her space and there is a real concern about that possibility. There is a fear about everything in the nature of someone who is being stalked, heightened by her personality and her reactivity to emotional issues.

She is having a lot of impulses, moods, angry, sad, scared and trying to calm down with trouble doing that. At this point I'll add Neurontin 100 mg AM and PM with the idea of gradually increasing it to see if we can help calm some her.

Another part of her difficulty is carrying everything forward and using the psychiatric psychological stress she is experiencing brings her psychiatric history into the court proceedings. That will be exposed to the public and itself somewhat traumatic. Inevitably in these situations the victim becomes the source of investigation as well as the perpetrator. This man has already admitted to the police and his superiors at the city that he did in fact do these things. he is still an employee of the city, though on leave. There is a question if he is coming back. With all her intrusive thoughts, memories, reactivity, hypersensitivity, tearfulness, lability, hypervigilence, I think Barbara has PTSD at this time relative to the whole incident of being stalked. I think prior to this she had a bipolar II Disorder with mood swings, depression and irritability.

B.M.                                                                                                    5/10/2001

Barbara is seen for her regular appointment which looks like it will be every other week. The Neurontin seems to have helped and she is a little bit mellower. She is a little less agitated, fearful, panicky. She is still angry, scared, upset about the stalking, but is no longer overwhelmed by it like she was. In the past I felt she had a BiPolar II Disorder and treated her with Depakote which worked well, but she gained weight. I started the Neurontin last week and it seems to be helping a little bit. I'll increase it to 200 mg b.i.d. Hopefully it will give us some kind of stability without weight gain and without excessive symptoms.

Still uncertain about where the whole court situation is going with the stalker. She has gotten involved with an attorney, paid him a fee and is waiting to get some feedback from him about what the whole situation will be.

I will see her back in about 2 weeks.

B.M.                                                                    11/20/2001

Barbara is seen for the 1st time in many months. She is a woman I've seen off and on for years. She has a mood disorder with depression, irritability – most likely a Bipolar II whom I've treated with the combination of antidepressants and at one point Depakote. Most recently she has been taking Neurontin with some good effect.

She comes back now because of the issues around the man at work who was stalking her over a several year time have come to a head in that his criminal trial will begin next week. She is very anxious about the whole prospect and what will happen and what will be expected from her. She is very anxious about what is going to happen to him. She is fearful that nothing is going to happen to him. She is actually reliving a lot of the trauma and ongoing fear of the whole stalking experience. He has been under court order and has been suspended from work since last December. As best she can tell he has not been stalking her but who is to say when one is being stalked, whether someone is really there or not – which is part of the anxiety and stress of the whole experience. She retained a lawyer to pursue an action regarding her employer who did not respond to her allegations and concerns about the sexual harassment and stalking done by a fellow city employee. Clearly this whole experience has been unsettling for her and she was withdrawn from a lot of the activities that were a part of her, recreation activities and friendships. She has been a city employee for 18 years and is actively involved in a number of issues; one is an 18 year old annual softball game for city employees. She coordinated the transfer of school children's letters to firemen in the city. She is generally a very active person. She feels very angry that the city did not support her complaint or do anything about the man involved.

She reports a dream where she is in a tall building, a plane crashes into it, she is sitting there dispassionately watching the plane cut through the building, she is not inured, she calls 911 to report this tragedy and the 911 operator says Well, you're not dead, you're OK what are you complaining about. She didn't quite know to make of the dream but I think that what this is saying is that with the 9/11 event which she was reactive to that there was an outpouring of understanding and grief and various levels of empathy for people were going through in terms of the trauma that had beset them. For Barbara with the stalking people who haven't been stalked have no reaction to the ongoing terror and uncertainty that being stalked entails. They dismiss it and say that physically she is OK what is the big deal. Needless to say this attitude is traumatic and takes a toll on her as we've seen. Going to court she will re-experience a lot of what she went through. She is also put on the horns of a dilemma. She doesn't want him to go to jail – she is not sure that will be helpful on the other hand she doesn't want him to be free on accelerated rehabilitation. She wants him to pay some penalty and be accountable to the court because she is fearful he will stalk her again. The reality is there is nothing she may be able to do to control this. She casually mentions he may well come back to kill her. One can dismiss this as her fearfulness but on the other hand is one is being stalked one doesn't really know what could happen.

At this point, I will increase her Neurontin to 200 mg AM and 200 PM because it was quite helpful when we 1st started it. If that isn't helpful I've given her some Klonopin so that she could go ahead and take Klonopin 0.5 mg AM and afternoon. I will be in phone contact with her next week. The court appearance is November 9. I will see her either next week or the week after.

BM                                                  12-13-01

Barbara's seen for a follow-up appointment. She's on Neurontin, 100mg twice daily. I had increased her it to 200 but she had an anger outburst and felt that it might have been the Neurontin. After some discussion it just would seem the stress was pretty intense and that was more responsible than the Neurontrin. We'll go to 400 for about five days and then go up to 600 mgs per day. Since she's been on the Neurontin she's been able to focus better, concentrate better, organize her thoughts better, organize her house better. She's been able to fix some things up and put some things away that she hasn't done in years.

The incident where she lost control ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ She also reacted when her boss gave her an ultimatum. She also got a report back from the city saying that they rebutted all of her issues. Her response is that they're flat out lying which upsets her because she's an 18-year employee and she should be treated better. The trial has been put off until January 9th or 11th. I will see her before then and hopefully she'll be feeling better.

B.M.                                                                                    1/14/2002

Barbara is seen for her 1st appointment in about a month. She did have a court hearing and the defendant refused to accept the plea bargain, which would have meant 3 years of probation and psychiatric treatment and a restraining order. This has been delayed for another 3 weeks at which point if he does not accept this plea bargain they will go to court where the charges are more serious and he might have to face jail time. During the proceedings she was discomforted by his staring at her the whole time in court. Her sister and friends and other people noticed this. This frightened her because clearly he hasn't changed any. From her perspective he continues to pose a threat as a stalker to her. There is the sense that even if she wins she realizes that he is probably not going to stop and she may have to move. There will probably be a civil trial afterwards. At the court a number of people were there from the city – where she works. The corporate counsel also came and this surprised her because she and the corporate counsel are at odds because she doesn't feel that they defended her in this whole situation.

She raised the question of her Bipolarity. I assured her that I thought she was a Bipolar II not a Bipolar I. She is concerned how her psychiatric history will be seen in the court. I tried to suggest that I though that the stressors she'd been under with her mother's illness put her in a state where she was more vulnerable to something like this. This does not negate the impact of what happened to her.

I will see her again in several weeks – hopefully when she knows more about what will happen in court.

B.M.                                                                                                                  1/25/2002

Barbara is seen for her follow up appointment. She comes in quite distraught, sad, anxious, flooded and kind of overwhelmed in terms of her emotional response. It turns out that the stalker pleaded guilty to less than the stalking charges, namely breaking into her car and trespassing. He was given probation, mandatory psychiatric treatment and is court mandated to stay away from the patient. The down side is that there is nothing specific mentioned about the stalking behavior itself. There is no admission there of the responsibility for that activity, although implied in his plea is an acceptance because he is accepting psychiatric treatment for something. There is also a restraining order. There is a relief because she doesn't have to go to court and the idea of going there and going through the whole experience again and again with questions and counter questions was overwhelming her. She is just going through the kind of let down one ordinarily would have after completion of a step in a process you have been battling with for so long. The other side of it is that a newspaper article came out in which the city counsel said that it would not open an investigation into the employee vis-à-vis Barbara's charges but it was not clear when that would be or what the outcome would be. Barbara is kind of outraged that now someone has actually been convicted of this behavior and the city still isn't acting on her behalf. She was unable to go to work yesterday and is struggling with whether to go today. She feels betrayed by the city. The person involved is relatively high up in the city government and whether that is playing a role in nothing happening is obviously an issue. Her job duties are to be involved in his department and obviously this is anxious for her anticipating being here and awkward. She is anxious and overwhelmed at the prospect that he might actually be there and not be fired by the city. If he is not fired she sees no way she can continue to work in that environment. She is planning a civil suit that hopefully provide assistance in this whole process.

I will see her again in a week and a half.

B.M.                                                          2/4/2002

Barbara is seen for a follow up appointment. She is late. She has returned to work and things at work continue to be stressful although she seems to be managing. Work still hasn't made a decision about the employee who was stalking her, even though the court process has been completed. She acknowledges that she continues to be fearful and continues to have difficulty joining in activities that had been part of her routine in the past. Going out at night is hard for her and she prefers to stay home. All of this is fearfulness and anxiety related to the stalking and anticipation and fear of that whole process.

Continue Neurontin. I will see her again in several weeks.

B.M.                                                    2/25/2002

Barbara is seen for follow up. She continues on the Neurontin 400 mg daily. She feels as if it has been helpful in terms of quieting her rapid thoughts and her anxiety. The stress continues in terms of the stalking and trial. Things have gotten further mixed up since the trial was completed. The deadline to file with the Human Rights Commission is up and also there are questions about her pursuing a suit with the City. She comes in today somewhat confused in that her lawyer informed her that he missed filing with the Human Rights Commission but she has come to realize that she has one more date within which to file and that date is tomorrow. She thinks she will go ahead. The lawyers is advising her not to, having said it would complicate her suit with the city. He then came back and said he didn't think she had a suit with the city. Barbara's head is spinning and she is really confused by the turn of events. She is disappointed, angry and hurt. The stalker ended up being fired by the City of Stamford, which is a minor relief. It will be helpful that he won't be there as an employee or someone she hears people talk about. It has taken a long time to have this finally happen.

The whole idea about filing a civil suit against the stalker is uncomfortable for her. She feels that he has already lost his family, his job, is living with his mother apparently in Bethel and she is already afraid that he might continue to stalk her, perhaps even hurt her. The idea of suing him seems like she would aggravate what already is a somewhat unstable situation.

She is consulting with friends and attorneys that she has known for awhile and probably will go ahead and file with the Human Rights Commission against her employers.

She has missed a few doses of her Neurontin and has had the effect of being sleepless, more anxious and more pressured. We'll put her back on the dose she had been on.

B.M.                                                                       3/27/2002

The patient is seen for the 1st appointment in 4-5 weeks. She says over the last few weeks she has been tearful and crying. She is sad but punctuates that with jokes, humor and levity but underneath she is quite sad. All of this follows the court proceedings involving her stalking. What ever civil case she might have had against the city or the stalker disappeared. A deadline slipped by for various things and she was going to carry an appeal through but never did. She feels discouraged, angry with herself and somewhat defeated. Recently the stalker has returned, is present around the city and there is some question if he is trying to get his job reinstated. The effect of this is that she has gotten much more depressed and tearful. She wants to withdraw from situations and is feeling quite sad and overwhelmed. She intersperses her sadness with jokes, laughing in ways that are amusing and funny, but the underlying message is a sad one.

At this point I'll add Celexa 20 mg ½ tablet for 7 days then 1 per day. I will give her samples and hopefully this will help to turn her mood around a little bit. She will continue on the Neurontin.

B.M.                                                                                              9/3/2002

Barbara is seen for the 1st time since March of this year. I'd seen her earlier when she presented with an intense stressful reaction as the person who'd been stalking her for a couple of years was brought up on charges. He plea bargained and agreed to move away from her and comply with a restraining order. He also went on to lose his job with the city. She comes now because Human Resources had called because he was applying to get his job back saying he's been unfairly separated by the city. She was being asked to testify before the labor relations board about what had transpired. She was going to have to confront him at the hearing. She became increasingly anxious, panicky, fearful, unable to focus, unable to sleep and basically re-experienced all of the terror filled feelings she had during the stalking over the last few years. Part of the helplessness and hopelessness were even thoughts of suicide or life not being worth continuing. She had temptations to just leave her job and flee. She realized she had to find a way to stay. Through a friend she was referred to an Attorney Marra in Ridgefield who talked with her about her various options.

In my reading of Barbara and seeing how traumatized she'd been before and how rapidly the symptoms recurred, I feel that she is too fragile to appear at any hearing – certainly tomorrow and certainly she would be unlikely to appear where she would be confronted by the stalker.

I will re-start the Neurontin and Klonopin. I will see her again later in the week.

B.M.                                                                                    9/6/2002

Barbara is seen for the 2nd time this week. I did write a letter to the attorney, but they went ahead and went to the hearing yesterday. I was supposed to see her afterwards and she said that she was just too exhausted from the hearing to come and so she comes today instead. The hearing was very intense and she was shaking and trembling. She was very agitated and ultimately became annoyed and expressed that to the attorney she was speaking to. Apparently the city has lost the file of the incident and they needed to talk to her because there was no other information available. That means the city has lost her file also. Going through the interview and the discussions brought back all the memories of what has been going on. She felt acutely the re-experience of the traumatic event.

At this point she has not started the Neurontin. She has started the Klonopin, which has been helpful. She feels somewhat overwhelmed. She says the worry about the stalker has always bee on her mind – though at a distance. Once this all started up again it has come back up to the forefront and is very intense. She found herself trimming back all the vegetation around her house and she has added more lights to feel safe.

I will see her again in 1 week after the labor hearing in Weathersfield.

BM                                  9-16-02

Barbara's seen for her weekly appointment. She continues to be stressed with intrusive thoughts and feelings from her stalking experience. Being asked to testify at a grievance hearing for the city against him just was all she needed to get stirred up. She's not sleeping, she's fearful, she's agitated, she's not able to concentrate, and she has moodswings. The Neurontin doesn't quite seem to be helping. At this point I'm going to increase the Neurontin a little bit more, and I'm going to add Risperdal, 0.25 mg morning and night, perhaps increasing it to .5 at night.

See her on my return.

B.M.                                                                10/17/2002

Barbara is seen for her monthly appointment. She is actually feeling better. Her mood is up and she is joking and laughing in her style like she is feeling better. She tends to be high energy and perhaps a little on the hypomanic side when she is in this state but this is better than the depression. Basically nothing further as evolved from the city against the person who stalked her. This is a huge relief. Met with her attorney and they are tentatively planning to sue the city for their conduct on the whole thing and that would include suing the stalker which she is fearful about. Despite all that she is feeling better. I guess if she is suing she is more in control than if is being sued against.

She continues with her massage class and now that her mood is better she is feeling better about it. She shared a number of issues regarding it that certainly are questionable – in terms of how the class is run – but she is having those same questions herself.

We'll increase the Neurontin to 300 mg b.i.d. and I'll see her again in a month.

BM                                                          11-22-02

Barbara's seen for her monthly appointment. She comes in and is somewhat emotional and reactive and becomes more so as she relates that in fact she was called to appear at the grievance of her stalker. It was a call on a Friday saying that she needed to be there on a Monday. She wondered whether she should call me and decided against it. She ended up going and describes having a surge of reactivity and adrenalin at the hearing. She had taken Klonopin but it had no effect. She was surrounded on three sides by representatives of the stalker, representatives of the city and representatives for the arbitration committee. Her lawyer was in attendance for her. The stalker was in the room where he was not supposed to have been. She recalls her rage and anger when she saw his face grinning at her as she entered the room. Her back was to him most of the time and she really avoided trying to confront him. All that happened in the meeting was that they asked her to validate that her report to the police and another report of summary that she had submitted to them was her signature and that was all they asked. She was very anxious, angry inside and felt like she was falling apart. She trembled; she quaked and really was upset. This lasted on the way home and for a day or two afterwards. This meeting precipitated again the hypersensitivity, the fearfulness about him coming to get her, to bomb her house, to burn her house. She finds herself very anxious when she enters the house, having to check everything to see if it's been moved or put out of position. The whole fear reaction has been rekindled by going back into the court. Interestingly she got a call from one of the city attorneys saying that she had done a good job several days later and she really was very angry at him for what he put her through. She also ran into another city employee that actually was a union member and sat on the arbitration board who took her aside and commented that he hadn't realized how upset she was about the whole situation, and that the situation must be terrible for her to be upset. Barbara felt embarrassed, humiliated that he had been there and the difficult part for her is that she didn't even realize that he was there. He was sitting with the stalker and she never turned around to look in that direction. She's very tearful and sad having this whole thing triggered again. Clearly this is a post-traumatic reaction to the stalking. At this point we'll continue the Neurontin and I will start her on some Effexor, 37.5 mg a day to be followed in a few days by another pill. I will see her again in a month. I'm hoping that the antidepressant will help her mood but also will help the pressure and excessive rumination that's part of that anxiety and panic.