# MEDICATION PROFILE

NAME: ______________________

CASE NO.: ______________________

DATE OF BIRTH: ______________________

ALLERGIES: ______________________

PHONE NO.: ______________________

*When medications are discontinued, note reason in the symptom and side effect columns

AIMS: Done [ ] Not Done: [ ] Date:

| MEDICATION* | RFLS | PRESCRIBING PHYSICIAN | GIVEN BY RN | DATE | TIME | SYMPTOMS ADDRESSED | REPORTED SIDE EFFECTS | ED. GIVEN + - |
|---|---|---|---|---|---|---|---|---|
| Clonz 0.5mg #50 | T bid | | | 11/21/01 | | | | |
| Neurontin 100mg #120 | 2 @ Am + 2 hs | | | 11/20/01 | | | | |
| Celexa 20 | 1/2 qd x 7 | then 1 qd | (samples) | 3/28/02 | | anx, depression | | |
| DC all Clonz | | | | | | | | |
| [illegible] | | | | | | | | |
| Neurontin 100mg #45 | 1 Am + 2 hs | | | 8/3/0[illegible] | | | | |
| Clonz 0.5mg #120 | T bid + 2 hs x1 | | | 9/3/0[illegible] | | | | |
| Neurontin 200 | Am + hs | | | 9/5/[illegible] | | | | |
| Neurontin 100mg #180 | 2 po bid + hs | | | 9/16/01 | | | | |
| DC Clonz | | | | 9/16 | | | | |
| Risperdal 0.25mg #40 | 1 Am + hs x1 | | | 9/16 | | | | |
| DC Neurontin | | | | | | | | |
| Neurontin 100mg #180 | 3 Am + hs x1 | | | 10/9/1 | | no hype [illegible] | [illegible] | |
| Effexor 37.5mg #60 | 1 qd x4 [illegible] | | 2 [illegible] | 11/27/1 | | | | |
| Effexor 37.5mg #60 | 2 qd | | [illegible] | 12/27/1 | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

MURPHY, BARBARA 9 Knollwood Rd., Norwalk CT . 06854

Murphy Barbara MS

CASE NO. CARD NO.

| DATE | | SUBSEQUENT VISITS AND FINDINGS | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| | | 296.2 / 300.4 300.4 Gross | | | |
| | 98 | 4 Consultation 9 | 210 | | |
| | | 4Rx 19, 26 | 340 | | 550 |
| | | Billed 11/1/98 | | | |
| Nov | 98 | 4Rx 5 19, 24 | 510 | | 1060 |
| | | Billed 12/1/98 — 12/15 Pd Unit HC | | 426.91 | |
| Dec | 98 | 4Rx 2 10, 17, 29 | 680 | | |
| | | Billed 1/1/99 — Pd 12/17 | | 73.09 | 1240 |
| Jan | 99 | 4Rx 21 | 170 | | |
| | | Billed 2/1/99 — Pd 1/2 Unit HC | | 255 | 1155 |
| | | (D/C) Pd 2/17 Unit HC | | 340 | |
| Feb | 99 | 4Rx 9 18 | 340 | | 1155 |
| | | Billed 3/1/99 | | | |
| March | 99 | 4Rx 3 15, 31 | 510 | | 1665 |
| | | Billed 4/1/99 | | | |
| | 99 | 4Rx 26 | 170 | | 1835 |
| | | Billed 5/1/99 | | | |
| May | 99 | 4Rx 13, 26 | 340 | | 2175 |

TACOUNT® FORM NO. 1-140 H27 (0695) JUSTACOUNT CORPORATION • 301 GROVE ROAD • THOROFARE, NJ 08086

NAME MURPHY, BARBARA CASE NO. CARD NO.

| MO. | DAY | YR. | SUBSEQUENT VISITS AND FINDINGS | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|---|
| | | | Billed 6/1/99 | | | 2175.00 |
| June | | 99 | 4Rx 17 | 170 | | |
| July | | 99 | 4Rx 1 | 170 | | |
| | | | 1/21, 2/3, 2/18, 3/3, 3/18, 3/31 Pd United | | 510 | 2005 |
| | | | Billed 7/1/99 | | | |
| | | | Billed 8/1/99 | | | |
| Aug | | 99 | 4Rx 12 | 170 | | 2175 |
| | | | Billed 9/1/99 | | | |
| | | | Billed 10/1/99 | | | |
| | | | Billed 11/1/99 | | | |
| | | | Billed 12/1/99 — 5/17, 5/26, 6/17, 7/1, 8/12 | | | |
| | | | Billed 1/2/00 — Pd 1/4 Unit HC | | 425 | 1750 |
| | | | Billed 2/1/00 | | | |
| | | | Billed 3/1/00 — Billed 10/1/00 | | | |
| | | | Billed 4/1/00 | | | |
| | | | Billed 5/1/00 | | | |
| | | | Billed 6/1/00 | | | |
| | | | Billed 7/1/00 | | | |
| | | | Billed 8/1/00 — Pd 11/7 | | 1750 | |
| | | | Billed 9/1/00 — (Trans Care $1995) | | [illegible] | |

Murphy, Barbara 307-01

CASE No. CARD No.

| DATE | SUBSEQUENT VISITS AND FINDINGS | CHARGE | PAID | BALANCE |
|---|---|---|---|---|
| | | 180 | 180 | |
| 4/01 | 4 Converted 21 | 180 | 180 | |
| | 4 Rx 30 | | | |
| | Billed 3/30/01 | 360 | 360 | |
| 01 | 4 Rx 5, 19 | | | |
| | Billed 5/1/01 | 180 | 180 | |
| 01 | 4 Rx 10 | | | |
| | Billed 6/3/01 | 360 | 180 | 180 |
| 01 | 4 Rx 20 30 | | | |
| | Billed 12/1/01 | 360 | 360 | 180 |
| c 01 | 4 Rx 5, 13 | | | |
| | Billed 01/01/02 Rcd 1/25 | 360 | 360 | 180 |
| 02 | 4 Rx 14, 25 | | | |
| | Billed 02/01/02 | 360 | | 540 |
| 02 | 4 Rx 4, 25 | | | |
| | Billed 03/02/02 | 180 | | 720 |
| Mar 02 | 4 Rx 27 | | | |
| | Billed 04/01/02 Rcd 5/25 | | 100 | 620 |
| | Billed 5/1/02 | | | |
| | Billed 6/1/02 | | | |
| | Billed 7/1/02 | | | |

HISTACOUNT® FORM NO. 1140

HISTACOUNT CORPORATION • 331 GROVE ROAD • THOROFARE, NJ 08086 • 800-645-1220

NAME MURPHY, BARBARA CASE No. CARD No.

| MO. | DAY | YR. | SUBSEQUENT VISITS AND FINDINGS | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|---|
| | | | Billed 8/3/02 | | | 620 00 |
| | | | Billed 9/1/02 | | | |
| | | | 307-01 Rcd 9/3 | | 400 | |
| | | | Rcd 9/16 | | 180 | |
| Sept | | 02 | 4 Rx 3, 6, 12, 16 | 720 | | 760 |
| Oct | | 02 | 4 Rx 17 | 180 | | 940 |
| | | | Billed 11/1/02 | | | |
| Nov | | 02 | 4 Rx 22 | 180 | | 1120 |
| | | | Billed 11/25/02 | | | |
| | | | Billed 1/1/03 | | | |
| Jan | | 03 | 4 Rx 28 | 180 | | 1300 |
| | | | Billed 2/1/03 | | | |
| | | | Billed 3/1/03 | | | |
| | | | Billed 4/1/03 | | | |
| | | | Billed 5/1/03 | | | |