# EXHIBIT 15

Barbara

This is all I have, it was thrown in the trash at my home and in my panic I forget it.

Anything else missing was thrown out elsewhere and I cannot recall

Please use enclosed money to purchase any items you are missing. If more is needed I will reimburse you.

I do not know why I did this, and regret the pain it has brought your family.

My life is in your hands. Please give me time, a chance to solve my problems and redeem my life.

Paul