UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA E MURPHY
Plaintiff

CIVIL NO
3:03 cv 00519 (MRK)

v

THE CITY OF STAMFORD AND
DAVID VECCHIA
Defendants

JUNE 6, 2005

DEFENDANT MOTION FOR EXTENSION OF TIME

The Defendant, David Vecchia respectfully requests that the time to file his opposition to the Plaintiff's Motion for Partial Summary Judgment dated April 1, 2005 be extended from June 8, 2005 to July 12, 2005.

I have received no decision on my Motion For Release of Information of May 15, 2005. If the Court decision is to release the information I have requested, I ask for an extension no less than 15 working days after the information is received by me. If the court decision is not to release the information I have requested I ask for an extension of 10 working days after decision.

DEFENDANT

David Vecchia
PO Box 159
West Redding, CT 06896
davidvecchia@yahoo.com

## CERTIFICATION OF SERVICE

A copy of the foregoing motion has been sent via first class mail via the United States Post Office, postage prepaid, on June 7, 2005 to the following counsel of record. Foregoing motion has also been emailed to both counsels.

Elisabeth S. Maurer
Maurer & Associates
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia (ProSe)