UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA E MURPHY  
Plaintiff

CIVIL NO  
3:03 cv 00519 (MRK)

v

THE CITY OF STAMFORD AND  
DAVID VECCHIA  
Defendants

JUNE 6, 2005

DEFENDANT MOTION FOR RELEASE OF INFORMATION (ADDENDUM)

The Defendant, David Vecchia respectfully submits a list of deponents supplied by the Defendant, City of Stamford in response to my Motion For Release of Information dated May 15, 2005. I have not received a list of names from the Plaintiff.

The Defendant, David Vecchia respectfully requests that the Court review the notes supplied by Murphy's psychiarist during his treatment of Murphy from 1998 through 2002 that have had names and comments blocked, and release the blocked information if the name of the person blocked has been deposed, supplied affidavits or has been been mentioned in any of the testimony or documents in this case.

Since this case involves the allegations and causes of emotional stress, fairness is only reached when Defendants have equal knowledge to the Plaintiff of the people mentioned to the psychiatrist during the time period mentioned 1998 through 2002.

Yahoo! Mail - davidvecchia@yahoo.com       Page 1 of 1

Case 3:03-cv-00519-SRU    Document 84    Filed 06/07/2005    Page 2 of 5

**YAHOO! MAIL**                                    Print - Close Window

| | |
|---|---|
| **From:** | "Stroh, Leslie" <LStroh@ci.stamford.ct.us> |
| **To:** | "'davidvecchia@yahoo.com'" <davidvecchia@yahoo.com> |
| **CC:** | "Minor, James" <JMinor@ci.stamford.ct.us> |
| **Subject:** | Murphy v. City of Stamford, et al. |
| **Date:** | Wed, 18 May 2005 13:50:31 -0400 |

Dear Mr. Vecchia:

Jim Minor asked me to send you via e-mail the attached (1) list of deponents
in the above matter and (2) a composite list of their deposition summaries.

Les Stroh
Paralegal

 <<Murphy Depositions.doc>>   <<Murphy composite summary for vecchia.doc>>

**Attachments**

**Files:**

📎 **Murphy_Depositions.doc** (22k) [View]

📎 **Murphy_composite_summary_for_vecchia.doc** (67k) [View]

| Date | Deponent | # of Exhibits |
|---|---|---|
| 8/15/03 | David Vecchia | 4 |
| 8/18/03 | Tom Hamilton | 2 |
| 8/26/03 | Robert McGrath | 0 |
| 11/5/03 | Robert Lehn | 2 |
| 11/5/03 | Carl Strate | 16 |
| 11/6/03 | Peter Brown | 0 |
| 11/6/03 | Valerie Pankowsky | 0 |
| 2/5/04 | Barbara Murphy | 11 |
| 6/11/04 | Barbara Murphy | 1 |
| 10/22/04 | Norma Burnich | 1 |
| 10/22/04 | Michael Sanders | 6 |
| 10/22/04 | Joan Urrata | 5 |
| 10/29/04 | Norma Burnich | 20 |
| 10/29/04 | Michelle Herzog | 6 |
| 11/11/04 | William E. Adams | 7 |
| 11/11/04 | Nicholas D'Andrea | 1 |
| 11/16/04 | Fred Manfredonia | 8 |

DEFENDANT
*/s/ David Vecchia*
David Vecchia
PO 159
West Redding, CT 06896
davidvecchia@yahoo.com

CERTIFICATION OF SERVICE

A copy of the foregoing motion has been sent via first class mail via the United States Post Office, postage prepaid, on June 7, 2005 to the following counsel of record. Foregoing motion has also been emailed to both counsels.

Elisabeth S. Maurer
Maurer & Associates
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

/David Vecchia (ProSe)