UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_Murphy_, Plaintiff

- v. -

_City of Stamford, et al_ _David Vecchia_, Defendant

Case No. 3:03 CV 00519 (MRK)
(Put case number here)

## CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. **(Complete the first line for electronic notification from the court)**

I, _David Vecchia_ (name of pro se litigant) hereby consent to the court using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, _____ (name of pro se litigant) hereby consent to opposing counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

_David Vecchia_
(Name of pro se litigant, typed or printed)

_PO Box 159_
Street Address

_West Redding, CT 06896_
City, State, Zip Code                    Telephone

_davidvecchia@yahoo.com_
email address

_6/7/05_                        _[signature]_
Date                            Signature

## Certificate of Service

I hereby certify that on _____6/7_____ [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

_____
Signature of pro se litigant