UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------X
BARBARA E. MURPHY,                  :    DN 3:03 CV 00519 (MRK)
    Murphy,                                 :
                                                        :    PLAINTIFF'S
    v.                                          :    NOTICE OF MOTION
                                                        :    TO BAR THE CITY OF
THE CITY OF STAMFORD and   :    STAMFORD'S SUBMISSION
DAVID VECCHIA,                       :    OF A REPLY IN FURTHER
    Defendants.                          :    SUPPORT OF ITS MOTION
---------------------------------------------------X    FOR SUMMARY JUDGMENT

    The Plaintiff, Barbara Murphy (hereinafter "Plaintiff"), by and through her attorneys, Maurer & Associates, PC, pursuant to Rule 7(d) of the Local Rules of Civil Procedure, respectfully requests that the Court bar the Defendant City of Stamford (the "City"), from submitting a reply in further support of its April 1, 2005 Motion for Summary Judgment and immediately proceed with analyzing and deciding that motion.

    As indicated in the Affirmation of Eva M. Puorro submitted in support of this motion, this motion has been submitted because almost three weeks have passed since the City's deadline to submit a reply in further support of its Motion for Summary Judgment has expired, during which time Plaintiff received no communication whatsoever from the City indicating that it intended to comply with its reply deadline or wished to have that date extended. The City's ongoing failure to submit its reply or act diligently to extend its deadline is causing unjustified delays in this case.

    Accordingly, it is respectfully requested that Plaintiff's motion to bar the City from submitting a reply in further support of its Motion for Summary

Judgment be granted in its entirety, and that the Court proceed immediately with analyzing and deciding that motion.

Respectfully submitted,

PLAINTIFF,
BARBARA E. MURPHY

BY: *[signature]*

Elisabeth Seieroe Maurer (ct11445)
Eva M. Puorro (ct25772)
Maurer & Associates, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Bar the City of Stamford's Submission of a Reply in Further Support of Its Motion for Summary Judgment, and accompanying Affirmation of Eva M. Puorro in support thereof, has been sent via the United States Postal Service, postage prepaid, on June 13, 2005 to the following parties/counsel of record:

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152
Delivery confirmation #0304 0370 0000 6524 2925

David Vecchia
PO Box 159
West Redding, CT 06896

_____
Eva M. Puorro  (ct 25772)