UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

-----------------------------------------------------------X
BARBARA E. MURPHY,                       :    3:03 CV 00519 (MRK)
       Plaintiff,                              :
v.                                                      :
                                                          :
THE CITY OF STAMFORD and          :
DAVID VECCHIA,                             :
       Defendants.                           :    June 13, 2005
-----------------------------------------------------------X

### AFFIRMATION OF EVA M PUORRO IN SUPPORT OF PLAINTIFF'S MOTION TO PRECLUDE THE CITY'S SUBMISSION OF A REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Eva M. Puorro hereby affirms under the penalties of perjury that:

1. I am an attorney licensed to practice law in the State of Connecticut and the United States District Court of the District of Connecticut. I am one of the attorneys for Plaintiff Barbara E. Murphy ("Plaintiff") in this action. I submit this affirmation in support of Plaintiff's motion pursuant to Rule 7(d) of the District of Connecticut Local Rules of Civil Procedure, to preclude the Defendant City of Stamford (the "City") from submitting a reply in further support of its Motion for Summary Judgment dated April 1, 2005.

2. Almost three weeks have passed since the City's time to submit a reply in further support of its Motion for Summary Judgment has expired. The City's motion for summary judgment was submitted to the Court on or about April 1, 2005. By previous orders of this Court, Plaintiff's time to

submit her opposition to the City's Motion for Summary Judgment was extended through and including May 10, 2005. On May 10, 2005, my office submitted Plaintiff's opposition to the City's Motion for Summary Judgment, to the Clerk and the City by federal express, and to David Vecchia[1] by first class mail. Rule 7(d) of this District's Local Rules of Civil Procedure requires that a movant submit its reply in further support of its motion within 10 days of the filing of an opposition to that motion. The City's reply, therefore, was due on May 25, 2005 (excluding weekends and legal holidays).[2]

3.  We have not to our knowledge received any communication from the City indicating whether the City intended to comply with its May 25th reply deadline, whether it was making an effort to comply with that deadline and/or whether it was seeking to have its reply date extended. The City's ongoing failure to submit a reply is causing unjustified delays of this case and should not be allowed to continue.

4.  Plaintiff therefore urges the Court to immediately proceed with analyzing and deciding the City's Motion for Summary Judgment, and bar the City from filing a reply in further support of its motion, so that this case may proceed efficiently without further, prejudicial delay.

5.  Based on the foregoing, it is respectfully requested that the Court grant Plaintiff's motion to bar the City's submission of a reply in further support of

---

[1] The only address available for David Vecchia is care of a P.O. Box, to which overnight carriers do not deliver.

[2] Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Saturdays, Sundays and legal holidays are not counted.

its Motion for Summary Judgment, and immediately proceed with analyzing and deciding that motion.

Executed on June 13, 2005

_____
Eva M. Puorro (ct25772)