UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------X
BARBARA E. MURPHY,  :  DN 3:03 CV 00519 (MRK)
   Murphy,  :
    :  PLAINTIFF'S
   v.  :  NOTICE OF MOTION
    :  TO STRIKE VECCHIA'S
THE CITY OF STAMFORD and  :  OPPOSITION TO PLAINTIFF'S
DAVID VECCHIA,  :  MOTION FOR PARTIAL
   Defendants.  :  SUMMARY JUDGMENT
----------------------------------------------------X

The Plaintiff, Barbara Murphy (hereinafter "Plaintiff"), by and through her attorneys, Maurer & Associates, PC, pursuant to Rules 12(f) and 56(e) of the Federal Rules of Civil Procedure ("FRCP"), 28 U.S.C. §1746 and Rule 56(a) of the District of Connecticut's Local Rules of Civil Procedure ("D. Conn. L. Civ. R___"), respectfully requests that the Court strike in its entirety the document titled "Defendant's Memorandum of Law In Opposition to the Plaintiff's Motion for Partial Summary Judgment of April 1, 2005" dated June 30, 2005 submitted by Defendant David Vecchia ("Vecchia") in opposition to Plaintiff's Motion For Partial Summary Judgment ("Motion for Partial Summary Judgment").

As indicated in the accompanying Memorandum of Law, Plaintiff seeks to strike Vecchia's opposition to Plaintiff's Motion for Summary Judgment in its entirety for the following reasons: (i) it consists of conclusory, unsubstantiated statements that are not sworn, dated or subscribed as true under penalty of perjury, in violation of FRCP 56(e) and 28 U.S.C. §1746; (ii) it fails to include any Local Rule 56(a)2 Statement or list of "Disputed Issues of Material Fact", as required by D. Conn. L. Civ. R. 56(a)2, and fails to

otherwise dispute the Rule 56(a)1 Statement that Plaintiff submitted in support of her Motion for Partial Summary Judgment; and (iii) fails to provide evidentiary support for its arguments and allegations of fact, and contradicts the evidence in this case, in violation of FRCP 56(e) and D. Conn. L. Civ. R 56(a)3.

Vecchia has failed to comply with the foregoing, despite being fully advised by Plaintiff pursuant to D. Conn. L. Civ. R. 56(b), of the nature, obligations and consequences of a Rule 56 motion for summary judgment, and despite receiving from the Court numerous extensions of time totaling over two months' time, to submit his opposition to Plaintiff's Motion for Partial Summary Judgment.

Accordingly, it is respectfully requested for the reasons stated herein and in Plaintiff's Motion for Partial Summary Judgment, that the Court grant in their entirety Plaintiff's Motion to Strike and Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

PLAINTIFF,
BARBARA E. MURPHY

BY
Elisabeth Seieroe Maurer (ct11445)
Eva M. Puorro (ct25772)
Maurer & Associates, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion to Strike Vecchia's Opposition to Plaintiff's Motion for Partial Summary Judgment, and Memorandum of Law in support of Plaintiff's Motion to Strike and in Further Support of Plaintiff's Motion for Partial Summary Judgment (with the Exception of Exhibit "B" to that Memorandum)[1], has been sent via the United States Postal Service, postage prepaid, on July 11, 2005 to the following parties/counsel of record:

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

David Vecchia
PO Box 159
West Redding, CT 06896
Delivery confirmation #0304 0370 0000 6524 2932

Eva M. Puorro (ct 25772)

---

[1] Exhibit "B" to Plaintiff's Memorandum of Law, which is quite voluminous, was previously sent to both Defendants by Plaintiff's counsel.

3