# EXHIBIT A



# Track & Confirm

**Current Status**

You entered 0304 0370 0000 6524 3298

Your item was delivered at 12:44 pm on April 04, 2005 in REDDING, CT 06896.

( Shipment Details > )

**Notification Options**

▸ Track & Confirm by email    What is this?    ( Go > )

**Track & Confirm**

Enter label number:

( Go > )

Track & Confirm FAQs ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

