UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA E MURPHY
Plaintiff

CIVIL NO
3:03 cv 00519 (MRK)

v

THE CITY OF STAMFORD AND
DAVID VECCHIA
Defendants

AUGUST 2, 2005

DEFENDANT MOTION FOR EXTENSION OF TIME

The Defendant, David Vecchia respectfully requests that the time to file his opposition to the Plaintiff's Motion for To Strike Vecchia"s Opposition to Plaintiff"s Motion for Partial Summary Judgement be extended from August 3, 2005 to August 24, 2005.

The legal issues raised in Plaintiff's Motion are complex to me.

The procedural and evidentiary issues raised are serious and may be fatal to my defense.

I need additional time to effectively respond.

DEFENDANT

*/s/ David Vecchia*

David Vecchia
PO Box 159
West Redding, CT 06896

CERTIFICATION OF SERVICE

A copy of the foregoing motion has been sent via first class mail via the United States Post Office, postage prepaid, on August 3, 2005 to the following counsel of record..

Elisabeth S. Maurer
Maurer & Associates
871 Ethan Allen Highway
Suite 202
Ridgefield, CT 06877

James V Minor
Assistant Corporation Counsel
888 Washington Boulevard
Box 10152
Stamford, CT 06904-2152

David Vecchia (ProSe)

PO BOX 159
WEST REDDING, CT. 06896
davidvecchia@yahoo.com

August 3, 2005

HAND DELIVERED

KEVIN F ROWE
CHIEF CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
141 CHURCH STREET
NEW HAVEN, CT 06510

RE: CIVIL NO 3:03 CV 00519 (MRK)
    MURPHY V CITY OF STAMFORD, ET AL.

Dear Chief Clerk Rowe:

I represent myself in this case.

I enclose Defendant's Motion for Extension of Time

Thank you for your consideration in this matter.

Respectfully submitted

David Vecchia


cc: James V Minor, City of Stamford
    Elisabeth Seieroe Maurer, Maurer & Associates