UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
BARBARA E. MURPHY,                  :   Docket No. 3:03 CV 00519 (MRK)
    Murphy,                          :
                                     :
    v.                               :
                                     :
THE CITY OF STAMFORD and            :
DAVID VECCHIA,                      :   September 8, 2005
    Defendants.                      :
------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiff's Reply Motion In Further Support for Partial Summary Judgment Against Defendant David Vecchia, has been sent via Federal Express and First Class Mail, prepaid, September 8, 2005 to the following counsel of record:

James V. Minor                            VIA Federal Express
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

David Vecchia              First Class Mail
PO Box 159                 Delivery Confirmation # 0304 0370 0000
West Redding, CT 06896                             6524 2970

_____
Elisabeth Seieroe Maurer