UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA E. MURPHY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 3:03CV519(MRK) |
| v. | : | |
| | : | |
| THE CITY OF STAMFORD and DAVID VECCHIA, | : | |
| | : | |
| Defendants. | : | |

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Judge _____ _____ for all purposes including trial. All further pleadings or documents in this matter should be filed with the Clerk's Office in _____, and shall bear the docket number 3:03 CV 519 (_____). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 31st day of October 2005.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
United States District Judge