101

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 31 A 11: 55

U.S. DISTRICT COURT
NEW HAVEN, CT

BARBARA E. MURPHY,

    Plaintiff,

v.

THE CITY OF STAMFORD and
DAVID VECCHIA,

    Defendants.

NO. 3:03CV519(MRK)

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Judge _____ Stefan R. Underhill _____ for all purposes including trial. All further pleadings or documents in this matter should be filed with the Clerk's Office in _Bridgeport_, and shall bear the docket number 3:03 CV 519 ( SRU ). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 31st day of October 2005.

IT IS SO ORDERED.

Mark R. Kravitz
United States District Judge