UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

------------------------------------------------------------X
BARBARA E. MURPHY,                          :      No. 3:03 CV 00519 (SRU)
    Plaintiff,                              :
v.                                          :
                                            :
THE CITY OF STAMFORD and                    :
DAVID VECCHIA,                              :
    Defendants.                             :      March 20, 2006
------------------------------------------------------------X

## NOTICE OF MOTION

The Plaintiff, Barbara Murphy. (hereinafter "Murphy"), by and through her attorneys, Maurer & Associates, PC, moves the Court for Reconsideration of its decision granting the City of Stamford summary judgment entered on March 10, 2006 pursuant to Federal Rule of Civil Procedure 59(e).

This motion is made on the basis that 1) the Court overlooked certain material facts, and 2) the Court overlooked controlling law.

                            PLAINTIFF,
                            Barbara Murphy

                            BY: _____
                            Elisabeth Seieroe Maurer (ct11445)
                            Maurer & Associates, PC
                            871 Ethan Allen Hwy., Suite 202
                            Ridgefield, CT 06877
                            Phone (203) 438-1388
                            Fax (203) 431-0357
                            E-mail emaurer@maurerandassociates.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion for Reconsideration, and its accompanying Memorandum of Law, has been sent via facsimile and via first class mail via the United States Postal Service, postage prepaid, on March 20, 2006 to the following counsel of record

James V. Minor
Assistant Corporation Counsel
888 Washington Boulevard, Box 10152
Stamford, CT 06904-2152

and has been sent via first class mail via the United States Postal Service, postage prepaid, on March 20, 2006 to the following party of record:

David Vecchia
PO Box 159
West Redding, CT 06896

_____
Elisabeth Seieroe Maurer