

**Maurer & Associates** PC

FILED

2006 MAY -4 P 4: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

871 Ethan Allen Highway, Suite 202
Ridgefield, CT 06877
TEL 203.438.1388
FAX 203.431.0357
www.maurerandassociates.com

May 3, 2006

The Honorable Stefan R. Underhill
United States District Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

RE: **Murphy v. City of Stamford, Civil No. 3:03 CV 00519 (DJS)**

Dear Judge Underhill:

This office represents Barbara Murphy ("Murphy"), the plaintiff, in the above-referenced matter. On March 8, 2006, the court dismissed Murphy's claim against the City of Stamford. At the hearing, we discussed meeting with Judge Garfinkel to continue settlement discussions as he had already presided over two meetings. Judge Garfinkle has time to see the parties May 11 at 10am.

Because the parties believe that there is a reasonable likelihood of settlement in this matter, we would appreciate delaying the due date for the trial brief until sixty days after the settlement conference and the Trial Calendar Call until three weeks later.

Thank you very much for your consideration in this matter.

Respectfully Submitted,

Maurer & Associates, P.C.

*E Maurer*

Elisabeth Seieroe Maurer

Cc: Judge Garfinkel
David Vecchia