UNITED STATES DISTRICT COURT
DISTRICT OF CONECTICUT

-----------------------------------------------------------X

BARBARA E. MURPHY,
    Plaintiff,

v.

THE CITY OF STAMFORD and
DAVID VECCHIA,

    Defendants.

-----------------------------------------------------------X

03-CV-519 (SRU)

May 23, 2006

FILED
2006 AUG -8 A 9:21
DISTRICT COURT
BRIDGEPORT, CONN

## SETTLEMENT AGREEMENT

WHEREAS, Barbara Murphy ("Murphy") has filed a complaint with against The City of Stamford ("Stamford") and David Vecchia, alleging discrimination in connection with her employment by Vecchia; and

WHEREAS, the Vecchia and Murphy agree that a settlement and resolution of their differences on the terms described below would best serve their interests,

**NOW, THEREFORE**, the Vecchia and Murphy agree to the following:

1. Vecchia will provide an affidavit and testify at trial voluntarily.

2. Vecchia will have no further contact of any kind with Murphy, including but not limited to; contact by email, telephone, mail or other delivery service, in person or otherwise. Except at the trial of this matter, Vecchia agrees to leave immediately any location where he finds himself and Murphy within 100 yards of each other whether the contact is wholly accidental or not. This paragraph is the essential element of this agreement and Vecchia agrees that it will be enforced strictly against him. Any violation of this agreement whether intentional or not may be enforced by a restraining order or breach of contract

suit, as Murphy deems best in her sole discretion, at Vecchia's expense. This paragraph will be enforceable for the lives of the parties.

3.   In consideration for the benefits described in Paragraphs 1 and 2, Murphy hereby for herself, her heirs, executors, administrators and assigns, releases and forever discharges Vecchia, his heirs, executors, administrators and assigns, of and from the claims arising from the actions complained of herein except for any matter in which Vecchia is sued in his official capacity for which he would be entitled to indemnification by the City of Stamford.

4.   Vecchia acknowledges that entering this Agreement is wholly his free act and deed, undertaken with full understanding and appreciation of the act and its ramifications and only after he has had an opportunity to consult with his advisor(s), legal and otherwise, and is free from coercion or persuasion of any kind by Murphy, or any of agents and employees.

5..   This agreement supersedes any and all other written or oral agreements or representations between the parties pertaining to the subject matter hereof and cannot be amended except in a specific writing executed by all parties either personally, or in the case of a corporate party, by a duly authorized representative.

BARBARA MURPHY
Date:   8-3-2006

DAVID VECCHIA   7/19/06
DATE:

COUNTY OF FAIRFIELD        )
                           ) SS:
STATE OF CONNECTICUT       )  AUGUST

On this 8th day of ~~May~~ 2006, before me, the undersigned, personally appeared Barbara Murphy, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by him signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Subscribed and sworn to me this 8th day of ~~May~~ August 2006.

_____

COUNTY OF FAIRFIELD        )
                           ) SS:
STATE OF CONNECTICUT       )

On this ___ day of May 2006, before me, the undersigned, personally appeared David Vecchia, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by him signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Subscribed and sworn to me this ___ day of May 2006.

_____