UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BARBARA E. MURPHY

    v.                                                                 3:03CV519 SRU

THE CITY OF STAMFORD and
DAVID VECCHIA

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendant City of Stamford's motion for summary judgment and plaintiff's motion for partial summary judgment

The Court reviewed all of the papers filed in conjunction with the motions and after a hearing held on March 8, 2006, the defendant City of Stamford's motion was granted and the plaintiff's motion was denied in open court.  The plaintiff filed a motion for reconsideration of the oral ruling, and on August 14, 2006, a Ruling was entered denying the motion for reconsideration.  On August 14, 2006, the settlement agreement between the plaintiff and the defendant David Vecchia was so ordered.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant, City of Stamford, the defendant David Vecchia is dismissed pursuant to the terms of settlement, and the case is closed.

Dated at Bridgeport, Connecticut, this 16th day of August, 2006.

                                        KEVIN F. ROWE, Clerk

                                      By _____
                                                Deputy Clerk

Entered on Docket _____