FILED

2006 SEP 12 A 10: 30

[DISTRICT COURT]

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

-------------------------------------------------X
| | |
|---|---|
| BARBARA E. MURPHY, | : 3:03 CV 00519 (SRU) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE CITY OF STAMFORD and | : |
| DAVID VECCHIA, | : September 11, 2006 |
| Defendants. | : |

-------------------------------------------------X

### NOTICE OF APPEAL

Pursuant to F.R.A.P.4(a)(1), Barbara E. Murphy hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment granting the City's Motion for Summary Judgment.

The Judgment in this action was entered on August 16, 2006.

PLAINTIFF,
BARBARA E. MURPHY

BY: _____
Elisabeth Seieroe Maurer (ct11446)
Maurer & Associates, PC
871 Ethan Allen Hwy., Suite 202
Ridgefield, CT 06877
Phone (203) 438-1388
Fax (203) 431-0357
E-mail emaurer@maurerandassociates.com

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BARBARA E. MURPHY

    v.                                                           3:03CV519 SRU

THE CITY OF STAMFORD and
DAVID VECCHIA

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the defendant City of Stamford's motion for summary judgment and plaintiff's motion for partial summary judgment

The Court reviewed all of the papers filed in conjunction with the motions and after a hearing held on March 8, 2006, the defendant City of Stamford's motion was granted and the plaintiff's motion was denied in open court. The plaintiff filed a motion for reconsideration of the oral ruling, and on August 14, 2006, a Ruling was entered denying the motion for reconsideration. On August 14, 2006, the settlement agreement between the plaintiff and the defendant David Vecchia was so ordered.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant, City of Stamford, the defendant David Vecchia is dismissed pursuant to the terms of settlement, and the case is closed.

Dated at Bridgeport, Connecticut, this 16th day of August, 2006.

                                                  KEVIN F. ROWE, Clerk

                                                  By _____
                                                           Deputy Clerk

Entered on Docket _____