**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Barbara E. Murphy**<br>**Appellant** | **DOCKET NO 03-cv-519** |
| | **USCA NO  06-4255cv** |
| **v.**<br>**City of Stamford**<br>**Appellee** | **October 15, 2006** |

## INDEX TO THE RECORD ON APPEAL

<u>Number of pages</u>

Certified copy of docket sheet

<u>Index No.</u>

COMPLAINT: doc 1                                                                1

ANSWER and Special Defenses to Complaint                    2

by City of Stamford: doc 13

MOTION for Summary Judgment by City of Stamford:        3

doc 60

MEMORANDUM in Support Motion for Summary Judgment    4

filed by City of Stamford: doc 61

STATEMENT of Material Facts Motion for Summary          5
Judgment: doc 62


APPENDIX by City of Stamford: doc 63                    6


MEMORANDUM in Opposition Motion for Summary            7
Judgment filed by Barbara E. Murphy: doc 75


STATEMENT of Material Facts in Dispute Motion for      8
Summary Judgment filed by Barbara E. Murphy: doc 78


PLAINTIFF Appendix, Exhibits, Deposition Excerpts &    9
Affidavits by Barbara E. Murphy: doc 79


CONTINUATION of Plaintiff's Appendix, Exhibits,        10
Deposition Excerpts & Affidavits by Barbara E. Murphy:
doc 80


CONTINUATION of Plaintiff's Appendix, Exhibits,        11
Deposition Excerpts & Affidavits by Barbara E. Murphy:

doc 81

MINUTE Entry for proceedings held before Judge                12

Stefan R. Underhill:  Motion Hearing held on 3/8/06: doc 105

ORAL Order in open court granting 60 Motion for Summary        13

Judgment by Stamford, granting summary judgment on

Count 2 on individual claim in light of ruling on # 60, denying

as moot 90 Motion to Strike: doc 106

MOTION for Reconsideration Order on Motion for Summary         14

Judgment, Order on Motion to Strike by Barbara E. Murphy:

doc 107

MEMORANDUM of Law in Support of Motion for                     15

Reconsideration: doc 107 Attachment 1

TRANSCRIPT of Judge's Ruling held on 3/8/06 before             16

Judge Stefan R. Underhill: doc 108

MEMORANDUM in Opposition re 107 Motion for                 17

Reconsideration, filed by City of Stamford: doc 109


RULING denying 107 Motion for Reconsideration signed       18

By Judge Stefan R. Underhill on 8/14/06: doc 116


JUDGMENT in favor of Defendant, City of Stamford           19

Against Plaintiff signed by clerk on 8/16/06: doc 117


NOTICE OF Appeal by Barbara E. Murphy: doc 118             20


Clerk's Certificate


Submitted by the Appellant

Elisabeth Seieroe Maurer
Maurer & Associates, PC
871 Ethan Allen Highway Ste 202
Ridgefield, CT 06877
203-438-1388
203-431-0357
emaurer@maurerandassociates.com