

*Connecticut / New Haven*
*03-CV-519*
*Underhill*

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

_____ X

**BARBARA MURPHY**

   **APPELLANT**

   **V**         **DOCKET NO. 06-4255-CV**

**CITY OF STAMFORD**

   **APPELLEE**

_____ X

UNITED STATES COURT OF APPEALS
FILED
MAY 2 1 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

## STIPULATION WITHDRAWING APPEAL

  The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellant Procedure.

Attorney for Appellant
Elisabeth Seieroe Maurer
Maurer & Associates, PC

Attorney for Appellee
James V. Minor
City of Stamford

Date: 5/21/07

SO ORDERED:

FOR THE COURT
Thomas Asreen, Acting Clerk
By

Stanley A. Bass, Staff Counsel
May 21, 2007

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by

DEPUTY CLERK

CERTIFIED:
5/23/07